1

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, ) | CASE NO: |
| ) | |
| Plaintiffs, ) | CLASS ACTION |
| ) | |
| vs. ) | CERTIFICATE OF |
| ) | INTERESTED ENTITIES OR |
| NATIONAL SECURITY AGENCY and KEITH B. ) | PERSONS |
| ALEXANDER, its Director, in his official and personal ) | |
| capacities; MICHAEL V. HAYDEN, in his personal capacity; ) | |
| the UNITED STATES OF AMERICA; GEORGE W. BUSH, ) | |
| President of the United States, in his official and personal ) | |
| capacities; RICHARD B. CHENEY, in his personal capacity; ) | |
| DAVID S. ADDINGTON, in his personal capacity; ) | |
| DEPARTMENT OF JUSTICE and MICHAEL B. ) | |
| MUKASEY, its Attorney General, in his official and personal ) | |
| capacities; ALBERTO R. GONZALES, in his personal ) | |
| capacity; JOHN D. ASHCROFT, in his personal capacity; ) | |
| JOHN M. MCCONNELL, Director of National Intelligence, in ) | |
| his official and personal capacities; JOHN D. NEGROPONTE, ) | |
| in his personal capacity; and DOES #1-100, inclusive, ) | |
| Defendants. ) | |
| ) | |
| ) | |

CV 08 4373

Dockets.Justia.com

1
2        Pursuant to Civil Local Rule 3-16, Plaintiffs certifies that to their knowledge, no entities
3    other than the parties themselves have either: (i) a financial interest (of any kind) in the subject
4    matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be
5    substantially affected by the outcome of the proceeding.
6    DATED: September 17, 2008
7
8                                              ELECTRONIC FRONTIER FOUNDATION
                                               CINDY COHN (1455997)
9                                              LEE TIEN (148216)
                                               KURT OPSAHL (191303)
10                                             KEVIN S. BANKSTON (217026)
                                               JAMES S. TYRE (083117)
11                                             454 Shotwell Street
                                               San Francisco, CA 94110
12                                             Telephone: 415/436-9333
                                               415/436-9993 (fax)
13
                                               RICHARD R. WIEBE (121156)
14                                             LAW OFFICE OF RICHARD R. WIEBE
                                               425 California Street, Suite 2025
15                                             San Francisco, CA 94104
                                               Telephone: (415) 433-3200
16                                             Facsimile: (415) 433-6382
17                                             THOMAS E. MOORE III (115107)
                                               THE MOORE LAW GROUP
18                                             228 Hamilton Avenue, 3rd Floor
                                               Palo Alto, CA 94301
19                                             Telephone: (650) 798-5352
                                               Facsimile: (650) 798-5001
20
21                                             Attorneys for Plaintiffs
22
23
24
25
26
27
28