# United States District Court 
## NORTHERN DISTRICT OF CALIFORNIA

Carolyn Jewel, Tash Hepting, Gregory Hicks, Erik Knutzen and Joice Walton, on behalf of themselves and all others similarly situated

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:**

V.

National Security Agency; et. al.

**CRB**

TO: (Name and address of defendant)
Keith B. Alexander, National Security Agency, Fort G. Meade, MD 20755-6000; Michael V. Hayden, United States of America; George W. Bush; Richard B. Cheney; David S. Addington; Michael M. Mukasey, Department of Justice, 950 Pennsylvania Ave NW., Washington, DC 20530; Alberto R. Gonzales; John D. Ashcroft; John M. McConnell, Office of the Director of National Intelligence, Washington, DC 20511; John D. Negroponte and Does #1-100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Cindy A. Cohn, Lee Tien, Kurt Opsahl, Kevin S. Bankston, James S. Tyre, ELECTRONIC FRONTIER FOUNDATION, 454 Shotwell Street, San Francisco, CA 94110; LAW OFFICE OF RICHARD WIEBE, Richard Wiebe, 425 California Street, Suite 2025, San Francisco, CA 94104; THE MOORE LAW GROUP, Thomas E. Moore, III, 228 Hamilton Ave., 3rd Floor, Palo Alto, CA 94301

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                                                                   *Signature of Server*

                                                                              _____
                                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure