US Airways–USAir–Piedmont Airlines
United States Civil Service: Retired

*James Alfred Miller Jr.*
FAA/FCC Licensed Mechanic

4978 North Hampton Drive SE
Southport, North Carolina 28461-7420

Home: 910-457-1888            *focusoninfinity@hotmail.com*

FILED

OCT - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking, Clerk
U.S. District Court
Northern Division of California
P.O. Box 2070
Oakland, California 94604

Class Action Case No. 08-4373-CRB
Filed September 18, 2008 (Jewel v. NSA)
Carolyn Jewel, et al, vs. National Security Agency, et al

Pro Se Opt-Out Exclusion:

I hereby certify I believe myself to be an involuntary member of this class. I do not voluntarily wish to be included in this suit. Today, in the U.S. mail, I deposited a first class, postage paid, copy of this opt-out exclusion notice to:

Kevin S. Bankston. Esq.            Jos. P. Russoniello, Esq.
(Electronic Frontier Foundation)    U.S. Attorney, N. Dist., Civ. Div.
454 Shotwell Street                1301 Clay St., Suite 3406
San Francisco, CA 94110           Oakland, CA  94612

James Alfred Miller, Jr. (S/S xxx-xx-2733)
4978 North Hampton Drive
Southport, North Carolina 28461-7420
Phone: 910-457-1888
focusoninfinity@hotmail.com
azurealoft@yahoo.com

September 21st, 2008



**Mr. James Miller, Jr.**
4978 N Hampton Dr SE
Southport, NC 28461

946 04 $2070

COASTAL CAROLINA AREA

22 SEP 2008 PM

Richard W. Wieking, Clerk
United States District Court
Northern Div. of California
Post Office Box 2070
Oakland, California 94604