GREGORY G. KATSAS
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Principal Deputy Associate Attorney General
JOHN C. O'QUINN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS (SBN 220932)
PAUL G. FREEBORNE
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants Sued in
  Their Official Capacity*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWEL, et al. | No. 08-cv-4373-VRW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Courtroom: 6, 17th Floor |
| NATIONAL SECURITY AGENCY, et al., | Judge: Hon. Vaughn R. Walker |
| Defendants. | |

  Please take notice that the Clerk is hereby asked to enter the appearance of Alexander K. Haas, Trial Attorney, United States Department of Justice, as counsel for the federal defendants sued in their official capacity and the National Security Agency.

| | |
|---|---|
| DATED: November 26, 2008 | Respectfully Submitted, |
| | GREGORY G. KATSAS<br>Assistant Attorney General, Civil Division<br>CARL J. NICHOLS<br>Principal Deputy Associate Attorney General<br>JOHN C. O'QUINN |

**No. 08-cv-4373-VRW – Notice of Appearance**    1

| | |
|---|---|
| 1 | Deputy Assistant Attorney General<br>DOUGLAS N. LETTER |
| 2 | Terrorism Litigation Counsel<br>JOSEPH H. HUNT |
| 3 | Director, Federal Programs Branch<br>ANTHONY J. COPPOLINO |
| 4 | Special Litigation Counsel<br>ALEXANDER K. HAAS (SBN 220932) |
| 5 | PAUL G. FREEBORNE<br>Trial Attorneys |
| 6 | Email: tony.coppolino@usdoj.gov<br>U.S. Department of Justice |
| 7 | Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm. 6102 |
| 8 | Washington, D.C. 20001<br>Phone: (202) 514-4782—Fax: (202) 616-8460 |
| 9 | Email: tony.coppolino@usdoj.gov |

By: _____/s Alexander K. Haas_____
        Alexander K. Haas

*Attorneys for the Government Defendants Sued in Their Official Capacity*