GREGORY G. KATSAS
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Principal Deputy Associate Attorney General
JOHN C. O'QUINN
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS (SBN 220932)
PAUL G. FREEBORNE
Trial Attorneys
Email: tony.coppolino@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for the Government Defendants Sued in
Their Official Capacity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWEL, et al. | No. 08-cv-4373-VRW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | Courtroom: 6, 17th Floor |
| NATIONAL SECURITY AGENCY, et al., | Judge: Hon. Vaughn R. Walker |
| Defendants. | |

Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension of time for the Government Defendants sued in their official capacity to respond to Plaintiffs' Complaint filed on September 18, 2008.

## RECITALS

1. On September 18, 2008, plaintiffs filed a complaint alleging violations of the Constitution and federal statutes arising out of alleged warrantless surveillance and raising claims against the National Security Agency ("NSA"), and Government officials in their official and

1 | individual capacities.  *See* Dkt. 1 in 08-cv-4373 (Sept. 18, 2008).

2 |     2.    Plaintiffs moved to relate this case to *Hepting, et al. v. AT&T Corp. et al.*, 06-cv-0672-vrw, *see* Dkt. 7 in 08-cv-4373, which is consolidated with other actions before the Court by Order of the Judicial Panel on Multidistrict Litigation, *see* Dkt. 1 in 06-m-1791.  The Court granted plaintiffs' motion on October 28, 2008, *see* Dkt. 9 in 08-cv-4373.

    3.    A response to the complaint by the NSA and Government Defendants sued in their official capacity is currently due December 8, 2008.

    4.    The parties have stipulated and agreed that a response to the complaint by the NSA and Government Defendants sued in their official capacities would be due no later than February 2, 2009.  The parties aver that the requested extension will not alter the date of any event or any deadline already fixed by Court order.  *See* LCvR 6-1(a).

## STIPULATION

Pursuant to Local Rule 6.1(a), the parties hereby stipulate that the response of the NSA and the Government Defendants sued in their official capacity to the complaint would be due no later than February 2, 2009.

DATED: November 26, 2008    Respectfully Submitted,

GREGORY G. KATSAS  
Assistant Attorney General, Civil Division  
CARL J. NICHOLS  
Principal Deputy Associate Attorney General  
JOHN C. O'QUINN  
Deputy Assistant Attorney General  
DOUGLAS N. LETTER  
Terrorism Litigation Counsel  
JOSEPH H. HUNT  
Director, Federal Programs Branch  
ANTHONY J. COPPOLINO  
Special Litigation Counsel  
ALEXANDER K. HAAS (SBN 220932)  
PAUL G. FREEBORNE  
Trial Attorneys  
Email: tony.coppolino@usdoj.gov  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue, NW, Rm. 6102  
Washington, D.C. 20001  
Phone: (202) 514-4782—Fax: (202) 616-8460  
Email: tony.coppolino@usdoj.gov

By:    */s Alexander K. Haas*

<pre>
                                                    Alexander K. Haas
                                        *Attorneys for the Government Defendants Sued in*
                                        *Their Official Capacity*
</pre>

# DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ALEXANDER K. HAAS, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 26, 2008, in the City of Washington, District of Columbia.

>GREGORY G. KATSAS
>Assistant Attorney General, Civil Division
>CARL J. NICHOLS
>Principal Deputy Associate Attorney General
>JOHN C. O'QUINN
>Deputy Assistant Attorney General
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>ALEXANDER K. HAAS (SBN 220932)
>PAUL G. FREEBORNE
>Trial Attorneys
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, N.W., Rm. 7328
>Washington, DC 20001
>Telephone: (202) 514-4782 — Fax: (202) 616-8460
>Email: tony.coppolino@usdoj.gov
>
>By:  *s/ Alexander K. Haas*
>         Alexander K. Haas
>*Attorneys for the Government Defendants Sued in Their Official Capacity*
>
>
>ELECTRONIC FRONTIER FOUNDATION
>CINDY COHN (145997)
>LEE TIEN (148216)
>KURT OPSAHL (191303)
>KEVIN S. BANKSTON (217026)
>JAMES S. TYRE (083117)
>454 Shotwell Street
>San Francisco, CA 94110
>Telephone: 415/436-9333
>415/436-9993 (fax)
>
>By:  *s/ Cindy Cohn* per G.O. 45
>         Cindy Cohn
>*Attorneys for Plaintiffs*