ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | CASE NO. C-08-4373-CRB<br><br>**PROOF OF SERVICE** |

Dockets.Justia.com

## PROOF OF SERVICE

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On October 6, 2008, at the above-referenced address, I served the SUMMONS AND COMPLAINT on the AGENCIES AND OFFICERS IN THEIR OFFICIAL CAPACITY by

 X  placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the persons at the addresses set forth below:

| | | |
|---|---|---|
| Attorney General's Office<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 | John M. McConnell<br>Director of National Intelligence<br>Office of the Director of National Intelligence<br>Washington, D.C. 20511 | National Security Agency<br>9800 Savage Road, Suite 6248<br>Ft. George G. Meade, MD 20755-6248 |
| Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 | Michael B. Mukasey<br>Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | United States Attorney's Office<br>Civil Process Clerk<br>Northern District of California<br>450 Golden Gate Avenue, Tenth Floor<br>Box 36055<br>San Francisco, CA 94110 |
| Lieutenant General Keith B. Alexander<br>Director of the National Security Agency<br>9800 Savage Road, Suite 6248<br>Ft. George G. Meade, MD 20755-6248 | George W. Bush<br>President of the United States<br>White House<br>1600 Pennsylvania Avenue NW<br>Washington, D.C. 20500 | |

On December 2, 2008, at the above-referenced address, I served the SUMMONS AND COMPLAINT on the INDIVIDUAL Defendants in said cause by:

 X  consigning the documents listed above to an express delivery service for guaranteed delivery on the next business day to the person at the address set forth below:

1    Jim Whitman
     Trial Attorney
2    U.S. Department of Justice
     Civil Division, Torts Branch
3    Constitutional Torts Section
     1425 New York Ave., N.W.
4    Washington, DC 20005

Attorney for the Individual Defendants George W. Bush, Keith B. Alexander, Michael B. Mukasey, John M. McConnell, Michael V. Hayden, Alberto R. Gonzales, John D. Ashcroft, John D. Negroponte, Richard B. Cheney, and David S. Addington

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 15, 2008            */s/Leticia Perez*
                                   LETICIA PEREZ