1  JAMES R. WHITMAN (Wis. Bar No. 1036757)
   Trial Attorney
2  United States Department of Justice
   Civil Division, Torts Branch
3  P.O. Box 7146, Ben Franklin Station
   Washington, DC  20044-7146
4  Tel:  (202) 616-4169
   Fax: (202) 616-4314
5  james.whitman@usdoj.gov

6  *Attorney for George W. Bush, Richard B. Cheney, David S. Addington,*
   *Keith B. Alexander, Michael V. Hayden, John D. McConnell,*
7  *John D. Negroponte, Michael B. Mukasey, Alberto R. Gonzales,*
   *and John D. Ashcroft, in their individual capacity*

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, et al., | No. 08-4373 VRW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| NATIONAL SECURITY AGENCY, et al., | |
| Defendants. | |

The undersigned counsel hereby enters his appearance as counsel of record in this action on behalf of the following defendants in their individual capacity:  George W. Bush, Richard B. Cheney, David S. Addington, Keith B. Alexander, Michael V. Hayden, John D. McConnell, John D. Negroponte, Michael B. Mukasey, Alberto R. Gonzales, and John D. Ashcroft.[1]  Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the following:

---

[1]  By filing this Notice of Appearance, the individual capacity defendants do not waive, and expressly reserve, all available defenses to them related to all aspects of this action.

*Jewel v. NSA*, No. 08-4373 VRW, Notice of Appearance for Individual Capacity Defendants

1 | James R. Whitman
2 | Trial Attorney
  | United States Department of Justice
  | Torts Branch, Civil Division
3 | P.O. Box 7146, Ben Franklin Station
  | Washington, D.C. 20044-7146
4 | Tel: (202) 616-4169
  | Fax: (202) 616-4314
5 | james.whitman@usdoj.gov

Respectfully submitted this 23rd day of January, 2009,

MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division

TIMOTHY P. GARREN
Director, Torts Branch

ANDREA W. MCCARTHY
Senior Trial Counsel, Torts Branch

/s/ James R. Whitman
JAMES R. WHITMAN (Wis. Bar No. 1036757)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch

Attorneys for George W. Bush, Richard B. Cheney, David S. Addington, Keith B. Alexander, Michael V. Hayden, John D. McConnell, John D. Negroponte, Michael B. Mukasey, Alberto R. Gonzales, and John D. Ashcroft, in their individual capacity