MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
Trial Attorney
Email: paul.freeborne@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6108
Washington, D.C. 20001
Phone: (202) 353-0543—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEWEL, et al. | No. 08-cv-4373-VRW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Honorable Vaughn R. Walker |
| NATIONAL SECURITY AGENCY, et al., | |
| Defendants. | |

Please take notice that the Clerk is hereby asked to enter the appearance of Paul G. Freeborne, Trial Attorney, United States Department of Justice, as counsel for the federal defendants sued in their official capacity and for the other agency defendants.

DATED: January 23, 2009         Respectfully Submitted,

                                        MICHAEL F. HERTZ
                                        Acting Assistant Attorney General, Civil Division
                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel
                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch
                                        ANTHONY J. COPPOLINO
                                        Special Litigation Counsel

| | |
|---|---|
| 1 | PAUL G. FREEBORNE |
| | Trial Attorney |
| 2 | Email: paul.freeborne@usdoj.gov |
| | U.S. Department of Justice |
| 3 | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW, Rm. 6102 |
| 4 | Washington, D.C. 20001 |
| | Phone: (202) 353-0543—Fax: (202) 616-8460 |
| 5 | Email: paul.freeborne@usdoj.gov |

By:      */s Paul G. Freeborne*
     Paul G. Freeborne

*Attorneys for the Government Defendants*