1   MICHAEL F. HERTZ
    Acting Assistant Attorney General, Civil Division
2   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
3   JOSEPH H. HUNT                          TIMOTHY P. GARREN
    Director, Federal Programs Branch      Director, Torts Branch
4   ANTHONY J. COPPOLINO                    ANDREA W. MCCARTHY
    Special Litigation Counsel             Senior Trial Counsel, Torts Branch
5   PAUL G. FREEBORNE                       JAMES R. WHITMAN
    ALEXANDER K. HAAS (SBN 220932)         Trial Attorney
6   Trial Attorneys                        Email: james.whitman@usdoj.gov
    Email: paul.freeborne@usdoj.gov        U.S. Department of Justice
7   U.S. Department of Justice             Civil Division, Torts Branch
    Civil Division, Federal Programs Branch P.O. Box 7146, Ben Franklin Station
8   20 Massachusetts Avenue, NW, Rm. 6108  Washington, DC  20044-7146
    Washington, D.C. 20001                 Tel: (202) 616-4169—Fax: (202) 616-4314
9   Phone: (202) 353-0543—Fax: (202) 616-8460
    *Attorneys for the Government Defendants*   *Attorneys for George W. Bush, Richard B.*
10                                             *Cheney, David S. Addington, Keith B.*
                                               *Alexander, Michael V. Hayden, John D.*
11                                             *McConnell, John D. Negroponte, Michael*
                                               *B. Mukasey, Alberto R. Gonzales, and John*
12                                             *D. Ashcroft, in Their Individual Capacity*

13                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
14                      **SAN FRANCISCO DIVISION**

15  _____    No.  08-cv-4373-VRW
                                      )
16  JEWEL, et al.                     )
                                      )   **DEFENDANTS' UNOPPOSED**
17          Plaintiffs,               )   **ADMINISTRATIVE MOTION FOR AN**
                                      )   **EXTENSION OF TIME TO ANSWER**
18          v.                        )   **OR OTHERWISE TO RESPOND TO**
                                      )   **COMPLAINT**
19  NATIONAL SECURITY AGENCY, et al., )
                                      )   **(CORRECTED VERSION)**
20          Defendants.               )
    _____)   [CIVIL L.R. 7-11 AND 6-3]

21                                         Honorable Vaughn R. Walker

22          Pursuant to Local Rule 6-3, all defendants hereby administratively move and respectfully

23  request that the Court grant a 60-day extension of time to answer or otherwise respond to the

24  complaint filed in this matter.  Counsel for the defendants have consulted with counsel for the

25  plaintiffs and plaintiffs do not oppose this motion.

26

27

28

_____

**No.  08-cv-4373-VRW – Defendants' Unopposed Administrative Motion**
**for an Extension of Time to Answer or Otherwise Respond to Complaint**                    1

Dockets.Justia.com

1    On September 18, 2008, plaintiffs filed a complaint alleging violations of the

2 Constitution and federal statutes arising out of alleged warrantless surveillance and raising

3 claims against the National Security Agency ("NSA") and Government officials in their official

4 and individual capacities. *See* Dkt. 1 in 08-cv-4373 (Sept. 18, 2008). Plaintiffs moved

5 unopposed to relate this case to *Hepting, et al. v. AT&T Corp. et al.*, 06-cv-0672-vrw, *see* Dkt. 7

6 in 08-cv-4373, which is consolidated with other actions before the Court by Order of the Judicial

7 Panel on Multidistrict Litigation, *see* Dkt. 1 in 06-m-1791. The Court granted plaintiffs' motion

8 on October 28, 2008, *see* Dkt. 9 in 08-cv-4373. A response to the complaint by the NSA and

9 Government defendants sued in their official capacity was initially due December 8, 2008.

10 Pursuant to Local Rule 6-1(a), the parties stipulated and agreed that a response to the complaint

11 by the Government defendants sued in their official capacities would be due no later than

12 February 2, 2009. *See* Dkt. 11 in 08-cv-4373 (Nov. 26, 2008). A response to the complaint by

13 the individual capacity defendants is also currently due February 2, 2009, based on the date

14 plaintiffs effected service on those defendants. *See* Fed. R. Civ. P. 12(a)(3).[1] The defendants

15 request that they be afforded an additional 60 days, or until April 3, 2009,[2] to answer or

16 otherwise respond to the complaint filed in this matter and that the hearing date set for March 26,

17 2009 be reset for a later date after the parties have conferred on a schedule and submitted a joint

18 proposal or respective proposals.

