| | |
|---|---|
| 1 | MICHAEL F. HERTZ |
| | Acting Assistant Attorney General, Civil Division |
| 2 | DOUGLAS N. LETTER |
| | Terrorism Litigation Counsel |
| 3 | JOSEPH H. HUNT |
| | Director, Federal Programs Branch |
| 4 | VINCENT M. GARVEY |
| | Deputy Branch Director |
| 5 | ANTHONY J. COPPOLINO |
| | Special Litigation Counsel |
| 6 | PAUL G. FREEBORNE |
| | MARC KRICKBAUM |
| 7 | Trial Attorneys |
| | U.S. Department of Justice |
| 8 | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW, Rm. 6102 |
| 9 | Washington, D.C. 20001 |
| | Phone: (202) 514-4782 |
| 10 | Fax: (202) 616-8460 |

*Attorneys for the Government Defendants*
*Sued in their Official Capacity*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON, | No. C:08-cv-4373-VRW |
| *Plaintiffs*, | **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA, EX PARTE* CLASSIFIED STATE SECRETS PRIVILEGE DECLARATION OF DENNIS C. BLAIR, DIRECTOR OF NATIONAL INTELLIGENCE** |
| v. | |
| NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence. | Date: June 25, 2009<br>Time: 2:30 p.m.<br>Courtroom: 6, 17th Floor<br><br>Chief Judge Vaughn R. Walker |
| *Government Defendants Sued in Their Official Capacity.* | |

**Government Defendants' Notice of Lodging of Classified *In Camera, Ex Parte*
Declaration of Dennis C. Blair, Director of National Intelligence**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

The Government Defendants hereby provide notice that the Classified Declaration of Dennis C. Blair, Director of National Intelligence, dated April, 3, 2009, is being lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: April, 3, 2009                Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

 *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

PAUL G. FREEBORNE
MARC KRICKBAUM

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants
Sued in their Official Capacitiy*

**Government Defendants' Notice of Lodging of Classified *In Camera, Ex Parte*
Declaration of Dennis C. Blair, Director of National Intelligence**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**      -2-