1   MICHAEL F. HERTZ
    Acting Assistant Attorney General, Civil Division
2   DOUGLAS N. LETTER
    Terrorism Litigation Counsel
3   JOSEPH H. HUNT
    Director, Federal Programs Branch
4   VINCENT M. GARVEY
    Deputy Branch Director
5   ANTHONY J. COPPOLINO
    Special Litigation Counsel
6   PAUL G. FREEBORNE
    MARC KRICKBAUM
7   Trial Attorneys
    U.S. Department of Justice
8   Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, NW, Rm. 6102
9   Washington, D.C. 20001
    Phone: (202) 514-4782
10  Fax: (202) 616-8460

11  *Attorneys for the Government Defendants*
    *Sued in their Official Capacity*

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

                                            )   No. C:08-cv-4373-VRW
16  CAROLYN JEWEL, TASH HEPTING,            )
    GREGORY HICKS, ERIK KNUTZEN, and        )   **GOVERNMENT DEFENDANTS'**
17  JOICE WALTON,                           )   **NOTICE OF LODGING OF** *IN*
                                            )   *CAMERA, EX PARTE* **CLASSIFIED**
18              *Plaintiffs*,               )   **DECLARATION OF DEBORAH A.**
                                            )   **BONANNI, CHIEF OF STAFF,**
19       v.                                 )   **NATIONAL SECURITY AGENCY**
                                            )
20  NATIONAL SECURITY AGENCY ("NSA");       )
    KEITH B. ALEXANDER, Director of the NSA;)   Date:        June 25, 2009
21  UNITED STATES OF AMERICA;               )   Time:        2:30 p.m.
    BARACK OBAMA, President of the United   )   Courtroom:   6, 17th Floor
22  States; UNITED STATES DEPARTMENT OF     )
    JUSTICE; ERIC HOLDER, Attorney General  )   Chief Judge Vaughn R. Walker
23  of the United States; DENNIS C. BLAIR,  )
    Director of National Intelligence.      )
24                                          )
                *Government Defendants*      )
25              *Sued in Their Official Capacity*.  )

26

        The Government Defendants hereby provide notice that the Classified Declaration of
27

28  **Government Defendants' Notice of Lodging of Classified** *In Camera, Ex Parte*
    **Declaration of Deborah A. Bonanni, National Security Agency**
    *Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

Deborah A. Bonanni, Chief of Staff, National Security Agency, dated April, 3, 2009, is being

lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: April 3, 2009                 Respectfully Submitted,

                                   MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

PAUL G. FREEBORNE
MARC KRICKBAUM

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants*
*Sued in their Official Capacity*

**Government Defendants' Notice of Lodging of Classified** *In Camera, Ex Parte*
**Declaration of Deborah A. Bonanni, National Security Agency**
*Jewel et al. v. National Security Agency et al.***, Case No. 08-cv-4373-VRW**        -2-