MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
MARC KRICKBAUM
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants
Sued in their Official Capacity*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence. <br><br> *Government Defendants Sued in Their Official Capacity.* | No. C:08-cv-4373-VRW <br><br> **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF SUPPLEMENTAL *IN CAMERA, EX PARTE* CLASSIFIED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** <br><br> Date: June 25, 2009 <br> Time: 2:30 p.m. <br> Courtroom: 6, 17th Floor <br><br> Chief Judge Vaughn R. Walker |

The Government Defendants hereby provide notice that the Classified Memorandum of

**Government Defendants' Notice of Lodging of Classified *In Camera, Ex Parte* Supplemental Brief**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

Points and Authorities in Support of the Motion to Dismiss and for Summary Judgment, dated April, 3, 2009, is being lodged with court security officers solely for the Court's *in camera, ex parte* review.

Dated: April 3, 2009                 Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

PAUL G. FREEBORNE
MARC KRICKBAUM

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**Government Defendants' Notice of Lodging of Classified *In Camera, Ex Parte* Supplemental Brief**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**     -2-