IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON,

　　　　　　Plaintiffs,

v

NATIONAL SECURITY AGENCY, et al,

　　　　　　Defendants.

_____/

No C 08-4373 VRW

ORDER

　　　All Government defendants sued in their individual capacity herein (George W Bush, Richard B Cheney, David S Addington, Keith B Alexander, Michael V Hayden, John D McConnell, John D Negroponte, Michael B Mukasey, Alberto R Gonzales, and John D Ashcroft) have moved the court for an order that they not be required to answer or otherwise respond to plaintiffs' complaint until "after there is a determination that plaintiffs have standing to proceed in this action." Doc #22 at 1. Plaintiffs oppose the motion, asserting that it is no more than a stay request that does not meet the standards for a stay. Doc #23.

The court believes that the open-ended stay the individual defendants have requested is unwarranted at this time. Accordingly, the request is DENIED without prejudice. The individual defendants shall have until June 25, 2009 within which to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
United States District Chief Judge