MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants
Sued in their Official Capacity*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence.<br><br>*Government Defendants Sued in Their Official Capacity.* | Case No. C:08-cv-4373-VRW<br><br>**STIPULATION TO REVISE HEARING DATE AND TO SET BRIEFING SCHEDULE**<br><br>[Civil L.R. 6-1(b); 6-2; 7-12]<br><br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

**Stipulation to Revise Hearing Date and to Set Briefing Schedule**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW** -1-

Pursuant to Local Rule 6.1(b), the parties, through their undersigned counsel, hereby stipulate and agree to a revised hearing date in connection with the Government Defendants' Motion to Dismiss or for Summary Judgment filed on April 3, 2009, and to a briefing schedule for that motion.

**RECITALS**

1. On September 18, 2008, plaintiffs filed a complaint in this action against the National Security Agency ("NSA"), the United States, and several Government officials in their official and individual capacities, challenging alleged surveillance activities on statutory and constitutional grounds. *See* Dkt. 1 in 08-cv-4373 (Sept. 18, 2008).

2. On April 3, 2009, the Government Defendants sued on their official capacities filed a Motion to Dismiss and for Summary Judgment. *See* Dkt. 18. The Government Defendants noticed their motion for June 25, 2009—a date which, at the time, appeared to be available on the Court's motion calendar. Subsequently, the Government Defendants have been advised that the Court is unavailable on June 25, 2009.

3. The undersigned counsel for the Government Defendants has conferred with counsel for the plaintiffs regarding a revised hearing date, and the parties request that the Government Defendants' motion be set for hearing on July 15, 2009—a date currently available on the Court's motion calendar.

4. In addition, if it please the Court, the parties request that the matter be set for hearing at 10:30 a.m. instead of 2:30 p.m. when the Court normally hears motions.

5. The parties also have conferred and agreed upon the following briefing schedule in connection with a July 15 hearing date:

> June 3, 2009 - Plaintiffs' Opposition to the Government Defendants' Motion
> June 26, 2009 - Government Defendants' Reply

6. This stipulation does not address any scheduling issue in connection with plaintiffs' claims against the defendants sued in their individual capacities.

# STIPULATION

Pursuant to L.R. 6.1(b), the parties, through their undersigned counsel, hereby stipulate and agree to the following schedule in connection with the Government Defendants' Motion to Dismiss and For Summary Judgment:

1. June 3, 2009: Plaintiffs' Opposition to the Government Defendants' Motion
2. June 26, 2009: Government Defendants' Reply
3. July 15, 2009: Hearing on Government Defendants' Motion at **10:30 a.m.**

DATED: April 30, 2009

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By: _s/ Anthony J. Coppolino_
Anthony J. Coppolino

*Attorneys for the Government Defendants Sued in Their Official Capacity*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ANTHONY J. COPPOLINO, hereby declare that, pursuant to General Order 45, § X.B, I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on April 30, 2009, in the City of Washington, District of Columbia.

      *s/ Anthony J. Coppolino*
      ANTHONY J. COPPOLINO
      Special Litigation Counsel
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Avenue, NW, Rm. 6102
      Washington, D.C. 20001
      Phone: (202) 514-4782—Fax: (202) 616-8460
      (tony.coppolino@usdojgov)

<u>SIGNATORY PER G.O. 45:</u>

      ELECTRONIC FRONTIER FOUNDATION
      CINDY COHN (145997)
      LEE TIEN (148216)
      KURT OPSAHL (191303)
      KEVIN S. BANKSTON (217026)
      JAMES S. TYRE (083117)
      454 Shotwell Street
      San Francisco, CA 94110
      Telephone: 415/436-9333
      415/436-9993 (fax)

By:   *s/ Kevin S. Bankston* per G.O. 45
        Kevin S. Bankston

*Attorneys for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby sets the following schedule in connection with the Government Defendants' Motion to Dismiss and For Summary Judgment in this action:

1. June 3, 2009: Plaintiffs' Opposition to Government Defendant's Motion
2. June 26, 2009: Government Defendants' Reply
3. July 15, 2009: Hearing on Government Defendants' Motion at **10:30 a.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____ ___, 2009

                                                                _____
Hon. Vaughn R. Walker
United States District Chief Judge