1  MICHAEL F. HERTZ
   Acting Assistant Attorney General, Civil Division
2  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  VINCENT M. GARVEY
   Deputy Branch Director
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  U.S. Department of Justice
   Civil Division, Federal Programs Branch
7  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
8  Phone: (202) 514-4782
   Fax: (202) 616-8460
9
   *Attorneys for the Government Defendants*
10 *Sued in their Official Capacity*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SECURITY AGENCY ("NSA"); KEITH B. ALEXANDER, Director of the NSA; UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States; UNITED STATES DEPARTMENT OF JUSTICE; ERIC HOLDER, Attorney General of the United States; DENNIS C. BLAIR, Director of National Intelligence. <br><br> *Government Defendants Sued in Their Official Capacity.* | Case No. C:08-cv-4373-VRW <br><br> **STIPULATION TO REVISE HEARING DATE AND TO SET BRIEFING SCHEDULE** <br><br> [Civil L.R. 6-1(b); 6-2; 7-12] <br><br> Courtroom: 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker |

**Stipulation to Revise Hearing Date and to Set Briefing Schedule**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**  -1-

## STIPULATION

Pursuant to L.R. 6.1(b), the parties, through their undersigned counsel, hereby stipulate and agree to the following schedule in connection with the Government Defendants' Motion to Dismiss and For Summary Judgment:

1. June 3, 2009: Plaintiffs' Opposition to the Government Defendants' Motion
2. June 26, 2009: Government Defendants' Reply
3. July 15, 2009: Hearing on Government Defendants' Motion at **10:30 a.m.**

DATED: April 30, 2009                  Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

By:     *s/ Anthony J. Coppolino*
        Anthony J. Coppolino

*Attorneys for the Government Defendants
Sued in Their Official Capacity*

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby sets the following schedule in connection with the Government Defendants' Motion to Dismiss and For Summary Judgment in this action:

1. June 3, 2009: Plaintiffs' Opposition to Government Defendant's Motion

2. June 26, 2009: Government Defendants' Reply

3. July 15, 2009: Hearing on Government Defendants' Motion at **10:30 a.m.**

The date established by the court's order dated April 27, 2009 by which the individual government defendants shall answer or otherwise respond is also hereby extended to July 15, 2009.

**IT IS SO ORDERED:**

_____
Hon. Vaughn R. Walker
United States District Chief Judge