KEKER & VAN NEST, LLP
RACHAEL E. MENY - #178514
PAULA L. BLIZZARD - #207920
MICHAEL S. KWUN - #198945
AUDREY WALTON-HADLOCK - #250574
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: rmeny@kvn.com
Email: mkwun@kvn.com
Email: pblizzard@kvn.com
Email: awaltonhadlock@kvn.com

Attorneys for Plaintiffs Carolyn Jewel,
Tash Hepting, Gregory Hicks, Erik Knutzen,
and Joice Walton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No. C-08-4373-VRW<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel from Keker & Van Nest, LLP have been added to this case and will be appearing as co-counsel of record for plaintiffs Carolyn Jewel, Tash Hepting, Gregory Hicks, Erik Knutzen, and Joice Walton.

```
KEKER & VAN NEST, LLP
RACHAEL E. MENY - #178514
PAULA L. BLIZZARD - #207920
MICHAEL S. KWUN - #198945
AUDREY WALTON-HADLOCK - #250574
710 Sansome Street
San Francisco, California  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  rmeny@kvn.com
Email:  mkwun@kvn.com
Email:  pblizzard@kvn.com
Email:  awaltonhadlock@kvn.com
```

Dated:  June 2, 2009                                KEKER & VAN NEST, LLP

                                    By:   /s/ Rachael E. Meny
                                          RACHAEL E. MENY
                                          Attorneys for Plaintiffs