ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

KEKER & VAN NEST, LLP
RACHAEL E. MENY (178514)
rmeny@kvn.com
PAUL L. BLIZZARD (207920)
MICHAEL S. KWUN (198945)
AUDREY WALTON-HADLOCK (250574)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400; Fax: 415/397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | CASE NO. C-08-4373-VRW <br><br> **DECLARATION OF CINDY COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM IMPROPER MOTION FOR RECONSIDERATION BY INDIVIDUAL CAPACITY DEFENDANTS** <br><br> **REQUEST FOR IMMEDIATE STATUS CONFERENCE** <br><br> **Local Rule 7-11** |

I, CINDY A. COHN, hereby declare,

1. I am an attorney of record for Plaintiffs in this action and a member of good Standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

DECLARATION OF CINDY A. COHN IN SUPPORT OF
PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF FROM
IMPROPER MOTION FOR RECONSIDERATION BY
INDIVIDUAL CAPACITY DEFENDANTS

Dockets.Justia.com

2. On afternoon of Friday, July 10, 2009 the Individual Capacity Defendants filed a Motion for Relief from this Court's April 28 and May 8 Orders (Dkt No. 32). The Defendants did not seek to meet and confer with Plaintiffs before filing this motion.

3. On Monday, July 13, 2009 at 9:45am California time, I called counsel for the Individual Capacity Defendants, James Whitman, and left a message informing him that the motion was an improper Motion for Reconsideration that did not properly follow the local rules. I asked that he withdraw it. I also informed him that if the Individual Capacity Defendants did not do so, I would be bringing this to the Court's attention later that day or early the next.

4. Mr. Whitman responded at 12:05pm via email stating that the Individual Capacity Defendants do not believe that the motion they filed last Friday is governed by Civil Local Rule 7-9 regarding motions for reconsideration, and are therefore unwilling to voluntarily withdraw the motion.

5. Subsequently I notified Mr. Whitman by email that Plaintiffs intended to seek a status conference and the parties agreed that, if one is to be held, it would be most efficiently held on July 15, 2009 after the Motion to Dismiss brought by the other defendants in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 13, 2009

By   */s/Cindy A. Cohn*
        Cindy A. Cohn, Esq.

-1-
DECLARATION OF CINDY A. COHN IN SUPPORT OF
PLAINTIFFS MOTION FOR ADMINISTRATIVE RELIEF FROM
IMPROPER MOTION FOR RECONSIDERATION BY
INDIVIDUAL CAPACITY DEFENDANTS