ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

RACHAEL E. MENY (178514)
PAULA L. BLIZZARD (207920)
MICHAEL S. KWUN (198945)
AUDREY WALTON-HADLOCK (250574)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400; Fax: 415/397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | CASE NO. C-08-4373-VRW<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF ADDITIONAL EVIDENCE IN OPPOSITION TO GOVERNMENT DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**<br><br>Date: July 15, 2009<br>Time: 10:30 a.m.<br>Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

Plaintiffs hereby submit additional evidence to assist the court in its determination of the above-referenced motion.

1. Attached hereto as Exhibit A is a true and correct copy of the Unclassified Report on the President's Surveillance Program dated and released July 10, 2009 and prepared by the Offices of the Inspectors General of the Department of Justice, the Department of Defense, Central Intelligence Agency, National Security Agency and Office of the Director of National Intelligence

Case No. C-08-4373-VRW -1-

1  pursuant to the Foreign Intelligence Surveillance Act Amendments Act of 2008 ("Unclassified
2  Report"). Congress mandated the Unclassified Report in section 301 of the FISA Amendments
3  Act of 2008, P.L. 110-261, and the Unclassified Report is admissible as a public record under Fed.
4  R. Evid. 803(8) and 902(5).
5        2.      The Unclassified Report reflects a substantial amount of information surrounding
6  the "President's Surveillance Program" that is both unclassified and calls into question the legality
7  of aspects of that Program. (*See, e.g.*, pp. 19-20). The Unclassified Report bolsters this Court's
8  decision in *Hepting v. AT&T*, 439 F. Supp. 2d 974, 993-4 (N.D. Cal. 2006) that the very subject
9  matter of *Hepting* and of this case is not a state secret, and demonstrates that broad aspects of the
10 Program can be addressed in the open without undermining the national security of the United
11 States. The Unclassified Report also calls into serious question the effectiveness of the Program
12 (*see, e.g.*, pp. 31-36), noting that most leads generated by the Program "were determined not to
13 have any connection to terrorism" and that most Intelligence Community officials "had difficulty
14 citing specific instances where [the Program] had directly contributed to counterterrorism

26 / / /

28 Case No. C-08-4373-VRW     -2-

PLAINTIFFS' NOTICE OF ADDITIONAL EVIDENCE IN
OPPOSITION TO GOVERNMENT DEFENDANTS'
MOTION TO DISMISS

1  successes," (pp. 32, 36), further undercutting the government's sweeping assertions that any
2  disclosures regarding the Program would harm national security.

DATE: July 13, 2009

Respectfully submitted,

       /s/ Paula L. Blizzard
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

RICHARD R. WIEBE (121156)
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

THOMAS E. MOORE III (115107)
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Attorneys for Plaintiffs

Case No. C-08-4373-VRW     -3-
PLAINTIFFS' NOTICE OF ADDITIONAL EVIDENCE IN
OPPOSITION TO GOVERNMENT DEFENDANTS'
MOTION TO DISMISS