# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** July 15, 2009

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Lydia Zinn

**CASE NO.** C 08-4373 VRW

**TITLE:** CAROLYN JEWEL et al v NATIONAL SECURITY AGENCY et al

**MDL NO. 06-1791** In re National Security Agency Telecommunications Records Litigation

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Kevin Bankston, Cindy Cohn                Anthony Coppolino, James Whitman
Kurt Opsahl, Rick Wiebe                   Tricia Wellman, Scott Chutka
James Tyre, Paula Blizzard

**PROCEEDINGS:**
    1. Def's Motion to Dismiss and for Summary Judgment (Doc 18).
    2. Motion for Relief filed by Individual Capacity Defendants (Doc 32)-not argued.
    3. Plas' Motion for Administrative Relief (Doc 33).

**RESULTS:**
    The Court heard argument from counsel.
    The Court submitted the matter
    The court to issue written ruling.

Hearing on Government Individual Capacity Defendants motion for relief (doc 32) set for 9/17/2009 at 10:00 AM.