THOMAS R. HOGAN, SBN 042048
HOGAN HOLMES & USOZ LLP
333 West Santa Clara St., Suite 800
San Jose, California 95113
Telephone: 408-292-7600
Facsimile: 408-292-7611

Attorneys for Plaintiff
CHIN-LI MOU

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE PUBLIC LIBRARY EDUCATION PARK BRANCH,<br><br>    Defendants. | Case No.  C07-05740 RS<br><br>NOTICE OF APPEARANCE OF PRO BONO COUNSEL |

PLEASE TAKE NOTICE THAT the Hogan Holmes & Usoz LLP, 333 West Santa Clara Street, Suite 800, San Jose, California 95113, (408) 292-7600, has been appointed as *pro bono* counsel on behalf of plaintiff, Chin-Li Mou, in the above-referenced matter.

Dated: November 24, 2008

HOGAN HOLMES & USOZ LLP

_____
THOMAS R. HOGAN

Attorneys for Plaintiff
CHIN-LI MOU

# PROOF OF SERVICE
United States District Court, County of Santa Clara, San Jose Division
*Mou v. City of San Jose, et al.*
Case No.: C07-05740 JF

I, **Teresa Do**, declare that I am a citizen of the United States. My business address is 333 W. Santa Clara Street, Suite 800, San Jose, CA 95113. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for delivery by way of the service indicated below:

(X) By consigning such copy in a sealed envelope, First Class postage fully prepaid, in the United States Postal Service for collection and mailing

( ) By consigning such copy in a sealed envelope to an overnight courier for next business day delivery

( ) By consigning such copy in a sealed envelope to a messenger for guaranteed hand-delivery

( ) By consigning such copy to a facsimile operator for transmittal

( ) By consigning such copy to an electronic mail account for transmittal

On November 24, 2008, in accordance with ordinary business practices at Hogan Holmes & Usoz LLP, I caused to be served:

**NOTICE OF APPEARANCE OF PRO BONO COUNSEL**

in the manner identified above on the person(s) listed below:

Richard Doyle, Esq.
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
Tel: (408) 535-1900
Fax: (408) 998-3131
E-mail: cao.main@sanjoseca.gov

I, **Teresa Do**, declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on November 24, 2008, at San Jose, California.

*/s/ Teresa Do*
Teresa Do