ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
KEVIN S. BANKSTON (SBN 217026)
JAMES S. TYRE (SBN 083117)
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333; Facsimile: (415) 436-9993

KEKER & VAN NEST, LLP
RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
PAULA L. BLIZZARD (SBN 207920)
pblizzard@kvn.com
MICHAEL S. KWUN (SBN 198945)
mkwun@kvn.com
AUDREY WALTON-HADLOCK (SBN 250574)
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400; Facsimile: (415) 397-7188

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
425 California Street, Suite 2025
San Francisco, California 94104
Telephone: (415) 433-3200; Facsimile: (415) 433-6382

THE MOORE LAW GROUP
THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Telephone: (650) 798-5352; Facsimile: (650) 798-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. C-08-4373-VRW<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD R. WIEBE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM ON THE SCOPE OF SECTION 1806(f)**<br><br>Judge:  Vaughn R. Walker<br>Date Comp. Filed:  September 18, 2008 |

446495.01

DECLARATION OF RICHARD R. WIEBE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL
MEMORANDUM ON THE SCOPE OF SECTION 1806(f)
CASE NO. C-08-4373-VRW

Dockets.Justia.com

1. I am a member in good standing of the Bar of the State California and the bar of this Court.  I represent Plaintiffs in this action.  Except as otherwise stated, I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto are true and correct copies of the following government documents:

| Exhibit | Description |
|---|---|
| A | S. 1566, 95th Cong. (as passed by the Senate April 20, 1978) |
| B | S. 1566, 95th Cong. (as passed by the House, September 7, 1978), 124 Cong. Rec. at 28427 to 28432 |
| C | H.R. Rep. No. 95-1283 (1978) (excerpts) |
| D | H.R. Rep. No. 95-1720 (1978) (Conf. Rep.), *reprinted in* 1978 U.S.C.C.A.N. 4048 (excerpts) |
| E | S. Rep. No. 95-701 (1798), *reprinted in* 1978 U.S.C.C.A.N. 3973 (excerpt) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on August 3, 2009.

By:  /s/ Richard R. Wiebe
RICHARD R. WIEBE

---

1
DECLARATION OF RICHARD R. WIEBE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL
MEMORANDUM ON THE SCOPE OF SECTION 1806(f)
CASE NO. C-08-4373-VRW

446495.01