ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
KEVIN S. BANKSTON (SBN 217026)
JAMES S. TYRE (SBN 083117)
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333; Facsimile: (415) 436-9993

KEKER & VAN NEST, LLP
RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
PAULA L. BLIZZARD (SBN 207920)
pblizzard@kvn.com
MICHAEL S. KWUN (SBN 198945)
mkwun@kvn.com
AUDREY WALTON-HADLOCK (SBN 250574)
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, California  94111-1704
Telephone:  (415) 391-5400; Facsimile:  (415) 397-7188

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
425 California Street, Suite 2025
San Francisco, California 94104
Telephone: (415) 433-3200; Facsimile: (415) 433-6382

THE MOORE LAW GROUP
THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Telephone: (650) 798-5352; Facsimile: (650) 798-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. C-08-4373-VRW<br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON THE SCOPE OF THE FISA ACT'S PREEMPTION OF THE STATE SECRETS PRIVILEGE**<br><br>Judge:   Vaughn R. Walker<br>Date Comp. Filed:   September 18, 2008 |

446494.01

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL BRIEF ON THE SCOPE OF THE FISA ACT'S PREEMPTION OF THE STATE SECRETS PRIVILEGE
CASE NO. C-08-4373-VRW

Dockets.Justia.com

1   Because the Court finds that supplemental briefing on the scope of the FISA Act's
2   preemption of the State Secrets Privilege may assist the Court, Plaintiffs' Motion for Leave to
3   file their supplemental brief is GRANTED.  Defendants may submit a supplemental brief of the
4   same length, on the same issue, within 10 days of the date of this Order.

5   IT IS SO ORDERED.

7   Dated: _____          _____
                                           HONORABLE VAUGHN R. WALKER

446494.01

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE SUPPLEMENTAL BRIEF ON THE
SCOPE OF THE FISA ACT'S PREEMPTION OF THE STATE SECRETS PRIVILEGE
CASE NO. C-08-4373-VRW