ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
KEVIN S. BANKSTON (SBN 217026)
JAMES S. TYRE (SBN 083117)
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333; Facsimile: (415) 436-9993

KEKER & VAN NEST, LLP
RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
PAULA L. BLIZZARD (SBN 207920)
pblizzard@kvn.com
MICHAEL S. KWUN (SBN 198945)
mkwun@kvn.com
AUDREY WALTON-HADLOCK (SBN 250574)
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400; Facsimile: (415) 397-7188

LAW OFFICE OF RICHARD R. WIEBE
RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
425 California Street, Suite 2025
San Francisco, California 94104
Telephone: (415) 433-3200; Facsimile: (415) 433-6382

THE MOORE LAW GROUP
THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Telephone: (650) 798-5352; Facsimile: (650) 798-5001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. C-08-4373-VRW<br>CLASS ACTION<br><br>**DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON THE SCOPE OF FISA ACT PREEMPTION**<br><br>**Local Rule 7-11**<br>Judge: Vaughn R. Walker<br>Date Comp. Filed: September 18, 2008 |

DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON THE SCOPE OF FISA ACT PREEMPTION
CASE NO. C-08-4373-VRW

446493.01

Dockets.Justia.com

I, CINDY A. COHN, hereby declare,

1.  I am an attorney of record for Plaintiffs in this action and a member of good Standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2.  I left a message for defense counsel Mr. Coppolino on July 30, informing him of this motion and request and offering that plaintiffs would agree that the government could have 10 court days to respond with a brief of comparable length.

3.  Mr. Coppolino returned my call later that day and indicated that he would prefer to reserve the government's position until he sees the motion and brief. He also indicated that given his current schedule, if the Court was going to grant our motion, he would seek at least thirty days to respond to the brief from the date that the motion was granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on August 3, 2009.

By: /s/ Cindy A. Cohn
CINDY A. COHN

1
DECLARATION OF CINDY A. COHN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON THE SCOPE OF FISA ACT PREEMPTION
CASE NO. C-08-4373-VRW

446493.01