IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON,

    Plaintiffs,

v

NATIONAL SECURITY AGENCY, et al,

    Defendants.

No C 08-4373 VRW

ORDER

    Plaintiffs have moved to file a post-hearing brief addressing "the scope of the FISA Act's preemption of the State Secrets Privilege, especially in light of the Court's questioning on that subject during the hearing on July 15, 2009." Doc #38 at 2.

    Finding good cause therefor, the court hereby GRANTS plaintiffs' motion. Should defendants wish to file a brief on the same subject and of no greater length, they shall do so on or before September 3, 2009.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge