MICHAEL F. HERTZ
Deputy Assistant Attorney General
ANN M. RAVEL
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director
ANDREA W. MCCARTHY
Senior Trial Counsel
JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, DC  20044-7146
Tel:  (202) 616-4169
Fax:  (202) 616-4314
james.whitman@usdoj.gov

*Attorneys for the Defendants Listed on the Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, et al., <br> Plaintiffs, <br> v. <br> NATIONAL SECURITY AGENCY, et al., <br> Defendants. | No. 08-4373 VRW <br><br> **STIPULATION TO SET BRIEFING SCHEDULE** <br><br> [Civil L.R. 6-1(b); 6-2; 7-12] |

Pursuant to Local Rule 6-1(b), the parties, through their undersigned counsel, hereby stipulate and agree to a briefing schedule in connection with the Individual Capacity Defendants' Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009.

**RECITALS**

1. On September 18, 2008, plaintiffs filed a complaint in this action against the National Security Agency ("NSA"), the United States, and several Government officials in their official and individual capacities, challenging alleged surveillance activities on statutory and constitutional grounds.  See Doc # 1.

1    2.    On April 3, 2009, the Government Defendants sued in their official capacities filed a Motion to Dismiss and for Summary Judgment. See Doc # 18. That motion was argued and submitted for consideration by the Court on July 15, 2009.

3.    On July 10, 2009, the individual capacity defendants filed a Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009. See Doc # 32. That motion is scheduled to be heard on September 17, 2009, at 10:00 a.m.

4.    The parties have conferred and agreed upon the following briefing schedule in connection with the September 17, 2009 hearing date:

August 24, 2009:    Plaintiffs' Opposition to the Individual Capacity Defendants' Motion

September 3, 2009:    Individual Defendants' Reply

**STIPULATION**

Pursuant to Local Rule 6-1(b), the parties, through their undersigned counsel, hereby stipulate and agree to the following schedule in connection with the Individual Capacity Defendants' Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009:

1. August 24, 2009: Plaintiffs' Opposition to the Individual Capacity Defendants' Motion
2. September 3, 2009: Individual Capacity Defendants' Reply
3. September 17, 2009: Hearing on Individual Capacity Defendants' Motion at 10:00 a.m.

Respectfully submitted this 5th day of August, 2009,

MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division

ANN M. RAVEL
Deputy Assistant Attorney General, Civil Division

TIMOTHY P. GARREN
Director, Torts Branch

ANDREA W. MCCARTHY
Senior Trial Counsel, Torts Branch

/s/ James R. Whitman
JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch

Attorneys for George W. Bush, Richard B. Cheney, David S. Addington, Keith B. Alexander, Michael V. Hayden, John D. McConnell, John D. Negroponte, Michael B. Mukasey, Alberto R. Gonzales, and John D. Ashcroft, in their individual capacity

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, JAMES R. WHITMAN, hereby declare that, pursuant to General Order 45, § X.B, I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on August 5, 2009, in the City of Washington, District of Columbia.

/s/ James R. Whitman
JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, DC  20044-7146
Tel:  (202) 616-4169
Fax:  (202) 616-4314
james.whitman@usdoj.gov

Attorney for the Individual Capacity Defendants

SIGNATORY PER G.O. 45:

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
Fax:  415/436-9993

By:    /s/ Cindy Cohn        per G.O. 45
       CINDY COHN

Attorneys for Plaintiffs

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby sets the following schedule in connection with the Individual Capacity Defendants' Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009:

1. August 24, 2009: Plaintiffs' Opposition to the Individual Capacity Defendants' Motion
2. September 3, 2009: Individual Capacity Defendants' Reply
3. September 17, 2009: Hearing on Individual Capacity Defendants' Motion at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____ ___, 2009

_____
Hon. Vaughn R. Walker
United States District Chief Judge