MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
MARCIA BERMAN
Trial Attorney
Marcia.Berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants
Sued in their Official Capacity*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | No. 08-cv-4373-VRW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SUPPLEMENTAL BRIEF (Dkt. 38-1)**<br><br>Courtroom: 6, 17th Floor<br>Chief Judge Vaughn R. Walker |

Pursuant to Civil Local Rule 6.2, the parties hereby stipulate to a one day extension of time for the Government Defendants to respond to Plaintiffs' Supplemental brief (Dkt. 38-1).

**RECITALS**

1. On August 4, 2009, the Court granted the plaintiffs leave to file a supplemental brief in this action and also granted the Government Defendants until September 3, 2009, to file a response of equal length. *See* Dkt. 40.

2. The Government Defendants request (and the plaintiffs do not oppose) a one-day extension to submit its response to September 4, 2009. The undersigned counsel for the

**No. 08-cv-4373-VRW – Stipulation to Extend Time to Respond to Supplemental Brief (Dkt. 38-1)**  1

1  Government Defendants requests an additional day to complete this submission due to the press
2  of other prior business, including the submission of a dispositive motion to the Court on August
3  21, 2009, in the *Al-Haramain* action (07-cv-00109-VRW), and the submission of a case
4  management report on August 27, 2009 in the *Shubert* action (07-cv-00693-VRW).  The
5  Government has not previously requested an extension of the instant deadline, and the requested
6  extension will not alter the date of any event or any deadline already fixed by Court order.  *See*
7  LCvR 6.2(a).

## **STIPULATION**

Pursuant to Local Civil Rule 6.2, the parties hereby stipulate that the response of the Government Defendants to plaintiffs' supplemental brief (Dkt. 38-1) shall be due no later than September 4, 2009.

Date: September 1, 2009            Respectfully Submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

MARCIA BERMAN
Trial Attorney
Marcia.Berman@usdoj.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460


By:      */s Anthony J. Coppolino*
         Anthony J. Coppolino

*Attorneys for the Government Defendants Sued in Their Official Capacity*

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below. I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on September 1, 2009, in the City of Washington, District of Columbia.

Respectfully Submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel

MARCIA BERMAN
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460


By:     */s Anthony J. Coppolino*
        Anthony J. Coppolino

*Attorneys for the Government Defendants Sued in their Official Capacity*

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
KEVIN S. BANKSTON (217026)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333
415/436-9993 (fax)

By:     *s/ Cindy Cohn* per G.O. 45
        Cindy Cohn

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*<br><br>　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　Defendants. | No.  08-cv-4373-VRW<br><br>**[PROPOSED] ORDER**<br><br>Courtroom: 6, 17th Floor<br><br>Chief Judge Vaughn R. Walker |

[PROPOSED] ORDER

　　Pursuant to the parties' stipulation, and good cause appearing, it is hereby ORDERED that:

　　The due date for Government Defendants' response to plaintiffs' supplemental brief (Dkt. 38-1) in this action is hereby extended to September 4, 2009.

IT IS SO ORDERED.

Dated: _____, 2009.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Vaughn R. Walker
　　　　　　　　　　　　　　　　　　　　　　United States District Chief Judge

**No.  08-cv-4373-VRW – Stipulation to Extend Time to Respond to Supplemental Brief (Dkt.  38-1)**