# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

### VAUGHN R. WALKER
United States District Chief Judge

**DATE:** September 17, 2009

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Jim Yeomans

**CASE NO.** C 08-4373 VRW

**TITLE:** CAROLYN JEWEL et al v NATIONAL SECURITY AGENCY et al

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Thomas Moore | James Whitman |
| Cindy Cohn, Kevin Bankston | Anthony Coppolino, Scot Chutka |
| Richard Wiebe | |

**PROCEEDINGS:**  1. Individual Capacity Defendants' Motion for Relief.
2. Plaintiffs' Motion for Administrative Relief.

**RESULTS:**  The Court heard argument from counsel.
The Court submitted the matter
The court to issue written ruling.