1    BETH S. BRINKMANN
Deputy Assistant Attorney General
2    DOUGLAS N. LETTER
Terrorism Litigation Counsel
3    JOSEPH H. HUNT
Director, Federal Programs Branch
4    VINCENT M. GARVEY
Deputy Branch Director
5    ANTHONY J. COPPOLINO
Special Litigation Counsel
6    MARCIA BERMAN
Senior Trial Counsel
7    PAUL E. AHERN
Trial Attorney
8    U.S. Department of Justice
Civil Division, Federal Programs Branch
9    20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
10    Phone: (202) 514-4782
Fax: (202) 616-8460
11

*Attorneys for the Government Defendants*
12    *Sued in their Official Capacity*

13            **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15            **SAN FRANCISCO DIVISION**

16

17    _____ )   Case  No. C:08-cv-4373-VRW
                                     )
CAROLYN JEWEL, TASH HEPTING,   )
18    GREGORY HICKS, ERIK KNUTZEN, and )   **EXHIBIT 2 TO**
JOICE WALTON,                     )   **NOTICE OF ORDER BY**
19                                  )   **COURT OF APPEALS GRANTING**
          *Plaintiffs*,          )   **REHEARING** *EN BANC* **IN**
20                                  )   *MOHAMED V. JEPPESEN*
     v.                                )   *DATAPLAN, INC.*
21                                  )
NATIONAL SECURITY AGENCY ("NSA"); )
22    KEITH B. ALEXANDER, Director of the NSA; )   Chief Judge Vaughn R. Walker
UNITED STATES OF AMERICA;        )
23    BARACK OBAMA, President of the United )
States; UNITED STATES DEPARTMENT OF )
24    JUSTICE; ERIC HOLDER, Attorney General )
of the United States; DENNIS C. BLAIR,   )
25    Director of National Intelligence.      )
                                 )
26           *Government Defendants*    )
        *Sued in Their Official Capacity.*   )
27    _____ )

28    **Notice of Order by Court of Appeals Granting Rehearing** *En Banc* **in** *Mohamed v. Jeppesen Dataplan, Inc.*
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

Dockets.Justia.com

FILED

OCT 27 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AHMED AGIZA; MOHAMED FARAG AHMAD BASHMILAH; BISHER AL-RAWI, | No. 08-15693 |
| Plaintiffs - Appellants, | D.C. No. 5:07-CV-02798-JW |
| v. | ORDER |
| JEPPESEN DATAPLAN, INC., | |
| Defendant - Appellee, | |
| UNITED STATES OF AMERICA, | |
| Intervenor - Appellee. | |

**KOZINSKI**, Chief Judge:

En banc oral argument will take place during the week of December 14, 2009, in San Francisco, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Page 2

Within seven days from the date of this order, the parties shall forward to the Clerk of Court thirty additional paper copies of the original briefs and excerpts of record.