MICHAEL F. HERTZ
Deputy Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
Email: paul.freeborne@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6108
Washington, D.C. 20001
Phone: (202) 353-0543—Fax: (202) 616-8460
*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWEL, et al. | No.  08-cv-4373-VRW |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| NATIONAL SECURITY AGENCY, et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Alexander K. Haas is transferring to another division within the

U.S. Department of Justice and hereby withdraws his appearance on behalf of the United States

and Government Defendants in the above-captioned action.

Dated:  November 6, 2009                     Respectfully Submitted,

                                             MICHAEL F. HERTZ
                                             Deputy Assistant Attorney General

                                             DOUGLAS N. LETTER
                                             Terrorism Litigation Counsel

---

**No.  08-cv-4373-VRW – Notice of Withdrawal of Appearance**                                             1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

ANTHONY J. COPPOLINO
Special Litigation Counsel

_s/ Alexander K. Haas_
ALEXANDER K. HAAS (SBN 220932)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 307-3937—Fax: (202) 616-8470

*Attorneys for the Government Defendants*

---

**No. 08-cv-4373-VRW – Notice of Withdrawal of Appearance**                                                      2