| | | |
|---|---|---|
| 1 | MICHAEL F. HERTZ | ELECTRONIC FRONTIER FOUNDATION |
| | Deputy Assistant Attorney General | CINDY COHN (145997) |
| 2 | JOSEPH H. HUNT | LEE TIEN (148216) |
| | ANTHONY J. COPPOLINO | KURT OPSAHL (191303) |
| 3 | PAUL E. AHERN | KEVIN S. BANKSTON (217026) |
| 4 | U.S. Department of Justice | JAMES S. TYRE (083117) |
| | Civil Division, Federal Programs Branch | 454 Shotwell Street |
| 5 | 20 Massachusetts Avenue, NW, Rm. 6102 | San Francisco, CA 94110 |
| | Washington, D.C. 20001 | Telephone: (415) 436-9333 |
| 6 | Tel: (202) 514-4782/Fax: (202) 616-8460 | Fax: (415) 436-9993 |
| 7 | *Attorneys for Government Defendants* | |
| | | RICHARD R. WIEBE (121156) |
| 8 | ANN M. RAVEL | LAW OFFICE OF RICHARD R. WIEBE |
| | Deputy Assistant Attorney General | 425 California Street, Suite 2025 |
| 9 | TIMOTHY P. GARREN | San Francisco, CA 94104 |
| | ANDREA W. MCCARTHY | Telephone:  (415) 433-3200 |
| 10 | JAMES R. WHITMAN | Fax:  (415) 433-6382 |
| 11 | U.S. Department of Justice | |
| | Civil Division, Torts Branch | *Attorneys for Plaintiffs* |
| 12 | P.O. Box 7146, Ben Franklin Station | |
| | Washington, DC 20044-7146 | [FULL COUNSEL LIST BELOW] |
| 13 | Tel: (202) 616-4169/Fax: (202) 616-4314 | |
| 14 | *Attorneys for Individual Capacity Defendants* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CAROLYN JEWEL *et al.*,** | Case No. C:08-cv-4373-VRW |
| *Plaintiffs,* | **JOINT MOTION FOR ENTRY OF ORDER REGARDING PRESERVATION OF EVIDENCE** |
| v. | |
| **NATIONAL SECURITY AGENCY *et al.*,** | **Chief Judge Vaughn R. Walker** |
| *Defendants* | |

**Joint Motion for Entry of Order Regarding Preservation of Evidence**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**

**JOINT MOTION FOR ENTRY OF ORDER REGARDING PRESERVATION OF EVIDENCE**

Pursuant to Local Rule 7-11, the parties jointly move this Court to extend the Order regarding preservation of evidence entered in the related multi-district litigation ("MDL") proceedings (Dkt. 393 in 06-cv-1791-VRW) to this action. In support the parties state as follows:

1. On September 20, 2007, plaintiffs in the related MDL proceeding, *In re: National Security Agency Telecommunications Records Litigation*, moved this Court for an order requiring all parties to preserve evidence relevant to the action. (Dkts. 373, 384 in 06-cv-1791-VRW). On November 6, 2007, the Court entered an Order regarding the preservation of evidence in cases consolidated in the MDL proceeding (the "MDL Order"). Ex.1 (Dkt. 393 in 06-cv-1791-VRW).

2. Plaintiffs in this action have requested that the defendants stipulate to an identical preservation order in this action, and the defendants have agreed in light of the order entered in the multi-district litigation.

3. Accordingly, the parties jointly move this Court to enter the proposed order set forth below, which is identical in substance to the MDL Order. (Dkt. 393 in MDL 06-cv-1791-VRW).

4. The MDL Order required the counsel representing each party to certify that they had directed their clients to comply with the Order. Ex.1 at 4 (Dkt. 393 in 06-cv-1791-VRW). The parties respectfully request that the Court order the requisite statements to be filed not later than December 15, 2009, in this action. A proposed Order is attached.

DATED:  November 10, 2009            Respectfully Submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director

**Joint Motion for Entry of Order Regarding Preservation of Evidence**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC  20001
Telephone: (202) 305-0633
Fax: (202) 616-8460
paul.ahern@usdoj.gov

By:    */s  Paul E. Ahern*
       Paul E. Ahern

*Attorneys for the Government Defendants Sued in Their Official Capacity*

**Joint Motion for Entry of Order Regarding Preservation of Evidence**
*Jewel et al. v. National Security Agency et al.*, **Case No. 08-cv-4373-VRW**                                     3

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, PAUL E. AHERN, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 10, 2009, in the City of Washington, District of Columbia.

MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Branch Director
ANTHONY J. COPPOLINO
Special Litigation Counsel
MARCIA BERMAN
Senior Litigation Counsel
PAUL E. AHERN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC  20001
Telephone: (202) 514-4782
Fax: (202) 616-8460
tony.coppolino@usdoj.gov

By:   *s/   Paul E. Ahern*
            Paul E. Ahern

*Attorneys for the Government Defendants Sued in Their Official Capacity*

ANN M. RAVEL
Deputy Assistant Attorney General
TIMOTHY P. GARREN
Director, Torts Branch
ANDREA W. MCCARTHY
Senior Trial Counsel
JAMES R. WHITMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044-7146
Telephone: (202) 616-4169
Fax: (202) 616-4314
james.whitman@usdoj.gov

**Joint Motion for Entry of Order Regarding Preservation of Evidence**
*Jewel et al. v. National Security Agency et al.*, Case No. 08-cv-4373-VRW                                    4

By:   s/   *James R. Whitman*     G.O. 45
James R. Whitman

*Attorneys for the Government Defendants Sued in Their Individual Capacity*

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Fax: (415) 436-9993

RICHARD R. WIEBE (121156)
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

By:   s/   *Cindy Cohn*     G.O. 45
Cindy Cohn

*Attorneys for Plaintiffs*

**Joint Motion for Entry of Order Regarding Preservation of Evidence**
*Jewel et al. v. National Security Agency et al.*, **C**ase No. 08-cv-4373-VRW                5