| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>CINDY COHN (145997)<br>cindy@eff.org<br>LEE TIEN (148216)<br>KURT OPSAHL (191303)<br>KEVIN S. BANKSTON (217026)<br>JAMES S. TYRE (083117)<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:  415/436-9333; Fax:  415/436-9993<br><br>RICHARD R. WIEBE (121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Telephone:  415/433-3200; Fax:  415/433-6382 | THOMAS E. MOORE III (115107)<br>tmoore@moorelawteam.com<br>THE MOORE LAW GROUP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Telephone:  650/798-5352; Fax:  650/798-5001<br><br>KEKER & VAN NEST, LLP<br>RACHAEL E. MENY (178514)<br>rmeny@kvn.com<br>PAULA L. BLIZZARD (207920)<br>MICHAEL S. KWUN (198945)<br>AUDREY WALTON-HADLOCK (250574)<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: 415/391-5400; Fax: 415/397-7188 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>　　　　　Defendants. | CASE NO. C-08-4373-VRW<br><br>**NOTICE OF MANUAL FILING OF:**<br><br>**DECLARATION OF KEVIN S. BANKSTON IN COMPLIANCE WITH PRESERVATION ORDER**<br><br>Judge:  The Hon. Vaughn R. Walker |

The following document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office:

[1] Declaration of Kevin S. Bankston in Compliance with Preservation Order

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[X] Other (description): pursuant to 08-cv-04373-VRW Docket No. 51 ("Preservation Order")

DATED:  December 15, 2009

By   /s/Kevin S. Bankston
ELECTRONIC FRONTIER FOUNDATION
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333
415/436-9993 (fax)

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: (650) 798-5352
Facsimile: (650) 798-5001

KEKER & VAN NEST, LLP
RACHAEL E. MENY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                PAUL L. BLIZZARD
                MICHAEL S. KWUN
                AUDREY WALTON-HADLOCK
                710 Sansome Street
                San Francisco, CA 94111-1704
                Telephone: 415/391-5400; Fax: 415/397-7188

Attorneys for Plaintiffs

CASE NO. C-08-4373-VRW     NOTICE OF MANUAL FILING