| | |
|---|---|
| 1 | JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com |
| | SEEGER WEISS LLP |
| 2 | 1515 Market Street, Suite 1380 |
| | Philadelphia, PA 19102 |
| 3 | Telephone: (215) 564-2300 |
| | Facsimile: (215) 851-8029 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | ARAM HOVSEPIAN |

DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated, | CASE NO. C 08-05788 JF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO SECOND AMENDED COMPLAINT** |
| vs. | |
| APPLE INC., | Complaint Filed: December 31, 2008 |
| Defendant. | Hon. Jeremy Fogel |

Case No. C 08-05788 JF

STIPULATION EXTENDING DEADLINE TO
RESPOND TO SECOND AMENDED
COMPLAINT

WHEREAS, on September 21, 2009, Plaintiff served Apple with the Second Amended Complaint;

WHEREAS, the parties have agreed to extend Apple's deadline to respond to the Second Amended Complaint to and including October 13, 2009;

WHEREAS, the parties have agreed to a hearing date of December 4, 2009.

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Northern District Court Civil Local Rule 6-1(a), the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, Apple shall file and serve its response to the Second Amended Complaint by October 13, 2009.

DATED: October 9, 2009　　　SEEGER WEISS LLP

By: ___/s/ Jonathan Shub___
　　　JONATHAN SHUB

Attorneys for Plaintiff
ARAM HOVSEPIAN

DATED: October 9, 2009　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ___/s/ Thomas A. Counts___
　　　THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Jonathan Shub for Plaintiff.

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorney for Defendant
APPLE INC.

LEGAL_US_W # 62646858.1

Case No. C 08-05788 JF　　　-1-　　　STIPULATION EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT