ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA  94110
Telephone:  415/436-9333; Fax:  415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:  415/433-3200; Fax:  415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone:  650/798-5352; Fax:  650/798-5001

RACHAEL E. MENY (178514)
PAULA L. BLIZZARD (207920)
MICHAEL S. KWUN (198945)
AUDREY WALTON-HADLOCK (250574)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:  415/391-5400; Fax:  415/397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C-08-4373-VRW<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' AMENDMENT TO SUBSTITUTE JOHN C. YOO AND JACK L. GOLDSMITH FOR FICTICTIOUSLY NAMED DEFENDANTS DOE NO. 1 AND DOE NO. 2**<br><br>Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

Upon the filing of the complaint, the plaintiffs, having been ignorant of the true names of some defendants and having designated those defendants in the complaint by the fictitious names of Doe No. 1 and Doe No. 2 and having discovered the true names of said defendants to be John C. Yoo and Jack L. Goldsmith, respectively, hereby amend the complaint by substituting the true

names for the fictitious names wherever they appear in paragraphs 1 through 107 of the complaint and with respect to Counts II, IV, VI, VIII, XI and XIV.

DATE:  January 20, 2010                     Respectfully submitted,

                                                                 /s/

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Attorneys for Plaintiffs