# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| CHIN-LI MOU | ) | |
| | ) | |
| v. | ) | Case No.: C07-05740 JF |
| CITY OF SAN JOSE, SAN JOSE PUBLIC | ) | |
| LIBRARY EDUCATION PARK BRANCH | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___09/29/2009___ against ___Plaintiff___ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,079.90 |
| TOTAL | $ 1,079.90 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney: ROBERT BURCHFIEL

For: ___CITY OF SAN JOSE___     Date: _10/8/09_
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court               Deputy Clerk               Date

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1    RICHARD DOYLE, City Attorney (#88625)
     NORA FRIMANN, Chief Trial Attorney (#93249)
2    ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
     Office of the City Attorney
3    200 East Santa Clara Street
     San José, California 95113-1905
4    Telephone Number: (408) 535-1900
     Facsimile Number: (408) 998-3131
5    E-Mail Address: cao.main@sanjoseca.gov

6    Attorneys for Defendant, CITY OF SAN JOSE

7

8               UNITED STATES DISTRICT COURT

9              NOTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12    CHIN-LI MOU,                  Case Number: C07-05740 JF

13           Plaintiff,

14        v.                    **DECLARATION OF ROBERT BURCHFIEL IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

15    CITY OF SAN JOSE, SAN JOSE PUBLIC
     LIBRARY EDUCATION PARK BRANCH,

16           Defendants.

17

18      I, Robert Burchfiel, declare as follows:

19      1.      That I am one of the attorneys of record for Defendant City of San Jose in

20 the above-captioned action and that I am duly licensed to practice law in the State of

21 California and before the United States District Court for the Northern District of California;

22      2.      That attached Exhibit A is a true and correct copy of Atlas Interpreters

23 Invoice No. 280431 dated October 22, 2008 in the amount of $675.00 for interpreter

24 services rendered for the deposition of Plaintiff on October 10, 2008; and

25      3.      That attached Exhibit B is a true and correct copy of Salois & Associates

26 Invoice for File No. 08-6147 dated October 30, 2008 in the amount of $404.90 for

27

28                          1

1  deposition services rendered (including the original transcript and one copy) for the
2  deposition of Plaintiff on October 10, 2008.
3       I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.

6  Dated: October _8_, 2009

   ROBERT BURCHFIEL
   Sr. Deputy City Attorney

DECLARATION OF ROBERT BURCHFIEL ISO BILL OF COSTS          CASE No.: C07-05740 JF

595389

# Atlas
## Interpreters

TRANSLATION & INTERPRETATION SERVICES

LEGAL • TECHNICAL • MEDICAL • COMMERCIAL

Ambaric Arabic Armenian Bulgarian Cambodian Cantonese Czech Danish Dutch Farsi Finnish French German Greek Hebrew Hindi Indonesian Italian Japanese Korean Laotian Mandarin Polish Portuguese Punjabi Romanian Russian Spanish Swedish Tagalog Thai Turkish Vietnamese and more...

October 22, 2008

Mr. Robert Burchfield, Esq.
City of San Jose, Attorney's Office
200 E. Santa Clara Street, 15th Floor
San Jose, CA 95113

**Invoice No.:** 280431

**E.I.N.:** 77-0386377

## STATEMENT OF SERVICES

| | |
|---|---|
| **Case Name:** | ~~Mow~~ *Mow chin-Li* vs. City of San Jose *L-12995-07* |
| **Case No.:** | N/A |
| **Language:** | **Mandarin (Court Certified)** |
| **Type of Services:** | **Consecutive Interpreting (Deposition)** |
| **Date:** | October 10, 2008 |
| **Time:** | From 11:00 a.m. to 4:00 p.m. |
| **Location:** | Your office |
| **Rate:** | *135.00* $145.00/hr (minimum of four hours - prorated every 15 minutes) |
| **TOTAL :** | $725.00 *$675.00* |

*APPROVED FOR PAYMENT* *12995-07*

Thank you.

**Please refer to the invoice number on your check.**

## Please mail all checks and correspondences to our San Jose office

Monthly service charge of 1.5% will be charged to all invoices over 30 days old

CITY ATTORNEY
CITY OF SAN JOSE
OCT 24 2008
RECEIVED

*10/30/08*
*Lorena @ Atla*
*will adjust invoi*
*to $135.00 per*

*EXHIBIT A*

100 San Pablo Avenue • San Francisco, California 94127
3150 Almaden Expwy. Suite 241• San Jose, California 95118
Tel: (800) 835-0339 • FAX: (408) 265-5668 • E-Mail: Atlas@atlasinterpreters.co
www.AtlasInterpreters.com



CITY ATTORNEY
CITY OF SAN JOSE

OCT 3 1 2008

RECEIVED

SALOIS & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
1250 Oakmead Parkway, Ste. 210
Sunnyvale, CA  94085-4037
(408) 279-3376

FEDERAL ID# 77-0155159

<u>INVOICE</u>

TO:   Robert Burchfiel, Esq.
      City Attorney's Office
      200 East Santa Clara Street, 16th Floor
      San Jose, CA  95113-1905

_Chin-li_

RE:   Mou v City of San Jose      _L-12995-07_

Deposition of Chin-Li Mou - 60 pgs.
Original and one copy -                              246.00

Half day per diem                                     70.00
Notary                                                15.00
Notary - Interpreter _Not on Contract_                15.00
Certificate                                            5.00
Exhibits - 13 pgs.                                     3.90
Condensed transcript with word index                  15.00
Handling fee                                          30.00
Shipping fee                                          10.00
Shipping fee for original in 30 days                  10.00

FILE NO:  08-6147                       APPROVED
                                        FOR PAYMENT
JOB DATE:  October 10, 2008

TOTAL AMOUNT DUE   ($419.90)
                    404.90

DATE OF BILLING:  10-30-08

TERMS OF BILLING:  NET 30 DAYS - SUBJECT TO 1.5% MONTHLY
       PLEASE REFERENCE FILE NUMBER ON YOUR CHECK
   PLEASE INCLUDE A COPY OF THIS STATEMENT WITH YOUR CHECK
                        THANK YOU



**EXHIBIT B**