IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON, <br><br> Plaintiffs, <br><br> v <br><br> NATIONAL SECURITY AGENCY, et al, <br><br> Defendants. | No C 08-4373 VRW <br><br> JUDGMENT |

This action having come before the court and the court having considered the same and ordered entry of judgment in favor of defendants, now therefore:

IT IS ORDERED AND ADJUDGED that in accordance with the Court's January 21, 2010 Order, judgment is hereby entered in this case in favor of defendants and against plaintiffs.

Date: January 25, 2010

For the Clerk,

_Cora Klein_
_____
Cora Klein, DEPUTY CLERK
United States District Court