| | |
|---|---|
| CINDY COHN (145997) | RACHAEL E. MENY (178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (148216) | PAULA L. BLIZZARD (207920) |
| KURT OPSAHL (191303) | pblizzard@kvn.com |
| KEVIN S. BANKSTON (217026) | MICHAEL S. KWUN (198945) |
| JAMES S. TYRE (083117) | mkwun@kvn.com |
| ELECTRONIC FRONTIER FOUNDATION | AUDREY WALTON-HADLOCK (250574) |
| 454 Shotwell Street | awaltonhadlock@kvn.com |
| San Francisco, CA  94110 | KEKER & VAN NEST, LLP |
| Telephone:  (415) 436-9333 | 710 Sansome Street |
| Fax:  (415) 436-9993 | San Francisco, California  94111-1704 |
| | Telephone:  (415) 391-5400 |
| RICHARD R. WIEBE (121156) | Fax:   (415) 397-7188 |
| wiebe@pacbell.net | |
| LAW OFFICE OF RICHARD R. WIEBE | THOMAS E. MOORE III (115107) |
| One California Street, Suite 900 | tmoore@moorelawteam.com |
| San Francisco, CA 94111 | THE MOORE LAW GROUP |
| Telephone:  (415) 433-3200 | 228 Hamilton Avenue, 3rd Floor |
| Fax:  (415) 433-6382 | Palo Alto, CA 94301 |
| | Telephone:  (650) 798-5352 |
| | Fax:  (650) 798-5001 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | CASE NO. C-08-4373-VRW<br><br>**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL RICHARD R. WIEBE**<br><br>Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

Case No. C-08-4373-VRW
NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS'
COUNSEL RICHARD R. WIEBE

Please take notice that Richard R. Wiebe, counsel for plaintiffs, has changed his street address:

>Richard R. Wiebe
>Law Office of Richard R. Wiebe
>One California Street, Suite 900
>San Francisco, CA 94111
>Telephone: 415-433-3200
>Facsimile: 415-433-6382

DATE: January 28, 2010

Respectfully submitted,

 *s/ Richard R. Wiebe*

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111

CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Attorneys for Plaintiffs