**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN AND JOICE WALTON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>  v<br><br>NATIONAL SECURITY AGENCY ET AL,<br><br>            Defendants. | No C 08-cv-4373 VRW |
| IN RE:<br><br>NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF AND HILARY BOTEIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>  v<br><br>BARACK H OBAMA ET AL,<br><br>            Defendants. | MDL Docket No C 06-1791 VRW<br><br>Member case No C 07-0693 VRW<br><br><br>ORDER |

        The order filed in these two cases on January 21, 2010 (Doc #57 in No C 08-cv-4373 VRW; Doc #703 in MDL No C 06-1791 VRW; and Doc #46 in No 07-0693 VRW) is hereby amended as follows: the word "six" on page 4 line 4 is replaced with the word "five."

        IT IS SO ORDERED.

                                            VAUGHN R WALKER
                                            United States District Chief Judge