ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)
KEVIN S. BANKSTON (217026)
JAMES S. TYRE (083117)
454 Shotwell Street
San Francisco, CA 94110
Telephone: 415/436-9333; Fax: 415/436-9993

RICHARD R. WIEBE (121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: 415/433-3200; Fax: 415/433-6382

THOMAS E. MOORE III (115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone: 650/798-5352; Fax: 650/798-5001

RACHAEL E. MENY (178514)
PAULA L. BLIZZARD (207920)
MICHAEL S. KWUN (198945)
AUDREY WALTON-HADLOCK (250574)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400; Fax: 415/397-7188

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | CASE NO. C-08-4373-VRW<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL**<br><br>Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

Please take notice that plaintiffs Carolyn Jewel, Tash Hepting, Gregory Hicks, Erik Knutzen and Joice Walton, and each of them, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Order dated January 21, 2010, dismissing plaintiffs' complaint with prejudice (as amended by Order dated February 4, 2010) and from the district court's judgment dismissing plaintiffs' action entered on January 25, 2010.

Case3:08-cv-04373-VRW Document61 Filed03/19/10 Page2 of 4

DATE: March 18, 2010

Respectfully submitted,

*[signature: Thomas E. Moore III]*

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

Attorneys for Plaintiffs

Case No. C-08-4373-VRW     -2-
NOTICE OF APPEAL

Jewel v. National Security Agency.             Case No. C08-4373-VRW

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 228 Hamilton Avenue, Third Floor, Palo Alto, CA 94301.

On March 18, 2010, I served the following document(s):

**NOTICE OF APPEAL**

on the interested parties in this action addressed as follows:

**Anthony Joseph Coppolino**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, Rm. 6102
Washington, DC 20001

**James R. Whitman**
U.S. Department of Justice
Civil Division, Torts Branch
P.O Box 7146, Ben Franklin Station
Washington, DC 20044-7146

☒ **BY MAIL**

    ☒ I deposited such envelope in the mail at Palo Alto, California. The envelope was mailed with postage thereon fully prepaid.

    ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION** pursuant to Rule 2008 of the California Rules of Court. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☐ **BY FEDERAL EXPRESS**, OVERNIGHT, which was dropped off at the Federal Express office located at 3000 El Camino Real, Palo Alto, California 94306.

☐ **BY HAND:** I placed a true and correct copy thereof in a sealed envelope and instructed a messenger to hand deliver said envelope(s) to the address(es) noted above.

CERTIFICATE OF SERVICE

1 | Executed on March 18, 2010 at Palo Alto, California.

2 | ☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4 | ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Nicole Economou

CERTIFICATE OF SERVICE