

**FILED**

**JAN 26 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROLYN JEWEL; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>NATIONAL SECURITY AGENCY; et al.,<br><br>        Defendants - Appellees. | No. 10-15616<br><br>D.C. Nos.   3:08-cv-04373-VRW<br>                  M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| VIRGINIA SHUBERT; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>GEORGE W. BUSH; et al.,<br><br>        Defendants - Appellees. | No. 10-15638<br><br>D.C. Nos.   3:07-cv-00693-VRW<br>                  M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

Before: Peter L. Shaw, Appellate Commissioner.

     The appellants' motion for reconsideration of the clerk's order granting only in part the motion for leave to file an oversize reply brief is granted. The Clerk shall file the previously submitted reply brief in No. 10-15616.

1.24.11/cag/Appellate Commissioner