FILED

MAR 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROLYN JEWEL; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>NATIONAL SECURITY AGENCY; et al.,<br><br>        Defendants - Appellees. | No. 10-15616<br><br>D.C. Nos.   3:08-cv-04373-VRW<br>                  M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| VIRGINIA SHUBERT; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>GEORGE W. BUSH; et al.,<br><br>        Defendants - Appellees. | No. 10-15638<br><br>D.C. Nos.   3:07-cv-00693-VRW<br>                  M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

Before: PREGERSON, HAWKINS, and McKEOWN, Circuit Judges.

    The panel assumes jurisdiction over these appeals.