FILED

APR 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROLYN JEWEL; TASH HEPTING; GREGORY HICKS; ERIK KNUTZEN; JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>NATIONAL SECURITY AGENCY; KEITH B. ALEXANDER, Director, in his official and personal capacities; MICHAEL V. HAYDEN, in his personal capacity; UNITED STATES OF AMERICA; GEORGE W. BUSH, President of the United States, in his official and personal capacities; RICHARD B. CHENEY, in his personal capacity; DAVID S. ADDINGTON, in his personal capacity; DEPARTMENT OF JUSTICE; ALBERTO R. GONZALES, in his personal capacity; JOHN D. ASHCROFT, in his personal capacity; JOHN M. MCCONNELL, Director of National Intelligence, in his official and personal capacities; JOHN D. NEGROPONTE, in his personal capacity; MICHAEL B. MUKASEY, Attorney General; BARACK HUSSEIN OBAMA; ERIC H. HOLDER, Jr., Attorney General; DENNIS C. BLAIR,<br><br>        Defendants - Appellees. | No. 10-15616<br><br>D.C. Nos.    3:08-cv-04373-VRW<br>                     M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

| | |
|---|---|
| VIRGINIA SHUBERT; NOHA ARAFA; SARAH DRANOFF; HILARY BOTEIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>GEORGE W. BUSH; MICHAEL V. HAYDEN; KEITH B. ALEXANDER; ALBERTO R. GONZALES; JOHN ASHCROFT; UNITED STATES OF AMERICA,<br><br>    Defendants - Appellees. | No. 10-15638<br><br>D.C. Nos. 3:07-cv-00693-VRW<br>      M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

Before: PREGERSON, HAWKINS, and McKEOWN, Circuit Judges.

Appellants' and *Shubert* Plaintiffs-Appellants' motion for judicial notice is granted with respect to the following documents:

(1) Exhibit A, Declaration of Mark Klein, dated March 28, 2006 (Dkt. # 230; Hepting v. AT&T Corp., N.D. Cal. Case No. 06-0672 VRW);

(2) Exhibit B, Declaration of J. Scott Marcus, dated March 29, 2006 (Dkt. # 231; Hepting v. AT&T Corp., N.D. Cal. Case No. 06-0672 VRW);

(3) Exhibit C, District Court Hearing transcript, dated June 23, 2006, containing an admission by Assistant Attorney General Peter Keisler that subjects

addressed in the Klein and Marcus declarations (Exs. A & B) are not state secrets (Dkt. # 284; Hepting v. AT&T Corp., N.D. Cal. Case No. 06-0672 VRW);

(4) Exhibit D, Declaration of Attorney General Michael B. Mukasey, dated September 19, 2008 (Dkt. # 469; In Re NSA Telecommunications Records Litigation, N.D. Cal. MDL Case No. 06-1791 VRW, in which Hepting and Shubert are member cases); and

(5) Exhibit E, Declaration of National Security Agency Director Keith Alexander, dated May 25, 2007 (Dkt. # 295; Shubert v. Bush, N.D. Cal. Case No. 07-0693 VRW).