FILED

UNITED STATES COURT OF APPEALS

AUG 04 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROLYN JEWEL; TASH HEPTING; GREGORY HICKS; ERIK KNUTZEN; JOICE WALTON, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs - Appellants, <br><br> v. <br><br> NATIONAL SECURITY AGENCY; KEITH B. ALEXANDER, Director, in his official and personal capacities; MICHAEL V. HAYDEN, in his personal capacity; UNITED STATES OF AMERICA; GEORGE W. BUSH, President of the United States, in his official and personal capacities; RICHARD B. CHENEY, in his personal capacity; DAVID S. ADDINGTON, in his personal capacity; DEPARTMENT OF JUSTICE; ALBERTO R. GONZALES, in his personal capacity; JOHN D. ASHCROFT, in his personal capacity; JOHN M. MCCONNELL, Director of National Intelligence, in his official and personal capacities; JOHN D. NEGROPONTE, in his personal capacity; MICHAEL B. MUKASEY, Attorney General; BARACK HUSSEIN OBAMA; ERIC H. HOLDER, Jr., Attorney General; DENNIS C. BLAIR, <br><br>    Defendants - Appellees. | No. 10-15616 <br><br> D.C. Nos. 3:08-cv-04373-VRW <br>      M:06-cv-01791-VRW <br> Northern District of California, <br> San Francisco <br><br> ORDER |

| | |
|---|---|
| VIRGINIA SHUBERT; NOHA ARAFA; SARAH DRANOFF; HILARY BOTEIN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>GEORGE W. BUSH; MICHAEL V. HAYDEN; KEITH B. ALEXANDER; ALBERTO R. GONZALES; JOHN ASHCROFT; UNITED STATES OF AMERICA,<br><br>   Defendants - Appellees. | No. 10-15638<br><br>D.C. Nos.   3:07-cv-00693-VRW<br>       M:06-cv-01791-VRW<br>Northern District of California,<br>San Francisco |

Before: PREGERSON, HAWKINS, and McKEOWN, Circuit Judges.

 Appellants' joint motion to strike the government's *ex parte*, *in camera* classified brief is denied.

 Judge Pregerson dissents from this order.