| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | meny@kvn.com |
| LEE TIEN (SBN 148216) | PAULA L. BLIZZARD (SBN 207920) |
| KURT OPSAHL (SBN 191303) | pblizzard@kvn.com |
| KEVIN S. BANKSTON (217026) | MICHAEL S. KWUN (SBN 198945) |
| JAMES S. TYRE (SBN 083117) | mkwun@kvn.com |
| ELECTRONIC FRONTIER FOUNDATION | AUDREY WALTON-HADLOCK (SBN 250574) |
| 454 Shotwell Street | awaltonhadlock@kvn.com |
| San Francisco, CA  94110 | KEKER & VAN NEST, LLP |
| Telephone:  415/436-9333 | 710 Sansome Street |
| Fax:  415/436-9993 | San Francisco, CA 94111 |
| | Telephone:  415/391-5400 |
| RICHARD R. WIEBE (SBN 121156) | Fax:  415/397-7188 |
| wiebe@pacbell.net | |
| LAW OFFICE OF RICHARD R. WIEBE | THOMAS E. MOORE III (SBN 115107) |
| One California Street, Suite 900 | tmoore@moorelawteam.com |
| San Francisco, CA 94111 | THE MOORE LAW GROUP |
| Telephone:  415/433-3200 | 228 Hamilton Avenue, 3rd Floor |
| Fax:  415/433-6382 | Palo Alto, CA 94301 |
| | Telephone:  650/798-5352 |
| | Fax:  650/798-5001 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>          Defendants. | CASE NO. 08-cv-4373-VRW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Courtroom 6, 17th Floor<br>The Honorable Vaughn R. Walker |

TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to General Order 45.IV.C.3, the undersigned requests that Kevin Bankston, formerly an attorney at the Electronic Frontier Foundation and one of the attorneys for Plaintiffs, be withdrawn as counsel in this case. Cindy Cohn, Lee Tien, Kurt Opsahl and James Tyre of the Electronic Frontier Foundation continue to represent Plaintiffs and request that all future correspondence and papers in the action continue to be directed to them and their co-counsel.

DATE: January 31, 2012

Respectfully submitted,

*/s/ Cindy Cohn*
CINDY COHN
LEE TIEN
KURT OPSAHL
KEVIN S. BANKSTON
JAMES S. TYRE
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 31, 2012, in San Francisco, California.

*/s/ Cindy Cohn*
Cindy Cohn