UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROLYN JEWEL; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY; et al.,<br><br>        Defendants - Appellees. | No. 10-15616<br><br>D.C. No. 3:08-cv-04373-VRW<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| VIRGINIA SHUBERT; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>GEORGE W. BUSH; et al.,<br><br>        Defendants - Appellees. | No. 10-15638<br><br>D.C. No. 3:07-cv-00693-VRW<br>U.S. District Court for Northern California, San Francisco |

      The judgment of this Court, entered December 29, 2011, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk