**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                      415.522.2000

February 23, 2012

CASE NUMBER:   **CV 08-04373 VRW**
CASE TITLE:   **CAROLYN JEWEL-v- NATIONAL SECURITY AGENCY**
DATE MANDATE FILED:   2/23/12

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Distribution:   CIVIL            -            Counsel of Record

CRIMINAL      -            Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16