

**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

May 9, 2012

The Honorable James Ware
Chief Judge, United States District Court
Northern District of California
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    District Judge Assignment Request
               *Jewel v. National Security Agency*, No. 08-cv-04373 VRW

Dear Chief Judge Ware:

We represent the plaintiffs in *Jewel, et al. v. National Security Agency et al.*, Case No. 08-cv-04373-VRW. In this action, plaintiffs have sued a number of government agencies and current and former government officials regarding the government's program of warrantless dragnet domestic electronic surveillance. The case was assigned to then-Chief Judge Walker, who dismissed it for lack of standing. Plaintiffs appealed, and the Ninth Circuit reversed and remanded for further proceedings. *Jewel v. National Security Agency*, 673 F.3d 902 (9th Cir. 2011). The mandate issued on February 23, 2012. Because former Chief Judge Walker has retired, we write to request that a new District Judge be assigned so that the case may proceed.

In addition, the Ninth Circuit consolidated for purposes of appeal the *Jewel* case with another case from this district that was previously assigned to former Chief Judge Walker: *Shubert v. Bush*, Case No. 07-cv-00693-VRW. On appeal, *Jewel* and *Shubert* were argued and decided together, *Jewel v. National Security Agency*, 673 F.3d 902, and we believe they may qualify to be related pursuant to LR 3-12. As a result, Your Honor may wish to consider whether judicial efficiency would be advanced by assigning the *Jewel* and *Shubert* cases to the same District Judge.

                         Sincerely,

                         Cindy Cohn

cc:    James S. Tyre
        Audrey Helena Walton-Hadlock           Anthony Joseph Coppilino
        Michael S. Kwun                     Marcia Berman
        Paula Lenore Blizzard              Paul Gerald Freeborne
        Rachael Elizabeth Meny           James R. Whitman
        Richard R. Wiebe                  Paul Edward Ahern
        Thomas Edward Moore, III          *Attorneys for Jewel Defendants*
*Attorneys for Jewel Plaintffs*

454 Shotwell Street • San Francisco, CA 94110 USA
+1 415 436 9333    +1 415 436 9993    www.eff.org    information@eff.org

Chief Judge James Ware
May 9, 2012
Page 2


Matthew Delmont Brinckerhoff          Alexander Kenneth Haas
Adam Pulver                          Anthony Joseph Coppilino
Ilann Margalit Maazel                Paul Edward Ahern
*Attorneys for Shubert Plaintiffs*          *Attorneys for Shubert Defendants*