IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, et al.,

                Plaintiffs,

      v.

NATIONAL SECURITY AGENCY, et al.,

                Defendants.

NO. C08-4373 TEH

ORDER OF RECUSAL

    I hereby recuse myself from the above-entitled action and request that the case be reassigned pursuant to Paragraph E.2 of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated:  05/17/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT