UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | ) |
| | ) Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | ) |
| | ) ~~[PROPOSED]~~ ORDER |
| v. | ) |
| | ) Judge Jeffrey S. White |
| NATIONAL SECURITY AGENCY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the parties' stipulation, and good cause appearing,

It is hereby ORDERED that:

(1) defendant's combined cross-dispositive motion and opposition to Plaintiffs' partial motion for summary judgment shall be filed on or before August 31, 2012; (2) plaintiffs' combined opposition to defendants' cross-dispositive motion and reply in support of their partial motion for summary judgment shall be filed on or before October 5, 2012; (3) defendants' reply in support of their cross-dispositive motion shall be filed on or before October 19, 2012; and (4) a hearing on the parties' cross-motions shall be held on November 2, 2012.

It is further ORDERED that if the parties file any combined opposition and cross-motion or combined opposition and reply, they will be permitted up to the combined total number of pages allowed for each submission under the local rules in lieu of filing separate opposition, cross-motion, or reply briefs.

In addition, dispositive motions by the individual capacity defendants concerning the claims

| | |
|---|---|
| 1 | against them need not be submitted until after resolution of any dispositive motion by the |
| 2 | Government Defendants sued in their official capacities. The deadline for the individual capacity |
| 3 | defendants to respond to the complaint is hereby extended until 60 days after the issuance of an |
| 4 | order by this Court deciding the parties' cross-motions. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 2, 2012

_____
U.S. District Judge Jeffrey S. White