1   BETH S. BRINKMANN
    Deputy Assistant Attorney General, Civil Division
2   JOSEPH H. HUNT
    Director, Federal Programs Branch
3   VINCENT M. GARVEY
    Deputy Branch Director
4   ANTHONY J. COPPOLINO
    Special Litigation Counsel
5   tony.coppolino@usdoj.gov
    MARCIA BERMAN
6   Senior Trial Counsel
    U.S. Department of Justice
7   Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, NW, Rm. 6102
8   Washington, D.C. 20001
    Phone: (202) 514-4782
9   Fax: (202) 616-8460
    *Attorneys for the Government Defendants*
10  *Sued in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and JOICE WALTON, <br><br> *Plaintiffs*, <br> v. <br><br> NATIONAL SECURITY AGENCY and KEITH B. ALEXANDER, its Director in his official and personal capacities; MICHAEL V. HAYDEN in his personal capacity; the UNITED STATES OF AMERICA; BARACK OBAMA, President of the United States, in his official capacity; GEORGE W. BUSH, in his personal capacity; RICHARD B. CHENEY, in his personal capacity; DAVID S. ADDINGTON, in his personal capacity; DEPARTMENT OF JUSTICE and ERIC HOLDER, the Attorney General, in his official capacity; MICHAEL B. MUKASEY, in his personal capacity; ALBERTO R. GONZALES, in his personal capacity; JOHN D. ASHCROFT, in his personal capacity; JAMES D. CLAPPER, Director of National Intelligence, in his official capacity; JOHN M. McCONNELL, in his personal capacity; JOHN D. NEGROPONTE, in his personal capacity, <br><br> *Defendants*. | Case No. 3:08-cv-04373-JSW <br><br> **STIPULATION TO EXPEDITE MOTION TO STAY PROCEEDINGS;** [PROPOSED] **ORDER** <br><br> Courtroom:    11 – 19th Floor <br><br> Judge:         Hon. Jeffrey S. White |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12, to expedite the briefing and adjudication of Defendants' Motion to Stay Proceedings, filed concurrently herewith. Plaintiff's partial motion for summary judgment was filed on July 2, 2012. Defendants' combined cross-dispositive motion and opposition to plaintiffs' partial motion for summary judgment is currently due on or before August 31, 2012. Without expedition, the earliest that the instant Motion to Stay Proceedings could be noticed for hearing is August 31, 2012, the day that defendants' opposition/cross-motion is due. The parties therefore stipulate that plaintiffs' response to Defendants' Motion to Stay Proceedings be filed on or before July 23, 2012, and that the motion be submitted at that time.

Date: July 11, 2012           Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director


   *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

   *s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for Defendants*


   *s/ Cindy Cohn*
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)

**Stip. to Expedite Motion to Stay Proceedings**
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW** -2-

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Cindy Cohn's concurrence in the filing of this document.

        */s/ Marcia Berman*
        MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that plaintiffs' response to Defendants' Motion to Stay Proceedings be filed on or before July 23, 2012. It is FURTHER ORDERED that Defendants' Motion to Stay Proceedings be submitted at that time.

DATED: July 11, 2012

        Honorable Jeffrey S. White
        United States District Judge

**Stip. to Expedite Motion to Stay Proceedings**
*Jewel, et al. v. National Security Agency, et al.*, Case No. 08-cv-4373-JSW    -5-