1  BETH S. BRINKMANN
   Deputy Assistant Attorney General, Civil Division
2  JOSEPH H. HUNT
   Director, Federal Programs Branch
3  VINCENT M. GARVEY
   Deputy Branch Director
4  ANTHONY J. COPPOLINO
   Special Litigation Counsel
5  tony.coppolino@usdoj.gov
   MARCIA BERMAN
6  Senior Trial Counsel
   U.S. Department of Justice
7  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, Rm. 6102
8  Washington, D.C. 20001
   Phone: (202) 514-4782
9  Fax: (202) 616-8460
   *Attorneys for the Government Defendants*
10 *Sued in their Official Capacity*

11  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
12  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 13  CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN, and 14  JOICE WALTON, | Case No. 3:08-cv-04373-JSW |
| 15  *Plaintiffs*, v. 16 | [~~PROPOSED~~] ORDER GRANTING MOTION TO STAY PROCEEDINGS |
| 17  NATIONAL SECURITY AGENCY and KEITH B. ALEXANDER, its Director in his official and personal capacities; MICHAEL V. 18  HAYDEN in his personal capacity; the UNITED STATES OF AMERICA; 19  BARACK OBAMA, President of the United States, in his official capacity; GEORGE W. 20  BUSH, in his personal capacity; RICHARD B. CHENEY, in his personal capacity; DAVID S. 21  ADDINGTON, in his personal capacity; DEPARTMENT OF JUSTICE and ERIC 22  HOLDER, the Attorney General, in his official capacity; MICHAEL B. MUKASEY, in his 23  personal capacity; ALBERTO R. GONZALES, in his personal capacity; JOHN D. ASHCROFT, 24  in his personal capacity; JAMES D. CLAPPER, Director of National Intelligence, in his official 25  capacity; JOHN M. McCONNELL, in his personal capacity; JOHN D. NEGROPONTE, in 26  his personal capacity, | Courtroom: 11 – 19th Floor Judge: Hon. Jeffrey S. White |
| 27  *Defendants*. | |

28  ~~Proposed Order~~ – Defs.' Motion to Stay Proceedings
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW**                               -1-

AND NOW, this __26th__ day of __July__, 2012, upon consideration of Defendants' Motion to Stay Proceedings, and any opposition thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and these proceedings are hereby STAYED until 5 court days ~~30~~ after the Ninth Circuit issues its decision in *Al-Haramain v. Obama* (07-cv-00109-VRW). On or before that date, the parties will confer and jointly provide notice to the Court of a schedule for further proceedings in this action.

IT IS SO ORDERED.

_____
Honorable Jeffrey S. White
United States District Judge

**~~Proposed~~ Order – Defs.' Motion to Stay Proceedings**
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW**                -2-