| | | |
|---|---|---|
| 1 | BETH S. BRINKMANN<br>Deputy Assistant Attorney General, Civil Division | CINDY COHN (145997)<br>cindy@eff.org |
| 2 | JOSEPH H. HUNT<br>Director, Federal Programs Branch | LEE TIEN (148216)<br>KURT OPSAHL (191303) |
| 3 | VINCENT M. GARVEY<br>Deputy Branch Director | JAMES S. TYRE (083117)<br>MARK RUMOLD (279060) |
| 4 | ANTHONY J. COPPOLINO<br>Special Litigation Counsel | ELECTRONIC FRONTIER<br>  FOUNDATION |
| 5 | tony.coppolino@usdoj.gov<br>MARCIA BERMAN | 454 Shotwell Street<br>San Francisco, CA 94110 |
| 6 | Senior Trial Counsel<br>U.S. Department of Justice | Phone: (415) 436-9333<br>Fax: (415) 436-9993 |
| 7 | Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Rm. 6102 | *Attorneys for Plaintiffs* |
| 8 | Washington, D.C. 20001<br>Phone: (202) 514-4782 | |
| 9 | Fax: (202) 616-8460<br>*Attorneys for the Government Defendants* | |
| 10 | *Sued in their Official Capacity* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 13 | CAROLYN JEWEL, TASH HEPTING,<br>GREGORY HICKS, ERIK KNUTZEN, and | ) Case No. 3:08-cv-04373-JSW |
| 14 | JOICE WALTON, | ) |
| 15 | *Plaintiffs*, | ) **STIPULATION WITH JOINT** |
| | v. | ) **PROPOSED BRIEFING** |
| 16 | | ) **SCHEDULE; [PROPOSED] ORDER** |
| 17 | NATIONAL SECURITY AGENCY and<br>KEITH B. ALEXANDER, its Director in his | ) Courtroom: 11 – 19th Floor |
| | official and personal capacities; MICHAEL V. | ) |
| 18 | HAYDEN in his personal capacity; the<br>UNITED STATES OF AMERICA; | ) Judge: Hon. Jeffrey S. White |
| 19 | BARACK OBAMA, President of the United<br>States, in his official capacity; GEORGE W. | ) |
| 20 | BUSH, in his personal capacity; RICHARD B.<br>CHENEY, in his personal capacity; DAVID S. | ) |
| 21 | ADDINGTON, in his personal capacity;<br>DEPARTMENT OF JUSTICE and ERIC | ) |
| 22 | HOLDER, the Attorney General, in his official<br>capacity; MICHAEL B. MUKASEY, in his | ) |
| 23 | personal capacity; ALBERTO R. GONZALES,<br>in his personal capacity; JOHN D. ASHCROFT, | ) |
| 24 | in his personal capacity; JAMES D. CLAPPER,<br>Director of National Intelligence, in his official | ) |
| 25 | capacity; JOHN M. McCONNELL, in his<br>personal capacity; JOHN D. NEGROPONTE, in | ) |
| 26 | his personal capacity, | ) |
| 27 | *Defendants.* | ) |

**Joint Proposed Briefing Schedule**
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW**                                                                                     -1-

Pursuant to the Court's order entered July 26, 2012 (ECF No. 98), and in light of the issuance of the Ninth Circuit's opinion in *Al-Haramain v. Obama* on August 7, 2012, the parties have conferred and agree to the following briefing schedule: (1) defendants' combined cross-dispositive motion and opposition to plaintiffs' partial motion for summary judgment to be filed on or before September 12, 2012; (2) plaintiffs' combined opposition to defendants' cross-dispositive motion and reply in support of their partial motion for summary judgment to be filed on or before October 9, 2012; (3) defendants' reply in support of their cross-dispositive motion to be filed on or before October 19, 2012; and (4) a hearing on the parties' cross-motions to remain on November 2, 2012.

Date: August 10, 2012        Respectfully Submitted,

BETH S. BRINKMANN
Deputy Assistant Attorney General, Civil Division

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

   *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

   *s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460

*Attorneys for Defendants*

   *s/ Cindy Cohn*
CINDY COHN (145997)
cindy@eff.org
LEE TIEN (148216)
KURT OPSAHL (191303)

**Joint** ~~Proposed~~ **Briefing Schedule**
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW**    -2-

### GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Marcia Berman's concurrence in the filing of this document.

*/s/ Cindy Cohn*
Cindy Cohn

PURSUANT TO STIPULATION, IT IS ORDERED that (1) defendants' combined cross-dispositive motion and opposition to plaintiffs' partial motion for summary judgment shall be filed on or before September 12, 2012; (2) plaintiffs' combined opposition to defendants' cross-dispositive motion and reply in support of their partial motion for summary judgment shall be filed on or before October 9, 2012; (3) defendants' reply in support of their cross-dispositive motion shall be filed on or before October 19, 2012; and (4) a hearing on the parties' cross-motions will be held on November 2, 2012.

DATED: __August 20, 2012__

_____
Honorable Jeffrey S. White
United States District Judge

**Joint** ~~Proposed~~ **Briefing Schedule**
*Jewel, et al. v. National Security Agency, et al.*, **Case No. 08-cv-4373-JSW**                    -4-