UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No. 3:08-cv-04373-JSW |
| *In re National Security Agency Telecommunications Records Litigation* (M:06-cv-1791)<br><br>This Document Relates To:<br><br>VIRGINIA SHUBERT, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BARACK OBAMA, *et al.*<br><br>Defendants. | Case No. 07-cv-00693-JSW<br><br>[PROPOSED] ORDER<br><br><br>Judge Jeffrey S. White<br><br>Courtroom 11, 19th Floor |

Upon consideration of the parties' stipulation and request to reset the scheduled hearing date in the *Jewel* action, set a briefing schedule the *Shubert* action, and set the hearing on motions in both actions on the same date, the record of this case, and good cause appearing, it is HEREBY ORDERED THAT:

1. The Government Defendants' motion to dismiss and for summary judgment in the *Shubert* action shall be due no later than September 28, 2012.

2. The response of the plaintiffs in the *Shubert* action to the Government Defendants' motion shall be due no later than October 18, 2012.

Stipulation and Request to Reset Hearing Date; Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)
2

3. The Government Defendants' reply brief in the *Shubert* action shall be due no later than October 26, 2012.

4. A hearing on all three motions in the *Jewel* and *Shubert* actions shall be held on Friday, ~~November 9, 2012~~ December 14, 2012 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: September 25, 2012     _____
                             Honorable Jeffrey S. White
                             United States District Judge

Stipulation and Request to Reset Hearing Date; Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)
3