1   CINDY COHN (SBN 145997)                    RACHAEL E. MENY (SBN 178514)
    cindy@eff.org                              rmeny@kvn.com
2   LEE TIEN (148216)                          PAULA L. BLIZZARD (SBN 207920)
    KURT OPSAHL (SBN 191303)                   MICHAEL S. KWUN (SBN 198945)
3   JAMES S. TYRE (SBN 083117)                 AUDREY WALTON-HADLOCK (SBN 250574)
    MARK RUMOLD (SBN 279060)                   KEKER & VAN NEST, LLP
4   ELECTRONIC FRONTIER FOUNDATION             710 Sansome Street
    454 Shotwell Street                        San Francisco, California  94111-1704
5   San Francisco, CA  94110                   Telephone:  (415) 391-5400
    Telephone:  (415) 436-9333                 Fax:  (415) 397-7188
6   Fax:  (415) 436-9993
                                               THOMAS E. MOORE III (SBN 115107)
7   RICHARD R. WIEBE (SBN 121156)              tmoore@moorelawteam.com
    wiebe@pacbell.net                          THE MOORE LAW GROUP
8   LAW OFFICE OF RICHARD R. WIEBE             228 Hamilton Avenue, 3rd Floor
    One California Street, Suite 900           Palo Alto, CA 94301
9   San Francisco, CA 94111                    Telephone:  (650) 798-5352
    Telephone:  (415) 433-3200                 Fax:  (650) 798-5001
10  Fax:  (415) 433-6382
                                               ARAM ANTARAMIAN (SBN 239070)
11                                             aram@eff.org
                                               LAW OFFICE OF ARAM ANTARAMIAN
12                                             1714 Blake Street
                                               Berkeley, CA 94703
13                                             Telephone:  (510) 289-1626
    Attorneys for Plaintiffs
14

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | **STIPULATION AND REQUEST** |
| v. | **TO SET BRIEFING SCHEDULE;** |
|  | **[PROPOSED] ORDER THEREON** |
| NATIONAL SECURITY AGENCY, *et al.*, |  |
| Defendants. |  |
| *In re National Security Agency* | Case No. 07-cv-00693-JSW |
| *Telecommunications Records Litigation* |  |
| (M:06-cv-1791) |  |
|  | Date: December 14, 2012 |
| This Document Relates To: | Time: 9:00 a.m. |
|  | Courtroom: 11, 19th Floor |
| VIRGINIA SHUBERT, *et al.*, | Judge: Hon. Jeffrey S. White |
| Plaintiffs, |  |
| v. |  |

1

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

BARACK OBAMA, *et al*.                   )
                                                              )
                                                              )
                  Defendants.                         )
_____)

Pursuant to Civil Local Rules 6.1(b), 6.2, and 7-12, the parties in the above-referenced actions, through their undersigned counsel, hereby stipulate and agree, and request that the Court extend the briefing schedule for motions in the above-referenced cases. This extension will not alter the hearing set for December 14, 2012 pursuant to an Order issued September 25, 2012.

## RECITALS

1.       Pursuant to an Order dated September 25, 2012, the Court moved the hearing date on the cross motions from November 2, 2012 to December 14, 2012. *See* Dkt. 109 (08-cv-4373-JSW).

2.       In light of this, the *Jewel* Plaintiffs have requested to move the briefing schedule out for the motions to allow them to use the extra time before the hearing.  This will allow two key members of the attorney legal team to participate more fully in the briefing, one who has just finished a trial and the other who had competing deadlines in several other cases. It will also allow more time to prepare the responsive briefing and organize responsive evidence, especially to the government's motion for summary judgment on the state secrets privilege.

3.       The government and the *Shubert* plaintiffs have agreed to stipulate to allow extra time for all parties leading up to the December 14 hearing date.

## STIPULATION

1.       The plaintiffs in *Jewel* will file their combined Reply and Opposition to the Government Defendant's Motion to Dismiss and Motion for Summary Judgment no later than October 30, 2012. Similarly, the plaintiffs in *Shubert* will file their response to the Government Defendants' motion no later than October 30, 2012.

2

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

2.     The Government Defendants in *Jewel* and *Shubert* will file any reply briefs no later than November 30, 2012.

A proposed Order is attached hereto.

DATE: October 2, 2012                           Respectfully submitted,

                                                 *s/ Cindy Cohn*
                                                CINDY COHN
                                                LEE TIEN
                                                KURT OPSAHL
                                                JAMES S. TYRE
                                                MARK RUMOLD
                                                ELECTRONIC FRONTIER FOUNDATION

                                                RICHARD R. WIEBE
                                                LAW OFFICE OF RICHARD R. WIEBE

                                                THOMAS E. MOORE III
                                                THE MOORE LAW GROUP

                                                RACHAEL E. MENY
                                                PAULA L. BLIZZARD
                                                MICHAEL S. KWUN
                                                AUDREY WALTON-HADLOCK
                                                KEKER & VAN NEST LLP

                                                ARAM ANTARAMIAN
                                                LAW OFFICE OF ARAM ANTARAMIAN

                                                *Counsel for Plaintiffs in Jewel*

                                                STUART F. DELERY
                                                Acting Assistant Attorney General

                                                JOSEPH H. HUNT
                                                Director, Federal Programs Branch

                                                VINCENT M. GARVEY
                                                Deputy Branch Director

                                                 *s/ Anthony J. Coppolino*   **(Consent per General Order 45)**
                                                ANTHONY J. COPPOLINO
                                                Special Litigation Counsel
                                                tony.coppolino@usdoj.gov
                                                MARCIA BERMAN
                                                Senior Trial Counsel

3

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Counsel for the Government Defendants*
*Sued in their Official Capacities*

<u>/s/ Ilann M. Maazel</u> **(Consent per General Order 45)**
Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
Fax: 212-763-5001
Email: imaazel@ecbalaw.com

*Counsel for Plaintiffs in Shubert*

\*       \*       \*       \*

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, Cindy Cohn, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatories listed above.  I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on October 2, 2012, in San Francisco, California.

 <u>s/ Cindy Cohn</u>
CINDY COHN

4

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

_____
                                                              )
4      CAROLYN JEWEL, *et al.*,                    )          Case No. 3:08-cv-04373-JSW
                                                              )
5                    Plaintiffs,                        )
                                                              )
6           v.                                            )
                                                              )
7      NATIONAL SECURITY AGENCY, *et al.*, )
                                                              )
8                    Defendants.                      )
_____)
9                                                            )          Case No. 07-cv-00693-JSW
                                                              )
10     *In re National Security Agency*             )
       *Telecommunications Records Litigation*    )
11     (M:06-cv-1791)                                 )          **[PROPOSED] ORDER**
                                                              )
12     This Document Relates To:                   )
                                                              )
13     VIRGINIA SHUBERT, *et al.*,               )
                                                              )
14                   Plaintiffs,                        )
                                                              )
15          v.                                            )          Judge Jeffrey S. White
                                                              )
16     BARACK OBAMA, *et al.*                    )          Courtroom 11, 19th Floor
                                                              )
17                   Defendants.                      )
                                                              )
18     _____)

19

20          Upon consideration of the parties' stipulation and request to reset the briefing schedule in

21     the above-referenced actions in light of the new hearing date of December 14, 2012, the record of

22     this case, and good cause appearing, it is HEREBY ORDERED THAT:

23          1.      The plaintiffs in *Jewel* will file their combined Opposition to the Government

24     Defendant's Motion to Dismiss and Motion for Summary Judgment no later than October 30, 2012.

25     Similarly, the plaintiffs in *Shubert* will file their response to the Government Defendants' motion

26     no later than October 30, 2012.

27

28

1

_____

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

2.      The Government Defendants in *Jewel* and *Shubert* will file any reply brief no later than November 30, 2012.

3.      The hearing on all three motions in the *Jewel* and *Shubert* actions shall remain on Friday December 14, 2012 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____

_____
Honorable Jeffrey S. White
United States District Judge

Stipulation and Request to Set Briefing Schedule
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)