**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | No. C 07-00693 JSW |
| VIRGINIA SHUBERT, ET AL., | |
| Plaintiffs, | **ORDER DENYING STIPULATION TO RESET BRIEFING SCHEDULE** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

This matter is set for a hearing on December 14, 2012 on three pending motions. On September 25, 2012, this Court issued an order setting out the parties' requested briefing schedule. On October 2, 2012, the parties submitted a stipulation to alter the briefing schedule. However, the stipulation fails to demonstrate good cause for the requested modification. Therefore, the request is DENIED. The briefing schedule remains as previously set.

**IT IS SO ORDERED.**

Dated: October 3, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE