CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
PAULA L. BLIZZARD (SBN 207920)
MICHAEL S. KWUN (SBN 198945)
AUDREY WALTON-HADLOCK (SBN 250574)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Fax:   (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@moorelawteam.com
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301
Telephone:  (650) 798-5352
Fax:  (650) 798-5001

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>         v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>                                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 08-CV-4373-JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  December 14, 2012<br>Time:  9:00 a.m.<br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

Case No. 08-CV-4373-JSW

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am over the age of 18 years, a member of the State Bar of California, and not a party to this action. My business address is 633 Battery Street, Street, San Francisco, California, 94111, which is located in the county where the service described below took place. On the date stated below, I served true and correct copies of the following document(s):

• **DECLARATION OF KURT OPSAHL REGARDING PLAINTIFFS' EVIDENCE RULE 1006 SUMMARY OF VOLUMINOUS EVIDENCE FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION OF THE UNITED STATES SEEKING TO APPLY FISAAA § 802 (50 U.S.C. § 1885A) TO DISMISS THESE ACTIONS**

by placing disks with complete copies of the documents in sealed envelopes, addressed as shown below, and consigning the disks to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

Anthony Joseph Coppolino
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20530
(202) 514-4782
Email: tony.coppolino@usdoj.gov

Attorney for Government Defendants

James R. Whitman
U.S. Department of Justice
1425 New York Ave., N.W.
Washington, DC 20005
202-616-4169
Fax: 202-416-4314
Email: james.whitman@usdoj.gov

Attorney for Individual Defendants

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 9, 2012

_Julie Selby_
Julie A. Selby