BABAK SIAVOSHY (264182)
bsiavoshy@law.berkeley.edu
JENNIFER URBAN (209845)
jurban@law.berkeley.edu
SAMUELSON LAW, TECHNOLOGY &
PUBLIC POLICY CLINIC
UC BERKELEY SCHOOL OF LAW
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 684-7177
Facsimile: (510) 643-4625

Counsel for Amicus Curiae

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | CASE NO. 08-CV-4373-JSW <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR AMICUS CURIAE PEOPLE FOR THE AMERICAN WAY FOUNDATION** <br><br> The Honorable Jeffrey S. White |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Jennifer Urban and Babak Siavoshy of the Samuelson Law, Technology & Public Policy Clinic at the UC Berkeley School of Law hereby enter appearances in the above-captioned matter as counsel on behalf of amicus curiae People For the American Way Foundation.  Jennifer Urban and Babak Siavoshy are each admitted to the State Bar of California and admitted to practice in the Northern District of California.  Their address and telephone numbers are as follows:

SAMUELSON LAW, TECHNOLOGY &
PUBLIC POLICY CLINIC
UC BERKELEY SCHOOL OF LAW
396 Simon Hall
Berkeley, CA 94720-7200

BABAK SIAVOSHY (264182)
bsiavoshy@law.berkeley.edu
Telephone: (510) 684-7177
Facsimile: (510) 643-4625

JENNIFER URBAN (209845)
jurban@law.berkeley.edu
Telephone: (510) 642-7338
Facsimile: (510) 643-4625

DATE:  October 12, 2012                     Respectfully submitted,

                                            _s/ Babak Siavoshy_____
                                             Babak Siavoshy

                                            BABAK SIAVOSHY
                                            JENNIFER URBAN
                                            SAMUELSON LAW, TECHNOLOGY &
                                            PUBLIC POLICY CLINIC
                                            UC BERKELEY SCHOOL OF LAW

                                            Counsel for Amicus Curiae