E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | CASE NO. 08-CV-4373-JSW<br><br>[PROPOSED] ORDER |

The Motion of Amici Curiae People For the American Way for leave to file the **BRIEF OF AMICUS CURIAE PEOPLE FOR THE AMERICAN WAY FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** is hereby GRANTED.

IT IS SO ORDERED.

Dated: OCT 30, 2012

The Honorable Jeffrey S. White