| | |
|---|---|
| 1 | Douglas J. Farmer, State Bar No. 139646 |
| | douglas.farmer@ogletreedeakins.com |
| 2 | Michael J. Nader, State Bar No. 200425 |
| | michael.nader@ogletreedeakins.com |
| 3 | Christopher M. Ahearn, State Bar No. 239089 |
| | chris.ahearn@ogletreedeakins.com |
| 4 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | Steuart Tower, Suite 1300 |
| 5 | One Market Plaza |
| | San Francisco, CA 94105 |
| 6 | Telephone: 415.442.4810 |
| | Facsimile: 415.442.4870 |
| 7 | |
| | Attorneys for Defendant |
| 8 | SCHNEIDER NATIONAL CARRIERS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS BICKLEY, MICHAEL D. PATTON, RAYMOND GREWE, DENNIS VANHORN, and DOUGLAS PUMROY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation,<br><br>Defendant. | Case No. 3:08-cv-05806-JSW (NMC)<br><br>**CLASS ACTION (FRCP 23)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR ADDITIONAL PAGES FOR REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS**<br><br>Date: Filed October 17, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey W. White<br><br>Complaint Filed: November 25, 2008<br>Trial Date: None Set<br>Judge: Hon. Jeffrey S. White |

Case No. 3:08-cv-05806-JSW (NMC)

PROPOSED ORDER

1  Defendant Schneider National Carriers, Inc.'s Unopposed Motion for Administrative Relief
2  for Additional Pages for Reply Brief in Support of Schneider's Motion for Summary
3  Judgment/Judgment on the Pleadings was filed on October 17, 2012, Docket No. 180.  Based on
4  the papers filed in support of the unopposed motion, and the pleadings and motions on file in this
5  case, and for good cause, IT IS HEREBY ORDERED that the Motion for Administrative Relief for
6  Additional Pages for Reply Brief in Support of Motion for Summary Judgment/Judgment on the
7  Pleadings is GRANTED.  Defendant may file up to five (5) additional pages in support of
8  Defendant's Reply brief filed in support of its Motion for Summary Judgment/Motion for
9  Judgment on the Pleadings.

DATED:  October 23, 2012

Hon. Jeffrey S. White
United States District Judge

13455107.2 (OGLETREE)