| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>MARK RUMOLD (SBN 279060)<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Fax: (415) 436-9993<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Fax: (415) 433-6382 | RACHAEL E. MENY (SBN 178514)<br>meny@kvn.com<br>PAULA L. BLIZZARD (SBN 207920)<br>MICHAEL S. KWUN (SBN 198945)<br>AUDREY WALTON-HADLOCK (SBN 250574)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Fax: (415) 397-7188<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@moorelawteam.com<br>THE MOORE LAW GROUP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 798-5352<br>Fax: (650) 798-5001<br><br>ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>                Defendants. | Case No.: 08-cv-4373-JSW<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTY**<br><br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

Case No. C-08-4373-JSW
STIPULATION AND ORDER SUBSTITUTING PARTY

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Plaintiff Gregory Hicks is no longer a party to this action by reason of his death.

(2) Young Boon Hicks, Executrix of the Estate of Gregory Hicks, is substituted as a party to the damages claims in this action in place of the party identified in paragraph (1).

DATE: December 3, 2012            Respectfully submitted,

                                          /s/ Cindy Cohn
CINDY COHN
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
MARK RUMOLD
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE
425 California Street, Suite 2025
San Francisco, CA 94104

THOMAS E. MOORE III
THE MOORE LAW GROUP
228 Hamilton Avenue, 3rd Floor
Palo Alto, CA 94301

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703

Attorneys for Plaintiffs

                STUART F. DELERY
                Acting Assistant Attorney General

                JOSEPH H. HUNT
                Director, Federal Programs Branch

                VINCENT M. GARVEY
                Deputy Branch Director

                *s/ Anthony J. Coppolino*
                ANTHONY J. COPPOLINO
                Special Litigation Counsel
                tony.coppolino@usdoj.gov

                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW, Rm. 6102
                Washington, D.C. 20001
                Phone: (202) 514-4782
                Fax: (202) 616-8460

                Attorneys for the Government Defendants
                Sued in their Official Capacities

                \*   \*   \*   \*   \*

### DECLARATION PURSUANT TO CIVIL L.R. 5-1

    I, Cindy Cohn, attest that I have obtained the concurrence of Anthony Coppolino, Counsel for Government Defendants, in the filing of this document.

    Executed on December 3, 2012, in San Francisco, California.

                */s/ Cindy Cohn*
                Cindy Cohn

                \*   \*   \*   \*   \*

### ORDER

**IT IS SO ORDERED.**

Date: _December 4, 2012_                 _____
                                                          Hon. Jeffrey S. White
                                                          United States District Judge