STUART F. DELERY
Principal Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
tony.coppolino@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782; Fax: (202) 616-8460
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| *In re National Security Agency Telecommunications Records Litigation* (M:06-cv-1791) | Case No. 07-cv-00693-JSW |
| | **DEFENDANTS' STATEMENT OF RECENT DECISION (*Clapper v. Amnesty International*)** |
| This Document Relates To: VIRGINIA SHUBERT, *et al.*, | |
| Plaintiffs, | |
| v. | Judge Jeffrey S. White |
| BARACK OBAMA, *et al.* | Courtroom 11, 19th Floor |
| Defendants. | |

Defendants' Statement of Recent Authority
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

1

# STATEMENT OF RECENT DECISION

Currently under submission before the Court are the parties' cross-motions for summary judgment (Dkt. Nos. 83, 102) (heard December 14, 2012). In connection with those pending motions, defendants respectfully submit the attached copy of the United States Supreme Court's recent decision in *Clapper, et al., v. Amnesty International USA, et al.*, No. 11–1025, 2013 WL 673253 (Feb. 26, 2013), and respectfully direct the Court's attention to footnote 4 on page *9 of the opinion.

        Respectfully Submitted,

        STUART F. DELERY
        Principal Deputy Assistant Attorney General

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        *s/ Anthony J. Coppolino*
        ANTHONY J. COPPOLINO
        Deputy Branch Director
        tony.coppolino@usdoj.gov

        *s/ Marcia Berman*
        MARCIA BERMAN
        Senior Trial Counsel
        marcia.berman@usdoj.gov
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, NW, Rm. 6102
        Washington, D.C. 20001
        Phone: (202) 514-4782
        Fax: (202) 616-8460
        *Attorneys for the Government Defendants*
        *Sued in their Official Capacities*

Defendants' Statement of Recent Authority
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)
2