IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| VIRGINIA SHUBERT, ET AL., | No. C 07-00693 JSW |
| Plaintiffs, | **ORDER RE ADDITIONAL BRIEFING** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

Having reviewed the decision by the Supreme Court in *Clapper v. Amnesty International USA*, --- S. Ct. ---; 2013 WL 673253 (Feb. 26, 2013), the Court HEREBY ORDERS additional briefing to address the issue of standing in light of the intervening Supreme Court authority.

The Government defendants shall file a brief not to exceed 10 pages addressing the authority by no later than March 6, 2013. Plaintiffs shall file a brief in response not to exceed 10 pages by no later than March 13, 2013.

**IT IS SO ORDERED.**
Dated: February 27, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE