| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>MARK RUMOLD (SBN 279060)<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Fax: (415) 436-9993 | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>PAULA L. BLIZZARD (SBN 207920)<br>MICHAEL S. KWUN (SBN 198945)<br>AUDREY WALTON-HADLOCK (SBN 250574)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, California 94111-1704<br>Telephone: (415) 391-5400<br>Fax: (415) 397-7188 |
| RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Fax: (415) 433-6382 | THOMAS E. MOORE III (SBN 115107)<br>tmoore@moorelawteam.com<br>THE MOORE LAW GROUP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 798-5352<br>Fax: (650) 798-5001 |
| | ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>    Defendants. | Case No. 08-cv-4373-JSW<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER FOUNDATION**<br><br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that the Electronic Frontier Foundation, counsel for Plaintiffs, is relocating.  As of April 12, 2013, our new address will be:

    Cindy Cohn, Esq.
    Lee Tien, Esq.
    Kurt Opsahl, Esq.
    James S. Tyre, Esq.
    Mark Rumold, Esq.
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, California  94109

Our telephone and facsimile numbers will remain the same.

DATE:  April 4, 2013                   Respectfully submitted,

                                           *s/ Cindy Cohn*
                                             CINDY COHN

                                         CINDY COHN
                                         *cindy@eff.org*
                                         LEE TIEN
                                         KURT OPSAHL
                                         JAMES S. TYRE
                                         MARK RUMOLD
                                         ELECTRONIC FRONTIER FOUNDATION
                                         454 Shotwell Street
                                         San Francisco, CA  94110
                                         Telephone:  (415) 436-9333
                                         Fax:  (415) 436-9993

                                         Counsel for Plaintiffs