...

STUART F. DELERY
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
tony.coppolino@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| *In re National Security Agency Telecommunications Records Litigation* (M:06-cv-1791) | Case No. 07-cv-00693-JSW |
| This Document Relates To: | **DEFENDANTS' NOTICE AND REQUEST THAT THE COURT HOLD THE PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT IN ABEYANCE** |
| VIRGINIA SHUBERT, *et al.*, | |
| Plaintiffs, | |
| v. | Judge Jeffrey S. White |
| BARACK OBAMA, *et al.* | Courtroom 11, 19th Floor |
| Defendants. | |

Defs.' Notice & Request that the Court hold Cross-Mtns. for Summ. Judgment in Abeyance
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

1

The Government Defendants, sued in their official capacities in these actions, hereby submit this request that the Court defer further consideration of pending cross-dispositive motions in this case, which were heard on December 14, 2012, and allow the parties to submit a status report to the Court on further proceedings in this case by July 12, 2013. The grounds for this request are as follows.

In recent days there have been several media reports concerning alleged surveillance activities, including in particular concerning an Order of the Foreign Intelligence Surveillance Court. In response to these reports, the Director of National Intelligence ("DNI") directed that certain information related to the "business records" provision of the Foreign Intelligence Surveillance Act be declassified and immediately released to the public. *See* DNI Statement on Recent Unauthorized Disclosures of Classified Information, *available at* http://www.odni.gov/index.php/newsroom/press-releases/191-press-releases-2013/868-dni-statement-on-recent-unauthorized-disclosures-of-classified-information. Plaintiffs in this litigation have asserted claims concerning the alleged collection of communications records. *See Jewel* Complaint at ¶¶ 7, 10-11, 73-75, 82-97.

In light of these developments, the Government Defendants request that the Court defer further consideration of the pending motions and grant the Government time to consider the effect on the pending motions of the Government's decision to declassify certain information, and to consult with plaintiffs concerning the matter. Accordingly, the Government Defendants respectfully request that the Court hold the pending cross-motions for summary judgment (Dkt. Nos. 83, 102) in abeyance at this time, and propose further that the parties file a joint or separate status report with the Court by July 12, 2013.

Defs.' Notice & Request that the Court hold Cross-Mtns. for Summ. Judgment in Abeyance
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

Dated:  June 7, 2013                    Respectfully Submitted,

                                              STUART F. DELERY
                                              Acting Assistant Attorney General

                                              JOSEPH H. HUNT
                                              Director, Federal Programs Branch

                                              ANTHONY J. COPPOLINO
                                              Deputy Branch Director
                                              tony.coppolino@usdoj.gov


                                                 *s/ Marcia Berman*
                                              MARCIA BERMAN
                                              Senior Trial Counsel
                                              marcia.berman@usdoj.gov
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue, NW, Rm. 7132
                                              Washington, D.C. 20001
                                              Phone: (202) 514-2205
                                              Fax: (202) 616-8470
                                              *Attorneys for the Government Defendants*
                                              *Sued in their Official Capacities*

Defs.' Notice & Request that the Court hold Cross-Mtns. for Summ. Judgment in Abeyance
*Jewel v. National Security Agency* (08-cv-4373-JSW)
*Shubert v. Obama* (07-cv-00693-JSW) (M:06-cv-1791)

3