| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>MARK RUMOLD (SBN 279060)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Fax: (415) 436-9993 | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>PAULA L. BLIZZARD (SBN 207920)<br>MICHAEL S. KWUN (SBN 198945)<br>AUDREY WALTON-HADLOCK (SBN 250574)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, California 94111-1704<br>Telephone: (415) 391-5400<br>Fax: (415) 397-7188 |
| RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Fax: (415) 433-6382 | THOMAS E. MOORE III (SBN 115107)<br>tmoore@moorelawteam.com<br>THE MOORE LAW GROUP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Telephone: (650) 798-5352<br>Fax: (650) 798-5001 |
| | ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**DECLARATION OF RICHARD R. WIEBE IN OPPOSITION TO THE GOVERNMENT DEFENDANTS' STAY REQUEST**<br><br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

I, Richard R. Wiebe, do hereby declare:

1. I am a member in good standing of the Bar of the State of California and the bar of this Court. I am counsel to plaintiffs in this action. I certify that the exhibit attached hereto is a true and correct copy of the document located at the indicated source.

2. As part of the FISA Amendments Act of 2008, Congress required the Inspectors General of the National Department of Justice, the Office of the Director of National Intelligence, the National Security Agency, the Department of Defense, and any other element of the intelligence community that participated in the President's Surveillance Program to investigate and report to Congress upon the Program. Section 301(b)(1) of the FISA Amendments Act of 2008 provides:

> "The Inspectors General of the Department of Justice, the Office of the Director of National Intelligence, the National Security Agency, the Department of Defense, and any other element of the intelligence community that participated in the President's Surveillance Program, shall complete a comprehensive review of, with respect to the oversight authority and responsibility of each such Inspector General—
>
> (A) all of the facts necessary to describe the establishment, implementation, product, and use of the product of the Program;
>
> (B) access to legal reviews of the Program and access to information about the Program;
>
> (C) communications with, and participation of, individuals and entities in the private sector related to the Program;
>
> (D) interaction with the Foreign Intelligence Surveillance Court and transition to court orders related to the Program; and
>
> (E) any other matters identified by any such Inspector General that would enable that Inspector General to complete a review of the Program, with respect to such Department or element."

FISA Amendments Act of 2008, Pub. L. 110-261, § 301(b)(1), 122 Stat. 2436, 2471-2472 (2008).

3. Plaintiffs have previously submitted to the Court the unclassified joint report of the Inspectors General, which was released on July 10, 2009.  Dkt. #35, Ex. A.

4. In addition to their joint report, each of the Inspectors General prepared an individual report describing his or her agency's participation in the President's Surveillance Program.

5. Attached hereto as **Exhibit A** is the March 24, 2009 "Working Draft" of the NSA Inspector General's individual report.  Exhibit A was obtained from the website of the *Guardian* newspaper, which published it June 27, 2013:

http://www.guardian.co.uk/world/interactive/2013/jun/27/nsa-inspector-general-report-document-data-collection.

6. Exhibit A states:

"This report provides the classified results of the NSA Office of the Inspector General (OIG) review of the President's Surveillance Program (PSP) as mandated in the FISA Amendments Act (FAA) of 2008.  It includes the facts necessary to describe from NSA's perspective:

☐ establishment of the PSP (Section One)

☐ implementation and product of the PSP (Section Two)

☐ access to legal reviews of the PSP and access to information about the PSP (Section Three)

☐ interaction with the Foreign Intelligence Surveillance Court (FISC) and transition to court orders related to the PSP (Section Four)

☐ oversight of PSP activities at NSA (Section Five)"

Exhibit A at 1-2.

Exhibit A describes in detail all four aspects of the NSA's communications surveillance and collection program:  Telephone metadata, telephone content, Internet metadata, and Internet content.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at San Francisco, CA on July 2, 2013.

                                                                s/ *Richard R. Wiebe*
                                                                 Richard R. Wiebe