| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>MARK RUMOLD (SBN 279060)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA  94109<br>Telephone:  (415) 436-9333<br>Fax:  (415) 436-9993 | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>PAULA L. BLIZZARD (SBN 207920)<br>MICHAEL S. KWUN (SBN 198945)<br>AUDREY WALTON-HADLOCK (SBN 250574)<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, California  94111<br>Telephone:  (415) 391-5400<br>Fax:  (415) 397-7188 |
| RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone:  (415) 433-3200<br>Fax:  (415) 433-6382 | THOMAS E. MOORE III (SBN 115107)<br>tmoore@moorelawteam.com<br>THE MOORE LAW GROUP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Telephone:  (650) 798-5352<br>Fax:  (650) 798-5001 |
| | ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone:  (510) 289-1626 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>       Defendants. | Case No.: 08-cv-4373-JSW<br><br>**PLAINTIFFS' CORRECTED [PROPOSED] ORDER CLARIFYING JULY 8, 2013 ORDER (ECF NO. 148)**<br><br>No Hearing Requested<br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

**PLAINTIFFS' [PROPOSED] ORDER**

Having considered the pleadings and arguments in this matter, and good cause appearing, this Court hereby Orders:

1) The introduction and conclusion of the Order be modified to reflect that counts 9, 12, and 15 have not been dismissed.

2) The introduction and conclusion of the Order be modified to reflect that the claims against the individual defendants in their personal capacities, have not been dismissed. These are counts 8, 11, and 14 in their entireties and counts 6, 7, 10, and 13 to the extent they state claims against individual defendants in their personal capacities.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                                       Hon. Jeffrey S. White
                                                                                       United States District Court Judge