CIVIL MINUTE ORDER

DATE: September 27, 2013                                Time in Court: 31 minutes

JUDGE: JEFFREY S. WHITE                    Court Reporter:  Debra Pas

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-08-4373 and C-07-693  JSW

TITLE: Carolyn Jewel, et al., v. National Security Agency, et al.,
       Virginia Shubert, et al., v. George W. Bush, et al.,

COUNSEL FOR PLAINTIFF:                    COUNSEL FOR DEFENDANT:
Ilann Maazel                              Anthony Coppolino
Cindy Cohn                                Jim Whitman
Thomas Moore III
Richard Weibe
Benjamin Berkowitz

PROCEEDINGS: Status Conference

RESULTS:     Status Conference held.

The Court set the following briefing schedules regarding outstanding FOIA issues discussed:
  For Plaintiffs:
  • Opening briefs due:        December 20, 2013
  • Opposition briefs due:     January 31, 2014
  • Reply briefs due:          February 28, 2014

  For Defendants:
  • Opening briefs due:        January 31, 2014
  • Opposition briefs due:     February 14, 2014
  • Reply briefs due:          February 28, 2014

A hearing will be schedule by further order of the Court.

Pursuant to the parties' stipulation, the Court STAYS the claims against the personal capacity Defendants and STAYS substitution of deceased Plaintiff Gregory Hicks, until further order of the Court, upon a showing of good cause.

Discovery shall not commence until resolution of the four threshold legal issues requiring further briefing.
  • Defendants' revised declarations and exhibits due:   December 20, 2013
  • Plaintiffs' response, if any, due:                   January 10, 2014

The Court directed the parties to order a transcript of these proceedings.