| | |
|---|---|
| 1 | Thomas E. Moore III (SBN 115107) |
| | ROYSE LAW FIRM, PC |
| 2 | 1717 Embarcadero Road |
| | Palo Alto, California 94301 |
| 3 | Telephone: (650) 813-9700 |
| | Facsimile: (650) 813-9777 |
| 4 | Email: tmoore@rroyselaw.com |
| 5 | Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWEL, *et al*., | Case No. 3:08-cv-04373-JSW |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.,* | Judge: Honorable Jeffrey S. White |
| Defendants. | |

I, Thomas E. Moore III, have changed my business address.

My current place of business is the Royse Law Firm, PC, located at 1717 Embarcadero Road, Palo Alto, California 94303. The business telephone number is (650) 813-9700 and the facsimile is (650) 813-9777. My email address is tmoore@rroyselaw.com.

Dated: November 1, 2013            ROYSE LAW FIRM, PC


By: /s/ Thomas E. Moore III
    Thomas E. Moore III
    Counsel for Plaintiffs