STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. C-08-4373-JSW |
| VIRGINIA SHUBERT, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.* <br><br> Defendants. | Case No. C-07-0693-JSW <br><br> **GOVERNMENT DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED DECLARATION OF JAMES R. CLAPPER, DIRECTOR OF NATIONAL INTELLIGENCE** <br><br> No Hearing Scheduled <br> Courtroom 11 - 19th floor <br> Judge Jeffrey S. White |

Gov't Defs.' Notice of Lodging of *In Camera*, *Ex Parte* Classified Declaration of James R. Clapper, Director of National Intelligence
*Jewel v. Nat'l Security Agency,* No. C-08-4373-JSW; *Shubert v. Obama,* No. C-07-0693-JSW

1     The Government Defendants hereby provide notice that the Classified Declaration of

2   James R. Clapper, Director of National Intelligence, dated December 20, 2013, has been lodged

3   with the United States Department of Justice Litigation Security Group for secure storage and

4   transportation to the Court for *in camera* and *ex parte* review.

5   Dated:  December 20, 2013

6

7                                                                    Respectfully submitted,

8                                                                    STUART F. DELERY
                                                                     Assistant Attorney General

9                                                                    JOSEPH H. HUNT
                                                                     Director, Federal Programs Branch
10

11                                                                   ANTHONY J. COPPOLINO
                                                                     Deputy Branch Director

12                                                                   JAMES J. GILLIGAN
                                                                     Special Litigation Counsel
13

14                                                                   MARCIA BERMAN
                                                                     Senior Trial Counsel
15                                                                   marcia.berman@usdoj.gov

16                                                                   BRYAN DEARINGER
                                                                     Trial Attorney

17                                                                   RODNEY PATTON
                                                                     Trial Attorney
18

19                                                                    */s/ Marcia Berman*
                                                                     MARCIA BERMAN
20                                                                   Senior Trial Counsel
                                                                     U.S. Department of Justice, Civil Division
21                                                                   20 Massachusetts Avenue, NW, Rm. 7132
                                                                     Washington, D.C. 20001
22                                                                   Phone: (202) 514-2205
                                                                     Fax: (202) 616-8470
23

24                                                                   *Attorneys for the Government Defendants*

25

26

27

28

Gov't Defs.' Notice of Lodging of *In Camera*, *Ex Parte* Classified Declaration of James R. Clapper, Director of
National Intelligence
*Jewel v. Nat'l Security Agency,* No. C-08-4373-JSW; *Shubert v. Obama,* No. C-07-0693-JSW                      2