STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. C-08-4373-JSW |
| VIRGINIA SHUBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.* <br><br> Defendants. | Case No. C-07-0693-JSW <br><br> **GOVERNMENT DEFENDANTS' NOTICE OF FILING DECLASSIFIED DECLARATIONS** <br><br><br> No Hearing Scheduled <br> Courtroom 11 - 19th floor <br> Judge Jeffrey S. White |

Gov't Defs.' Notice of Filing Declassified Declarations
 *Jewel v. Nat'l Security Agency,* No. C-08-4373-JSW; *Shubert v. Obama,* No. C-07-0693-JSW

The Government Defendants hereby provide notice that the following declassified declarations are being filed with the Court, pursuant to the Court's instructions at the September 27, 2013, case management conference:  2007 Declaration of J. Michael McConnell, Director of National Intelligence, filed in Jewel v. NSA and Shubert v. Obama; 2007 Declaration of Lt. Gen. Keith B. Alexander, Director, National Security Agency, filed in Jewel v. NSA and Shubert v. Obama; 2009 Declaration of Dennis C. Blair, Director of National Intelligence, filed in Jewel v. NSA; 2009 Declaration of Dennis C. Blair, Director of National Intelligence, filed in Shubert v. Obama; 2009 Declaration of Deborah A. Bonanni, National Security Agency, filed in Jewel v. NSA; 2009 Declaration of Lt. Gen. Keith B. Alexander, Director, National Security Agency, filed in Shubert v. Obama; 2012 Declaration of James R. Clapper, Director of National Intelligence, filed in Jewel v. NSA and Shubert v. Obama; and 2012 Declaration of Frances J. Fleisch, National Security Agency, filed in Jewel v. NSA and Shubert v. Obama.

Dated:  December 20, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov

BRYAN DEARINGER
Trial Attorney

RODNEY PATTON
Trial Attorney


1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    */s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for the Government Defendants*