| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | PAULA L. BLIZZARD (SBN 207920) |
| KURT OPSAHL (SBN 191303) | MICHAEL S. KWUN (SBN 198945) |
| JAMES S. TYRE (SBN 083117) | AUDREY WALTON-HADLOCK (SBN 250574) |
| MARK RUMOLD (SBN 279060) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| ANDREW CROCKER (SBN 291596) | KEKER & VAN NEST, LLP |
| ELECTRONIC FRONTIER FOUNDATION | 633 Battery Street |
| 815 Eddy Street | San Francisco, CA 94111 |
| San Francisco, CA 94109 | Telephone: (415) 391-5400 |
| Telephone: (415) 436-9333 | Fax: (415) 397-7188 |
| Fax: (415) 436-9993 | |
| | THOMAS E. MOORE III (SBN 115107) |
| RICHARD R. WIEBE (SBN 121156) | tmoore@rroyselaw.com |
| wiebe@pacbell.net | ROYSE LAW FIRM, PC |
| LAW OFFICE OF RICHARD R. WIEBE | 1717 Embarcadero Road |
| One California Street, Suite 900 | Palo Alto, CA 94303 |
| San Francisco, CA 94111 | Telephone: (650) 813-9700 |
| Telephone: (415) 433-3200 | Fax: (650) 813-9777 |
| Fax: (415) 433-6382 | |
| | ARAM ANTARAMIAN (SBN 239070) |
| | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Telephone: (510) 289-1626 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>Defendants. | Case No.: 08-cv-4373-JSW<br><br>**DECLARATION OF MARK RUMOLD FILED IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' PUBLIC FILINGS**<br><br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

I, MARK RUMOLD, hereby declare,

1. I am an attorney of record for plaintiffs in this action and a member in good standing of the California State Bar. I am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration and if called upon to do so I am competent to testify to all matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the following document: Mem. Op., *Redacted*, No. [Redacted] (FISC Sep. 25, 2012), *available at* http://www.dni.gov/files/documents/September%202012%20Bates%20Opinion%20and%20Order.pdf.

3. The following is a true and correct transcription of an excerpt of a statement made by Senator Diane Feinstein on September 26, 2013 during a hearing:

> "Upstream collection . . . comprises about 10 percent of all collection that takes place under 702, and occurs when NSA obtains Internet communications, such as e-mails, from certain U.S. companies that operate the Internet background [*sic*]; *i.e.*, the companies that own and operate the domestic telecommunication lines over which Internet traffic flows."

Hearing on FISA legislation before the S. Select Comm. on Intelligence, 113th Cong. (Sep. 26, 2013). Video available at C-SPAN: http://www.c-spanvideo.org/clip/4466341.

4. Attached hereto as Exhibit 2 is a true and correct copy of the following document: Siobhan Gorman & Jennifer Valentino-Devries, *New Details Show Broader NSA Surveillance Reach*, Wall. St. J. (Aug. 20, 2013), *available at* http://online.wsj.com/news/articles/SB10001424127887324108204579022874091732470.

5. Attached hereto as Exhibit 3 is a true and correct copy of the following document: Joint Statement From the Office of the Director of National Intelligence and the National Security Agency (Aug. 21, 2013), *available at* http://www.nsa.gov/public_info/_files/speeches_testimonies/2013_08_21_Joint_Statement_ODNI_NSA.pdf.

6. Attached hereto as Exhibit 4 is a true and correct copy of the following document: Charlie Savage, *NSA Said to Search Content of Messages To and From U.S.*, N.Y. Times (Aug. 8,

2013), *available at* www.nytimes.com/2013/08/08/us/broader-sifting-of-data-abroad-is-seen-by-nsa.html.

7. Attached hereto as Exhibit 5 is a true and correct copy of the following document: *Procedures Used by the National Security Agency for Targeting Non-United States Persons* (July 28, 2009). This document was obtained from the website of the Guardian newspaper, which published it on June 20, 2013: http://www.theguardian.com/world/interactive/2013/jun/20/exhibit-a-procedures-nsa-document.

8. Attached hereto as Exhibit 6 is a true and correct copy of the following document: Director of National Intelligence, Facts on the Collection of Intelligence Pursuant to Section 702 of the Foreign Intelligence Surveillance Act (June 8, 2013), *available at* http://www.dni.gov/files/documents/Facts%20on%20the%20Collection%20of%20Intelligence%20Pursuant%20to%20Section%20702.pdf.

9. The following is a true and correct transcription of an excerpt of a statement made by General Keith Alexander on September 26, 2013 during a hearing of the Senate Select Committee on Intelligence: "NSA's programs have contributed to understanding and disrupting 54 terror-related events, 25 in Europe, 11 in Asia and five in Africa, and 13 in the United States." Hearing on FISA legislation before the S. Select Comm. on Intelligence, 113th Cong. (Sep. 26, 2013). Transcript *available at* http://icontherecord.tumblr.com/post/62359076197/remarks-as-delivered-by-general-keith-alexander.

10. The following is a true and correct transcription of an excerpt of an exchange between Senator Leahy and General Keith Alexander on October 2, 2013 during a hearing of the Senate Select Committee on Judiciary:

> SEN. LEAHY: [W]e've heard over and over again the assertion that 54 terrorist plots were thwarted by the use of Section 215 and-or Section 702 authorities. That's plainly wrong, but we still get it in letters to members of Congress, we get it in statements. These weren't all plots and they weren't all thwarted. The American people are getting left with the inaccurate impression of the effectiveness of NSA programs.
>
> Would you agree that the 54 cases that keep getting cited by the administration were not all plots, and of the 54, only 13 had some nexus to the U.S., would you agree with that, yes or no?

GEN. ALEXANDER: Yes.

SEN. LEAHY: OK. At our last hearing, Deputy Director Inglis' testimony stated that there's only really one example of a case where "but for" the use of Section 215, both phone records collection, terrorist activity was stopped. Is Mr. Inglis right?

GEN. ALEXANDER: He's right. I believe he said two, Chairman. I may have that wrong, but I think he said two. And I would like to point out that it could only have applied in 13 of the cases, because of the 54 terrorist plots or events, only 13 occurred in the U.S. Business record FISA was only used in 12.

SEN. LEAHY: I understand that, but what I worry about is that some of the statements that all is well, and we have these overstatements of what's going on. We're talking about massive, massive, massive collection. We're told we have to do that to protect us, and then statistics are rolled out. If they are not accurate, it doesn't help with the credibility here in the Congress, doesn't help the credibility with this chairman, and doesn't help with the credibility with the country.

Hearing on FISA oversight before the S. Comm. on the Judiciary, 113th Cong. (Oct 2, 2013). Video *available a*t http://www.c-span.org/Events/Intel-Chiefs-Testify-at-Senate-FISA-Oversight-Hearing/10737441809-1 (exchange occurs at approximately 42 minutes).

11. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of the following document: President's Review Grp. on Intelligence and Commc'ns Tech., Liberty and Security in a Changing World (Dec. 12, 2013) (pages 1-7, 94-104), *available at* http://www.whitehouse.gov/sites/default/files/docs/2013-12-12_rg_final_report.pdf.

12. The following is a true and correct transcription of an excerpt of a statement made by General Keith Alexander on June 18, 2013 during a hearing of the House Permanent Select Committee on Intelligence: "We couldn't connect the dots because we didn't have the dots." Hearing on disclosure of National Security Agency surveillance programs before the H. Permanent Select Comm. on Intelligence, 113th Cong. (Jun. 18, 2013). Transcript *available at* http://icontherecord.tumblr.com/post/57812486681/hearing-of-the-house-permanent-select-committee-on.

13. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the following document: Peter Bergen, *Would NSA Surveillance Have Stopped 9/11 Plot?*, CNN (Dec. 30, 2013), *available at* htttp://us.cnn.com/2013/12/30/opinion/bergen-nsa-surveillance-september-11.

14. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of the following document: Justin Elliot, *Judge on NSA Case Cites 9/11 Report, But It Doesn't Actually Support His Ruling*, ProPublica (Dec. 28, 2013), available at http://www.propublica.org/article/fact-check-the-nsa-and-sept-11.

15. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the following document: Michael German, *No NSA Poster Child: The Real Story of 9/11 Hijacker Khalid al-Mihdhar*, Defense One (Oct. 16, 2013), *available at* http://www.defenseone.com/ideas/2013/10/no-nsa-poster-child-real-story-911-hijacker-khalid-al-mihdhar.

DATE: January 10, 2014

Respectfully submitted,

*/s/* Mark Rumold
MARK RUMOLD
CINDY COHN
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
ANDREW CROCKER
ELECTRONIC FRONTIER FOUNDATION

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
ROYSE LAW FIRM, PC

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
BENJAMIN W. BERKOWITZ
KEKER & VAN NEST LLP

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN

Attorneys for Plaintiffs