| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | PAULA L. BLIZZARD (SBN 207920) |
| KURT OPSAHL (SBN 191303) | MICHAEL S. KWUN (SBN 198945) |
| JAMES S. TYRE (SBN 083117) | AUDREY WALTON-HADLOCK (SBN 250574) |
| MARK RUMOLD (SBN 279060) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| ANDREW CROCKER (SBN 291596) | KEKER & VAN NEST, LLP |
| ELECTRONIC FRONTIER FOUNDATION | 633 Battery Street |
| 815 Eddy Street | San Francisco, CA  94111 |
| San Francisco, CA  94109 | Telephone:  (415) 391-5400 |
| Telephone:  (415) 436-9333 | Fax:   (415) 397-7188 |
| Fax:  (415) 436-9993 | |
| | THOMAS E. MOORE III (SBN 115107) |
| RICHARD R. WIEBE (SBN 121156) | tmoore@rroyselaw.com |
| wiebe@pacbell.net | ROYSE LAW FIRM, PC |
| LAW OFFICE OF RICHARD R. WIEBE | 1717 Embarcadero Road |
| One California Street, Suite 900 | Palo Alto, CA 94303 |
| San Francisco, CA 94111 | Telephone: (650) 813-9700 |
| Telephone:  (415) 433-3200 | Fax: (650) 813-9777 |
| Fax:  (415) 433-6382 | |
| | ARAM ANTARAMIAN (SBN 239070) |
| | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Telephone:  (510) 289-1626 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No.: 08-cv-4373-JSW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT MOTION** <br><br> Fed. R. Civ. P. 6(b)(1) & Civil L.R. 6-2 <br><br> Courtroom 11, 19th Floor <br> The Honorable Jeffrey S. White |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, plaintiffs request and the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court extend the briefing schedule on the plaintiffs' motion for partial summary judgment. Plaintiffs have requested this extension in light of the ongoing public revelations and discussions about issues raised by the motion, and Defendants have graciously agreed to allow them more time to prepare the motion. Plaintiffs propose that the schedule change as follows:

Plaintiffs' Motion for Partial Summary Judgment:

Currently due: **January 31, 2014** Proposed new due date: **February 21, 2014**

Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment:

Currently due: **February 14, 2014** Proposed new due date: **March 21, 2014**

Plaintiffs' Reply in Support of Motion for Partial Summary Judgment:

Currently due: **February 28, 2014** Proposed new due date: **April 11, 2014**.

The other briefing schedule in *Jewel v. NSA*, on the four questions posed by this Court at the September 27, 2013 Case Management Conference (ECF No. 164 at 5:19 to 7:8) will remain unchanged as it was set by the Court at the Case Management Conference: The government filed its opening brief on December 20, 2013; Plaintiffs filed their response to defendants' public declarations on January 10, 2014; on Jan. 31, Plaintiffs will file their opposition on questions 1, 2, and 4 and their opening brief on question 3; on February 14, the government will file its opposition on question 3; and on February 28, plaintiffs will file their reply on question 3 and the government will file its reply on questions 1, 2, and 4.

The court has not set a hearing date for any of these matters.

/ / /

/ / /

/ / /

Case No. 08-cv-4373-JSW 1
STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING

There have been no previous requests to alter this briefing schedule and this requested change should not impact the overall schedule of this case.

DATE: January 28, 2014         Respectfully submitted,

                                                  /s/  Cindy Cohn
CINDY COHN
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
MARK RUMOLD
ANDREW CROCKER
ELECTRONIC FRONTIER FOUNDATION
RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
ROYSE LAW FIRM, PC

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
BENJAMIN W. BERKOWITZ
KEKER & VAN NEST LLP

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN

*Counsel for Plaintiffs*

Dated:  January 28, 2014         Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

BRYAN DEARINGER
Trial Attorney

RODNEY PATTON
Trial Attorney

*/s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205
marcia.berman@usdoj.gov

*Counsel for the Government Defendants*

\* \* \* \* \* \* \*

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Cindy Cohn, hereby declare pursuant to Local Rule 5-1 that I have obtained Defendants' concurrence in the filing of this document from Marcia Berman, Counsel for Defendants.

Executed on January 28, 2014, in San Francisco, California.

*/s/ Cindy Cohn*
Cindy Cohn

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, it is ORDERED that the briefing schedule on Plaintiffs' Motion For Partial Summary Judgment shall be in accordance with the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: January 29, 2014

_____
The Hon. Jeffrey S. White
United States District Judge