IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW
No. C 13-03287 JSW

**ORDER RE TEMPORARY RESTRAINING ORDER**

FIRST UNION CHURCH OF LOS ANGELES, ET AL.,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

/

The Court has received Plaintiffs' *ex parte* motion for a temporary restraining order requesting immediate relief. By no later than March 10, 2014 by 2:00 p.m. PST, Defendants shall file their response stating its intended course pursuant to this Court's preservation orders and the FISC's order dated March 7, 2014 denying their motion to amend without prejudice. Defendants shall indicate under what authority this Court may not exercise its discretion to restrain destruction of evidence pending a full briefing of this matter.

**IT IS SO ORDERED.**

Dated: March 10, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE