IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

  v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

FIRST UNITARIAN CHURCH OF LOS ANGELES, ET AL.,

    Plaintiffs,

  v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW
No. C 13-03287 JSW

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

This matter is now before the Court on Plaintiffs' *ex parte* motion for a temporary restraining order requesting immediate relief. The Court HEREBY ORDERS that its prior evidence preservation orders in these related matters shall be enforced. It is undisputed that the Court would be unable to afford effective relief once the records are destroyed, and therefore the harm to Plaintiffs would be irreparable. A temporary restraining order is necessary and appropriate in order to allow the Court to decide whether the evidence should be preserved with the benefit of full briefing and participation by all parties.

Accordingly, it is HEREBY ORDERED that Defendants, their officers, agents, servants. employees, and attorneys, and all those in active concert or participation with them are prohibited, enjoined, and restrained from destroying any potential evidence relevant to the claims at issue in this action, including but not limited to prohibiting the destruction of any telephone metadata or "call detail" records, pending further order of the Court. The Court determines that there is no security necessary under the circumstances.

The Court sets the following briefing and hearing schedule, all in PST, in this matter:

Plaintiffs' opening brief shall be filed no later than March 13, 2014 at 2:00 p.m.

Defendants' opposition brief shall be filed no later than March 17, 2014 at 11:00 a.m.

Plaintiffs' reply brief shall be filed no later than March 18, 2014 at 2:00 p.m.

The hearing on this issue shall be set for March 19, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 10, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2