IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | |
| VIRGINIA SHUBERT, ET AL., | No. C 07-00693 JSW |
| Plaintiffs, | |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

**ORDER RE UNDER SEAL DOCUMENTS**

Pursuant to Defendants' submission dated March 26, 2014, the Rule 11 certifications regarding preservation of evidence, which were filed under seal, do not contain classified information and shall be unsealed.

They are documents Docket No. 67 in 08-04373 JSW, Docket No. 420 in 06-md-1791, and Docket No. 22 in 07-0693 JSW.

**IT IS SO ORDERED.**

Dated: April 1, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2