

149

Department precleared in April 2006, a new form of voter identification that would be available to voters for free at one or more locations in each of the 159 Georgia counties.

In *Common Cause/Georgia v. Billups*, the district court did not conclude that the identification requirement violated the Voting Rights Act. To the contrary, the court refused to issue a preliminary injunction on that ground. The court instead issued a preliminary injunction on constitutional grounds that the Department cannot lawfully consider in conducting a preclearance review under Section 5 of the Voting Rights Act. Accordingly, the court's preliminary ruling, in a matter that is still being actively litigated, does not call into question the Department's preclearance decision. In addition, the state court decision blocking Georgia's implementation of the identification requirement was issued on state constitutional grounds, and, therefore, also did not call into question the Department's preclearance decision.

Durbin    398    **What assurance can you make to African Americans that the Justice Department will do a better job of enforcing their voting rights?**

<u>ANSWER:</u> The Department is committed to the vigorous and even-handed enforcement of the Voting Rights Act on behalf of all Americans, including African Americans. In this Administration, the Voting Section of the Civil Rights Division has filed cases on behalf of African-American voters in many jurisdictions, including: *United States v. Crockett County* (W.D. Tenn.); *United States v. Euclid* (N.D. Ohio); *United States v. Miami-Dade County* (S.D. Fla.); and *United States v. North Harris Montgomery Community College District* (S.D. Tex.), which also involved protecting the rights of Hispanic citizens. We also successfully litigated *United States v. Charleston County, South Carolina* (D.S.C.) and successfully defended that victory through appeal to the U.S. Supreme Court.

The Department continues to seek out and prosecute cases on behalf of African-American citizens. The Voting Section continues to actively identify at-large and other election systems that violate the Voting Rights Act. Where we find such systems and where the facts support a claim, we do not hesitate to bring lawsuits. We are interested in allegations of possible Voting Rights violations from all sources and have solicited such information widely. The Department, of course, vigorously enforces all of the provisions of the Voting Rights Act. During FY 2006, the Voting Section filed 17 new lawsuits, which is double the average number of lawsuits filed in the preceding 30 years. In FY 2006, the Voting Section also processed the largest number of Section 5 submissions in its history and interposed important objections to protect minority voters in Texas and Georgia. During this Administration, moreover, we have filed approximately 60 percent of all cases ever filed under the minority language provisions of the Voting Rights Act, as well as approximately 75 percent of all cases ever filed under Section 208. We also have used Section 2 of the Voting Rights Act to challenge barriers to participation, as in *United States v. Long County* (S.D. Ga.) and *United States v. City of Boston* (D. Mass.). We have filed the first voting rights case in the Division's history on behalf of Haitian Americans; the first voting rights case in the Division's history on behalf of Filipino Americans; and the first voting rights cases in the Division's history on behalf of Vietnamese Americans. We will continue vigorously to protect all Americans from unlawful discrimination in voting.



82

00552



150

Durbin     399    Last summer, an article in the Boston Globe entitled "Civil rights hiring shifted in Bush era" raised troubling questions about the hiring practices of the Justice Department's Civil Rights Division. The article said:

"For decades, [career attorney hiring] committees had screened thousands of resumes, interviewed candidates, and made recommendations that were only rarely rejected. Now, hiring is closely overseen by Bush administration political appointees to Justice, effectively turning hundreds of career jobs into politically appointed positions."

The Boston Globe article reported that 26% of the lawyers hired into key sections of the Civil Rights Division since 2003 are members of the Federalist Society, and 17% are members of the Republican National Lawyers Association. The article also indicated that only 42% of lawyers hired into the Civil Rights Division since 2003 had any civil rights experience, while 77% hired in 2001 and 2002 had such experience. And of the 42% who had civil rights experience, half of those attorneys gained that experience by defending allegations of discrimination or fighting affirmative action. Mr. Gonzales, are you concerned about the politicization of the Civil Rights Division hiring process? Please explain.

ANSWER: We respectfully disagree with many of the assertions made in the *Boston Globe* article. It is also unclear what methodology the *Globe* employed in reaching its conclusions. There is no political litmus test used in deciding to hire attorneys in the Civil Rights Division. The Civil Rights Division, like every other component of the Department of Justice, is charged with enforcing the laws passed by Congress. As such, we seek to hire outstanding attorneys with demonstrated legal skills and abilities. The Department considers attorneys from a wide variety of educational backgrounds, professional experiences, and demonstrated qualities. Attorneys from an extremely wide variety of backgrounds and experiences have been hired to work in the Division under this Administration. For example, the Division has hired not only attorneys with significant prior civil rights experience, but also attorneys with other crucial skills, such as a significant record of actual litigation or management experience. In addition, veteran career attorneys continue to make hiring recommendations throughout the Department and within the Civil Rights Division.

The *Globe* article, among other things, incorrectly suggests that a central hiring committee of career employees within the Civil Rights Division made all hiring decisions during previous Administrations; obtained limited information regarding attorneys hired in only three of the ten litigating sections in the Division; and did not obtain resumes of attorneys hired during previous Administrations in order to make an objective comparison. Most significantly, the *Globe* article was not based on any personal interviews of these attorneys to measure their interest in, and dedication to, enforcing the nation's civil rights laws.

The talented and accomplished individuals hired in the Civil Rights Division have a profound commitment to public service and law enforcement. Generalizations are often inaccurate and unhelpful in defining an individual. No attorney is hired based solely on his or

83

00553



151

her resume, but rather after a profoundly more comprehensive review, including detailed personal interviews.

The *Boston Globe* article ignores salient facts pertaining to the Division's hiring record during this Administration. For example, all five individuals hired as career section chiefs during this Administration had previously served as career attorneys in the Division. These five chiefs have an average of approximately 17 years of experience in the Division, and also had a wide variety of work experiences, including working in the Clinton White House, with the American Civil Liberties Union, and as Special Assistant to Acting Assistant Attorney General Bill Lann Lee. In sum, there is no political litmus test used in deciding to hire attorneys in the Civil Rights Division.

Durbin    400    What steps have you taken, if any, to take politics out of the hiring of career attorneys in the Civil Rights Division?

ANSWER: Please see our response to question 399, above.

Durbin    401    "The Justice Department has taken some troubling positions in civil rights cases that have come before the U.S. Supreme Court. In two recent cases, your department filed briefs endorsing a very restrictive view of Title VII, the nation's primary employment discrimination law. In the area of education, you have supported positions that would turn Brown v. Board of Education on its head. In the University of Michigan cases, the Supreme Court rejected your attempt to stop affirmative action on our college campuses.



And in two cases that are pending before the Supreme Court this year, the Justice Department filed amicus briefs on behalf of white parents in opposition to voluntary school integration programs. The Justice Department briefs argue that the Seattle and Louisville public school districts should not be permitted to use race as a factor in attempting to achieve a degree of racial diversity in their schools. If the Justice Department prevails, it would likely result in the re-segregation of America's high schools and elementary schools.

Mr. Gonzales, why did the Bush Administration file amicus briefs in the Seattle and Louisville cases? Why did you feel it was in the United States Government's interest to tell local school districts that they could not try and integrate their schools?

ANSWER: The Department's position was set forth clearly in the briefs that we filed in these cases, including our statement of interest. A copy of these briefs can be found at: http://www.usdoj.gov/osg/briefs/2006/3mer/1ami/2005-0908.mer.ami.html (Seattle) and http://www.usdoj.gov/osg/briefs/2006/3mer/1ami/2005-0915.mer.ami.html (Louisville).

84



00554



152

Durbin        402    When you were debating internally what position to take in the Seattle and Louisville cases, what position did you personally advocate? Do you agree with the position taken by the Bush Administration in these cases?

ANSWER: Disclosure of the requested information would violate the Department's long-standing policy against revealing internal deliberations.


Durbin        403    In your briefs to the Supreme Court in the Seattle and Louisville cases, you argued that the use of race to try and achieve integrated schools is just as invidious as old-fashioned racial discrimination and segregation. Do you truly hold that belief?

ANSWER: The Attorney General supports the position set forth in the briefs.



85

00555



153

### QUESTIONS FROM SENATOR GRASSLEY

Grassley    404    I am a strong supporter of the False Claims Act, the law under which whistleblowers can sue those who have defrauded the federal government by filing false claims. These whistleblowers are key to uncovering waste, fraud, and abuse in the government and returning money to its rightful place, saving the American taxpayer millions of dollars. Your department reported that $18 billion has been recovered under my whistleblower amendments to the FCA in the 20 years since they were passed. In fact, $3.1 billion was recovered in FY06 under the FCA, nearly a billion dollars more than any other previous year's recovery. Can you tell us what the Department has been doing to increase these recoveries? Can you also tell us what kind of return that is on what is invested in these investigations? How much is being recovered for every dollar spent?

ANSWER: The Department has always taken an aggressive approach in fighting fraud, waste, and abuse, and whistleblowers have certainly been a significant part of that fight. As you know, settlements and judgments under the False Claims Act have grown exponentially in the years since Congress amended the statute in 1986, significantly enhancing the *qui tam* provisions under the Act. Of the $18 billion recovered since 1986, $12 billion has been recovered in the last seven years. Since fiscal year 2000, the Department has recovered an average of $1.7 billion a year, with a record $3.1 million in fiscal year 2006. It is difficult to pinpoint our return on investment, but it is certainly good. False Claims Act litigation is handled jointly between Civil Division attorneys and U.S. Attorneys' Offices, along with the intensive efforts of agency lawyers, investigators, auditors, and others essential to the Department's success, each with its separate budget. It would be misleading to single out the Department's costs alone to measure return, but there can be no question that the return is high.

Regarding the Department's efforts, we have endeavored to form good relationships with whistleblowers who have brought claims of fraud against the Government supported by substantial evidence. Even when those claims are based on a mere suspicion, we work tirelessly to investigate each claim thoroughly before deciding whether to intervene or decline. We have also formed teams or task forces to handle similar claims brought in an array of cases against an industry, such as the pharmaceutical cases and the Iraqi procurement cases. This team approach establishes a reservoir of expertise and fosters cross-pollination of ideas. But, above all, we hire the best lawyers available, who are dedicated to protecting the public and whose goal in every case is to obtain the best resolution possible in the interests of justice and the United States.

Grassley    405    Is there something more we can do here in Congress to enable you to continue or increase these investigations and recoveries?

ANSWER: First, keep the False Claims Act strong. The False Claims Act remains one of our most effective tools in fighting fraud, both as a means of recovering funds paid as a result of fraud and as a deterrent to those who would commit fraud. From time to time, various groups have proposed amendments that would weaken the False Claims Act and make enforcement of



86

00556



154

its provisions more difficult. We will remain vigilant in our review of such proposals and trust that we can work with Congress in keeping the False Claims Act strong.

Second, we urge Congress to pass the President's budget which includes increased funding for our enforcement efforts. With increased spending in health care, defense, homeland security, and disaster relief, it is now more critical than ever that our enforcement resources keep pace in order to address fraud adequately in those areas.

Grassley     406    Are there other things Congress has considered doing, such as a limitation on extensions of the 60-day seal in qui tam cases, which would hamper your ability to fully investigate and prosecute the cases?

ANSWER: We are unaware of any proposals currently being considered by Congress that would hamper our ability to fully investigate and prosecute cases, although limiting extensions of the seal to investigate what are often complex fraud allegations with criminal implications certainly would pose obstacles. We would also be wary of the establishment of reporting or other requirements which would affect the manner in which False Claims Act matters were required to be settled.

Grassley     407    During your confirmation hearings to be Attorney General in 2005, the number of cases, brought to it by whistleblowers, the Department was joining was between 17 – 25%. You explained in your answers to my written questions that in FY03, it was 18%, and 25% in FY04.
Can you tell me what percentage of these cases DOJ has joined in FY05 and FY06?

ANSWER: In FY05, the Department intervened in 24.8% of qui tam cases, and in FY06, 24.2%.

Grassley     408    Of the cases that were declined by the Government, how many produced significant recoveries? What were the dollar amounts recovered in those cases?

ANSWER: In FY05-06, the United States recovered $42.6 million in declined cases (as compared to over $2.5 billion in intervened or otherwise pursued cases). Recoveries ranged from $2,000 to $9.6 million, with the majority being well under $1 million. Settlements exceeded $1 million in only seven qui tam cases in which the Government declined to intervene.

87

00557



155

Grassley    409    Also during your confirmation hearings, you promised to increase the Department's commitment to qui tam cases and the whistleblowers who aid in those investigations. This commitment includes interpretation of the laws that foster qui tam, filing briefs in support of these interpretations, increased interaction with relators and their attorneys, and improved publication of successful recoveries. Can you tell me how your Department has improved in these areas in the nearly two years you've been at its helm?

ANSWER: Our commitment to *qui tam* cases is first and foremost demonstrated by the $368 million in settlement and judgment proceeds awarded to relators in FY05-06, and also in the overwhelming success we have in such suits. Even in *qui tam* cases the Department declines, the Department continues to give support to relators in the form of *amicus* briefs to assist courts in interpreting the False Claims Act. The Department has spent extensive time monitoring *qui tam* cases pursued by relators and filing *amicus* briefs supporting the legal positions advanced by the relators in such cases. During the past year alone, the Department filed several dozen *amicus* briefs in the district and appellate courts (where we often also appeared at oral argument) arguing that cases pursued by relators were improperly dismissed due to erroneous interpretations of the False Claims Act, including whether and to what extent the Act contains a presentment requirement, the test for determining when a false statement or misrepresentation is material, and the proper standard for assessing damages. In addition, in *United States ex rel. Stone v. Rockwell International Corp.*, a case in which the United States intervened, the Department filed an *amicus* brief in the Supreme Court and appeared at oral argument defending the relator's right to receive a share of the Government's recovery. In that case, the defendant challenged the relator's right to proceed on the ground that there had been a prior public disclosure of the relator's allegations and the relator did not qualify as the original source of those allegations. In its *amicus* brief, the Government argued that the relator did qualify as an original source and urged the Supreme Court to uphold the Tenth Circuit's ruling that the relator was a proper relator under the False Claims Act.



We also continue to foster relations with relators and their counsel in other ways as well. For example, we recently amended our agreement that we typically enter into with relators and their counsel regarding information sharing. We made these changes specifically to address concerns by the relator bar.

We also participate in TAF's annual conference on *qui tam* litigation. As you know, TAF (Taxpayers Against Fraud) is a private, non-profit organization dedicated to promoting and facilitating *qui tam* litigation for whistleblowers and their counsel. We provide our more senior staff as speakers to this conference and send our more junior attorneys as participants.

Regarding publication of successful recoveries, as a matter of policy, we issue press releases in virtually all significant settlements. In *qui tam* cases, we are careful to attribute the source of the claims to the *qui tam* relator and to identify the relator award, if known at the time of settlement. In our year-end press release, we again identify our most significant recoveries and the awards made to the relators in those cases. In addition to touting the Department's successes, we regard this press release as a means of promoting the importance of *qui tam* litigation and the partnership we have with the whistleblowers who file these cases.

88

00558



156

Grassley    410    As you know, the President signed into law a bill many of us here on Committee worked hard on, the Adam Walsh Child Protection and Safety Act, on July 27 of last year. Can you tell us how this bill has helped in your efforts to prosecute child sex offenders so far?

ANSWER: The Department of Justice was pleased to work with you on the Adam Walsh Act. While the Act is still relatively new, it has helped us in the following ways:

First, new 18 U.S.C. § 3509(m) is helping prosecutors keep contraband – images of child pornography – in the care, custody, and control of either the government or the court during the pendency of criminal proceedings. While defendants are currently challenging this new statute, we are cautiously optimistic that ultimately the courts will recognize that just as any other item of contraband, images of child pornography should properly remain in the custody of the government or the court.

Second, new 18 U.S.C. § 4248 provides us an important new tool to protect society from sexually dangerous persons by providing for civil commitment of these persons. As of March 2, 2007, the Bureau of Prisons had certified 26 sexually dangerous persons. While this statute has also been challenged, we are aware that one district court has rejected that challenge, finding it constitutional facially as well as applied. We look forward to continuing to use this new authority.

Third, the amendment to 18 U.S.C. § 3142 providing for electronic monitoring as a mandatory condition of pre-trial release for specified sex offenses involving minors is an additional means to protect society in those cases where courts find pre-trial release is appropriate. This amendment has also been challenged, with conflicting results so far in the courts. We are hopeful, however, that ultimately the courts will find that this amendment is constitutional.



Fourth, new 18 U.S.C. § 2250 establishes a new federal offense for failure to register as a sex offender. The United States Marshals Service has been engaged, in coordination with the Federal Bureau of Investigation and the National Center for Missing & Exploited Children, in efforts to identify and locate unregistered sex offenders. We are aware of two defense challenges to indictments under the new statute, both of which have been rejected by the courts. In one of these cases, the defendant has already pled guilty. We anticipate additional cases as the Marshals Service has, as of February 20, 2007, arrested 33 fugitives in investigations of Section 2250 violations since the enactment of the statute.

Fifth, the creation of the SMART Office within the Department of Justice's Office of Justice Programs has enabled us to provide guidance to states and other jurisdictions concerning their sex offender registration and notification programs, and to provide guidance to state legislators regarding updating of current applicable legislation. The SMART office is actively engaged in training front line state and federal law enforcement professionals, state prosecutors and other relevant parties regarding SORNA requirements. The SMART office is looking forward to the publication of guidelines that will assist jurisdictions in the implementation of the Adam Walsh Act.

89



00559



157

Grassley    413    Attorney General Gonzales, you probably know that I've been concerned about concentration in agriculture for quite some time. Just this past September, I wrote a letter to the Antitrust Division expressing my serious reservations with the proposed merger between Smithfield Foods and Premium Standard Farms. I'm concerned about reduced market opportunities, possible anti-competitive and predatory business practices, and increasing agribusiness consolidation. For example, in the pork industry, expanded packer ownership of hogs, exclusive contracting and captive supply are adversely impacting the ability of small independent producers and family farmers to compete in the marketplace. I'm concerned about fewer competitors, vertical integration, as well as less choice for consumers. So I wasn't particularly happy when a January 8, 2007 Legal Times article questioning the Antitrust Division's merger enforcement record was brought to my attention. I'd like some assurances that the Justice Department is doing all it can to enforce the antitrust laws, by challenging problematic deals, as well as being aggressive in going after anti-competitive business practices. How do you respond to the allegations that the Justice Department's Antitrust Division is not challenging anti-competitive mergers?

ANSWER: The Department has a strong commitment to effective merger enforcement. In the last year, the Antitrust Division has achieved tangible results in improving its ability to identify and investigate thoroughly mergers that threaten harm to competition, and to block such mergers when appropriate. In its 2006 fiscal year, the Antitrust Division filed ten merger enforcement actions in federal district court, and in response to Division investigations, an additional six transactions were restructured by the merging parties in a manner that preserves competition without the Department needing to go to court. This represents the highest level of merger enforcement activity in the last five years. Consequently, we disagree with the allegations referenced in the question.



Grassley    414    What is the status of the Justice Department's review of the Smithfield Foods/Premium Standard Farms merger?

ANSWER: The Department is reviewing the proposed Smithfield Foods/Premium Standard Farms merger to determine whether it would likely harm competition in any affected market. While we cannot comment in detail on an ongoing investigation, it can be noted that the parties to this merger have publicly disclosed that they have received "second requests" for information from the Antitrust Division. The Antitrust Division is conducting a thorough analysis of the proposed merger. If it determines that the proposed merger would substantially lessen competition in any affected market, we will take appropriate enforcement action to prevent such harm.

90



00560



158

Grassley    415    How is the Justice Department going to be pro-active in its efforts to police anti-competitive activity in the agriculture industry?

ANSWER: The Department takes concerns expressed by agricultural producers about competitive problems very seriously, and accordingly, the Department has been actively involved to protect competition in the agricultural sector with aggressive antitrust enforcement. Two of the Antitrust Division's litigating sections usually handle matters involving agriculture, including mergers and conduct aimed at exercising market power, and over many years of activity in the field, these sections maintain expertise specific to many agricultural industries. They are on the lookout for anticompetitive practices in the agricultural sector of our economy. In addition, the Antitrust Division's Special Counsel for Agriculture, who engages in special outreach and contact with producers and the agriculture community, works with the litigating sections to evaluate and, if appropriate, investigate complaints they learn about from that community and other sources. Finally, the Department has a longstanding practice of consulting with and sharing information and expertise with the Department of Agriculture.

Grassley    416    Will the Justice Department work with the U.S. Department of Agriculture to address concerns that are raised by family farmers and independent producers about possible anti-competitive and abusive business practices?

ANSWER: We are committed to preventing anticompetitive mergers or conduct from harming the agricultural marketplace, and when the facts warrant it, we take appropriate enforcement action. We have had a longstanding practice of consulting and sharing expertise with the Department of Agriculture, as memorialized in the 1999 "Memorandum of Understanding between the Antitrust Division, Department of Justice and the Federal Trade Commission and the Department of Agriculture Relative to Cooperation with respect to Monitoring Competitive Conditions in the Agricultural Marketplace." Pursuant to the Memorandum of Understanding, for many years the Department has consulted with the Department of Agriculture when appropriate regarding a number of mergers or business practices to get their views on how agricultural producers stand to be affected by the merger or practice in question, and to take advantage of USDA's knowledge and expertise in our efforts to understand the workings of often complex agricultural markets. In addition to cooperation on specific investigations, upper management of the Antitrust Division and the USDA meet intermittently to share information on agricultural issues that affect competition under our respective missions. Moreover, we have held several antitrust training sessions for USDA employees, including having an economist from USDA work on detail for several months at the Antitrust Division.



91



00561



159

Grassley      417    Please explain what steps the Justice Department has taken, in conjunction with its responsibility to oversee the operations of the FBI, to investigate and determine the source of leaks to the media of sensitive case information to the media in the Amerithrax case. Have any reporters been questioned about stories citing anonymous FBI sources?

**ANSWER:** Pursuant to the longstanding Department policy against disclosing non-public information concerning pending law enforcement and litigation matters, we are unable to provide a response at this time.

Grassley      418    Have the phone records of FBI personnel been reviewed to determine whether and when they had contact with reporters?

**ANSWER:** Pursuant to the longstanding Department policy against disclosing non-public information concerning pending law enforcement and litigation matters, we are unable to provide a response at this time.

Grassley      419    If the Justice Department has not taken these steps to determine who is responsible for the media leaks in the Amerithrax case, then please explain why not and describe how the Department expects to hold any individuals responsible for inappropriate disclosures.

**ANSWER:** Pursuant to the longstanding Department policy against disclosing non-public information concerning pending law enforcement and litigation matters, we are unable to provide a response at this time.



92



00562



160

# Department of Justice Responses to Questions for the Record posed to Attorney General Alberto Gonzales Senate Judiciary Committee Oversight Hearing January 18, 2007 (Part 1)

# Answer #343 Enclosure

161



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No                                                    January 25, 2007

The Honorable Paul A. Price
Assistant Inspector General
Office of the Inspector General
Evaluation and Inspection Division
Department of Justice
Suite 6100
1425 New York Avenue, NW
Washington, D.C.  20530

                    RE:   OIG Recommendation 14, Status Update

Dear Mr. Price:

        This letter is in response to the Office of the
Inspector General (OIG) review of the "Federal Bureau of Prisons'
Monitoring of Mail for High-Risk Inmates", A-2005-006,
specifically Recommendation number 14.  This Recommendation
states "The FBI should continue to develop and reinforce
procedures for interacting with the Bureau of Prisons (BOP)
regarding international terrorist inmates, including monitoring
of inmates, intelligence gathering, and sharing information and
intelligence."  The FBI agrees with this Recommendation and will
continue to develop procedures regarding information sharing with
BOP.

        The FBI provided you with a letter dated September 22,
2006 in which we outlined our continuing efforts to improve and
expand information sharing with the BOP.  The purpose of this
letter to provide you with a status report regarding our ongoing
efforts.

        Central to the success of the Correctional Intelligence
Initiative (CII) is effective training for correctional staff in
the skills necessary to accomplish the program goals.  The
following training initiatives have recently been completed or
are well under way:

1.      ·       During the week of December 4-8, 2006, the FBI Center
                for Intelligence Training in Quantico, VA provided
                Intelligence Analyst Training for 20 BOP staff assigned
                as Special Investigative Agent and Linguists from ADX

00564



162

Florence, Colorado; Intelligence Officers and Intelligence Research Specialists from the Joint Intelligence Sharing Initiative (JISI); the BOP's Chief of Intelligence, Central Office; the Chief, Intelligence Analysts, and Linguists from the Counter Terrorism Unit, Martinsburg, WV; and the Deputy Chief of the Sacramento Intelligence Unit.

2.   The FBI held the 2006 National CII Coordinators Conference on December 12-13 at the National Counter Terrorism Center in McClean, Virginia.  This training was based on the "train the trainer" concept.  CII Coordinators from each FBI field office who will conduct the outreach and training for all correctional agencies within their geographical area, to include BOP facilities were in attendance.

3.   An electronic communication (EC) issued on December 7, 2006 which directed all FBI field offices to develop formalized CII Outreach and Training Plans by March 1, 2007.  Field offices were directed to include target dates, performance measures, CII program updates, and required reporting dates.

Progress continues to be made in the following areas:

• Continued FBI support of BOP intelligence needs with regard to vetting and screening of contractors and volunteers, information on terrorist offenders entering BOP custody, and special monitoring of BOP offenders under Special Administrative Measures (SAMs) controls.

• Continued comprehensive access to FBI resources through BOP staff assigned to the National Joint Terrorism Task Force (NJTTF) and respective JTTFs.

• FBI support to the new BOP Counterterrorism Unit (CTU) recently opened in Martinsburg, WV.  Specifically, the FBI will assess the staffing of two personnel and identify necessary databases to support the mission.

• Provide guidance to all FBI field offices to clarify and expand intelligence sharing initiatives regarding terrorism matters between the FBI, BOP, and other state, county, and private correctional agencies.

• Provide continued CII training at various state, regional and national conferences.  Completed CII training at recent conferences which BOP attended have included the 2006 Major Gang Task Force National Training Conference in Indianapolis, IN on September

2



00565



163

12, 2006; FBI Boston regional training conference on September 28, 2006; and the FBI Atlanta regional conference on December 18, 2006. A CII presentation will also be made at the pending American Correctional Association (ACA) Winter Conference in Tampa on January 24, 2007, and as well as the scheduled National JTTF Conference during fiscal year 2007.

- The FBI will continue to support BOP efforts regarding internal intelligence training by providing speakers and resources as appropriate.

We believe the above noted steps will help ensure that the FBI continues our current emphasis on our ever-expanding intelligence partnership with the BOP regarding terrorism matters.

                    Sincerely,


                    Joseph Billy, Jr.
                    Assistant Director
                    Counterterrorism Division



3





00566



164

<u>QUESTIONS FROM SENATOR CORNYN</u>

Cornyn      427    "The REAL ID Act of 2005, Pub. L. 109-13, amended section
242(a)(2)(B) of the Immigration and Nationality Act (INA) and clarified the
limitations on judicial review of certain agency determinations. Motivated in part
by concerns raised by the U.S. Supreme Court in INS v. St. Cyr, 533 U.S. 289 (2001)
– namely that an alien might face removal from the U.S. without having the
opportunity to obtain any judicial review, especially of questions of law or
constitutional claims – Congress passed the REAL ID Act to ensure that the alien
could raise such claims in the appropriate forum, the Circuit Courts of Appeal. The
REAL ID Act also was designed to reduce the piecemeal district court and Circuit
Court litigation, which permitted criminal aliens to take advantage of multiple
opportunities for judicial review and for the purpose of ultimately delay their
removal from the United States. The REAL ID Act corrected this anomaly and
required that all statutory and constitutional challenges to agency determinations
raised by criminal aliens had to be funneled into a single forum – the Circuit Courts
of Appeal.A survey of recent litigation addressing the jurisdiction stripping
provisions of section 242(a)(2)(B) of the INA reveals confusion on the extent to
which the REAL ID Act amendments affected district court jurisdiction to review
agency determinations. Certain district courts have found that, in the context of the
enumerated provisions in section 242(a)(2)(B)(i) of the INA (e.g., adjustment of
status, cancellation of removal, voluntary departure and request for waivers of
inadmissibility), they lack any jurisdiction to review agency determinations,
whether or not the decisions were based on discretionary or statutory grounds.
Other district courts have found that they retain jurisdiction over statutory or
constitutional claims, even if the agency decision involves an exercise of discretion.
As a result of the confusion on this issue, it appears that the anomaly the REAL ID
Act was designed to correct has returned. Aliens, especially those who DHS may not
be able to place in removal proceedings due to ongoing investigations or national
security interests, have another opportunity to continue litigating their cases in
multiple forums and ultimately delay their departure from the United States.
Are additional amendments needed to section 242(a)(2)(B) of the INA to address this
problem?

<u>ANSWER:</u>  Yes. Section 242(a)(2)(B) should be amended to read as follows:

"(B) Discretionary determinations and certain factual determinations. Notwithstanding
any other provision of law (statutory or nonstatutory), including section 2241 of Title 28,
or any other habeas corpus provision, and sections 1361 and 1651 of such title, and
except as provided in subparagraph (D), and regardless of whether the individual
determination, decision, or action is made in removal proceedings, no court shall have
jurisdiction to review—

"(i) any individual determination regarding the granting of status or relief under
section 212(h),  212(i), 240A, 240B, or 245 of this Act; or



00567



165

"(ii) any discretionary decision or action of the Attorney General or the Secretary of Homeland Security under this Act or the regulations promulgated hereunder, other than the granting of relief under section 208(a) of this Act, irrespective of whether such decision or action is guided or informed by standards or guidelines, regulatory, statutory, or otherwise."

This would ensure that constitutional claims and questions of law would be reviewable in the court of appeals when DHS denies an alien adjustment of status, removal proceedings are commenced, and adjustment of status is denied before the Executive Office for Immigration Review. Discretionary decisions and factual findings would not be reviewable either in the district court or the court of appeals.

Cornyn        428    If yes to # 1, what specific language should be amended and what impact would such changes have on DOJ attorney resources and workload?

ANSWER: Please see the response question 427, above. There is likely to be some reduction in the workload if this provision is enacted.



Cornyn        429    Are there additional agency determinations, whether made by DOJ or DHS, that Congress should specifically enumerate in the statute to eliminate judicial review at the district court level and limit judicial review at the Circuit Courts of Appeals?

ANSWER: Yes. Section 242(a)(2)(C) should be amended as follows:

"Notwithstanding any other provision of law (statutory or nonstatutory), including section 2241 of Title 28, or any other habeas corpus provision, and sections 1361 and 1651 of such title, and except as provided in subparagraph (D), no court shall have jurisdiction to review any final order of removal (irrespective of whether relief or protection was denied on the basis of the alien's having committed a criminal offense) against an alien who is removable by reason of having committed a criminal offense covered in section 212(a)(2) or 237(a)(2)(A)(iii), (B), (C), or (D) of this Act, or any offense covered by section 237(a)(2)(A)(ii) of this Act for which both predicate offenses are, without regard to their date of commission, otherwise covered by section 237(a)(2)(A)(i) of this Act."

This would ensure that judicial review for criminal aliens is limited to constitutional claims and questions of law in the court of appeals irrespective of whether the alien was denied relief or protection based on having committed a criminal offense. Such criminal aliens also would not be able to seek judicial review in district court.

00568



166

## QUESTIONS FROM SENATOR CORNYN

Cornyn    420   Can you update me on the efforts of the VCIT in general, as well as the efforts of federal law enforcement in working on the kidnappings of the Laredo Missing?

ANSWER: The ATF is currently operating a VCIT through its field office in Laredo, Texas. The VCIT was established in October 2005. As a result of the VCIT efforts, ATF has established very successful partnerships with every local, state, and Federal agency in the area. The FBI, Laredo Police Department, and the Webb County Sheriff's office are currently the lead agencies addressing kidnappings and missing persons along the U.S.-Mexico border. Since 2005, ATF has assisted with several investigations involving attempted kidnappings, attempted murders, and a variety of other criminal acts related to the ongoing rivalry between two major drug cartels fighting for control of the northern border, specifically Nuevo Laredo, Tamaulipas, Mexico and Laredo, Texas. ATF has been successful in working with the Assistant United States Attorney's Office in the Southern District of Texas in applying Gun Control Act and National Firearms Act statutes against numerous criminal aliens and members of local organized gangs who engage in criminal conspiracies that enhance major Drug Trafficking Organizations' operations, i.e. kidnappings, murder for hire, straw purchases, and general firearms and ammunition trafficking.

Additionally, in response to your inquiry regarding violence in the Laredo region, we are attaching our responses to Questions for the Record, dated March 3, 2006, which were posed to the Federal Bureau of Investigation following a House Committee on the Judiciary Subcommittee hearing.



Cornyn    421   Please describe the level of cooperation the Mexican government is providing to our law enforcement officials related to the violence along the Texas/Mexico border?

ANSWER: The Department of Justice continues to strive to investigate and prosecute "narco-violence" at the Southwest Border. Recently, the Government of Mexico has demonstrated its commitment to quelling this violence and to working cooperatively with U.S. law enforcement to this end. In January 2007, Attorney General Gonzales and Mexican Attorney General Medina Mora met in Mexico City to explore ways to deepen our law enforcement cooperation, particularly as it relates to the "narco-violence" at our shared border. Several avenues for strengthening our bilateral cooperation were agreed upon, for example, the Mexican Secretary of Public Security will visit one of our Bureau of Prisons maximum security institutions and learn of our regulations to reduce contact of high security inmates with their criminal cohorts, and the Acting Director of the Bureau of Alcohol, Tobacco, and Firearms will travel to Mexico City this month to meet with Attorney General Medina Mora and his staff to discuss arms trafficking concerns. In addition, in January, the Government of Mexico extradited to the U.S.



00569





167

15 fugitives who had been sought for extradition to the U.S., including the leader of the Gulf Cartel (Osiel Cardenas Guillen) who is believed to be responsible for fomenting a great deal of the narco-violence at the border, two high level members of the Tijuana Cartel, and Hector Palma Salazar, a former leader of the Sonora group. In addition, the group included other traffickers, a defendant sought for trafficking in persons, two accused of homicide, and one charged with sexual assault on minors. The cooperation level between law enforcement of our two countries is the strongest in recent memory.

The foundation for this improvement was laid over the past several years. For example, in October 2005, the Attorneys General from Mexico, the United States, the State of Tamaulipas in Mexico, and the State of Texas met in San Antonio, Texas to discuss and launch a series of law enforcement initiatives aimed at strengthening the coordinated attack on border narco-violence. The commitment demonstrated and bilateral efforts agreed upon at the time resulted in improved operational responses on both sides of the United States/Mexico border and the Mexican Government has continued to come through on that commitment. Coordination of law enforcement information-sharing between Mexican and United States law enforcement agencies, as it relates to forensics, prison security, victim/witness security, cross-border currency flows, and firearms trafficking, was also the subject of a bilateral initiative stemming from the October 2005 meeting. For instance, Mexican law enforcement has and continues to share with United States agencies critical real-time information and intelligence on criminal organizations operating along the border. Mexican law enforcement has also coordinated with the United States on search warrants, surveillance points on cartel targets, and operation checkpoints in Nuevo Laredo. In October 2005, the governments also agreed to establish points of contact and a regular course of meetings to improve and expedite information sharing opportunities to combat cross-border firearms trafficking. To that end, Mexican law enforcement has, among other efforts, been provided remote electronic access to trace seized firearms through the ATF databank, which has allowed the ATF to pursue rogue dealers in the U.S. who sold those weapons later used in drug trafficking and other violent crimes in Mexico.

In addition, as part of the U.S.-Mexico Senior Law Enforcement Plenary (SLEP), the two countries have regular meetings to coordinate initiatives, learn the progress of technical working groups, and overcome obstacles in our efforts against international criminal organizations. In October 2006, Mexican and United States SLEP officials met in Washington, D.C. where SLEP working group representatives reported on efforts against major drug trafficking groups, chemical controls, interdiction, firearms trafficking, fugitives and mutual legal assistance, money laundering and asset forfeiture, cybercrime and intellectual property violations, as well as on bilateral training and technical assistance and prisoner transfers. Among those bilateral efforts was the increased cooperation between DEA and Mexican law enforcement, particularly SIEDO (the Organized Crime Unit of the Mexican Attorney General's Office), in the sharing of information from judicially-authorized wiretaps, which in turn has resulted in an increased number of arrests in both Mexico and the United States. SLEP working group representatives also reported that in both 2005 and 2006, Mexico set new records for the number of fugitives extradited to the United States. Deportations from Mexico of





168

fugitives wanted in the United States also increased over these time periods, further enabling United States prosecutions. Mexican SLEP representatives also reported they have established a tip-line to deal with persons involved in trafficking activities and have proposed an outreach program in which Mexican consulates would contact the Mexican community living in the United States to educate their citizens about the dangers of trafficking in persons and how they could help law enforcement efforts. Human trafficking along the border with Mexico continues to be a serious concern for both countries.

The Department of Justice and the entire federal law enforcement community will continue to explore with Mexican law enforcement opportunities that maximize efforts on both sides for disrupting and dismantling those criminal organizations responsible for the violence along our border.

Cornyn        422    Does the FBI or the VCIT need any additional resources or authorities in dealing with these types of cross-border crimes?

**ANSWER:** The Department of Justice will work with the Office of Management and Budget and the Congress to identify the programs and budgeting needed for the FBI to continue to fulfill its responsibilities.

Cornyn        423    What is FBI doing to reduce the background check backlog?

**ANSWER:** The FBI is sensitive to the impact of the delays in processing name check requests and is doing all it can to streamline the current process. Prior to 9/11/01, annual incoming workload averaged 2,500,000 name checks requests per year, while the current incoming workload is approximately 3,600,000 name checks per year. Below are the short-term and long-term strategies the FBI is employing to address name check requests Short-term strategies:



- The FBI's National Name Check Program Section (NNCPS) is partnering with its customer agencies to obtain contractor and/or personnel support. For example, in July 2006, the Office of Personnel Management (OPM) provided contractors cleared at the Top Secret level to work on OPM's name check requests. NNCPS is working closely with USCIS to develop a similar strategy to reduce its backlog.

- The NNCPS continues to improve its Name Check Dissemination Database, eliminating the manual preparation of duplicative reports.

00571



169

- The NNCPS has established standard operating procedures and implemented a new NNCP Employee Development Training Program to decrease the time it takes new employees and contractors to learn the Name Check Program processes.

- The NNCPS has begun to build an Electronic Records System comprised of scanned paper files. Efficiencies will be realized when retained files can be stored and accessed electronically.

- In an effort to ensure a more secure and timely method of sending and receiving data, the NNCPS is continually exploring innovative means of streamlining the incoming product and automating the exchange of data with our customers.

Long-term strategies:

- The FBI is developing a central repository of records in digitized form, called the Central Records Complex. Currently, when information is needed, paper files must be retrieved from one or more of over 265 locations throughout the FBI. The Central Records Complex will simplify both the storage and production of these documents.

- The FBI is conducting a fee study to permit adjustment of the fee schedule to reflect the cost of providing name check services, allowing the FBI to scale resources proportionally with workload demands.



**Cornyn    424    What is FBI doing to address the potential national security concerns that may be raised because of the delays in providing responses on background checks?**

**ANSWER:** For terrorism-related national security threats, the National Name Check Program (NNCP) backlog delays should not raise the concern of an undetected terrorist at large in the U.S. for the following reason. It is USCIS practice to first run an applicant's name through the Interagency Border Inspection System (IBIS). If the applicant is a known or suspected terrorist (KST) who has been watch listed as such pursuant to terrorist watch list nomination and notice protocols established by HSPDs 6 and 11, his or her name will generate an IBIS "hit," which will be immediately referred to the Terrorist Screening Center (TSC) for verification in the Terrorist Screening Data Base and further referral to the FBI's Counter-Terrorism Division (CTD) for appropriate follow-up. CTD operational response personnel refer the matter to the FBI field office where the KST is being investigated or, if another agency nominated the KST for the watch list, to that agency. In other words, any watch listed KST applicant will not be placed in the NNCP process. In addition, it is common practice in many USCIS field

00572



170

offices to also contact the local FBI field office if they receive an IBIS "hit." For these KST applicants, USCIS works directly with the TSC and FBI CTD to ensure that USCIS is provided the most complete information known about them for use as appropriate in the USCIS adjudication process. DHS, the FBI and the TSC recently completed and signed a Memorandum of Understanding (MOU) to memorialize this process.

Applicants who may pose non-terrorism national security threats (e.g., economic espionage) and applicants who are not watch listed as KSTs but may be included in FBI terrorism investigations (as, for example, associates of KSTs) are referred to the NNCP process. For those and all other USCIS applicants in the NNCP process, USCIS and NNCP personnel are working on re-engineering the background process to expedite it and make it more efficient. This effort will also be memorialized in an MOU in the near future.

Cornyn    425    What actions has DOJ taken to ensure that DHS receives expedited responses to background checks and that these responses contain sufficient information for the agency to make a decision on any immigration benefit?

ANSWER: As explained in the response to Question 423 above, the FBI is actively engaged with USCIS in improving the background check process. The goal of USCIS and FBI efforts is to ensure that the most complete information available is disseminated to USCIS to enable the agency to perform its work. FBI and USCIS work within legal parameters in these efforts. At the same time, we are working to streamline the process by which information is gathered and shared. While FBI understands that USCIS has a need to know the derogatory information in order to perform its mission, the FBI is faced with certain legal and policy barriers that restrict the dissemination and use of some information in USCIS adjudication, such as grand jury information in purely criminal case files. We have met with USCIS numerous times and will continue to do so until the process is enhanced to our mutual satisfaction.

Cornyn    426    When will DOJ provide DHS, particularly USCIS, with systems access to all FBI information that it needs to make defensible decisions on requests for immigration benefits (adjustment of status, employment authorization, petitions, etc.)?

ANSWER: In addition to the MOU referenced in the response to Question 424, above, the FBI is in the process of establishing another MOU with USCIS regarding USCIS access to FBI systems in non-national security cases that complies with applicable laws, regulations, and policies. Discussions between the FBI and the USCIS in this regard are ongoing. The FBI/USCIS MOU now being negotiated will reflect an emphasis on prioritizing the search of the FBI files most likely to produce pertinent information for adjudication of the application.



171

# Department of Justice Responses to Questions for the Record posed to Attorney General Alberto Gonzales Senate Judiciary Committee Oversight Hearing January 18, 2007 (Part 4)

# Answer #420 Attachment

172



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General                    *Washington, D.C. 20530*

March 3, 2006

Honorable Howard Coble
Chairman
Subcommittee on Crime, Terrorism,
    and Homeland Security
The Committee on the Judiciary
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Chairman:

Enclosed please find responses to questions posed to FBI Assistant Director Chris Swecker, following Mr. Swecker's appearance before the Subcommittee on November 17, 2005. The subject of the Subcommittee's hearing was "Weak Bilateral Law Enforcement Presence at the U.S.-Mexico Border: Territorial Integrity and Safety Issues for American Citizens."

We hope that this information is helpful to you. The Office of Management and Budget has advised that there is no objection to the presentation of these responses from the standpoint of the Administration's program. If we may be of additional assistance, please do not hesitate to contact this office.

Sincerely,

William E. Moschella
Assistant Attorney General

Enclosure

cc:  The Honorable Robert C. Scott
     Ranking Minority Member



00575



173

**Responses of the Federal Bureau of Investigation
Based Upon the November 17, 2005 Hearing Before the
House Committee on the Judiciary
Subcommittee on Crime, Terrorism, and Homeland Security
Regarding "Weak Bilateral Law Enforcement Presence
at the U.S. - Mexico Border:
Territorial Integrity and Safety Issues for American Citizens"**

**1. Recently, there has been an obvious and dramatic increase in the level of violence in the Laredo region and I understand the U.S. Federal law enforcement community has responded with additional personnel. Do you think that the current level of federal agents is adequate to effectively combat the violence and prevent it from spreading into the United States?**

<u>Response</u>:

Currently, violence on the U.S. side of the border is addressed through the coordination and leveraging of resources by U.S. federal law enforcement agencies in conjunction with additional focused support to address particular matters or events. The FBI is working with other federal entities and reviewing personnel levels to determine whether the assignment of additional personnel is necessary to prevent an increase in violence in the U.S. portion of this region.

The FBI has been advised by the Department of State (DOS) that, on the Mexico side of the border, DOS is working to assign Diplomatic Security (DS) Special Agents, known as Regional Security Officers, to the Consulates in Nuevo Laredo, Matamoros, and Nogales. DOS believes the assignment of these DS Special Agents to the border Consulates will facilitate improved information sharing between Mexican and U.S. law enforcement and intelligence authorities. According to DOS, DS Special Agents currently assigned in the border consulates of Tijuana and Ciudad Juarez have proven to be instrumental in cross-border investigations and threat counteractions.

**2. Much of the violence along the border is attributed to narcotics trafficking. Would you agree with this characterization? Is it safe for U.S. citizens who are not connected to narcotics trafficking to visit Nuevo Laredo?**

<u>Response</u>:

We believe that much of the violence along the Mexican side of the border historically has been attributable to the combination of narcotics trafficking and justice institutions that are more susceptible to corruption, rather than due to the mere presence of narcotics trafficking alone. However, the recent escalation of violence in the border area appears to be specifically

1





174

attributable to a drug cartel war over control of the Nuevo Laredo/Laredo corridor, or "plaza." Strong and effective justice institutions and greater law enforcement presence in the U.S. serve as a deterrent to violence because they increase the likelihood of apprehension and incarceration. DOS issues travel advisories to U.S. citizens who travel abroad and is the appropriate agency to comment on the safety of visits to Nuevo Laredo.

**3. In June, it was reported that Mexican troops and federal officers took over law enforcement activities in Nuevo Laredo. How would you rate the success of this initiative by the Mexican government? How long do you anticipate they will be present and what type of atmosphere do you foresee once they leave?**

Response:

Pursuant to Operation "Secure Mexico," there was an initial period of several weeks in the early summer of 2005 during which Mexican federal officers replaced Nuevo Laredo Municipal Police Officers. While violence was not reduced during this period, the presence of Mexican federal law enforcement and military officials in Nuevo Laredo disrupted the operations of the Gulf Cartel and its enforcement arm, the Zetas, to some degree as high-value Cartel members temporarily fled the area, leaving subordinates to control the drug trafficking "plaza" in their absence. It is not clear, however, that overall drug activity was reduced, since the Cartel likely continued its operations unabated in other areas. At the end of this period, approximately 300 members of the municipal police force were fired and 250 members were re-armed and allowed to resume their duties in Nuevo Laredo. The federal military and law enforcement presence in Nuevo Laredo lessened around August 2005, but the "Secure Mexico" program continues today.

A continued Mexican federal law enforcement and military presence in the border areas over the next 12-18 months could have a significant impact on border violence in the Nuevo Laredo area if a regular rotation of federal personnel is used to avoid the compromise or corruption of these units by drug trafficking organizations and if there is improved coordination between federal and local Mexican law enforcement authorities. A reduction in drug trafficking and related violence in the broader region would require the additional use of focused, intelligence-driven operations against those who plan, direct, and engage in violence.

**4. In your testimony, you outline the problem of kidnapping in the region and specifically point to the disappearance of Yvette Martinez and Brenda Cisneros. How would you describe the level of cooperation you have received from the Mexican authorities and what limitations does your agency face when attempting to locate these victims?**

Response:

Notwithstanding the difficulties presented when two very different legal systems are involved, there is generally good cooperation between the FBI and Mexican authorities when we



2

00577

175

are investigating crimes in Mexico involving United States victims. Typically, the exchange of information between FBI investigators and Mexican authorities is coordinated by FBI agents assigned as Border Liaison Officers. This liaison occurs with respect to the investigations of both non-drug related violent crimes along the U.S.-Mexico border and kidnappings, murders, home invasions, and other violent crimes motivated by drug trafficking activities. In all cases, the focus of these Border Liaison Officers is the identification of those responsible for these crimes and the safe return of any kidnapping victims.

This task is often quite challenging, because the families of kidnap victims and other victims of border violence are often unwilling to cooperate with either U.S. or Mexican authorities. This lack of cooperation may be founded on a fundamental lack of trust for law enforcement authorities, a fear of further retaliation from the criminals, or worry that law enforcement authorities will learn that the victim or family were involved in drug trafficking or other criminal activity that led to the kidnapping or other offense.

According to ordinary protocol, Mexican and U.S. authorities have exchanged information regarding the disappearance of Yvette Martinez and Brenda Cisneros. Unfortunately, as often occurs in such cases, few leads have been developed because those with information have been difficult to identify. Currently, there are few investigative avenues to pursue.

**5. In August of 2005, Ambassador Garza temporarily closed the U.S. Consulate in Nueva Laredo due to the escalation in violence in the city. Does the FBI work with the State Department in protecting U.S. Citizens in the region considering the extreme proximity to U.S. soil?**

<u>Response</u>:

Through its Border Liaison Officers, the FBI's San Antonio Division maintains contact with DS Special Agents and other personnel assigned to the U.S. Consulates near the U.S.-Mexico border, and U.S. Consulate personnel pass along to the FBI information relevant to violent crimes and other matters under the FBI's investigative jurisdiction. Among other things, the FBI has included DOS personnel in briefings conducted by Mexican authorities regarding violent crime in the Nuevo Laredo area and in meetings with Mexican and U.S. authorities to discuss methods of reducing border violence and better coordinating cross-border efforts. The FBI insures the timely dissemination of information regarding criminal activity in the border areas so the State Department and others can take appropriate action. The FBI also enhances U.S. efforts to protect citizens in these areas through the assignment of FBI Special Agents to Drug Enforcement Administration offices in this region pursuant to the "Resolution 6" agreement.

DOS has informed the FBI that, while the Consulates in Nuevo Laredo, Matamoros, and Nogales are currently covered as constituent posts by Regional Security Officers in Monterrey and

3

00578



176

Ciudad Juarez, DOS is working to assign dedicated Special Agents to these Consulates in response to the increased violence in these border areas and to enhance the U.S. government's investigative capabilities regarding visa fraud and illegal trafficking in humans. DOS further advises that, during the temporary closure of the Consulate in Nuevo Laredo, DS Agents and other personnel were sent there to provide additional security and an intelligence/threat assessment, and that DS also provided additional security personnel to other border Consulates during 2005. DOS believes DS is crucial in keeping its Consular Affairs up to date by providing timely and relevant security and crime information that is also disseminated to U.S. citizens and law enforcement agencies.



4



00579



177

## SUBMISSIONS FOR THE RECORD

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

## Sample TALON Reports from the ACLU FOIA

902-01-03-05-152_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-01-03-05-152

01-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF.
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-152
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902d MI GP
SUBJECT: Protest at Military Recruiting Station and Federal Building in Akron, OH on
19 Mar 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
DETAILS: The Source received an e-mail on 25 Feb 05, subject: Upcoming
peace/anti-war events. The e-mail was from the American Friends Service Committee
(AFSC) in Northeast Ohio.


Specifically, on 19 Mar 05, there will be a 'Stop the War NOW!' rally in
commemoration of the Second anniversary of the U.S. Invasion/Occupation of Iraq. The
Akron Rally will have a March and Reading of Names of War Dead Assemble at 11:30 AM
in Grace Park at the corner of Prospect and Park streets. The Akron March begins at
Noon and goes past a local military recruiting station and the FBI office. The march
will end at the Federal Building in Akron, for a rally, followed by reading of names
of U.S. and Iraqi war dead.


The group needs 'hundreds of people are needed to read names.' They requested that
e-mails be sent to AkronMarch19@riseup.net. Also, for more information you can
contact AFSC at [b7(c)]

PERSONS BRIEFED LOCALLY: FPS, JTTF Dayton, OH, Fort Knox RO
COMMENTS: Per source, the information contained within this report was from an email
received directly from the Internet. No effort has been made by the source to
validate the credibility of the information. The contents are shared solely for
informational purposes.
INCIDENT SITE: Military Recruiting Station and Federal Building
INCIDENT CITY: Akron
INCIDENT STATE: OH
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 41.0433349609375
INCIDENT LONGITUDE: -81.5216674804688
INCIDENT UTM: Northing: 4543698.74 Easting: 456155.63 Zone: 17T
INCIDENT DATE/TIME: 19-MAR-05


Page 1





178

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-24-02-05-136_full_text

UNCLASSIFIED//LES//FOUO

TALON REPORT 902-24-02-05-136

24-FEB-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-24-02-05-136
REPORT DATE: 2005-02-24
CLASSIFICATION: Unclassified//LES//FOUO
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO: Yes
FROM: 902D MI GP
SUBJECT: Civil Disobedience Planned at Three New York City Area Recruiting Stations for 19 Mar 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE
DETAILS: Source received an e-mail from _____ e-mail address: (b)(7)(C) ___ on 21 Feb 05, Subject: 'City-wide Mobilization Mtg WED.Feb. 23 (OPP)). (b)(7)(C) per ___

The e-mail discusses the planning for the 2-year anniversary of the War on Iraq. The planning includes four areas:

1. Buses for 250-275 people to go to a protest in Fayetteville, NC set for 18-20 March 2005.

2. 18 Mar 05. This concerns a send-off rally apparently of the 250-275 people going to Fayetteville, NC.

Start Quote

3. Saturday, March 19. Civil Disobedience at recruiting centers. Ya YA Network and Code Pink have joined WRL et al in this effort. Three Recruitment Center sites—Flatbush, Kingsbridge, and Times Square—have been selected. There will be a rally at each site and then a march to the recruitment center, where those who choose to will commit civil disobedience. Others who do not want to risk arrest will leaflet, hold banners and coffins and talk to people.

End Quote

4. 20 Mar 05. A church service for peace.

Separately, an Internet search of the term 'WRL' using www.google.com, located a link to the War Resisters League website. At http://www.warresisters.org/counter-recruitMar05.htm, the recruitment stations were

Page 1

000763   3



00581

179

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-24-02-05-136_full_text
listed as Civil Disobedience at 43 Street and Broadway in Manhattan at 12 noon.
Also, listed was a demonstration in Brooklyn at 102 Flatbush Ave (near State Street)
with details to be announced later. The webpage also contains links to two flyers
for this event.

PERSONS BRIEFED LOCALLY: JTTF Atlanta, JTTF New York, Atlanta Field Intelligence
Group, 902d MI Group Fort Knox RO, NCIS, AFSOI
COMMENTS: 1. This information was from an e-mail and a website on the Internet. The
source made no effort to validate the credibility of the information. The source
shared the information solely for informational purposes.

2. The source feels the e-mail and website listing the locations of the New York
City recruiting stations has a theme that vandalism or a direct attack on a
recruiting station is permitting and encouraged by the sender. Also, civil
disobedience can range from a sit-in to forcibly removing personnel from the station
along with vandalism of the building(s). The source also states that there is an
intense debate among the anti-war protest groups concerning whether to be nonviolent
or to conduct civil disobedience. While a group may publicly call for nonviolent
protests, individually many of the individual may members actually favor civil
disobedience and vandalism. Also, many members of these groups view vandalism as
"nonviolent" action.

INCIDENT CITY: New York
INCIDENT STATE: NY
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 40.75
INCIDENT LONGITUDE: -73.9985861083984
INCIDENT UTM: Northing: 4511487.28 Easting: 584513.19 Zone: 18T
INCIDENT DATE/TIME: 21-FEB-0
UPDATE: (1)  02-MAR-05
DETAILS: 1.

received 3/1/2005 2:25:14.PM

(FOUO) The original source received an additional e-mail over the Internet with the
following new information:

(FOUO) On 28 Feb 05, organizers for one of the protests met at the International
Action Center (ANZ), on behalf of "CAN," to discuss plans for 19 Mar 05. They want a
vibrant anti-war message from a strong youth and student contingent, lively signs,
and loud chants. For the protest, they plan to start their rally at 10:00 AM at
Marcus Garvey Park, before marching to Central Park. They further stated, "the march
to the East Meadow of Central Park will be interrupted, not by the NYPD, but by a
quick but an important stop at the recruiting center at 125th Street to protest
militarism in our schools, and the return to the draft.

(FOUO) There was no information provided on planned protests at the other New York
City recruiting center locations.

UPDATE: (2)  08-MAR-05
DETAILS: 2.      received 3/7/2005 6:51:22 PM

The source received another e-mail directly from the Internet. Source made no effort
to validate the credibility of the information and shared it solely for
informational purposes.

Page 2

000764  4



180

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-24-02-05-136_full_text

The key text of the e-mail follows:

-----Original Message-----
From: [REDACTED] [mailto: ]
Sent: Sunday, March 06, 2005 9:34 AM
Subject: wri, march 19 scenario, maps, fliers, guidelines

The easiest is to visit http://www.warresisters.org/counter-recruitmar05.htm instead of reading this, there may also be info someplace deep in the unitedforpeace.org site, though there has been a few days ago. If you're rushed, see text below clumsily pasted from warresisters.org:

Map of Manhattan march
http://www.warresisters.org/images/midtownmanhattan.jpg

Map of Brooklyn march
http://www.warresisters.org/images/downtownBrooklyn.jpg

fliers
http://www.warresisters.org/CDflyer3-19-05_ver1.pdf
http://www.warresisters.org/CDflyer3-19-05_ver2.pdf

versions that include blank 'local contact' boxes
http://www.warresisters.org/counter-recruitmar05.htm

MANHATTAN [click on map (left) to see detail of route]
March 19 (Saturday)
10:30 am Gather at Dag Hammarskjold Plaza
(47 St. btwn First & Second Aves.)
11:30 am Solemn procession with coffins to Times Square Recruiting Station
begins 12 noon Civil disobedience at military recruiting station (43 St. & Broadway)

Page 3

000765
5



00583



181

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-24-02-03-13G_full_text

BROOKLYN [click on map (right) to see detail of route]

March 19 (Saturday)

10:45 am Gather at two locations:

Brooklyn Public Library

(on Flatbush Ave. near Grand Army Plaza and Prospect Park)

Brooklyn Borough Hall

11:30 am Two solemn processions with coffins will begin: one along Flatbush Ave. from the library and the other through the Fulton Mall from Borough Hall 12 noon Leafletting and civil disobedience at the military recruiting offices at 102 Flatbush Ave. (near State St.)

THE BRONX

March 19 (Saturday)

11 am Vigil at recruiting offices, Fordham Rd. and Grand Concourse [Also, the day before - on Friday, Mar. 18 - there will be a demonstration at Kingsbridge Armory]

Nonviolence Training & Affinity Groups. Two nonviolence trainings are planned; one located at a church in Brooklyn and another at a church in Manhattan.

This civil disobedience action will be structured by affinity groups who will be able to act autonomously (within the nonviolence guidelines) and to participate in decision-making with the whole group.

Nonviolence Guidelines. For the purpose of building trust and a common foundation for safety, and ensure that we act in the spirit of nonviolence, participants in the action agree to the following:

* our attitude will be one of openness and respect toward people we encounter.

* We will not use physical violence or verbal abuse toward any person.

* We will not damage any property.

* We will not bring or use any alcohol or drugs other than for medical purposes.

* We will not carry weapons.

Page 4



000766
6

00584

182

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-24-02-05-136_full_text

Participating Organizations. The NYC War Resister's League is organizing this civil
disobedience action with the endorsement of United for Peace and Justice; Socialist
Party USA; Voices in the Wilderness; Brooklyn Parents for Peace; Park Slope Greens;
Catholic Worker: Code Pink, Not in Our Name; Ya-Ya Network; Socialist Party of NYC;
Progressive Programmers League; Kairos Community; World War III Arts in Action; No
Police State Coalition.

COMMENTS: Believing war to be a crime against humanity, the War Resisters League,
founded in 1923, advocates Gandhian nonviolence as the method for creating a
democratic society free of war, racism, sexism, and human exploitation.

Next Meeting. Thursday, March 17, 7 pm, 339 Lafayette St. (at Bleecker St.) in
Manhattan. Next meeting about the Brooklyn action will be March 15, 7 pm, 123
Garfield Pl. (btwn. Fifth & Sixth Aves.), Park Slope, Brooklyn.

JOINUS



For more information on how to participate in this action, please e-mail
nyc@rtl.net or call _____. If you haven't contacted us before, please give
us your name, e-mail address, telephone number, where you're from, and what previous
experience (if any) you have had with nonviolent direct action.

Page 5

00585



183

EMBARGOED FOR ~~RELEASE: 12:01 am E.S.T., Wedne~~sday, January 17, 2007

TECH-12-04-05-008_full_text

UNCLASSIFIED

TALON REPORT TECH-12-04-05-008

12-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: TECH-12-04-05-008
REPORT DATE: 2005-04-12
CLASSIFICATION: Unclassified
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: No
FROM: CS-TECH
SUBJECT: Protest planned for Fort Lauderdale Air & Sea Show
SOURCE: Miami-Dade PD

DETAILS: The Broward Anti-War Coalition (BAWC), with support from other local
groups, NFI, is planning to conduct a large scale protest at the Fort Lauderdale Air
and Sea Show. BAWC plans to reserve space at a small park south of the show on
highway A1A and shuttle protestors to the show. BAWC plans to counter military
recruitment and the 'pro-war' message with 'guerilla theater and other forms of
subversive propaganda', NFI.

Original Serial Number: 902dMI-11-04-05-002

Original Report Date: 11 APR 05
PERSONS BRIEFED LOCALLY: USAREC, Miami JTTF
COMMENTS: 1. The Fort Lauderdale Air and Sea Show is an annual South Florida event
featuring military hardware and other standard air-show events. This event attracts
a large crowd and South Florida military recruiters say this event is one of their
biggest recruiting arenas.

2. Previous TALONS have reported various threats and actions by BAWC against
recruiters in the South Florida area.
INCIDENT SITE: Fort Lauderdale Air and Sea Show
INCIDENT CITY: Fort Lauderdale
INCIDENT STATE: FL
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 26.0874996185301
INCIDENT LONGITUDE: -80.1852798461914
INCIDENT UTM: Northing: 2885628.67 Easting: 581476.49 Zone: 17R
INCIDENT DATE/TIME: 30-APR-05

Page 1





184

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-07-03-05-167_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-07-03-05-167

07-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-07-03-05-167
REPORT DATE: 2005-03-07
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  NO
FROM: 902D MI GP
SUBJECT: Protests Planned Against Recruiting Centers in Springfiled, IL Area on 18 Mar 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Protests Planned Against Recruiting Centers in Springfiled, IL Area on 18 Mar 05
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-28-02-05-002

Agent: | b7(c) |

Phone: | b2   b7(c) |

Report Date:     28 FEB 05

Acquisition Date:     28 FEB 05

Incident Date:  18 MAR 05

Incident Type:  Phone/Voice/email Threats

Status: Open/Unresolved

From:    902nd MI Grp/Atlanta JTTF

Subject:          Protests Planned Against Recruiting Centers in Springfiled, IL Area on 18 Mar 05

Details:          Source received an e-mail from the American Friends Service Committee (AFSC), e-mail address:| b7(c) |that stated that on March 18-20 a series of protest actions were planned in the Springfield, IL area. For 18 Mar 05, they want to focus on actions at military recruitment offices with the goals to include: raising awareness, education, visibility in community, visibility to recruiters as part of a national day of action focused op military recruiters. The protests are in response to a called for by the UFPJ. The AFSC identified three locations and noted there were more recruitment stations in the local area. The identified locations are the Springfield (Federal Building), South Hadley, and Greenfield. The group is preparing a handout for all locations. Further, the e-mail stated, 'The actions would be simultaneous, beginning around 2pm (schools letting out) and lasting until 6pm (through commuting time).'

Currently, the group is organizing one speaker for each location, to help spread the
Page 1



2



00587



185

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-07-03-05-167_full_text

message, speak with the media, etc. The group wants one coordinator for each location. The coordinator would help hold the space at the location for the duration of the action, be the liaison with media, help with outreach, etc. The AFSC further needs community members willing to flyer, hold signs and banners, etc. The event is formally being coordinated by 'AFSC/MREN [b7(c) ] and all are welcome to attend.

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Springfield township, IL

GeoCoords:      Latitude: 39.831085; Longitude: -89.638334

Persons Involved:    · N/A

Coordinating Agencies:  FPS, Atlanta FIG, Fort Know RD, NCIS, AFOIS, JTTF Chicago

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. Other events sponsored by the National Front for Peace and Justice (NFPJ) during this period have called for civil disobedience.

Updates:        1.      received 3/4/2005 1:09:05 PM

This protest appears to be set to occur in Springfield, MA; not Springfield, IL. The original e-mail did not provide a name of the State and a check of an address in the e-mail came back to IL. However, a street in Springfield, MA also has the same name and a check of two phone numbers with area code in the e-mails shows they are in Springfield, MA.

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: FPS, Atlanta FIG, Fort Know RD, NCIS, AFOIS, JTTF Chicago
ACTIONS TAKEN: Agent Notes:

1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. Other events sponsored by the National Front for Peace and Justice (NFPJ) during this period have called for civil disobedience.
COMMENTS: Updates:

1.      · received 3/4/2005 1:09:05 PM

This protest appears to be set to occur in Springfield, MA; not Springfield, IL. The original e-mail did not provide a name of the State and a check of an address in the e-mail came back to IL. However, a street in Springfield, MA also has the same name and a check of two phone numbers with area code in the e-mails shows they are in Springfield, MA.
INCIDENT ADDRESS: Country:      United States (US)/USNORTHCOM

Address:        Springfield township, IL

GeoCoords:      Latitude: 39.831085; Longitude: -89.638334
INCIDENT CITY: Springfield
INCIDENT STATE: MA
INCIDENT COUNTRY: US

Page 2

3



00588

186

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-07-03-05-167_full_text
INCIDENT LATITUDE: 39.831085205078
INCIDENT LONGITUDE: -89.6383361816406
INCIDENT UTM: Northing: 4412340.47 Easting: 274224.19 Zone: 16S
INCIDENT DATE/TIME: 13-MAR-05

Page 3

4

00589



187

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-01-03-05-148_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-01-03-05-148

01-MAR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-03-05-148
REPORT DATE: 2005-03-01
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: NO
FROM: 902D MI GP
SUBJECT: Protests Planned Against Recruiting Centers in Springfiled, IL Area on 18 Mar 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE
DETAILS: Source received an e-mail from the American Friends Service Committee (AFSC), e-mail address: b(6)  that stated that on March 18-20 a series of protest actions were planned in the Springfield, IL area. For 18 Mar 05, they want to focus on actions at military recruitment offices with the goals to include: raising awareness, education, visibility in community, visibility to recruiters as part of a national day of action focused on military recruiters. The protests are in response to a called for by the UFPJ. The AFSC identified three locations and noted there were more recruitment stations in the local area. The identified locations are the Springfield (Federal Building), South Hadley, and Greenfield. The group is preparing a handout for all locations. Further, the e-mail stated, "The actions would be simultaneous, beginning around 2pm (schools letting out) and lasting until 6pm (through commuting time)."

Currently, the group is organizing one speaker for each location, to help spread the message, speak with the media, etc. The group wants one coordinator for each location. The coordinator would help hold the space at the location for the duration of the action, be the liaison with media, help with outreach, etc. The AFSC further needs community members willing to flyer, hold signs and banners, etc. The event is formally being coordinated by AFSC/when b(6) and all are welcome to attend.

PERSONS BRIEFED LOCALLY: FPS, Atlanta FIG, Fort Know RO, NCIS, AFOIS, JTTF Chicago
COMMENTS: 1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. Other events sponsored by the National Front for Peace and Justice (NFPJ) during this period have called for civil disobedience.

INCIDENT SITE: Recruiting Centers
INCIDENT CITY: Springfield
INCIDENT STATE: IL
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 39.7997207641602
INCIDENT LONGITUDE: -89.6483306884766
Page 1



00590



188

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-01-03-05-145_full_text
INCIDENT UTM: Northing: 4408884.08 Easting: 273265.49 Zone: 16S
INCIDENT DATE/TIME: 18-MAR-05





Page 2



ϕ

00591



189

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-10-12-04-201_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-10-12-04-201

10-DEC-2004

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.   THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-10-12-04-201
REPORT DATE: 2004-12-10
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Protesting and Picketing Planned at a Rhode Island National Guard
Recruitment Station
SOURCE: A SPECIAL AGENT OF A FEDERAL LAW ENFORCEMENT AGENCY
DETAILS: An emerging RI coalition in opposition to the war in Iraq will hold a
picketing action in front of a RI National Guard Recruitment Station. The date is
set for 13 Dec 04 from 1630 to 1800 at the National Guard Recruitment Station on
Weybosset Street in downtown Providence, RI. The coalition's stated goal and
outcomes for a planning meeting are:


Start Quote:


Goals:

1. 'Raise the flag.' The primary goal of the action is to create an awareness of an
organized, action oriented, anti-war movement in Providence. This mainly will be
achieved through one on one interactions at the picket. Additional, media attention
through press releases and letters to the editor about the action will announce the
group's presence.


Outcomes:



The desired outcomes for the action are:

1. build the teach-in schedule for 12-15/16

2. gain active membership to the anti-war group

3. develop a list of contacts for future actions/meetings of the anti-war group

End Quote--


The coalition's stated main slogan, per a poster, is 'Stop the call up of RI
National Guard and end the occupation of Iraq'.
                                   Page 1

/

00592



190

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007



902-10-12-04-201_full_text

ASSOCIATED COUNTRIES: IRAQ (IZ)
PERSONS BRIEFED LOCALLY: Federal Protective Serive, FORSCOM G2, JTTF Boston
COMMENTS: 1. The number of protestors is unknown. It is not known if there are any
plans for any type of vandilism, blocking of entry into the recruiting station, or a
sit-in at the station. At a recent protest in Philidelphia, protesters entered into
a recruitment station and left the building when police instructed them to leave or
face arrest.

2. The original source document was a posting on an Internet bulletin board. The law
enforcement agency providing the information has not made any effort to validate the
information, but has provided it solely for informational purposes only.

INCIDENT SITE: Rhode Island National Guard Recruitment Station
INCIDENT CITY: Providence
INCIDENT STATE: RI
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 41.8263893127441
INCIDENT LONGITUDE: -71.4094467163086
INCIDENT UTM: Northing: 4633307.30 Easting: 299907.25 Zone: 19T
INCIDENT DATE/TIME: 13-DEC-04
INCIDENT DURATION: 2 HOURS



00593





191

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-09-11-04-110_full_text

UNCLASSIFIED

TALON REPORT 902-09-11-04-110

09-NOV-2004

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-09-11-04-110
REPORT DATE: 2004-11-09
CLASSIFICATION: Unclassified
INCIDENT TYPE: Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902D MI GP
SUBJECT: Protest Planned at Sacramento Military Entrance Processing Station
SOURCE: A FEDERAL LAW ENFORCEMENT AGENCY

DETAILS: On 11 Nov 2004, a protest against the Iraq War is planned by a Sacramento
chapter of a US domestic group at the Sacramento Military Entrance Processing
Station (MEPS). This specific group is deeply into 'counter-recruiting' and wants to
use MEPS stations as new induction centers for their cause. The groups views MEPS as
their last chance to influence a decision to enlist. The promoter of this event
further states there are 65 MEPS stations and 'maybe one is located near you' and
provides the following hyperlink: http://www.mepcom.army.mil/meps.htm. A check of
this link shows it does provide a listing of MEPS facilities throughout CONUS.
PERSONS BRIEFED LOCALLY: Federal Protective Service, Fort McPherson CID
COMMENTS: 1. Based strictly on this information, it appears this protest will most
likely be peaceful, but some type of vandalism is always a possibility.

2. The original report of this information states that only the Sacramento MEPS will
specifically be protested. It cannot be determined based on original reporting if
protests will actually occur at other MEPS stations in CONUS.

INCIDENT SITE: Sacramento chapter of a US domestic group at the Sacramento Military
Entrance Processing Station (MEPS)
INCIDENT CITY: Sacramento
INCIDENT STATE: CA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 38.605556
INCIDENT LONGITUDE: -121.44334
INCIDENT UTM: Northing: 4274155.28 Easting: 635543.15 Zone: 10S
INCIDENT DATE/TIME: 11-NOV-0
UPDATE: (1) 18-NOV-04
DETAILS: 1.    received 11/17/2004 4:35:40 PM

On 10 Nov 2004, the San Francisco JTTF advised the commanders of the Sacramento and
San Jose MEPS of the intended protest at the Sacramento center. Both MEPS were
scheduled to be closed due to the holiday.

Local news reported the following concerning the protest:

Page 1

000761

/

00594



192

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-09-11-04-110_full_text
A group of military veterans took a different approach to commemorating Veterans Day, spending the afternoon trying to discourage men and women from enlisting in the armed services.

The group US ORGANIZATION (Veterans for Peace) held a Veterans Day protest just outside the Military Entrance Processing Station in Sacramento. They were joined by the US ORGANIZATION (Physicians for Social Responsibility).

About 50 members of the groups conducted solemn reading of the names of 18 soldiers, who came through the processing station and later died in Iraq.

According to members of the group, demonstrating in front of the station could be their last chance to dissuade young people from signing up to serve.

"This is where our children will line up to die in an unjust war that can have no winners," said US PERSON [    (b)(7)(C)    ] the group's president.
per ICE

The group's president says the protest was the first of a planned weekly series of demonstration at the station.

The demonstration did not go without controversy; A group of approximately a half-dozen military supporters from the US ORGANIZATION (Patriot Watch) turned up in an effort to shout down the veteran protesters.

Despite the difference of opinion, the confrontation ended peacefully. The MEPS Commander reported there was no known vandalism or incidents as a result of the protest.



Page 2

000762

2



00595

193

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-08-04-05-320_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-08-04-05-320

08-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-08-04-05-320
REPORT DATE: 2005-04-08
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902D MI GP
SUBJECT: Protest by an anti-war/anti-military organization and planned future
protest throughout CONUS.
SOURCE: Active Duty US Army Officer
SUMMARY: Protest by an anti-war/anti-military organization and planned future
protest throughout CONUS.
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dmi-08-04-05-001

Agent: Gregory Johnson

Phone: 7577882467

Report Date:    08 APR 05

Acquisition Date:     07 APR 05

Incident Date: 05 APR 05

Incident Type: Threat to Military Facilities .

Status: Open/Unresolved

From:  902nd MI Grp/Fort Monroe RO

Subject:     Protest by an anti-war/anti-military organization and planned future
protest throughout CONUS.

Details:      On 5 April 2005 Veterans for Peace (www.veteransforpeace.org) a
peaceful anti-war/anti-military organization held a protest east of the student
union on the New Mexico State University campus in Las Cruces, New Mexico. Veterans
for Peace members set up hundreds of white crosses in an open field, representing
soldiers killed in Iraq and were handing out anti-war/anti-military literature. One
of their handouts said the organizations intent is "to abolish war as an instrument
of national policy." Veterans for Peace applied for and received permission for
their protest the previous day.

According to handouts, Veterans for Peace is planning to hold protest on the
following campuses:

UTEP, 7-8 APR

UTSA, 11-12 APR

Page 1

000777



00596



194

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-08-04-05-520_full_text

University of New Orleans, 18-19 APR

Auburn University, 21-22 APR

Emory University, 25-28 APR

Kent State University, 3-4 MAY

Howard University, 6-7 MAY

New York City (places TBD) 9-10 MAY

Northwestern University, 16-17 MAY.

Source: Active Duty US Army Officer

Country:        United States (US)/USNORTHCOM

Address:        Las Cruces, NM 88003

GeoCoords:      Latitude: 32.319693; Longitude: -106.765157

Persons Involved:      N/A

Coordinating Agencies: TRADOC, Cadet Command

Agent Notes:      Veterans for Peace is a peaceful organization, but there is
potential future protest could become violent. It is unknown at this time if
Veterans for Peace has applied for or been granted permission to hold protest on the
campuses listed in this report.

Updates:      N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: TRADOC, Cadet Command
COMMENTS: Agent Notes: Veterans for Peace is a peaceful organization, but there is
potential future protest could become violent. It is unknown at this time if
Veterans for Peace has applied for or been granted permission to hold protest on the
campuses listed in this report.
INCIDENT ADDRESS: Country:       United States (US)/USNORTHCOM

Address:        Las Cruces, NM 88003

GeoCoords:      Latitude: 32.319693; Longitude: -106.765157
INCIDENT CITY: Las Cruces
INCIDENT STATE: NM
INCIDENT ZIP CODE: 88003
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 32.2788887023926
INCIDENT LONGITUDE: -106.759719648633
INCIDENT UTM: Northing: 3572708.42 Easting: 334278.86 Zone: 13S
INCIDENT DATE/TIME: 05-APR-05

Page-2

000778





195

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

A-MON1-07042005-6134_full_text

ALICEA-DIAZAL
A-MON1-07042005-6134
6134
2005-04-07
Ft Monroe
USA
Ft Monroe
HQ TRADOC, DCSOPSET

FOUO
Open/Unresolved
Non-Specific Threat
Demonstrations by Veterans for Peace
AT/Crim Intel Analyst

an organization called "Veterans for Peace, Inc." (www.veteransforpeace.org) set up
a protest just east of the Student Union. They set up hundreds of white crosses in
an open field, representing soldiers killed in Iraq.

· 9 Universities (see list in comments section)


US
UNITED STATES


Apr 07 2005 00:00:00 GMT-7
0

DCSINT
EOC Watch
MI


UTEP
7-8 Apr
UTSA
11-12 Apr
University of New Orleans
18-19 Apr
Auburn University
21-22 Apr
Emory University
25-26 Apr


Kent State University, 3-4 May
Howard University, 6-7 May
New York City (places TBD) 9-10 May
                                    Page 1

000781
21



196

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

A-NON1-07042005-6134_full_text
Northwestern University,. 16-17 May 05



Page 2

000782

22



00599



197

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-303_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-06-303

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-303
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE: Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO: NO
FROM: 902D MI GP
SUBJECT: Protest Against Military Recruiters at University of California at Santa Cruz (UCSC) on 5 Apr 05
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Protest Against Military Recruiters at University of California at Santa Cruz (UCSC) on 5 Apr 05
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-04-04-05-003

Agent: ▮▮▮▮▮▮▮▮▮▮▮

Phone: ▮▮▮▮▮▮▮▮▮▮

Report Date:    04 APR 05

Acquisition Date:    04 APR 05

Incident Date:   05 APR 05

Incident Type:  Phone/Voice/eMail Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:       Protest Against Military Recruiters at University of California at Santa Cruz (UCSC) on 5 Apr 05

Details:       Source received an e-mail from ▮▮▮▮▮▮▮▮▮▮ at e-mail address ▮▮▮▮▮▮▮ dated 1 Apr 2005 (PST), subject: ¿ACTION TUESDAY TO KICK MILITARY RECRUITERS OUT OF UCSC!¿

The e-mail starts out with the line: ¿KICK MILITARY RECRUITERS OUT OF UCSC!¿ Then, the e-mail states that on 5 Apr 05, recruiters from the U.S. Army, U.S. Marine Corps, and U.S. Navy will be at the Last Chance Job & Internship Fair, organized by the University of California at Santa Cruz (UCSC) Career Center.

In response, there is a ¿COUNTER-RECRUITMENT MARCH¿ at 11:30, 5 Apr 2005 that starts at the ¿BAYTREE PLAZA,¿ below Career Center, and ends outside the job fair at the Stevenson Event Center. The e-mail states to ¿have fun and bring 5 friends.¿

Also, the e-mail urges people to: ¡¡SIGN THE PETITION TO BAN RECRUITERS FROM UCSC
Page 1



00600



198

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-303_full_text
AND JOIN US 11:30am TUE, APRIL 5th @ BAYTREE PLAZA!!¿

Finally, the e-mail states:

--------For more information--------

UCSC Students Against War's

Counter-Recruitment Working Group

counterrecruitment@yahoo.com

------------------------------------

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Santa Cruz, CA  95064

GeoCoords:      Latitude: 36.97205; Longitude: -122.026252

Persons Involved:      N/A

Coordinating Agencies:  FPS, Fort Knox Resident Office, 902d MI Group, JTTF San Francisco

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. Several recent protests along the West Coast have drawn an estimated 200 - 400 protesters with one incident in January 2005 resulting in police escorting the military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be at the 'Last Chance Job and Internship Fair:'

U.S. Army

2121 41st Ave, Ste 204

Capitloa, CA 95010

U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

U.S. Navy Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr 05.

Page 2





00601



199

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-303_full_text

Updates:        N/A

UNCLASSIFIED//FOUO,
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, Fort Know Resident Office, 902d
MI Group, JTTF San Francisco
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. Several recent protests along the west coast have drawn an estimated 200 - 400
protesters with one incident in January 2005 resulting in police escorting the
military recruiters off the campus.

3. The text of the e-mail does not state if civil disobedience is planned to occur
at this protest.

4. Per the Career Center, UCSC website, the following military organizations will be
at the 'Last Chance Job and Internship Fair:'

U.S. Army

2121 41st Ave, Ste 204

Capitloa, CA 95010

U.S. Marine Corps Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

U.S. Navy Officer Programs

546 Vernon Ave, Ste 246

Mountain View, CA 94035

5. The Last Chance Job and Internship Fair is scheduled from 12:00 to 15:00 on 5 Apr
05.
INCIDENT ADDRESS: Country:     United States (US)/USNORTHCOM

Address:      Santa Cruz, CA  95064

GeoCoords:     Latitude: 36.97205; Longitude: -122.026252
INCIDENT CITY: Santa Cruz
INCIDENT STATE: CA
INCIDENT ZIP CODE: 95064
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 36.9900016784668
INCIDENT LONGITUDE: -122.061943054199
INCIDENT UTM: Northing: 4094174.40 Easting: 583476.58 Zone: 10S ,
INCIDENT DATE/TIME: 05-APR-05

Page 3





200

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-21-04-05-358_full_text.txt

UNCLASSIFIED//FOUO

TALON REPORT 902-21-04-05-358

21-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ.  THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-21-04-05-358
REPORT DATE: 2005-04-21
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Direct Action Planned Against Recruiters at University of California at
Berkeley
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.
SUMMARY: Direct Action Planned Against Recruiters at University of California at
Berkeley
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-20-04-05-010

Agent:     ▮▮▮▮▮▮▮▮

Phone:     ▮▮▮▮▮▮▮▮

Report Date:    20 APR 05

Acquisition Date:       20 APR 05

Incident Date:  21 APR 05

Incident Type:  Phone/Voice/email Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:        Direct Action Planned Against Recruiters at University of California
at Berkeley

Details:        Source received an e-mail from e-mail address: ▮▮▮▮▮▮▮▮▮▮▮
The e-mail was sent on Monday, April 18, 2005 with a Subject Line of: '4/21: Direct
Action Against Military Recruitment at UCB.' The protest is scheduled at 1030, 21
Apr 05 at Fountain on Sproul Plaza, UC Berkeley with the recruiters located at the
Career Fair at the MLK Student Center. The text of the e-mail follows:

Quote--

"Protest Against Military Recruiters"

WHEN: Thursday, April 21st * 10:30 am

WHERE: The Fountain on Sproul Plaza, UC Berkeley

Page 1

*ATCH #- TAB B*



00603



201

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-21-04-05-358_full_text.txt

Counter Recruitment has become a national issue, and it's working. Between these efforts and widespread anger about the war, all branches of the United States Military have seen drastic drops in their recruitment rates. In February, the Army missed its recruiting goal for the first time in nearly five years, and it missed its March goal by 32 percent. The Army Reserve is 10 percent behind their year-to-date recruiting target and the National Guard is 26 percent short, while the need for soldiers is on the rise. Counter Recruitment has proven to be an effective tool in actually hindering the military's ability to carry out this immoral and unjust war, and Berkeley Stop the War Coalition has been working to bring the Counter Recruitment movement to UC Berkeley's campus.

Recently, the Associated Students at the University of California (ASUC) passed a resolution that argued that military recruiters (who refuse to recruit gays and lesbians) violate the University of California's anti-discrimination policy and therefore should not be allowed access to ASUC facilities (SB 107). Still, military recruiters have announced their intention to show up at the Career Fair in the MLK student union. We have to build the biggest protest possible to let them know that we won't stand for the military's discriminatory policies and that we oppose the war on Iraq that they are recruiting for. Join a growing movement of schools that are taking a stand against military recruitment on campuses!

COME THE LAST PLANNING MEETING & CIVIL DISOBEDIANCE TEACH-IN FOR THE PROTEST WEDNESDAY APRIL 20th, 225 WHEELER @ 7pm

SPONSORED BY: Berkeley Stop the War Coalition, member of the Campus Anti-war Network (CAN)

WEBSITES AND CONTACT INFO:

http://groups.yahoo.com/group/ucbstopthewar/

www.campusantiwar.net

Contact: ucbstopthewar@hotmail.com, or Daniel at 510-708-6803 and

dsaver@berkeley.edu

End Quote--

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:        United States (US)/USNORTHCOM

Address:        Berkeley, CA

GeoCoords:      Latitude: 37.871775; Longitude: -122.274603

Persons Involved:       N/A

Coordinating Agencies: FPS, JTTF San Francisco

Agent Notes:    1. This information was from an e-mail sent over the Internet. The source made no effort to validate the credibility of the information. The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean anything. Protester tactics have included using mass text paging to inform others of the location of the recruiters. Also, protesters have used diversions to bypass security personnel to get into events to conduct protests.

Page 2





00604



202

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-21-04-05-358_full_text.txt

Updates:        N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: FPS, JTTF San Francisco
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. There is a strong potential for a confrontation at this protest given the strong
support for anti-war protests and movements in the past.

3. The fact the protest is in a different location from the recruiters does not mean
anything. Protester tactics have included using mass text paging to inform others of
the location of the recruiters. Also, protesters have used diversions to bypass
security personnel to get into events to conduct protests.
INCIDENT ADDRESS: Country:     United States (US)/USNORTHCOM

Address:      Berkeley, CA

GeoCoords:      Latitude: 37.871775; Longitude: -122.274603
INCIDENT CITY: Berkeley
INCIDENT STATE: CA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 37.8717765808105
INCIDENT LONGITUDE: -122.274597167969
INCIDENT UTM: Northing: 4191836.29 Easting: 563799.34 Zone: 10S
INCIDENT DATE/TIME: 21-APR-0
UPDATE: (1)  29-APR-05
DETAILS: 1.

  received 4/28/2005 10:51:14 AM

Source received a follow-up e-mail on 26 Apr 05 stating that 100 students showed up
to protest against US Marine recruiters, that were at the career fair. The civil
disobedience plan was called off due to the 'Berkeley administration' planning a
police attack against the protesters and the protesters did not want to 'walk into a
trap.' Instead, 60 Berkeley students filed into the career fair in 'sign-file' and
confronted the recruiters one at a time, challenging their anti-gay policies and the
war in Iraq. This action took over an hour and effectively shut down the Marine's
operation for most of the day.

Page 3





00605



203

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-01-04-05-294_full_text

UNCLASSIFIED//LES//FOUO

TALON REPORT 902-01-04-05-294 '

01-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-01-04-05-294
REPORT DATE: 2005-04-01
CLASSIFICATION: Unclassified//LES//FOUO
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902D MI GP
SUBJECT: Weekly Protests Planned at Atlanta, GA Area Recruiting Station
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.

DETAILS: Source received an e-mail form ▓▓▓▓▓▓▓▓▓▓▓▓ sent 29 MAR 05,
subject: Anti-Recruitment Picket on 8 April Across from City Hall East.

The source received an e-mail that stated an Anti-Recruitment Picket on 8 APR 05
will occur across from City Hall East and would be the 'First of weekly
antirecruitment rallies to be held facing City Hall East in front of Ponce
(recruiting office inside) starting at 5 PM ... Visually effective coffins will be
in view. Participants urged to make own signs e.g., Don't sign up for a Coffin,
etc.'

This e-mail was sent from the GSU Students for Peace and Justice. If you'd like to
get involved with the group, email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Original Serial Number: 902dMI-30-03-05-003

Original Report Date: 30 MAR 05
PERSONS BRIEFED LOCALLY: Atlanta Police Department, FPS, Fort McPherson CID, Georgia
Information and Sharing Intelligence Center, Atlanta Recruiting Battalion
COMMENTS: 1. This information was from an e-mail sent over the Internet. The source
made no effort to validate the credibility of the information. The source shared the
information solely for informational purposes.

2. Civil disobedience may occur at these protests.
INCIDENT SITE: City Hall East
INCIDENT CITY: Atlanta
INCIDENT STATE: GA
INCIDENT ZIP CODE: 30306
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 33.7688903808594
INCIDENT LONGITUDE: -84.3761138916016
INCIDENT UTM: Northing: 3739625.55 Easting: 742997.14 Zone: 16S
INCIDENT DATE/TIME: 08-APR-0
UPDATE: (1) 31-MAY-05
DETAILS: 1. received 5/27/2005 6:32:23 PM
Page 1



204



EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-01-04-05-294_full_text

1. This update is submitted to clarify why the Students for Peace and Justice represent a potential threat to DOD personnel. Per source, in April 2005 nearly 300 University of California-Santa Cruz students and community allies shut down the annual career fair, where recruiters from the Army, Navy and Marines had set up tables. The activists demanded that recruiters leave immediately and turn their tabling spots over to student counter-recruitment activists. Also, two of the recruiter's vehicles were vandalized while parked on the campus. Several local campus groups supported this action including the Students for Peace and Justice. Also, Students for Peace and Justice conducted an impromptu march to the Army recruitment offices in Dobie Mall because in a previous attempt to protest recruitment at Dobie, the offices closed for the day, ending the action. The protesters blocked the entrance to the recruitment office with two coffins, one draped with an American flag and the other covered with an Iraqi flag, taped posters on the window of the office and chanted, "No more war and occupation. You don't have to die for an education." Recruitment officers who were on duty during the protest had no comment and told protesters who tried to enter the recruiting office to leave unless they want to enlist. The on-duty manager of Dobie Mall, gave protesters a criminal trespass warning and called police to the scene. The Austin Police Department responded and reiterated the manager's requests to leave or they would be arrested for criminal trespass. The Students for Peace and Justice departed the area.

2. The clear purpose of these civil disobedience actions was to disrupt the recruiting mission of the US Army Recruiting Command by blocking the entrance to the recruiting station and causing the stations to shutdown early.

3. Additionally, per source Students for Peace and Justice and CAN have been involved in 'civil disobedience' in New York City in Feb 05. Per source, in Mar 2005, at least two members of the Atlanta area Students for Peace and Justice have expressed interest in doing more than just protesting and want to be more aggressive in conducting 'civil disobedience.' Also, source, a federal law enforcement officer with 20 years of experience in intelligence collection on domestic groups, stated 'civil disobedience' can range from a sit-in to forcibly removing personnel from the station along with vandalism of the building(s). The source also states that there is an intense debate among the anti-war protest groups concerning whether to be nonviolent or to conduct civil disobedience. While a group may publicly call for nonviolent protests, individually many of the individual may members actually favor civil disobedience and vandalism. Also, many members of these groups view vandalism as 'nonviolent' action.

4. For the Atlanta area, it must be noted that the 'City Hall East Area' is directly across the street from an Army recruitment office. In addition, military personnel use the Metro Atlanta Regional Transportation Authority (MARTA) stations for rail transportation around Atlanta.

5. To date, no reported incidents have occurred at these protests.



Page 2



205

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-22-04-05-368_full_text.

UNCLASSIFIED

TALON REPORT 902-22-04-05-368

22-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON
REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF
COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF
TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-22-04-05-368
REPORT DATE: 2005-04-22
CLASSIFICATION: Unclassified
INCIDENT TYPE: Suspicious Activities/Incidents
STATUS: Open/Unresolved
CONTAINS US PERSON INFO: No
FROM: 902D MI GP
SUBJECT: Veterans for Peace anti-war display in New Orleans; Ref: Army TALON
902dMI-08-04-05-001 .
SOURCE: Army Recruiting Battalion - New Orleans
DETAILS: Veterans for Peace erected an anti-war display the week of 18 April 2005 at
a local university. A local Army recruiter, through the local media, mistook the
event as a memorial to fallen service members and arrived to view the display.

Upon arrival, the Soldier realized the display was anti-war in nature and proceeded
to depart the area. He was pursued by six individuals who shouted "war monger" and
"baby killer" at him.

One of the individuals blocked the Soldier from entering his vehicle while the other
individuals surrounded him. The Soldier attempted to talk his way out of a
confrontation, but was struck by the individual blocking his exit. The Soldier
defended himself. A security officer arrived and instructed the Soldier to depart
the area while the individuals were kept back. The Soldier stated the other
individuals were chastising the individual who had struck the Soldier.

The Soldier immediately reported the incident to his chain of command.

Original Serial Number: 902dMI-21-04-05-001

Original Report Date: 21 APR 05
PERSONS BRIEFED LOCALLY: N.O. Army Recruiting BN, NOPD, N.O. JTTF
COMMENTS: As reported in Army TALON 902dMI-08-04-05-001, Veterans for Peace claim to
be non-violent. This incident demonstrates a propensity for violence, and the
Veterans for Peace should be viewed as a possible threat to Army and DoD personnel.

It is unknown if the individuals involved in the incident are students at the local
university or associated with the Veterans for Peace organization.

Page 1

000779  A



206

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-22-04-05-361_full_text
According to NOPD liaison with University Police, the organization was granted a
permit for the display.
INCIDENT CITY: New Orleans
INCIDENT STATE: LA
INCIDENT COUNTRY: US
INCIDENT LATITUDE: 29.9558334350586
INCIDENT LONGITUDE: -90.0774993896484
INCIDENT UTM: Northing: 3317483.23 Easting: 782054.91 Zone: 15R
INCIDENT DATE/TIME: 20-APR-05

Page 2

000780

20

00609



207

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-304_full_text

UNCLASSIFIED//FOUO

TALON REPORT 902-06-04-05-304

06-APR-2005

CAUTION:
THIS TALON REPORT IS NOT FULLY EVALUATED INFORMATION. THE INFORMATION IN THIS TALON REPORT IS NOT TO BE USED IN ANY FINISHED PRODUCT WITHOUT THE SPECIFIC APPROVAL OF COMMAND HQ. THIS INFORMATION IS BEING PROVIDED ONLY TO ALERT COMMANDERS AND STAFF TO POTENTIAL TERRORIST ACTIVITY OR APPRISE THEM OF OTHER FORCE PROTECTION ISSUES.

REPORT NUMBER: 902-06-04-05-304
REPORT DATE: 2005-04-06
CLASSIFICATION: Unclassified//FOUO
INCIDENT TYPE:  Specific Threats
STATUS: Closed/Unresolved
CONTAINS US PERSON INFO:  No
FROM: 902D MI GP
SUBJECT: Weekly Thursday and Friday Atlanta, GA Area Protests
SOURCE: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF HOMELAND SECURITY. SOURCE IS RELIABLE
SUMMARY: Weekly Thursday and Friday Atlanta, GA Area Protests
DETAILS: UNCLASSIFIED//FOUO

ArmyTALON 902dMI-04-04-05-004

Agent: [ b7(c) ]

Phone: [ b2   b7(c) ]

Report Date:    04 APR 05

Acquisition Date:    04 APR 05

Incident Date:  08 APR 05

Incident Type:  Phone/Voice/email Threats

Status: Closed/Unresolved

From:   902nd MI Grp/Atlanta JTTF

Subject:    Weekly Thursday and Friday Atlanta, GA Area Protests

Details:    Source received an e-mail from [ b7(c) ] e-mail address
[ b7(c) ]  dated 2 Apr 2005, subject: ¿Antiwar & Counter-recruitment rallies on Thursdays & Fridays.¿

In the e-mail [ b7(c) ] stated that every two months, the Antiwar & Counter-recruitment rallies would move to a new location. For the Thursday antiwar/peace rallies, so far ¿we have been in Five points, Lenox MARTA station, Decatur, and for the next couple months will be in front of North Ave MARTA Station.¿ The GPJC/Atlanta and IAC/Atlanta organized this protest.

On Thursdays, for the months of April and May, we will be 1700 to 1800 at North Ave. MARTA Station, corner of W. Peachtree and North Ave. The GPJC/Atlanta and IAC/Atlanta organized this protest. For more information, contact [ b7c ] at
[ b7(c) ]

On Fridays, for the months of April and May, counter-recruitment rallies will be at 18:00 - 19:00 at the Ponce de Leon Shopping Center across from Atlanta City Hall
Page 1

/





208

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-304_full_text

East, launching weekly antiwar protests to be held at milit:    .ruiting offices.
For more information, contact ▊▊ ▊ b/6c ▊▊▊ Also, :    bring you own
signs and banners.

For next Friday only, 1 April 2005, a counter-recruitment ra::'y is planned for the
Ponce de Leon Shopping Center across from Atlanta City Mall E.:st, 1700 to 1800. This
protest will launch weekly protests to be held at military recruiting offices.
▊ b/6c ▊ from Iraq Veterans Against the War, other members of Veterans for
Peace and Military Families Speak Out will hold a news conference as part of the
protest.

Finally, the e-mail states, for more information on ▊ b/6c ▊ speaking tour go
to GPJC website, http://www.georgiapeace.org. Also, webpage that lists all rallies
in different locations in Atlanta at the GPJC website,
http://www.georgiapeace.org/Outreach.html

Source: A SPECIAL AGENT OF THE FEDERAL PROTECTIVE SERVICE, U.S. DEPARTMENT OF
HOMELAND SECURITY. SOURCE IS RELIABLE.

Country:    United States (US)/USNORTHCOM

Address:    Atlanta, GA

GeoCoords:    Latitude: 33.759506; Longitude: -84.403176

Persons Involved:    N/A

Coordinating Agencies:  Atlanta Recruiting Battalion, FPS, Fort Knox RO, 902d MI
Group, Atlanta Police Department, DeKalb and Fulton County Police Department

Agent Notes:    1. This information was from an e-mail sent over the Internet. The
source made no effort to validate the credibility of the information. The source
shared the information solely for informational purposes.

2. GPJC is the Georgia Peace and Justice Coalition and IAC is the International
Action Center. Per an FBI Intelligence Analyst, the IAC can have members that are
very radical and on an individual basis, they could conduct civil disobedience.

3. This report expands on information contained in ArmyTALON 902dMI-30-03-05-003.

Updates:    N/A

UNCLASSIFIED//FOUO
ASSOCIATED COUNTRIES: UNITED STATES (US)
PERSONS BRIEFED LOCALLY: Coordinating Agencies: Atlanta Recruiting Battalion, FPS,
Fort Knox RO, 902d MI Group, Atlanta Police Department, DeKalb and Fulton County
Police Department
COMMENTS: Agent Notes:  1. This information was from an e-mail sent over the
Internet. The source made no effort to validate the credibility of the information.
The source shared the information solely for informational purposes.

2. GPJC is the Georgia Peace and Justice Coalition and IAC is the International
Action Center. Per an FBI Intelligence Analyst, the IAC can have members that are
very radical and on an individual basis, they could conduct civil disobedience.

3. This report expands on information contained in ArmyTALON 902dMI-30-03-05-003.
INCIDENT ADDRESS: Country:    .  United States (US)/USNORTHCOM

Address:    Atlanta, GA

GeoCoords:    Latitude: 33.759506; Longitude: -84.403176
INCIDENT CITY: Atlanta
INCIDENT STATE: GA

Page 2    BEST COPY AVAILABLE

2









209

EMBARGOED FOR RELEASE: 12:01 am E.S.T., Wednesday, January 17, 2007

902-06-04-05-304_full_text

INCIDENT COUNTRY: US
INCIDENT LATITUDE: 33.7395062255859
INCIDENT LONGITUDE: -84.4031753540039
INCIDENT UTM: Northing: 3738521.13 Easting: 740516.51 Zone: 16c
INCIDENT DATE/TIME: 08-APR-0
UPDATE: (1) 31-MAY-05
DETAILS: 1. · received 5/27/2005 6:29:00 PM

1. This update is submitted to clarify why the Students for Peace and Justice
represent a potential threat to DOD personnel. Per source, in April 2005 nearly 300
University of California-Santa Cruz students and community allies shut down the
annual career fair, where recruiters from the Army, Navy and Marines had set up
tables. The activists demanded that recruiters leave immediately and turn their
tabling spots over to student counter-recruitment activists. Also, one of the ·
recruiter's vehicles were vandalized while parked on the campus. Several local
... ous groups supported this action including the Students for Peace and Justice.
Also, Students for Peace and Justice conducted an impromptu march to the Army
recruitment offices in Doble Mall because in a previous attempt to protest
recruitment at Doble, the offices closed for the day, ending the action. The
protesters blocked the entrance to the recruitment office with two coffins; one
draped with an American flag and the other covered with an Iraqi flag, taped posters
on the window of the office and chanted, "No more war and occupation. You don't have
to die for an education." Recruitment officers who were on duty during the protest
had no comment and told protesters who tried to enter the recruiting office to leave
unless they want to enlist. The on-duty manager of Doble Mall, gave protesters a ·
criminal trespass warning and called police to the scene. The Austin Police
Department responded and reiterated the manager's requests to leave or they would be
arrested for criminal trespass. The Students for Peace and Justice departed the
area.

2. The clear purpose of these civil disobedience actions was to disrupt the
recruiting mission of the US Army Recruiting Command by blocking the entrance to the
recruiting station and causing the stations to shutdown early.

3. Additionally, per source Students for Peace and Justice and CAN have been
involved in 'civil disobedience' in New York City in Feb 05. Per source, in Mar
2005, at least two members of the Atlanta area Students for Peace and Justice have ·
expressed interest in doing more than just protesting and want to be more aggressive
in conducting 'civil disobedience.' Also, Source, a federal law enforcement officer
with 20 years of experience in intelligence collection on domestic groups, stated
'civil disobedience' can range from a sit-in to forcibly removing personnel from the
station along with vandalism of the building(s). The source also states that there
is an intense debate among the anti-war protest groups concerning whether to be
nonviolent or to conduct civil disobedience. While a group may publicly call for
nonviolent protests, individually many of the individual may members actually favor
civil disobedience and vandalism. Also, many members of these groups view vandalism
as 'nonviolent' action. ·

4. For the Atlanta area, if must be noted that the 'City Mall-East Area' is directly
across the street from an Army recruitment office. In addition, military personnel
use the Metro Atlanta Regional Transportation Authority (MARTA) stations for rail
transportation around Atlanta.

5. To date, no reported incidents have occurred at these protests.    :    ·

Page 3



National Office
125 Broad Street, 18th FL
New York, NY 10004-2400
(212) 549-2500
www.aclu.org

00612

210



00613

# DEMOCRATIC SAMPLE BALLOT
### Election Day
### Tuesday, November 7, 2006
### Polls Open 7AM to 8 PM

[x] Robert L. Ehrlich / Kristen Cox

[x] Peter Franchot

[x] Douglas Gansler

[x] Michael Steele

[x] Albert Wynn

[x] Steny Hoyer

[x] Chris Van Hollen

[x] John A. Giannetti, Jr.

[x] Ben Barnes
[x] Barbara A. Frush
[x] Justine Penn-Melnyk

[x] Paul Pinsky

[x] Tawanna P. Gaines
[x] Anne Healey
[x] Justin David Ross

[x] Doug J.J. Peters

[x] James W. Hubbard
[x] Garron Levi

[x] Marvin Holmes Jr.

[ ] Nathaniel Exum

[x] Joanne Benson
[x] Carolyn J.B. Howard
[x] Michael Vaughn

[ ] Ulysses Currie

[ ] Aisha Braveboy
[x] Dereck Davis
[ ] Melony Griffith

[x] C. Anthony Muse

[x] Veronica Turner
[x] Kris Valderrama
[x] Jay Walker

[x] Ron Miller

[x] Kenneth Brown
[x] Antoinette Jarboe-Dpley

[x] Gwendolyn Britt

[x] Jolene Ivey
[x] Doyle Niemann
[x] Victor Ramirez

[x] Jack B. Johnson

[ ] Thomas E. Dernoga

[x] Will Campos

[x] Eric Olson

[x] Ingrid M. Turner

[x] David Harrington

[x] Samuel H. Dean

[x] Camille Exum

[x] Tony Knotts

[x] Marilynn Bland

[x] Glenn Ivey

[x] Michael Jackson

[x] Peggy Magee

[x] Certa A. Lee

[x] Wendy Cartwright

[x] Athena Groves

[x] Vicky Ivory-Oram

[Yes] Ellen L. Hollander
[Yes] James P. Salmon

[x] Donna Hathaway Beck
[x] Jesus McCotter-Jacobs
[x] Nathaniel Thomas
[x] Ronald Watson

[x] Rosalind Johnson

[x] Heather Iliff

[x] Pat Fletcher

[x] Steven E. Morris

[x] Owen R. Johnson, Jr

**Question 1**
Constitutional Amendment
Disposition of Park Lands

[x] For the Amendment

**Question 2**
Constitutional Amendment
Circuit Court In Banc Decisions

[x] For the Amendment

**Question 3**
Constitutional Amendment
Civil Jury Trials
[x] For the Amendment

**Question 4**
Statewide Referendum
Election Law Revisions

[x] Against Referred Law

**Question A**
Local and Minority Business,
Budget and County Personnel

[x] For the Charter Amendment

**Question B**
County Personnel - County Council
Staffing Level Approval
[x] For the Charter Amendment

**Question C**
County Council - Authority to Increase
or Decrease Revenue Estimates
[x] For the Charter Amendment

211

00614

212

 

STATEMENT

OF

**ALBERTO R. GONZALES**
**ATTORNEY GENERAL**

BEFORE THE

COMMITTEE ON THE JUDICIARY
UNITED STATES SENATE

CONCERNING

DEPARTMENT OF JUSTICE OVERSIGHT

PRESENTED ON

JANUARY 18, 2007

00615

213

**Statement of Alberto R. Gonzales**
**Justice Department Oversight Hearing of the Senate Judiciary Committee**
**January 18, 2007**

Thank you, Chairman Leahy and Ranking Member Specter, and members of the committee. I appreciate the opportunity to be here today.

As you know, the Department of Justice's responsibilities are broad, ranging from preventing terrorist attacks upon the United States to prosecuting violations of civil rights to interdicting international drug trafficking. In my testimony today, I have time to touch on only a few of the Department's many important functions.

I'd like to discuss today several of my top priorities: our efforts to combat terrorism, including the usefulness of some of the tools Congress has recently given us to do so and additional tools we still need; the need for comprehensive reform of our immigration system; our commitment to working with state and local law enforcement to keep Americans safe from violent crime and from the scourge of illegal drugs; our extensive work to bring to justice those who prey on and exploit innocent children through the Internet; our efforts to prevent and prosecute identity theft, other types of fraud, and intellectual property crimes; and our work to protect voting rights.

This is just some of the work of the Justice Department, and I am humbled to be its steward during this critical time in our nation's history.

## Preventing Terrorist Attacks

For those of us in government whose job it is to protect our country from terrorism, every day is September 12th.

Since the horrific attacks of September 11, 2001, the Department of Justice has undertaken a significant re-orientation to a preventive and proactive approach to combating terrorism. While bringing terrorists to justice remains a top priority, preventing attacks from happening in the first place is the *first* priority.

### National Security Division (NSD)

In previous testimony, my predecessor and I have discussed the FBI's reorganization. Creation of a new National Security Division in the Department of Justice was the next step shifting toward an approach focused on the prevention, disruption, and dismantling of terrorism.

Previously, as the Commission on the Intelligence Capabilities of the United States Regarding Weapons of Mass Destruction noted, several different divisions and offices in Main Justice handled various parts of our national security operations, without centralized, coordinated management other than the Deputy Attorney General or me. The

00616





214

Administration proposed creation of the National Security Division to bring all of these functions together in one component, and you authorized it in the USA PATRIOT Improvement and Reauthorization Act, signed by the President last March.

Ken Wainstein was confirmed as the Assistant Attorney General for the Division last year, and it is now fully operational. The Division brings together the Office of Intelligence Policy and Review, which is responsible for processing Foreign Intelligence Surveillance Act ("FISA") applications and presenting them to the Foreign Intelligence Surveillance Court, and the Counterterrorism and Counterespionage Sections, which previously resided within the Criminal Division. This reorganization allows lawyers with a criminal prosecutorial focus and lawyers with an intelligence focus to coordinate and share information on a daily basis, ensuring the best coordination, planning, and strategic thinking about how to deal with every emerging terrorist threat.

The Division also has continued to build upon the Department's success in reducing the number of pending FISA applications. The use of FISA is a critical tool in the government's efforts to collect foreign intelligence to prevent acts of terrorism and espionage against America, and I am pleased to report that the Department has dramatically increased its production and efficiency in processing applications to the FISA Court in recent years. From the end of 2004 to September 2006, for instance, the Department reduced the number of days it takes to process FISA applications by the FBI by on average 35 percent. In that same time span, the Department reduced the number of FBI FISA applications pending by roughly 65 percent.

These improvements have occurred even as the volume of FISA applications has grown. Applications to the FISA Court have surged in recent years, from a mere 973 in 2001, to roughly 1,754 in 2004, to roughly 2,072 in 2005. The Department expects this demand for FISA collection authority to continue to increase in the coming years.



**USA PATRIOT Act Reauthorization and Successful Implementation**

The members of this Committee are very familiar with the provisions of the USA PATRIOT Act and the legislation that reauthorized it last year. The provisions of this Act have been for the last several years, and continue to be, extremely valuable to the Department in preventing and prosecuting terrorism and other crimes.

I appreciate the productive working relationship we enjoyed with the Congress last year in reauthorizing this legislation. Removing the sunset dates on most of the sections subject to them – including critical provisions such as the one that was instrumental in taking down the "wall" that prevented law enforcement and intelligence officials from effectively sharing vital information and coordinating – eliminated a level of uncertainty that had hung over our counterterrorism strategies and procedures. The reauthorization also made a number of important improvements to the existing provisions of the law and created at least thirty new safeguards for civil liberties. Since the reauthorization's

2



00617

215

enactment, the Department has been able to incorporate the changes to the law, including those bolstering civil liberties protections, into our operations. The President charged all of us in the Administration with ensuring that none of the amendments to the Act harmed our ability to prevent, investigate, and prosecute terrorism, and we believe the reauthorization bill complied with that directive.

Indeed, it improved the utility of certain authorities. For example, section 128 of the reauthorizing legislation included new authority that supplemented existing FISA pen register/trap and trace provisions. Pursuant to Congress's revisions, we can now obtain subscriber information in connection with a court-approved FISA pen register or trap and trace order. This commonsense revision obviates the need to use other authorities in addition to the pen register/trap and trace order to obtain this information. As before the reauthorization, a court must approve the application and issue the order, but the modification saves time and resources and gets critically useful information into the hands of our counterterrorism and counterintelligence investigators more efficiently and without compromising any American's civil liberties.

We look forward to a similarly productive working relationship with this Committee during the current Congress in ensuring that the Department has the tools it needs to keep our nation safe from the threat of terrorism.

### Military Commissions Act

I also appreciate the work of this committee on the Military Commissions Act. The MCA provides for the full and fair trial of captured terrorists; reinforces and clarifies United States obligations under the Geneva Conventions; and buttresses our ability to gather vital intelligence and disrupt future terrorist attacks.

I am aware that two bills were introduced in the last Congress, and are likely to be re-introduced, that would amend the federal habeas statute by deleting the MCA restrictions in their entirety. I believe that such proposals to amend the MCA are ill-advised and frankly defy common sense.

The MCA's restrictions on habeas corpus petitions did not represent any break from the past. Indeed, it has been well-established since World War 2 that enemy combatants captured abroad have no constitutional right to habeas petitions in the United States courts. As the Supreme Court recognized in *Johnson v. Eisentrager*, 339 U.S. 763 (1950), the extension of habeas corpus to alien combatants captured abroad "would hamper the war effort and bring aid and comfort to the enemy," *id.* at 779, and the Constitution requires no such thing, *see id.* at 780-81. The Constitution did not give the right of habeas corpus to the several hundred thousand German and Japanese soldiers detained by the United States during World War 2, and it does not provide that right to the alien enemy combatants detained in the present conflict.

3

00618



216

Congress endorsed this principle in the Detainee Treatment Act of 2005, which removed federal courts jurisdiction over habeas corpus petitions filed by the detainees at Guantanamo Bay. After the Supreme Court held in *Hamdan v. Rumsfeld* that these restrictions did not apply to the several hundred petitions pending at the time of its enactment, Congress passed the broader restrictions under the MCA, which apply to the petitions of all enemy combatants in United States custody, including pending petitions. The MCA's restrictions prevent terrorists captured on the battlefield from continuing to fight us in our courts. They are necessary to limit the burden that litigating the hundreds, and potentially thousands, of enemy combatant petitions would impose on the United States in this conflict and future conflicts.

The existing restrictions should be preserved. Given the military necessities of the war on terror, it is common sense to do so, and to preserve, more broadly, that which the MCA achieved so well – a priority system that puts the security of our country and citizens first and still respects human rights while ensuring that terrorists are not given more rights than our men and women in uniform.

### Terrorist Surveillance Program

When necessary, the government has developed tools to increase our flexibility in fighting the war on terror. The Terrorist Surveillance Program (TSP) helped us to adapt to a new enemy that attempts to blend into our society while it plans its attacks. The TSP operates with the speed and agility needed to counter this new enemy, providing us with a critical early warning system that alerts us to the presence of al Qaeda agents in the United States. The TSP is limited to targeting only international communications in which we have reasonable grounds to believe that one party is a member or agent of al Qaeda or an affiliated terrorist organization.

Alan Raul, Vice Chairman of the Privacy and Civil Liberties Oversight Board said that the Board "found there was a great appreciation inside government, both at the political and career levels, for protections on privacy and civil liberties." In fact, he noted that "the public may have an underappreciation for the degree of seriousness the government is giving these protections." The TSP is reviewed approximately every 45 days to ensure that it is still necessary and consistent with the Fourth Amendment.

It is helpful to think of the TSP as a modern-day version of the "signals" intelligence that our country has gathered and relied upon in every conflict in our history, and that every nation has relied upon.

In every conflict we have been in, the United States government has needed to know what the enemy is doing, and signals intelligence provides one of the most important ways to do that.

During the Civil War, telegrams were intercepted. During both World Wars, we intercepted telegrams in and out of the United States.

4



00619



217

The Terrorist Surveillance Program has proven to be one of our most effective tools in the war against terrorism. U.S. intelligence officials have confirmed that the program has helped detect and prevent terrorist attacks and has saved American lives.

I hope that Congress will act to provide additional authority for this narrow, essential program as soon as possible. Congress should also act to modernize FISA – another valuable intelligence tool. Revolutions in telecommunications technology since FISA was enacted in 1978 have brought within FISA's scope communications that Congress did not intend to be covered – and as a result, extensive resources are now expended obtaining Court approval for acquiring communications that do not substantially implicate the privacy rights of Americans. We urge Congress to modernize FISA so that we can more effectively confront the new threats and technologies of the 21st Century.

**The Importance of Cooperation with international, state, and local partners in preventing terrorism**

Last summer, we were given a vivid illustration of the importance of a prevention strategy when we learned of the disruption in England of what would have been a major terrorist attack with massive casualties. Thanks to the vigilance of the British authorities, a terrorist plot to kill innocent men, women, and children was disrupted.

It was an international success for intelligence and law enforcement, with over 200 FBI agents working with their British counterparts to investigate every possible lead here in America.



The disruption of the UK bomb plot highlights the success of international cooperation. Our prosecutors train one another and share information and intelligence. The level of cooperation between the United States and our foreign counterparts is outstanding.

At home, we have dramatically improved collaboration among federal agencies. Indeed, we have applied a new mentality of *constant* information sharing.

We are strongly supporting the standup of intelligence fusion centers where the federal government can work with our state, local, and tribal partners to better protect the nation. The FBI is a relatively small organization when compared to the tremendous number of state and local law enforcement officers across the country. Our combined abilities are much greater, so we will leverage these combined resources.

**Homegrown Threat and Response of DOJ/Law Enforcement**

The threat from homegrown terrorists and cells – often radicalized online, in prisons, and among other socially isolated groups – may be as dangerous to the safety of Americans as

5



218

that from international terrorist organizations. Together with its federal, State and local partners, the Department has worked steadily to prevent the spread of these cells and the danger of attacks by them.

With respect to prisons, for instance, the Correctional Intelligence Initiative within the National Joint Terrorism Task Force has implemented a number of initiatives to identify, interdict, and deter radicalization and recruiting of inmates in federal, State, and local correctional facilities. In federal prisons, we have enhanced the screening process to identify existing and entering inmates who may already be radicalized and have separately housed the most dangerous and sophisticated international terrorists so that they cannot influence others, gain prestige, or use other inmates to send or receive messages. In addition, we have improved supervision of inmate-led groups and enhanced training and other requirements for religious staff and volunteers.

We are also able to use the tools that have been given to us by the Congress to identify, investigate and prosecute would-be homegrown terrorists, including those inspired by the ideology of al Qaeda and those who use violent means to advocate such causes as animal rights and environmental protection. Just this past summer, for example, we arrested seven men in Florida who, in support of al Qaeda, were planning attacks on targets in the United States, including the Sears Tower in Chicago and the Miami FBI building. And this past year, nineteen defendants connected with the Earth Liberation Front and the Animal Liberation Front were charged with a variety of crimes relating to attacks against government facilities and private enterprises. Twelve defendants have already pleaded guilty. These investigations and arrests were the product of the hard work and cooperation of federal, State, and local agencies. I applaud the work of state and local law enforcement in identifying and investigating these threats.



### Immigration Reform

As you well know, one of the most pressing and complex issues facing this Committee is the need for comprehensive immigration reform. Such reform is urgently needed to facilitate effective law enforcement, to maintain the productivity of the American economy, and – most importantly – to help ensure the national security of the United States. The Department of Justice has substantial responsibility, of course, for immigration enforcement. Among other things, the Department is responsible for all criminal prosecutions arising from violations of the nation's immigration laws, for incarcerating convicted immigration offenders, and for administratively adjudicating (and defending in federal court) orders for the removal of illegal aliens. As a result, the Department is keenly interested in working with this Committee in pursuit of practical and comprehensive immigration reform.

The President has made clear that such reform must include at least five elements: securing our borders, enforcing immigration laws in the interior (specifically including laws preventing the employment of aliens who are not authorized to work in the United

00621



219

States), establishing a temporary worker program so that foreign workers can do jobs for which U.S. employers cannot find American workers, dealing with the millions of undocumented workers that are already in the United States, and promoting the assimilation of new immigrants. All of these elements are essential to successful and workable immigration reform and must be pursued in tandem.

The Department of Justice in cooperation with the Department of Homeland Security has already increased its efforts to help secure the border and step up interior enforcement by allocating more resources to prosecuting criminal immigration offenders and adjudicating removals of illegal aliens who are here now, but more resources and statutory improvements will be essential in helping the Department to combat immigration fraud, alien smuggling, and other threats to the nation's security.

As the Committee considers new legislation in this Congress, I urge it to bear in mind the importance of all five elements of successful reform and look forward to helping ensure that the Administration has the tools it needs to implement that reform.

### Violent Crime and Drugs



Keeping our communities and citizens safe from violent crime is a top priority for law enforcement at all levels, including the United States Department of Justice. Although the vast majority of the work of preventing, investigating, and prosecuting these crimes is done by state and local law enforcement, federal investigators and prosecutors can have a significant beneficial impact by, for example: prosecuting federal gun crimes, which carry stiff sentences and remove violent offenders from the streets of our cities; dismantling and prosecuting national gangs under RICO and other federal statutes; interdicting international and interstate drug shipments; and prosecuting the worst drug offenders on federal charges. We look forward to working with this Committee to continue to ensure that the federal criminal justice system can play these vital roles by making reforms to the federal sentencing system. Because of the Supreme Court's decision in *Booker v. United States*, disparity among the sentences handed down to federal convicts has increased. We need to restore the fairness and consistency that existed prior to *Booker* in a way that meets the constitutional requirements established by the Supreme Court in that decision.

We are pleased that the violent crime rates in our nation remain near historic lows. However, as you know, the rates of violent crime in certain cities have shown a slight increase over the last two years, and law enforcement at all levels must be vigilant in determining how we can best address this issue. Last year I announced the Safe Communities Initiative, in which senior Department officials would visit cities around the country to discuss crime issues with state and local law enforcement to better understand what crime issues faced those cities and which law enforcement approaches are the most effective in addressing them. In November and December, they visited 18 cities, including cities where crime rates had increased from 2004 to 2005 and cities where crime had decreased during that period. We are now in the process of digesting what we

7



00622



220

learned from those visits and assessing what suggestions and proposals we may make to improve law enforcement efforts at the federal, state, and local levels to combat violent crime.

I'd like to give you a brief overview of a few of the Department's current efforts against violent crime.

**Project Safe Neighborhoods (PSN)**

Project Safe Neighborhoods (PSN) is central to the Department's approach. Project Safe Neighborhoods is the nation's largest and most visible effort to combat violent crime and criminal gang activity at a community level. Originally focused on gun crime, the PSN strategy has since been expanded to help America's communities address all forms of violent crime and violent gang activity by providing locally based programs with the tools and resources they need to succeed. The goal is simple and uniform: Get armed criminals off the street so that there are fewer victims of crime and our communities become safer.

In order to make PSN operational, United States Attorneys' Offices across the country have assembled task forces that consist of community stakeholders – those individuals or agencies with an interest in reducing gun crime in the district and/or a specific role in implementing the district gun crime response. Task force members vary by district, but they often include representatives from the U.S. Attorney's Office, federal, state and local law enforcement, state and local prosecutors, parole and probation, corrections, social service agencies, non-profits, local businesses, and educational institutions. The task force is responsible for creating the district's PSN strategy and periodically reviewing and revising the strategy as needed.



Though the ultimate goal is the same, the PSN strategy is unique in every district. The ability of districts to tailor their responses to violent crime under this initiative is one of the reasons PSN is so successful and is highly regarded by those in the field. We know that the districts are in the best position to assess their crime problem and its primary source. PSN gives districts the flexibility to identify their needs and potential solutions. I hear from law enforcement officials on a regular basis regarding concerns that they have about crime. I cannot tell you how often I hear praise for PSN and the community partnerships that it has created and sustained.

In FY 2006, through the PSN initiative, the Department filed 10,425 cases against 12,479 defendants under sections 922 and 924 of title 18, which regulate the possession and transfer of certain weapons in specified circumstances. This is a 66% increase in cases filed and a 55% increase in defendants prosecuted under those sections since FY 2000. The conviction rate in FY 2006 for federal firearms defendants was 92% – the highest it has ever been. Over 93% of those offenders received prison terms, and over 50% were sentenced to five or more years in prison. This information is important, but it only reflects what is occurring within federal prosecutions. We also know that there is a

8



00623



221

great deal of good work being done by our partners, the state and local prosecutors, to punish firearms offenders.

### Gangs

Prosecuting gang violence and preventing America's youth from becoming involved with gangs are top priorities for the Department of Justice. We also are committed to working with our partners in state and local law enforcement to take apart the criminal gangs that are responsible for so much violence. The Department has established the necessary infrastructure to focus our resources and carry out our anti-gang mission. First, we established an Anti-Gang Coordination Committee to organize the Department's wide-ranging efforts to combat gangs. Each United States Attorney has appointed an Anti-Gang Coordinator to provide leadership and focus to our anti-gang efforts at the district level. The Anti-Gang Coordinators, in consultation with their local law enforcement and community partners, have developed comprehensive, district-wide strategies to address the gang problems in their districts.

Within the last year, the Department has further improved our ability to achieve this goal by establishing national coordination, intelligence and enforcement mechanisms aimed at dismantling the most significant violent, national and regional gangs.



The Department created and launched the new National Gang Targeting, Enforcement & Coordination Center (GangTECC) to be the coordination arm of the Department's effort to achieve maximum national impact on America's most dangerous and far-reaching gangs. Led by the Criminal Division, the center coordinates overlapping investigations, ensures that tactical and strategic intelligence is shared among law enforcement agencies, and serves as a central coordinating center for multi-jurisdictional gang investigations involving federal law enforcement agencies.

GangTECC works hand-in-hand with the new National Gang Intelligence Center (NGIC). The NGIC integrates the gang intelligence assets of all Department of Justice agencies and has established partnerships with other federal, state, and local agencies that possess gang-related information. The Department's Criminal Division, under the leadership of Assistant Attorney General Alice Fisher, established the new Gang Squad composed of prosecutors to serve as the prosecutorial arm of the Department's efforts to achieve maximum national impact against violent gangs.

Additionally, the Department launched a Six Site Comprehensive Anti-Gang initiative that focuses on reducing gang membership and gang violence through enforcement, prevention and reentry strategies. The program provides $2.5 million in grant funds to each of six sites across the country: Los Angeles, Tampa, Toledo, Dallas/Ft. Worth, Milwaukee, and Pennsylvania's 222 Corridor. Each city's program employs a multi-faceted and comprehensive approach, focusing on enforcement, prevention, and prison re-entry.

9



00624



222

On the prevention front, I directed each U.S. Attorney to convene a Gang Prevention Summit in his or her district to explore additional opportunities in the area of gang prevention. These summits bring together law enforcement and community leaders to discuss best practices, identify gaps in services, and create a prevention plan to target at-risk youth within their individual communities. These summits have already reached over 10,000 law enforcement officers, prosecutors, community members, social-service providers and members of the faith-based community.

**Drug Enforcement**

The Department continues to devote substantial investigative and prosecutorial resources to addressing the problem of drug trafficking. In Fiscal Year 2006, drug cases represented over 25% of all cases filed by our U.S. Attorneys and 35% of federal defendants.

The vast majority of illegal drugs sold in the United States are supplied by drug trafficking organizations (DTOs). The Department continues to believe that utilizing intelligence to target the highest priority DTOs and those entities and individuals linked to the DTOs, using the Drug Enforcement Administration (DEA) and the Organized Crime and Drug Enforcement Task Force program, is the most effective approach to fighting the global drug trade and its attendant threats. It is within this strategic framework that the Department generally organizes its efforts to reduce the supply of illegal drugs. These efforts combine the expertise of multiple federal agencies with international, state, and local partners, to mount a comprehensive attack on major drug organizations and the financial infrastructures that support them. This approach has been successful. Just this past fall, the most significant drug traffickers ever to face justice in the United States – Miguel and Alberto Rodriguez-Orejuela – pleaded guilty in a federal court in Miami to a charge of conspiracy to import cocaine into the United States.



The Department recognizes that the Southwest Border remains a critical front in our nation's defense against both illegal drug trafficking and terrorism. Because a significant amount of drugs that enters the U.S. is trafficked by DTOs based in Mexico, the Department has been working closely with the Government of Mexico, including in joint cooperative efforts by law enforcement. In addition, the Department is continuing discussions with the Government of Mexico regarding extraditions of major drug traffickers.

In addition to its continued efforts on drug trafficking organizations, over the past several years the Department has placed a special emphasis on reducing the demand for, and supply of, methamphetamine and controlled substance prescription drugs.

In support of the Administration's plan to combat methamphetamine, the Department established the Anti-Methamphetamine Coordination Committee to oversee the ongoing implementation of initiatives and to ensure the most effective coordination of its anti-methamphetamine efforts. The Department is enhancing the anti-methamphetamine

10





223

trafficking and intelligence capabilities of law enforcement; assisting tribal, state, and local authorities with training, cleanup, and enforcement initiatives; and providing grants to state drug court programs that assist methamphetamine abusers. On the international front, the Department is working to cut off the illicit supply of precursor chemicals by working with our international partners.

The United States Government has established a strong partnership with Mexico to combat methamphetamine. In May 2005, the Attorney General of Mexico and I announced several anti-methamphetamine initiatives designed to address improved enforcement, increased law enforcement training, improved information sharing, and increased public awareness. Most of those initiatives are now underway and our goals are being met.

This past year, Congress enacted important legislation, the Combat Methamphetamine Epidemic Act, which regulates the sale of the legal ingredients used to make methamphetamine; strengthens criminal penalties; authorizes resources for state and local governments; enhances international enforcement of methamphetamine trafficking; and enhances the regulation of methamphetamine by-products, among other things. The Department is committed to enforcing rigorously these new provisions of the law in order to address the domestic production of methamphetamine. As state laws regulating methamphetamine precursors went into effect, along with the new federal law, we have seen a decline in domestic methamphetamine labs.

The Department remains concerned about the nonmedical use of controlled substance prescription drugs, which continues to be the fastest rising category of drug abuse in recent years. At the same time, the Department recognizes that it is critical that individuals who are prescribed controlled substance prescription drugs for a legitimate medical purpose have access to these important drugs. Rogue pharmacies operating illicitly through Internet increasingly have become a source for the illegal supply of controlled substances. This issue is a priority for the Department and we are aggressively applying the full range of enforcement tools available to us to address this increasing problem. The Department looks forward to working with Congress on additional enforcement tools that may be appropriate.

### Project Safe Childhood

I appreciate the work of this committee to safeguard the innocence of our children, including its support for the Adam Walsh Act, which included authorization of Project Safe Childhood.

As you know, the Internet is increasingly used by sexual predators and abusers as a tool for exploiting and victimizing our children through both child pornography and cyber-enticement.

The term child pornography imperfectly describes what really are crime-scene photos of the sexual assault of children. The Internet has contributed to a significant increase in the

11



00626



224

proliferation and severity of such images. It provides deviants with an easily accessible and seemingly anonymous means of accumulating and distributing vast collections of images of child sexual abuse. In the past, pedophiles were constrained by social norms, difficulty in obtaining images, and their consciences; today, the Internet provides community, affirmation, and easy access to images for sexual deviants. Eventually, many who initially seek images turn to abusing children themselves and producing their own images. The result has been that images of child sexual abuse today are more disturbing, more graphic, and more sadistic than ever before. Worse yet, they involve younger and younger children.

This is not a victimless crime. Most images of child pornography depict actual sexual abuse of real children. I've seen some of the shocking and vulgar images we've uncovered, such as the rape of a girl as young as five years old by an adult man. Though she is unnamed in the series of images cataloguing her abuse, she has been given a distinctive nickname known throughout the world to those who trade in images of child exploitation. This is the reality of child pornography and sexual exploitation on the Internet today.

Masha Allen offered a victim impact statement at a recent criminal trial of a child pornography defendant who was convicted of possessing images of the sexual abuse of Allen by her adoptive father when she was child. "I know that these pictures will never end and my 'virtual abuse' will go on forever....Usually when someone is raped and abused, the criminal goes to prison and the abuse ends. But since [my abuser] put these pictures on the Internet, my abuse is still going on...I want every single person who downloads my picture to go to jail and really be punished as much as possible...They are as evil as [my abuser.] They want to see me suffer. Child pornography is not a victimless crime."

As the Internet and related technologies have grown and evolved, children are also increasingly at risk of being sexually solicited online by predators. Law enforcement is uncovering an escalating number of "enticement" cases, where perpetrators contact children in chat rooms or through instant messaging and arrange to meet at a designated location for the purpose of making sexual contact. The threat posed to our children in cyberspace was highlighted by a national survey, released in August 2006, conducted by University of New Hampshire researchers for the National Center for Missing & Exploited Children. The study revealed that 1 in 7 youth Internet users received unwanted sexual solicitations or approaches in the past year. One in 3 of those that received an unwanted solicitation described the contact as an aggressive sexual solicitation, which threatened to spill over into "real life" because the solicitor asked to meet the youth in person, called him or her on the telephone, or sent him or her offline mail, money, or gifts.

The challenge is great, but we have stepped up to the challenge. Through Project Safe Childhood, which, as I mentioned, was authorized by the Adam Walsh Act and is the backbone of the Department's efforts to combat child exploitation, we have begun to marshal our collective resources and raise online exploitation and abuse of children as a

12



00627



225

matter of public concern. I see Project Safe Childhood as a strong, three-legged stool: one leg is the federal contribution led by United States Attorneys around the country. Another leg is state and local law enforcement, including the outstanding work of the Internet Crimes Against Children task forces funded by the Department's Office of Justice Programs. And the third leg is non-governmental organizations, such as the Financial Coalition Against Child Pornography and the National Center for Missing and Exploited Children (NCMEC). On this sturdy platform we are certain to build on our success to date, in terms of investigations commenced, defendants prosecuted, and children rescued.

In 2006, federal prosecutors charged 1,638 defendants with child pornography or cyber-enticement. Of these, 1,242 were sentenced to prison. This is up from 715 defendants charged in 2000. Over the last ten years, the FBI's Innocent Images National Initiative has gone from 68 defendants charged and convicted as a result of their efforts to 1,018 in 2006. The ICAC task force program opened a remarkable total of 13,667 investigations in 2006 involving suspicion of cyber-enticement and child pornography.

Cooperation among law enforcement and NCMEC has yielded more than arrests and convictions; it also has contributed to the identification and, in many cases, rescue of 296 children depicted in images of sex abuse. This is a 50% increase over all preceding years.

We also have made progress in keeping child predators off the street. In late October, 1,659 sex offenders were arrested through "Operation Falcon III" led by the U.S. Marshals with hundreds of partners from state, local and other federal agencies. The effort to separate our children from dangerous offenders will continue to be advanced by the tools provided Congress in the Adam Walsh Act.



For example, I am supporting the development and implementation of new regulations for the Bureau of Prisons to pursue the civil commitment authority provided in the Adam Walsh Act, which will allow a court to civilly commit a sexually dangerous person.

We already are implementing a number of other mandates that were included in the Adam Walsh Act. For example, the President recently appointed Laura Rogers to be the Department's first SMART office coordinator. With this appointment, the Sex Offender Sentencing, Monitoring, Apprehending, Registering and Tracking Office will now be able to get to work on numerous important functions relating to the sex offender registry. Improving that registry and giving the registration requirement some teeth was a step that is going to help all of us protect America's children. In further support of the Adam Walsh Act, the United States Marshals Service has established a Sex Offender Investigations Branch. With these efforts, we hope that unregistered sex offenders will finally understand that non-compliance will not be tolerated.

I think the President put it very well when he signed the Adam Walsh Act. He said: "Protecting our children is our solemn responsibility. It's what we must do. When a

13

00628





226

child's life or innocence is taken it is a terrible loss – it's an act of unforgivable cruelty. Our society has a duty to protect our children from exploitation and danger."

I look forward to continued work with this committee on this issue that I care about deeply.

### Identity Theft

On May 20, 2006, the President signed Executive Order 13402, establishing an Identity Theft Task Force aimed at using federal resources effectively to deter, prevent, detect, investigate, proceed against, prosecute, and remediate Identity Theft. I have served as the Chairman of that Task Force, with Chairman Majoras of the Federal Trade Commission as my Co-Chair. The Task Force, and we at the Department of Justice, have been very concerned about the current prevalence of the crime of identity theft – some studies indicate that about four percent of Americans are identity theft victims each year – combined with the lingering burdens and effects on victims. As part of the Task Force's efforts, we have looked at the adequacy of the current federal response, including whether we at the Department of Justice have the tools and authorities we need to protect and assist Americans and prosecute wrongdoers.

The prosecution of identity theft and related crimes has been a focus of the Department of Justice. In 2004, the aggravated identity theft statute was signed into law, and since that time, the Department has used the statute aggressively. The number of aggravated identity theft cases filed increased from 177 in FY 2005 to 344 in FY 2006. The number of individual defendants against whom aggravated identity theft charges were brought increased from 226 in FY 2005 to 507 in FY 2006. For all cases that included aggravated identity theft charges, the conviction rate rose from 87.5 percent in FY 2005 to 93.5 percent in FY 2006. In recent weeks, we have federally charged 148 individuals with identity-theft related crimes in connection with DHS's recent enforcement action at the Swift meatpacking facilities, and have worked with state authorities who have charged another 98 defendants under similar state statutes.

I am proud of our record, but we can do more. Looking forward, the Task Force has identified areas for improvement and will present final recommendations to the President in a comprehensive strategic plan containing recommendations for a fully coordinated federal strategy to combat identity theft. In order to make sure that the Task Force has all of the information that it needs, it is currently seeking public comment on numerous potential recommendations.

The recommendations will build on and ensure effective coordination of robust efforts already under way to prevent identity theft, to assist victims of identity theft, and to investigate and prosecute the identity thieves. We look forward to sharing those final recommendations with this committee, but we have made some interim recommendations already that I can report on today. We conveyed these recommendations to the President

14



227

on September 19, 2006, and to date, the Task Force has either implemented or taken steps
to implement each of the recommendations.

When we look at the problem of identity theft, we are reminded that the same
technological advances that have improved our lives have also given new and broad
opportunities to criminals including identity thieves. These criminals are clever and
sophisticated, and they leave their victims with more than financial loss. As with any
crime, victims suffer feelings of violation and stress, but in these cases, victims have the
added burden of essentially cleaning up the mess that the identity thieves leave behind.
One of the interim recommendations adopted this past September by the Task Force
squarely addresses that problem.

We also recommended the development and use of a universal police report for identity
theft victims. This will ensure that victims are able to obtain police reports documenting
the misuse of their personal information, which in many cases they need in order to
obtain fraud alerts, to request that fraudulent information in their credit report be blocked,
and to undo the other damage the identity thief has done. Great progress has already
been made in this regard.

We recommended that the public sector look seriously at ways to reduce unnecessary use
of social security numbers. Social Security Numbers are ubiquitous in government and,
as the most valuable piece of consumer information to identity thieves, we must identify
ways to keep them more confidential. Furthermore, by reducing unnecessary use of
social security numbers in the public sector, we can serve as an example for the private
sector.

The Task Force also developed concrete guidance on how federal agencies should
respond to data breaches, which the Task Force recommended be immediately issued to
all agencies. This step-by-step roadmap, which was issued to all federal agencies and
departments in September 2006, is the first guidance of this kind, and it will allow
agencies to more quickly, effectively, and intelligently respond to the types of data
breaches that have become more and more common in recent years.

A quick and effective response by agencies to data breaches is good government and also
has the important effect of allowing the individuals affected by the breach to protect
themselves before they become victims. I'm proud of the work of the Task Force to date,
and I believe that we are on track to produce a strong set of final recommendations to the
President.

### Katrina Fraud Task Force and Combating Fraud

After hurricanes left the Gulf Coast region in ruins, with thousands of lives lost and
dismantled, the vast majority of the nation responded with compassion. Government,
private sector, and individual efforts to help the people of the region were as
unprecedented as Hurricane Katrina herself.

15

00630



228

Yet while most Americans were sending donations and prayers, some chose to plot their own corrupt enrichment instead. For example, one woman who was living in Belleville, Illinois, at the time of Hurricane Katrina defrauded FEMA by claiming she was displaced by the storm and even went so far as to tell FEMA that her two daughters had died during the flooding in New Orleans and that she had watched their bodies float away. In reality, this woman had no daughters. It was all an elaborate fabrication that resulted in her indictment by the Justice Department this summer.

Other fraudsters had the audacity to set up websites to collect charitable donations only to pocket the money personally. The examples go on and on.

This problem required a robust, national response, and the Department created the Hurricane Katrina Fraud Task Force to investigate and prosecute these crimes. The Task Force has cracked down on criminal activity ranging from charity and assistance fraud to identity theft, Internet fraud and public corruption involving federal or state contracts. Through the work of the Task Force, private, taxpayer and charitable dollars have been protected and would-be criminals have been prevented from taking advantage of the situation in the Gulf Coast.

In the past year, the Task Force's efforts have resulted in charges against more than 400 defendants in 30 separate judicial districts around the country. I believe the Task Force's efforts have had a significant deterrent effect as well. Since the establishment of the Task Force, FEMA and the Red Cross report that more than $18.2 million has been returned by recipients of individual-assistance benefits.



Of course, the work of the Task Force is not yet done. Billions of dollars are headed to the Gulf Coast region for the rebuilding effort – and we know that fraud, sadly, follows dollars.

A report released in the fall detailed the trends and patterns the Task Force has identified, and that is one of the things that will assist Task Force members in the considerable work that lies ahead.

The report identified the cycles of fraud after disasters – beginning with charity-fraud schemes, then moving into emergency-assistance schemes, and later into procurement and insurance fraud.

The Task Force has also identified, and detailed in its report, how systemic weaknesses are exploited by criminals. In short, when these criminals find a weak spot, an easy route to the money, they tend to return for more – giving law enforcement an opportunity to stop them. This report is now serving as a guide for the Task Force's ongoing work.

The Department of Justice remains absolutely dedicated to vigorously investigating and prosecuting all types of fraud in the hurricane region.

16

00631



229

### Intellectual Property Rights

In our 21st-century economy, intellectual property is among the most valuable assets in enterprises as diverse as manufacturing, communications and medicine. Whether it is the copyright of a blockbuster film, the trade secret for an innovative product, the patent on a life-saving drug or the trademark of a valuable brand, intellectual property is a significant source of growth in the American economy and a key driver of global economic activity. America's intellectual-property-based industries are the biggest exporters in our economy and a strong factor in American competitiveness.

Although our economy suffers from intellectual property theft, intellectual property crime more significantly harms public health and safety. Counterfeit automotive and aviation parts that are prone to failure can cause accidents and injuries. The risks from fake pharmaceuticals are obvious. Intellectual property crimes are serious and by no means victimless.

The key to addressing the threat of intellectual property theft is cooperation among law enforcement authorities, other government agencies, Congress and victims.

This Administration has led an unprecedented effort to crack down on intellectual property theft. This has been possible only because we have made cooperation among government agencies the cornerstone of our efforts. That is what our ongoing "STOP" initiative is all about. The Strategy Targeting Organized Piracy is a comprehensive and coordinated strategy to crack down on the growing global trade in counterfeit and pirated goods. This initiative attacks the problem in a number of ways with nine federal agencies, including the Department of Justice, working together to highlight and to enforce intellectual property rights and to prevent intellectual property theft. I am proud of the Administration's accomplishments with the STOP Initiative over the last two years.



The success of this strategy is made clear in the 2006 Report to the President and Congress on Coordination of Intellectual Property Enforcement and Protection that was released last September. This important document sets forth the Administration's significant and substantial efforts to stem the tide of intellectual property theft and our coordinated strategy to ensure that intellectual property rights are protected.

The Department of Justice's efforts are also set forth in the report of the Department's own Task Force on Intellectual Property, which I unveiled last June. As you may remember, in March 2004 we had established a Task Force of high-level Department of Justice officials who were given the task of reviewing how the Department enforced and protected intellectual property rights.

The Task Force made 31 substantive recommendations to improve the Department's efforts to protect and enforce intellectual property rights through criminal, civil, and antitrust enforcement; international cooperation; legislation; and prevention programs.

17

00632



230

When I became Attorney General in 2005, I charged the Task Force with implementing all of the recommendations contained in the Report as soon as possible. And I was glad to be able to announce to you in June that the Department had met, and in some ways exceeded, its goals.

Among our many achievements, the Department of Justice increased the number of defendants indicted for intellectual property offenses by 98% from fiscal year 2004 to 2005. Through these prosecutions, the Department has dismantled international criminal organizations that commit these crimes. We have obtained convictions against sellers of counterfeit medications, IP-crime rings that engaged in terrorist financing through the proceeds from IP offenses, online software and music pirates, and thieves of trade secrets, among many others.

To expand on our successes, we increased the number of prosecutors focusing on intellectual property crimes in the field by creating 12 new Computer Hacking and Intellectual Property, or CHIP, Units in U.S. Attorneys' offices around the country, including offices in Pittsburgh, Pennsylvania; Orlando, Florida; Detroit, Michigan; Sacramento, California; and Nashville, Tennessee. The FBI has also increased the number of its agents assigned to search for digital evidence in intellectual property cases.

In addition, the Department of Justice has deployed an intellectual property law enforcement coordinator in Asia, and we are adding a coordinator in Eastern Europe. We have trained more than two thousand foreign prosecutors, investigators, and judges regarding intellectual property investigations and prosecutions. We have protected victims' rights and established victim-industry partnerships, educated youth on the importance of intellectual property protections, developed a comprehensive resource manual on prosecuting intellectual property crimes, and defended appropriate protections for intellectual property through filings in the Supreme Court.



While I am proud of our efforts and those of our partners, there is more that we can do. We will continue to seek legislation that would, among other things, increase penalties for intellectual property crimes, clarify that registration of a copyright is not required for a criminal prosecution, make attempts to commit copyright infringement a crime and increase the tools investigators have at their disposal to track potential intellectual property crimes. I know that widespread support for intellectual property protection exists in the Congress. We will be pleased to work with you to enact this important legislation.

At the Department of Justice, we realize that we did not achieve the important milestones already reached – and will not continue to make progress – without the cooperation of other federal agencies, and most importantly, the cooperation of victims. I recognize and appreciate as well the support we received from the Congress on previous bills and treaties, and I hope to build upon that support in the next two years.

18

00633



231

### Civil Rights and Voting

The right to vote is the foundation of our democratic system of government. The Department's Civil Rights Division has the solemn duty to protect this right. Last year, the President and I strongly supported the Voting Rights Act Reauthorization and Amendments Act of 2006, appropriately named for three heroines of the Civil Rights movement: Fannie Lou Hamer, Rosa Parks, and Coretta Scott King. This legislation renewed for another 25 years certain provisions of the Act that had been set to expire, including Section 5, under which all voting changes in certain jurisdictions must be "precleared" prior to implementation; sections relating to federal observers and examiners; and the bilingual requirements of Sections 4 and 203.

The Voting Rights Act has proven to be one of the most successful pieces of civil rights legislation ever enacted. However, as long as all citizens do not have equal access to the polls, our work is not finished. As President Bush said, "In four decades since the Voting Rights Act was first passed, we've made progress toward equality, yet the work for a more perfect union is never ending."

During the signing ceremony at the White House, President Bush said, "My administration will vigorously enforce the provisions of this law, and we will defend it in court." The Department of Justice is committed to carrying out the President's promise. In fact, the Civil Rights Division is currently vigorously defending the Act against a constitutional challenge in federal court here in the District of Columbia. A major component of the Division's work to protect voting rights is its election monitoring program. Our election monitoring efforts are among the most effective means of ensuring that federal voting rights are respected on election day.



In 2006, we sent over 1,500 federal personnel to monitor elections, doubling the number sent in 2000, a presidential election year. During the general election on November 7, 2006, the Division deployed a record number of monitors and observers to jurisdictions across the country for a mid-term election. In total, over 800 federal personnel monitored the polls in 69 political subdivisions in 22 states.

In addition to our presence at the polls, Department personnel here in Washington stood ready with numerous telephone lines to handle calls from citizens with election complaints, as well as an Internet-based mechanism for reporting problems. We had personnel at the call center who were fluent in Spanish and had the Division's language interpretation service to provide translators in other languages. The Department received over 200 complaints through its telephone- and Internet-based system on election day. Many of these complaints were subsequently resolved on election day, and we are continuing to follow up on the rest.

Our commitment to protecting the right to vote is further demonstrated by our recent enforcement efforts. In 2006, the Voting Section filed 17 new lawsuits, which is double the average number of lawsuits filed in the preceding 30 years. Moreover, during 2006, the Division filed the largest number of cases under the Uniformed and Overseas Citizens

19



00634



232

Absentee Voting Act, which ensures that overseas citizens and members of the military are able to participate in federal elections, in any year since 1992. Finally, in 2006, the Voting Section processed the largest number of Section 5 submissions in its history. The Division made two objections to submissions pursuant to Section 5, and filed its first Section 5 enforcement action since 1998.

Last year furthered our record of accomplishment during this Administration. During the past six years, the Civil Rights Division has litigated more cases on behalf of minority language voters than in all other years combined since 1965. Specifically, we have successfully litigated approximately 60 percent of all language minority cases in the history of the Voting Rights Act. Moreover, during the past six years, we have brought six of the eight cases ever filed under Section 208 in the history of the Act, including the first case ever under the Voting Rights Act to protect the rights of Haitian Americans.

The work of the Civil Rights Division in recent years reflects the need for continued vigilance in the prosecution and enforcement of our nation's civil rights laws. I am committed to build upon our accomplishments, and continue to create a record that reflects the profound significance of this right for all Americans.



The Department's responsibility to protect access to the ballot box extends not only to civil enforcement of federal voting laws, but also to criminal prosecution of those who commit election fraud. The Criminal Division and the United States Attorneys' Offices have made enforcement against election fraud and campaign financing offenses a top priority. With the assistance of the FBI, we have investigated over 300 election crime matters, charged more than 170 individuals with election fraud or campaign fraud offenses and secured more than 130 convictions. At the present time, over 200 election crime investigations are pending throughout the country. Every prosecution, settlement, or other public resolution puts would-be wrong-doers on notice: We will not tolerate the infringement of voting rights or election fraud, period.

## Conclusion

Finally, I am committed to working with the Committee to confirm the President's judicial nominees. Ensuring that the federal judiciary is fully staffed is essential to our system of justice and to fulfilling many of the Department's critical mandates.

Thank you for your dedication to all of the issues I have just outlined. I look forward to working with you in the coming months on these topics and the Department's other missions and priorities.

20



00635



233

# Judiciary Committee Hearing
## "DOJ Oversight"
### January 18, 2007

## Opening Statement of Senator Grassley

Chairman Leahy, thank you for holding this DOJ Oversight hearing today. As the new Congress begins its work, there is lots of talk about renewed interest in Congressional oversight because of the new Majority. But, oversight shouldn't be a partisan issue. Oversight should be about good government, accountability, and transparency — things both parties ought to agree on. I have been a long-time advocate of more vigorous Congressional oversight of the Executive Branch throughout my time in the Senate, regardless of whether the Administration is Republican or Democrat and regardless of whether the Congress is Republican or Democrat.

I intend to continue that practice and I'm going to take this hearing as an opportunity to begin by asking the Attorney General about some important oversight issues. My goal isn't to score political points for one party or the other. My goal is to make sure our government is doing what's right and operating efficiently.

### The Amerithrax Investigation



As I said in our December hearing with FBI Director Mueller, I am shocked that the FBI and the Justice Department continue to deny Congressional requests for briefings on the Anthrax investigation. Five years with no signs of progress and three years without a briefing to Congress on one of the largest and most important investigations the FBI has ever undertaken is simply unacceptable. There are accusations that FBI agents leaked information to the *New York Times*, and yet Director Mueller told us in December that no one has been disciplined for those leaks.

I would like to hear from the Attorney General when the Department plans to respond to the questions in my October 23rd letter to him. That letter posed legitimate oversight questions seeking basic information necessary to ensure that Congress can evaluate how its post-9/11 legislation is being implemented. For example, I asked about whether and how often grand jury information gathered during the investigation has been shared with other elements of the intelligence community. A detailed answer to that question is key to understanding whether one of the major mistakes of our pre-9/11 system has been adequately addressed.

Refusing to answer basic questions like these just doesn't make sense.- Since the December hearing, 32 other Senators and Congressmen, including several members of this Committee, joined me in asking the Attorney General to direct the FBI to provide a comprehensive briefing on the status of the investigation. We haven't received a reply.



00636



234

### DOJ Oversight Training

I also have questions for the Attorney General on the Justice Department's activities in training other agencies on how to respond to Congressional oversight requests. I understand that the Office of Legislative Affairs at DOJ has been conducting some of these sessions, and frankly, I'm concerned about what that means for the ability of Congress to get access to the documents and witnesses it needs to do the everyday business of Congressional oversight. The DOJ Office of Legislative Affairs has been the source of unnecessary and inappropriate foot dragging in many of my oversight efforts over the years. That sort of attitude should not be allowed to infect other agencies as well. Therefore, I've asked the Attorney General to provide copies of the training materials and explain the nature of the program, so that we can ensure that agencies are receiving accurate information about history and precedents that govern Congressional access to information. Unfortunately, I have not received a response. To be fair, any such training should include materials and input from experts in Congressional oversight that address issues from the Legislative Branch perspective as well as the Executive Branch perspective.

### False Claims Act

Today's hearing also affords an opportunity to ask some detailed questions of Attorney General Gonzales regarding the False Claims Act. The False Claims Act represents this nations number one tool for fighting fraud, waste, and abuse of taxpayer dollars by allowing qui tam relators to act as private attorney's general and recover money on behalf of the government. As the principal author of the 1986 revisions to the False Claims Act, I take pride in the fact that the FCA has recovered nearly $18 billion of taxpayer money that otherwise would have been lost.

Based upon the success of the 1986 amendments, I authored a provision in the Deficit Reduction Act of 2005 which created an incentive for states to pass their own version of the false claims act. It is my hope that states will take advantage of this incentive and pass an act that meets the qualifications. Working together, states and the federal government will be able to uncover even more money that would have slipped through the cracks, cost the taxpayers, and lined the pockets of wrongdoers. I look forward to discussing the FCA and the new state FCA incentive with Attorney General Gonzales.

### Antitrust Enforcement

In addition, I've been concerned about concentration in agriculture for quite some time. In fact, just this past September, I wrote a letter to the Antitrust Division expressing my serious reservations with the proposed merger between Smithfield Foods and Premium Standard Farms.

I'm concerned about reduced market opportunities, possible anti-competitive and predatory business practices, and increasing agribusiness consolidation. For example, in the pork industry, expanded packer ownership of hogs, exclusive

2





235

contracting and captive supply are adversely impacting the ability of small independent producers and family farmers to compete in the marketplace. I'm concerned about fewer competitors, vertical integration, as well as less choice for consumers.

So I wasn't particularly happy when a January 8, 2007 Legal Times article questioning the Antitrust Division's merger enforcement record was brought to my attention. I will want assurances that the Justice Department is doing all it can to enforce the antitrust laws, by challenging problematic deals, as well as being aggressive in going after anti-competitive business practices. The Justice Department must be pro-active in policing anti-competitive activity not just in the agriculture industry, but all other industries.



3



00638



236

January 15, 2007

Statement of Law Deans

We, the undersigned law deans, are appalled by the January 11, 2007 statement of Deputy Assistant Secretary of Defense Charles "Cully" Stimson, criticizing law firms for their pro bono representation of suspected terrorist detainees and encouraging corporate executives to force these law firms to choose between their pro bono and paying clients.

As law deans and professors, we find Secretary Stimson's statement to be contrary to basic tenets of American law. We teach our students that lawyers have a professional obligation to ensure that even the most despised and unpopular individuals and groups receive zealous and effective legal representation. Our American legal tradition has honored lawyers who, despite their personal beliefs, have zealously represented mass murderers, suspected terrorists, and Nazi marchers. At this moment in time, when our courts have endorsed the right of the Guantanamo detainees to be heard in courts of law, it is critical that qualified lawyers provide effective representation to these individuals. By doing so, these lawyers protect not only the rights of the detainees, but also our shared constitutional principles. In a free and democratic society, government officials should not encourage intimidation of or retaliation against lawyers who are fulfilling their pro bono obligations.

We urge the Administration promptly and unequivocally to repudiate Secretary Stimson's remarks.

Sincerely,

Gail B. Agrawal
Dean and Professor of Law, University of Kansas School of Law

T. Alexander Aleinikoff
Dean, Georgetown University Law Center

Peter C. Alexander
Dean and Professor of Law
Southern Illinois University School of Law

James J. Alfini
President and Dean
South Texas College of Law

Michelle J. Anderson
Dean and Professor of Law
CUNY School of Law

Richard L. Aynes



00639



237

Dean & Professor of Law, University of Akron School of Law
Katharine T. Bartlett
Dean, Duke University School of Law

Louis D. Bilionis
Dean, University of Cincinnati College of Law

Terence L. Blackburn
Dean and Professor of Law
Michigan State University College of Law

John Charles Boger
Dean, University of North Carolina School of Law

Patrick J. Borchers
Dean and Professor of Law
Creighton University

Jeffrey S. Brand
Dean, University of San Francisco School of Law

Katherine S. Broderick
Dean, University of the District of Columbia



Brian Bromberger
Dean and Professor of Law
Loyola University, New Orleans
College of Law

Don Burnett
Dean, University of Idaho College of Law

Robert Butkin
Dean and Professor of Law
The University of Tulsa College of Law

Evan H. Caminker
Dean, University of Michigan Law School

Judge John L. Carroll
Dean and Ethel P. Malugen Professor of Law
Cumberland School of Law, Samford University

Guy-Uriel Charles & Fred Morrison
Co-Deans, University of Minnesota Law School



238

Jim Chen
Dean and Professor of Law
Louis D. Brandeis School of Law
University of Louisville

Neil H. Cogan
Vice President and Dean
Whittier Law School

Kevin Cole
Dean and Professor of Law, University of San Diego

Jay Conison
Dean, Valparaiso University School of Law

John Costonis
Chancellor, LSU Law Center

Mary Crossley
Dean, University of Pittsburgh School of Law

Mary C. Daly
Dean, St. John's University School of Law

Kenneth B. Davis, Jr.
Dean, University of Wisconsin Law School

R. Lawrence Dessem
Dean and Professor of Law
University of Missouri-Columbia School of Law

Stuart L. Deutsch
Dean and Professor of Law
Rutgers School of Law-Newark

Darby Dickerson
Vice President and Dean, Stetson University College of Law

Allen K. Easley
President & Dean
William Mitchell College of Law

E. Edwin Eck
Dean, University of Montana School of Law

Christopher Edley





239

Dean and Professor of Law
University of California, Berkeley,  Boalt Hall School of Law

John W. Fisher, II
Dean and Professor of Law
West Virginia University College of Law

Michael Fitts
Dean, University of Pennsylvania School of Law

Daisy Hurst Floyd
Dean and Professor of Law
Mercer University School of Law

Cynthia L. Fountaine
Interim Dean and Professor of Law,
Texas Wesleyan University School of Law

Stephen J. Friedman
Dean and Professor of Law
Pace University School of Law

John Garvey
Dean, Boston College Law School



Arthur R. Gaudio
Dean and Professor of Law
Western New England College School of Law

Jon M. Garon
Dean, Hamline University School of Law

Charles W. Goldner, Jr.
Dean and Professor of Law
William H. Bowen School of Law
University of Arkansas at Little Rock

Peter Goplerud
Dean, Florida Coastal School of Law

Mark Gordon
Dean, University of Detroit Mercy School of Law

Claudio Grossman
Dean and Raymond Geraldson Scholar for International and Humanitarian Law,
American University, Washington College of Law



240

Don Guter
Dean, Duquesne University School of Law

Jack A. Guttenberg
Dean & Professor of Law
Capital University Law School

Joseph D. Harbaugh
Dean and Professor
Shepard Broad Law Center
Nova Southeastern University

Lawrence K. Hellman
Dean and Professor of Law
Oklahoma City University School of Law

Patrick E. Hobbs
Dean, Seton Hall University School of Law

Gilbert A. Holmes
Dean and Professor of Law
University of Baltimore School of Law

Dean Dennis R. Honabach
Chase College of Law
Northern Kentucky University

Walter B. Huffman
Dean and Professor of Law
Texas Tech University School of Law

Heidi M. Hurd
Dean, David C. Baum Professor of Law and Professor of Philosophy
University of Illinois College of Law

John D. Hutson
RADM JAGC USN (ret.)
Dean and President
Franklin Pierce Law Center

José Roberto Juárez, Jr.
Dean and Professor of Law
University of Denver Sturm College of Law

John C. Jeffries, Jr.





241

Dean, University of Virginia School of Law

Robert H. Jerry, II
Dean and Levin, Mabie and Levin Professor
Levin College of Law, University of Florida

Carolyn Jones
Dean, University of Iowa College of Law

Elena Kagan
Dean, Harvard Law School

W. H. (Joe) Knight, Jr.
Dean, University of Washington School of Law

Harold Hongju Koh
Dean, Yale Law School

Larry Kramer
Richard E. Lang Professor and Dean
Stanford Law School

Harold J. Krent
Dean & Professor
Chicago-Kent College of Law

Frederick M. Lawrence
Dean and Robert Kramer Research Professor of Law
The George Washington University Law School

Paul LeBel
Dean & Professor of Law
University of North Dakota School of Law

Jeffrey E. Lewis
Dean, Saint Louis University School of Law

David A. Logan
Dean and Professor of Law
Ralph R. Papitto School of Law
Roger Williams University

Lydia Pallas Loren
Interim Dean and Professor of Law
Lewis & Clark Law School



00644



242

Dennis O. Lynch
Dean and Professor of Law
University of Miami School of Law

Earl F. Martin
Dean & Professor of Law
Gonzaga University School of Law

Toni M. Massaro
Dean, The University of Arizona College of Law

Richard A. Matasar
President and Dean
New York Law School

Philip J. McConnaughay
Penn State University
The Dickinson School of Law

Susanah M. Mead
Interim Dean and Professor of Law
Indiana University School of Law - Indianapolis



Geoffrey S. Mearns
Dean and Professor of Law
Cleveland-Marshall College of Law
Cleveland State University

Thomas M. Mengler
Dean and Ryan Chair in Law
University of St. Thomas School of Law
Richard J. Morgan
Dean, William S. Boyd School of Law
University of Nevada, Las Vegas

Fred Morrison & Guy-Uriel Charles
Co-Deans, University of Minnesota Law School

Cynthia Nance
Dean and Professor of Law
University of Arkansas School of Law--Fayetteville

Charles I. Nelson
Dean and Professor of Law
Faulkner University



00645

243

Nell Jessup Newton
Dean, UC Hastings College of Law

R. Nils Olsen, Jr.
Dean and Professor of Law
University at Buffalo Law School
State University of New York

Maureen A. O'Rourke
Dean and Professor of Law
Boston University School of Law

Margie Paris
Dean, University of Oregon School of Law

Elizabeth Rindskopf Parker
Dean
University of the Pacific
McGeorge School of Law

Jerry Parkinson
Dean and Professor of Law
University of Wyoming College of Law

David F. Partlett
Dean and Asa Griggs Candler Professor of Law
Emory University School of Law

LeRoy Pernell
Dean and Professor
Northern Illinois University
College of Law

Rex R. Perschbacher
Dean and Professor of Law
University of California at Davis School of Law

Raymond C. Pierce
Dean and Professor of Law
North Carolina Central University School of Law

Peter Pitegoff
Dean, University of Maine School of Law

Donald J. Polden
Dean, Santa Clara University School of Law



00646

244

Daniel D. Polsby
Dean and Professor of Law
George Mason University School of Law

Lawrence Ponoroff
Dean and Mitchell Franklin
  Professor of Private & Commercial Law
Tulane University Law School

Lawrence Raful
Dean and Professor of Legal Ethics
Touro College Jacob D. Fuchsberg Law Center

Douglas E. Ray
Dean and Professor of Law
The University of Toledo College of Law

Robert Reinstein
Dean, Temple University Beasley School of Law

Richard Revesz
Dean, New York University School of Law

William J. Rich
Interim Dean, Washburn University School of Law

Lauren Robel
Dean, Indiana University School of Law--Bloomington

Nancy H. Rogers,
Dean, The Ohio State University Moritz College of Law

Jim Rosenblatt
Dean, Mississippi College School of Law

Karen H. Rothenberg
Dean & Marjorie Cook Professor of Law
University of Maryland School of Law

Edward Rubin
Dean and Professor of Law
Vanderbilt University Law School

Lawrence G. Sager
Dean, School of Law. University of Texas at Austin





245

Mark Sargent
Dean, Villanova University School of Law

Brad Saxton
Dean and Professor of Law, Quinnipiac University School of Law

Michael Schill
Dean, UCLA School of Law

David M. Schizer
Dean and the Lucy G. Moses Professor of Law
Columbia Law School
Kurt Schmoke
Dean, Howard University School of Law

Geoffrey B. Shields
President and Dean and Professor of Law
Vermont Law School

Gary J. Simson
Dean, Case Western Reserve University School of Law



Robert H. Smith
Dean and Professor of Law
Suffolk University Law School

Rodney A. Smolla
Dean, University of Richmond School of Law

Aviam Soifer
Dean, William S. Richardson School of Law, University of Hawai'i

Rayman L. Solomon
Dean, Rutgers University School of Law - Camden

Kurt A. Strasser
Interim Dean, University of Connecticut School of Law

Leonard P. Strickman
Dean, Florida International University
College of Law

Symeon C. Symeonides
Dean, Willamette University College of Law

00648



246

Kent Syverud
Dean and Ethan A.H. Shepley University Professor
Washington University School of Law

Emily A. Spieler
Dean, Northeastern University School of Law

Kenneth W. Starr
Duane and Kelly Roberts Dean
 and Professor of Law
Pepperdine University School of Law

Ellen Y. Suni
Dean and Marvin Lewis Rich Faculty Scholar and Professor of Law
University of Missouri-Kansas City (UMKC) School of Law

Kellye Y. Testy
Dean and Professor of Law
Seattle University School of Law

William Treanor
Dean, Fordham Law School

Aaron D. Twerski
Hofstra University School of Law



Patricia D. White
Dean and Professor of Law
Sandra Day O'Connor College of Law
Arizona State University

Allan W. Vestal
Dean and Professor of Law
University of Kentucky College of Law

Barry R. Vickrey
Dean & Professor of Law
University of South Dakota School of Law

Steven L. Willborn
Dean & Schmoker Professor of Law
University of Nebraska College of Law

Parham Williams
Dean, Chapman University School of Law

Frank H. Wu
Dean, Wayne State University Law School

David Yellen
Dean and Professor
Loyola University Chicago School of Law

00649



247

Statement
**United States Senate Committee on the Judiciary**
**Oversight of the U.S. Department of Justice**
January 18, 2007

**The Honorable Patrick Leahy**
**United States Senator , Vermont**

---

Statement of Senator Patrick Leahy,
Chairman, Committee On The Judiciary
Hearing On Department of Justice Oversight
January 18, 2007

Today, this Committee holds an important hearing to examine the operations of the Department of Justice – the federal agency entrusted with ensuring the fair and impartial administration of justice for all Americans. I take our oversight responsibility very seriously.

Restoring Privacy and Civil Liberties

In the 32 years since I first came to the Senate – during the era of Watergate and Vietnam – I have never seen a time when our Constitution and fundamental rights as Americans were more threatened by their own government. Just this last weekend, the President and Vice President indicated that they intended to override the will of the American people, as expressed in the most recent national elections, and ignore actions of Congress in order to escalate the war in Iraq. This Administration has circumvented express congressional prohibitions on creating databanks of information on law-abiding Americans over the last five years.

For years, this Administration has engaged in warrantless wiretapping of Americans contrary to the law. Since this troubling program was first revealed, I have urged this Administration to inform Congress about what the government is doing and to comply with the checks and balances Congress wrote into law in the Foreign Intelligence Surveillance Act. I welcome the President's change of course yesterday to not reauthorize this program and to, instead, seek approval for all wiretaps from the Foreign Intelligence Surveillance Court, as the law requires. We must engage in all surveillance necessary to prevent acts of terrorism, but we can and should do so in ways that protect the basic rights of all Americans, including the right to privacy. The issue has never been whether to monitor suspected terrorists but doing it legally and with proper checks and balances to prevent abuses. This reversal is a good first step, but there are still several outstanding questions that remain. To ensure the balance necessary to achieve both security and liberty for our Nation, the President must also fully inform Congress and the American people about the contours of the Foreign Intelligence Surveillance Court order authorizing this surveillance program and of the program itself.

The President has issued signing statement after signing statement declaring the law to be not what Congress passed and he has signed, but what he finds convenient. And, regrettably, the Administration has all too often refused to answer the legitimate oversight questions of the duly-elected representatives of the American people. Unfortunately, this Justice Department has been complicit in advancing these government policies which threaten our basic liberties and overstep the bounds of our Constitution.

Human Rights



00650



248

The Department has also played a pivotal role, in my view, in eroding basic human rights and undercutting America's leading role as an advocate for human rights throughout the world. Last week, the world marked the fifth anniversary of the arrival of the first prisoners at Guantanamo Bay with protests. That facility has replaced Abu Ghraib in the eyes of many, including some of our closest allies, as a symbol of repression. Although the President had said that he wanted to close it down, he is now proposing stepped up use and construction projects that threaten to make the detention center at Guantanamo Bay a permanent fixture in the world.

For more than two years, we have sought answers from the Department of Justice about reported and, in some instances, documented cases of the abuse of detainees in U.S. custody. I wrote to Attorney General Gonzales regarding press reports that the Central Intelligence Agency has finally acknowledged the existence of additional classified documents detailing the Bush Administration's interrogation and detention policy for terrorism suspects. I am glad that, after initially refusing to provide any new information in response to my inquiries, the Attorney General wrote to me last week to say that he would work to develop "an accommodation that provides the Judiciary Committee with a sufficient understanding of the Department's position on legal questions related to the CIA program." That is a good first step, and I will work with him to reach the accommodation that he suggested. But, I remain disappointed that the Department of Justice and the White House have continued to refuse to provide the requested documents to the Committee.

We have a democratic government in which Congress is entitled to know and review government actions. The President and Vice President of the United States should not be operating a secret and separate regime in which their official acts and policies cannot be known by the people's elected representatives.

The Administration's secret policies have not only reduced America's standing around the world to one of the lowest point in our history, but these policies also jeopardize the Department's own efforts to prosecute terrorism. Last week, USA Today reported that the Department's terrorism case against Jose Padilla is imperiled by concerns that Mr. Padilla's treatment during his lengthy detention and back and forth designations as a defendant and enemy combatant have eroded his mental capacity to such a great extent that he cannot fairly be tried. Any trial of Khalid Sheikh Mohammad as the mastermind of 9/11 will have to overcome challenges based on his treatment and detention.

And, after the Administration and the Republican-led Congress eviscerated the Great Writ of habeas corpus -- not just for detainees but for millions of permanent residents living in the United States -- this Department of Justice filed a legal brief expressly supporting that result, raising the specter that millions living in the United States today can now be subjected to indefinite government detention.

Civil Rights and Crime

This week we commemorated the life and contributions of Dr. Martin Luther King, Jr. Sadly, the while the Department has defended the constitutionality of the Voting Rights Act, I am concerned that it is backing away from the vigorous enforcement of the Voting Rights Act that the President promised only a few months ago. I am concerned that, in nearly six years of power, the Bush Administration has filed only one suit on behalf of African-American voters under Section 2 of the Voting Rights Act, the key section that provides a cause of action for discrimination against minority voters.

I am also deeply concerned that the Department of Justice is retreating from its core mission to hold those who would violate our criminal laws accountable. Last week, the President told us that he plans



00651



249

Page 3 of 3

to spend $1.2 billion more, on top of the billions already sent to Iraq for reconstruction. Despite mounting evidence of widespread corruption, contracting fraud and billions unaccounted for, the Department of Justice has not brought a single criminal case against a corporate contractor in Iraq.

The Department must also do better at addressing the dangers that Americans face at home. According to the FBI's preliminary crime statistics for the first half of 2006, violent crimes in the United States rose, again. Some of us are concerned that this Administration has forgotten the lessons that led to our success during the Clinton years and that the rise in violent crime is related to this Administration's $2 billion cut in aid to state and local law enforcement programs. While it is more than willing to spend more and more American taxpayers' funds for police in Iraq, this Administration is cutting back funding for our state and local police at home.

Conclusion

This Committee has a special stewardship role to protect our most cherished rights and liberties as Americans and to make sure that our fundamental freedoms are preserved for future generations. There is much work to be done to repair the damage inflicted on our Constitution and civil liberties during the last six years.

Attorney General Gonzales, I thank you for agreeing to come here today. I look forward to hearing your views and answers to our questions. We need to work together to move forward.





00652



250



**The Attorney General**
Washington, D.C.

January 17, 2007

The Honorable Patrick Leahy
Chairman
Committee on the Judiciary
United States Senate
Washington, D.C. 20510

The Honorable Arlen Specter
Ranking Minority Member
Committee of the Judiciary
United States Senate
Washington, D.C. 20510

Dear Chairman Leahy and Senator Specter:



I am writing to inform you that on January 10, 2007, a Judge of the Foreign Intelligence Surveillance Court issued orders authorizing the Government to target for collection international communications into or out of the United States where there is probable cause to believe that one of the communicants is a member or agent of al Qaeda or an associated terrorist organization. As a result of these orders, any electronic surveillance that was occurring as part of the Terrorist Surveillance Program will now be conducted subject to the approval of the Foreign Intelligence Surveillance Court.

In the spring of 2005—well before the first press account disclosing the existence of the Terrorist Surveillance Program—the Administration began exploring options for seeking such FISA Court approval. Any court authorization had to ensure that the Intelligence Community would have the speed and agility necessary to protect the Nation from al Qaeda—the very speed and agility that was offered by the Terrorist Surveillance Program. These orders are innovative, they are complex, and it took considerable time and work for the Government to develop the approach that was proposed to the Court and for the Judge on the FISC to consider and approve these orders.

The President is committed to using all lawful tools to protect our Nation from the terrorist threat, including making maximum use of the authorities provided by FISA and taking full advantage of developments in the law. Although, as we have previously explained, the Terrorist Surveillance Program fully complies with the law, the orders the Government has obtained will allow the necessary speed and agility while providing substantial advantages. Accordingly, under these circumstances, the President has





251

Letter to Chairman Leahy and Senator Specter
January 17, 2007
Page 2

determined not to reauthorize the Terrorist Surveillance Program when the current authorization expires.

The Intelligence Committees have been briefed on the highly classified details of these orders. In addition, I have directed Steve Bradbury, Acting Assistant Attorney General for the Office of Legal Counsel, and Ken Wainstein, Assistant Attorney General for National Security, to provide a classified briefing to you on the details of these orders.

Sincerely,

Alberto R. Gonzales
Attorney General

cc:    The Honorable John D. Rockefeller, IV
       The Honorable Christopher Bond
       The Honorable Sylvester Reyes
       The Honorable Peter Hoekstra
       The Honorable John Conyers, Jr.
       The Honorable Lamar S. Smith





00654





252



PATRICK J. LEAHY, VERMONT, CHAIRMAN

EDWARD M. KENNEDY, MASSACHUSETTS
JOSEPH R. BIDEN, Jr., DELAWARE
HERB KOHL, WISCONSIN
DIANNE FEINSTEIN, CALIFORNIA
RUSSELL D. FEINGOLD, WISCONSIN
CHARLES E. SCHUMER, NEW YORK
RICHARD J. DURBIN, ILLINOIS
BENJAMIN L. CARDIN, MARYLAND
SHELDON WHITEHOUSE, RHODE ISLAND

ARLEN SPECTER, PENNSYLVANIA
ORRIN G. HATCH, UTAH
CHARLES E. GRASSLEY, IOWA
JON KYL, ARIZONA
JEFF SESSIONS, ALABAMA
LINDSEY O. GRAHAM, SOUTH CAROLINA
JOHN CORNYN, TEXAS
SAM BROWNBACK, KANSAS
TOM COBURN, OKLAHOMA

Bruce A. Cohen, Chief Counsel and Staff Director
Michael O'Neill, Republican Chief Counsel and Staff Director

**United States Senate**

COMMITTEE ON THE JUDICIARY
WASHINGTON, DC 20510-6275

January 17, 2007

The Honorable Colleen Kollar-Kotelly
Presiding Judge
U.S. Foreign Intelligence Surveillance Court
DOJ Building, Room 6725
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

Dear Judge Kollar-Kotelly:

Attorney General Gonzales revealed today that the Foreign Intelligence Surveillance Court issued orders on January 10, 2007 authorizing the government to engage in electronic surveillance of communications into or out of the United States by terrorism suspects, subject to approval of the Court. I enclose a copy of the letter he sent to us and also note that the Department of Justice briefed the media on these matters at 2:30 this afternoon.

On behalf of the Senate Judiciary Committee, we ask that you provide the Committee with copies of the orders and opinions. We also request that you make the Court's decision public to the extent possible.

These are matters of significant interest to the Judiciary Committee and the Congress and to the American people, as well. We all have an interest in ensuring that the government is performing surveillance necessary to prevent acts of terrorism and that it is doing so in ways that protect the basic rights of all Americans, including the right to privacy.

Sincerely,

PATRICK LEAHY
Chairman

ARLEN SPECTER
Ranking Member

Encl.

00655



253

_01/17/2007 21:23 FAX                                                                    ⊠002



# UNITED STATES FOREIGN
# INTELLIGENCE SURVEILLANCE COURT
### Washington, D.C.

*Honorable Colleen Kollar-Kotelly*
*Presiding Judge*

January 17, 2007

Honorable Patrick Leahy
Chairman, United States Senate
Committee on the Judiciary
Senate Office Building
Washington, DC 20510-6275

Honorable Arlen Specter
Ranking Member, United States Senate
Committee on the Judiciary
Senate Office Building
Washington, DC 20510-6275

Dear Chairman Leahy and Ranking Member Specter:

I am writing in response to your request that I provide the Committee on the Judiciary with "copies of the orders and opinions" issued in the matter referenced in Attorney General Alberto R. Gonzales' letter to you, dated January 17, 2007. As the presiding judge of the Foreign Intelligence Surveillance Court (FISC), I have no objection to this material being made available to the Committee. However, the Court's practice is to refer any requests for classified information to the Department of Justice. In this instance, the documents that are responsive to your request contain classified information and, therefore, I would ask you to discuss the matter with the Attorney General or his representatives. If the Executive and Legislative Branches reach agreement for access to this material, the Court will, of course, cooperate with the agreement.

Sincerely,

Colleen Kollar-Kotelly
Presiding Judge



00656





254

PATRICK LEAHY

COMMITTEES
AGRICULTURE, NUTRITION, AND
FORESTRY
APPROPRIATIONS
JUDICIARY

# United States Senate
WASHINGTON, DC 20510-4502

January 12, 2007

The Honorable George W. Bush
The White House
1600 Pennsylvania Avenue
Washington, DC 20500

Dear Mr. President:

Recently a high-ranking official in the Defense Department threatened governmental retaliation and intimidation of attorneys that might represent detainees. These reprehensible comments go against some of the basic tenets of our society, and I respectfully ask that you disavow those statements.

In a recent radio interview, Mr. Cully Stimson, a Deputy Assistant Secretary of Defense for Detainee Affairs, strongly criticized civilian law firms that might represent detainees. He then proceeded to list the names of several law firms, which he obtained from a media organization's freedom of information request, and asked business executives to reevaluate their relationship with those firms because they might be representing detainees, whatever their status. Worse, Mr. Stimson intimated that some of these firms are supportive of, and being funded by, terrorists.

Mr. Stimson's remarks would be outrageous accusations from anybody or any governmental official, but it is especially appalling that they come from a senior defense official responsible for U.S. detention policy. Mr. Stimson's comments show complete disregard for a bedrock principle of our legal system, the right to counsel. As I learned in all my years as a prosecutor, our legal system works best when the accused is represented by competent counsel. I was also deeply disappointed to see the Freedom of Information Act, a law designed to promote governmental transparency, instead, used as a tool for government intimidation.

I hope you will immediately disavow Mr. Stimson's statements and take the appropriate action against this official.

Sincerely,

PATRICK J. LEAHY
United States Senator

cc: The Honorable Robert Gates, Secretary of Defense
The Honorable Alberto R. Gonzales, Attorney General of the United States

VERMONT OFFICES: COURT HOUSE PLAZA, 199 MAIN STREET, BURLINGTON 05401-3393
FEDERAL BUILDING, ROOM 338, MONTPELIER 05602-3660
OR (804) TOLL FREE 1-800-642-3593
SENATOR_LEAHY@LEAHY.SENATE.GOV
PRINTED ON RECYCLED PAPER



00657



255

**The Gitmo High Life** *Robert L. Pollock.* **Wall Street Journal**. (Eastern edition). New York, N.Y.: Jan 12, 2007. pg. A.12

For sheer irony it's hard to beat this week's spectacle of Cindy Sheehan protesting the U.S. detention facilities at Guantanamo Bay -- from inside the prison that is Cuba itself. It's not uncommon for asylum-seeking Cubans to brave minefields and shark-infested waters to enter the U.S. naval base, which five years ago this week also became home to many top figures from al Qaeda and the Taliban.

That anniversary has brought forth predictable demands that Guantanamo be closed from the self-styled human rights activists at Amnesty International and other groups. But the world needs a place to hold al Qaeda terrorists, who continue to strike in Europe, Iraq and Afghanistan -- even if they have failed to hit the United States since 2001. And after visiting Guantanamo just before Christmas, it was easy to understand why Belgian Police official Alain Grignard (who came last year with a delegation from the Organization for Security and Cooperation in Europe) was moved to declare it "a model prison, where people are better treated than in Belgian prisons."

This is no less true of Camp Five, Gitmo's maximum security facility that houses its most dangerous detainees. Modern and clean, it looks just like a U.S. jail. Meals (I ate the same lunch the detainees did that day) are high in caloric content, if not exactly gourmet. The average detainee has gained 18 pounds. And in the interrogation room it's the Americans who may have to suffer long hours in straight-back chairs, while the detainees -- I kid you not -- get a ©La-Z-Boy. I was shown a Syrian under interrogation via closed circuit television. His questioners were two pleasant-looking young women. He was smiling.

I'm not under the impression that these sessions are always fun and games. But detainees in Defense Department custody are treated according to the restrictive rules of the Army Field Manual, which bans all forms of coercive interrogation. I double checked with the camp's lead interrogator: other government agencies -- read CIA and FBI -- have to follow those rules too. Not only does that mean no "torture" is going on. Your average good-cop bad-cop routine isn't allowed. Cooperative detainees get rewards like movies. "Harry Potter" is one of their favorites.

When it comes to medical care, almost no expense is spared -- as I discovered after spotting an overweight man lounging in the rec yard of Camp Five. "Khalid Sheikh Mohammed?" I inquired (he was some distance away). "No, that's Paracha," came the somewhat exasperated reply.

Saifullah Paracha is a Pakistani businessman and media owner who claims two meetings with Osama bin Laden were purely for journalistic interest. He is believed to be an important figure in the case against Majid Khan, one of the 14 "high value" detainees recently transferred to Gitmo from CIA custody. Last year Mr. Paracha's son Uzair was



00658



256

sentenced to 30 years in a U.S. prison for aiding an al Qaeda operative in a plot to bomb U.S. targets.

Maybe terrorism is stressful work. But whatever the reason, the elder Paracha also suffers from heart disease. So late last year -- at an expense of some $400,000 -- the U.S. government flew down doctors and equipment to perform cardiac catheterization. Mr. Paracha's response was to refuse treatment and file a petition in U.S. federal court for transfer to a hospital in the U.S. or Pakistan. At least his lawyers were frank about their cynical motives: "His death in U.S. captivity would be a blow to American prestige."

The medical care at Guantanamo seems state of the art. All detainees over 50 are offered colonoscopies; at least 16 have been performed. Gitmo's psychiatrist told me that fewer that 1% of detainees suffer from mood disorders, a rate lower than that of the general population. That would appear to undercut claims that indefinite detention is itself a form of "mental torture."

Guantanamo detainees don't lack for legal representation. A list of lead counsel released this week in response to a Freedom of Information Act request reads like a who's who of America's most prestigious law firms: ⓍShearman and Sterling; Wilmer Cutler Pickering Hale & Dorr; ⓍCovington & Burling; ⓍHunton & Williams; ⓍSullivan & Cromwell; Ⓧ Debevoise & Plimpton; Cleary Gottlieb; and Blank Rome are among the marquee names.



A senior U.S. official I spoke to speculates that this information might cause something of scandal, since so much of the pro bono work being done to tilt the playing field in favor of al Qaeda appears to be subsidized by legal fees from the Fortune 500. "Corporate CEOs seeing this should ask firms to choose between lucrative retainers and representing terrorists" who deliberately target the U.S. economy, he opined.

None of the above is meant to suggest Guantanamo is a fun place. What terrorist detention facility would be? (Base commander Adm. Harry Harris rejects the term "prison," by the way: "We are not about punishment; we are about keeping enemy combatants off the battlefield.") But the picture of Guantanamo usually painted by the press and human-rights activists is a terribly distorted one. Americans should rest assured that the men held there are probably getting better treatment than they deserve.

Mr. Pollock is a member of The Wall Street Journal's editorial board.



257

# They've Got Mail
It might be yours.

Saturday, January 13, 2007; A18

IS THE FEDERAL government opening citizens' mail without obtaining warrants? Was a statement that was quietly issued when the president signed an obscure Postal Service reform bill last month a new assertion of power by the administration to engage in such warrantless searches? The answer to both these questions is disturbingly unclear.

No reasonable person doubts that in emergency circumstances -- a ticking bomb inside a package -- government agents shouldn't have to wait for court approval to open private mail. That authority has been clear for years. In signing the Postal Accountability and Enhancement Act, President Bush took pains to note that he would interpret the law "in a manner consistent . . . with the need to conduct searches in exigent circumstances, such as to protect human life and safety against hazardous materials, and the need for physical searches specifically authorized by law for foreign intelligence collection."

That's not troubling if, as administration officials contend, the signing statement simply reinforces existing law. "There is nothing new here," said White House press secretary Tony Snow.

Okay, but what does present law allow? Does the administration contend, as in the case of its warrantless wiretaps, that the president has the inherent constitutional authority, or power granted by the post-Sept. 11 Authorization for the Use of Military Force (AUMF), to open mail without going through the process outlined in the Foreign Intelligence Surveillance Act? Administration officials have been less than eager to answer these questions.

At a hearing of the Senate Judiciary Committee last February, Sen. Patrick J. Leahy (D-Vt.), asked Attorney General Alberto R. Gonzales whether the administration believed that the AUMF also permitted the warrantless opening of mail:

Mr. Gonzales: "There is all kinds of wild speculation out there about what the president has authorized and what we're actually doing. And I'm not going to get into a discussion, Senator, about hypotheticals."

Mr. Leahy: "Mr. Attorney General, you're not answering my question . . . Does this law -- you're the chief law enforcement officer of the country. Does this law authorize the opening of first-class mail of U.S. citizens -- yes or no -- under your interpretation?"

Mr. Gonzales: "Senator, I think -- I think that, again, that is not what is going on here. We're only focused on communications -- international communications where one part of the communication is al-Qaeda. That's what this program is all about."

Mr. Leahy: "You haven't answered my question."

Given the president's signing statement, given his demonstrated willingness to stretch the boundaries of his authority and dispense with inconvenient legal niceties, it seems necessary to ask again.



00660