UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION (M:06-cv-1791) | Case No. 07-cv-00693-JSW |
| This Document Relates to: | [PROPOSED] ORDER |
| VIRGINIA SHUBERT, NOHA ARAFA, SARAH DRANOFF and HILARY BOTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARACK OBAMA, et al.,<br><br>Defendants. | Hon. Jeffrey S. White<br>Courtroom 5, 2nd Floor |
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 08-cv-4373-JSW |

Upon consideration of the parties' stipulation, it is HEREBY ORDERED THAT:

1. The *Shubert* plaintiffs' brief concerning the Government's compliance with this Court's prior preservations orders shall be due June 5, 2014, and the Government's reply brief to the *Jewel* and *Shubert* plaintiffs' briefs shall be due June 27, 2014.

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June 3, 2014

_____
Honorable Jeffrey S. White
United States District Judge

6