STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7346
Washington, D.C. 20001
Phone: (202) 514-4782; Fax: (202) 616-8470

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. C-08-4373-JSW |
| VIRGINIA SHUBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.*, <br><br> Defendants. | Case No. C-07-0693-JSW <br><br> **EMERGENCY MOTION TO STAY THE COURT'S JUNE 5, 2014 ORDER** <br><br><br> No Hearing Scheduled <br> Courtroom 5, 2nd Floor <br> Judge Jeffrey S. White |

Emergency Motion to Stay the Court's June 5, 2014 Order in *Jewel v. Nat'l Security Agency*, No. C-08-4373-JSW; *Shubert v. Obama*, No. C-07-0693-JSW

  The Government Defendants respectfully request that the Court issue an emergency stay of its June 5, 2014 Order, *Jewel* ECF No. 236 ("the June 5, 2014 Order"), which requires the Government "not to destroy any documents that may be relevant to the claims at issue in this action, including the Section 702 materials." The June 5, 2014 Order was issued in response to the *Jewel* Plaintiffs' emergency filing, ECF No. 235, before the Government Defendants had an opportunity to respond to the Plaintiffs' submission and explain the complex technical and operational issues implicated by the preservation of this material, which are significantly greater than with preservation of Section 215 telephony metadata.

  Undersigned counsel have been advised by the National Security Agency that compliance with the June 5, 2014 Order would cause severe operational consequences for the National Security Agency (NSA's) national security mission, including the possible suspension of the Section 702 program and potential loss of access to lawfully collected signals intelligence information on foreign intelligence targets that is vital to NSA's foreign intelligence mission.

  The Government Defendants attempted to contact the Court to address these issues telephonically promptly after the June 5, 2014 Order issued. In their response to the *Jewel* Plaintiffs' emergency filing, which the Government Defendants will submit no later than noon PST on Friday, June 6, 2014, the Government Defendants will explain more fully the issues implicated by the relief the Plaintiffs seek, including through a declaration from the NSA. In the interim, the Government Defendants respectfully ask that the Court stay its June 5, 2014 Order.

Dated: June 5, 2014        Respectfully Submitted,

             STUART F. DELERY
             Assistant Attorney General

             JOSEPH H. HUNT
             Director, Federal Programs Branch

             */s/ Anthony J. Coppolino*
             ANTHONY J. COPPOLINO
             Deputy Branch Director

1

Emergency Motion to Stay the Court's June 5, 2014 Order in *Jewel v. Nat'l Security Agency*, No. C-08-4373-JSW; *Shubert v. Obama*, No. C-07-0693-JSW

*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov

*/s/ Marcia Berman*
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov

*/s/ Julia Berman*
BRYAN DEARINGER
RODNEY PATTON
JULIA BERMAN
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*

2

Emergency Motion to Stay the Court's June 5, 2014 Order in *Jewel v. Nat'l Security Agency*, No. C-08-4373-JSW; *Shubert v. Obama*, No. C-07-0693-JSW