STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7346
Washington, D.C. 20001
Phone: (202) 514-4782; Fax: (202) 616-8470

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. C-08-4373-JSW |
| VIRGINIA SHUBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.*, <br><br> Defendants. | Case No. C-07-0693-JSW <br><br> **NOTICE OF PHONE NUMBER FOR GOVERNMENT COUNSEL FOR EMERGENCY HEARING** <br><br> June 6, 2014 @ 2 p.m. <br> Courtroom 5, 2nd Floor <br> Judge Jeffrey S. White |

Notice of Phone Number for Emergency Hearing in *Jewel v. Nat'l Security Agency*, No. C-08-4373-JSW; *Shubert v. Obama*, No. C-07-0693-JSW

In response to the Court's Order Setting Hearing, June 6, 2014, *Jewel* ECF No. 239, the undersigned counsel for the Government Defendants hereby provides as directed a single landline number for the Court to contact: **(202) 514-4782.**

Dated: June 6, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*/s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Deputy Branch Director
tony.coppolino@usdoj.gov

JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov

MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov

BRYAN DEARINGER
RODNEY PATTON
JULIA BERMAN
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8470

*Attorneys for the Government Defendants*

---

Emergency Motion to Stay the Court's June 5, 2014 Order in *Jewel v. Nat'l Security Agency*, No. C-08-4373-JSW; *Shubert v. Obama*, No. C-07-0693-JSW

1