STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7346
Washington, D.C. 20001
Phone: (202) 514-4782; Fax: (202) 616-8470

*Attorneys for the Government Defendants in Their Official Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. C-08-4373-JSW |
| VIRGINIA SHUBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.*, <br><br> Defendants. | Case No. C-07-0693-JSW <br><br> **GOVERNMENT DEFENDANTS' MOTION FOR A ONE-HOUR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' EMERGENCY APPLICATION TO ENFORCE COURT'S TEMPORARY RESTRAINING ORDER** <br><br> Courtroom 5, 2nd Floor <br> Judge Jeffrey S. White |

Pursuant to Fed. R. Civ. P. 6(b)(1) & Civil L.R. 6-3, the Government Defendants hereby move to and respectfully request that the Court partially extend the time, by 1 hour (to 1pm Pacific), for the Government Defendants to file an opposition to Plaintiffs' Emergency Application to Enforce Court's Temporary Restraining Order in *Jewel v. National Security Agency*, Civ. No. 08-4373-JSW, and *Shubert v. Obama*, Civ. No. 07-0693-JSW.  The Government Defendants have been working diligently but require additional time to finalize a declaration and their brief.  We regret the need for a brief additional amount of time, but request the court to provide the Government with 60 extra minutes.

Dated:  June 6, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

*/s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov

MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov

BRYAN DEARINGER
RODNEY PATTON
JULIA BERMAN
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782
Fax: (202) 616-8460

*Attorneys for the Government Defendants*