IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | No. C 07-00693 JSW |
| VIRGINIA SHUBERT, ET AL., | |
| Plaintiffs, | **ORDER** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

The Court HEREBY GRANTS the Government Defendants a short extension of time to respond to the application to enforce the Court's orders. The response shall be filed no later than 12:45 p.m. PST.

**IT IS SO ORDERED.**

Dated: June 6, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case4:08-cv-04373-JSW Document242 Filed06/06/14 Page2 of 2