19    The defendants request an extension of time to respond to the complaint so that

20 additional time is available for consultation with incoming Administration officials who have yet

21 to be confirmed or take office and who, once in office, will require additional time to become

22 familiar with the case. Since this is the first filing in this case, and nothing else is pending, the

23 defendants submit that the additional time is appropriate under the circumstances. A proposed

---

24

25    [1] By joining this motion, the individual capacity defendants do not waive, and expressly reserve, all defenses available to them relating to all aspects of this action.

26

27    [2] Our initial motion incorrectly calculated the new proposed due date of defendants response from the date of this motion, rather than the current due date of February 2, 2009. To

28 be clear, we seek the 60-day extension from the current due date of February 2, 2009, in other words up to and including April 3, 2009.

1   order granting the defendants' unopposed motion is attached.

2   DATED:   January 26, 2009                    Respectfully Submitted,

3                                                MICHAEL F. HERTZ
                                                 Acting Assistant Attorney General, Civil Division
4                                                DOUGLAS N. LETTER
                                                 Terrorism Litigation Counsel
5                                                JOSEPH H. HUNT
                                                 Director, Federal Programs Branch
6                                                ANTHONY J. COPPOLINO
                                                 Special Litigation Counsel
7                                                PAUL G. FREEBORNE
                                                 ALEXANDER K. HAAS
8                                                Trial Attorneys
                                                 Email: paul.freeborne@usdoj.gov
9                                                U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
10                                               20 Massachusetts Avenue, NW, Rm. 6102
                                                 Washington, D.C. 20001
11                                               Phone: (202) 353-0543—Fax: (202) 616-8460
                                                 Email: paul.freeborne@usdoj.gov
12
                                                 By:      */s Alexander K. Haas*
13                                                        Alexander K. Haas

14                                               *Attorneys for the Government Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    TIMOTHY P. GARREN
     Director, Torts Branch
2    ANDREA W. MCCARTHY
     Senior Trial Counsel, Torts Branch
3    JAMES R. WHITMAN
     Trial Attorney
4    U.S Department of Justice
     Torts Branch, Civil Division
5    P.O. Box 7146, Ben Franklin Station
     Washington, D.C. 20044-7146
6    Tel:  (202) 616-4169
     Fax:  (202) 616-4314
7    james.whitman@usdoj.gov

8    By:        /s James R. Whitman
                James R. Whitman
9
     *Attorneys for George W. Bush, Richard B. Cheney,*
10   *David S. Addington, Keith B. Alexander, Michael V.*
     *Hayden, John D. McConnell, John D. Negroponte,*
11   *Michael B. Mukasey, Alberto R. Gonzales, and John*
     *D. Ashcroft, in Their Individual Capacity*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF PAUL G. FREEBORNE

I, PAUL G. FREEBORNE, hereby declare that:

1.  I am a Trial Attorney in the Civil Division of the Department of Justice, and one of the attorneys assigned to this case.

2.  I called counsel for the plaintiffs, Jennifer Granick, on January 22, 2009 to seek plaintiffs' consent to a 60-day extension of time for the defendants' response to the complaint filed in this matter.

3.  Counsel for the plaintiffs has stated by phone and electronic mail that plaintiffs would not oppose the defendants' motion.

4.  As set forth in the accompanying administrative motion, the defendants request the additional time to respond to the complaint so that proper consultation with Administration officials who have yet to take office, and others who have not yet been confirmed, can take place.  Since this is the first filing in this case, and nothing else is pending, the defendants believe that the additional time is appropriate under the circumstances.

5.  If the motion is granted, the defendants' obligation to answer or otherwise respond to the complaint would be on or before April 3, 2009.   And if the motion is granted, the defendants propose that the parties be permitted an opportunity to agree upon a briefing schedule for appropriate motions and for a hearing upon any motions that are filed.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 26, 2009, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm.6108
Washington, DC 20001
Telephone:  (202) 353-0543 — Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

By:  ___*s/ Paul G. Freeborne*___
          Paul G. Freeborne

*Attorneys for the Government Defendants*

1

**[PROPOSED]** ORDER

2      It is hereby ORDERED the defendants' Unopposed Administrative Motion for an

3   Extension of Time to Answer or Otherwise Respond to the Complaint is hereby granted, and all

4   defendants shall answer or otherwise respond to the complaint on or before April 3, 2009.  It is

5   further ORDERED that the Court's order setting a hearing for March 26, 2009 is vacated, and

6   that the parties shall meet and confer and propose a briefing schedule for appropriate motions and

7   a hearing date on which the Court may consider any motions that are filed.

8

9   IT IS SO ORDERED,

10  Dated: _____January 30_____, 2009

11

12                                                    _____

13                                                    Hon. _____
                                                      United States District Judge

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA