STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470

*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-4373-JSW <br><br> **DECLARATION OF JAMES J. GILLIGAN IN SUPPORT OF GOVERNMENT DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY APPLICATION TO ENFORCE COURT'S TEMPORARY RESTRAINING ORDER** |

I, James J. Gilligan, hereby declare:

1. I am the Special Litigation Counsel for the United States Department of Justice, Civil Division, Federal Programs Branch, and attorney of record for the official capacity Government Defendants in the above-captioned cases. The statements made herein are based on my personal knowledge, and on information made available to me in the course of my duties and responsibilities as counsel for the official capacity Government Defendants in these cases.

2. Filed with this declaration, as Exhibits A through F in support of the Government Defendants' Opposition to Plaintiffs' Emergency Application to Enforce the Court's Temporary Restraining Order, are true and correct copies of the following documents:

    a. Exhibit A, Declaration of Richard H. Ledgett, Deputy Director, National Security Agency, dated June 6, 2014;

    b. Exhibit B, Amended Transcript of Proceedings in *Jewel v. Nat'l Security Agency*, No. 4:08-4373-JSW (N.D. Cal.) and *First Unitarian v. Nat'l Security Agency*, No. 3:13-cv-3287-JSW (N.D. Cal.), dated Mar. 19, 2014;

    c. Exhibit C, Email Exchange Among Counsel;

    d. Exhibit D, Facts on the Collection of Intelligence Pursuant to Section 702 of the Foreign Intelligence Surveillance Act ("ODNI Fact Sheet"), dated June 8, 2013; and

    e. Exhibit E, Minimization Procedures Used by the National Security Agency in Connection with Acquisitions of Foreign Intelligence Information Pursuant to Section 702 of the Foreign Intelligence Surveillance Act of 1978, as Amended, dated Oct. 31, 2011 ("Minimization Procedures")..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 6, 2014, at Washington, D.C.

/s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-3358
Fax:  (202) 616-8470

Declaration of James J. Gilligan in Support of Gov't Defs.' Opp'n to Pls.'
Emergency App. to Enforce Court's Temporary Restraining Order (4:08-cv-4373-JSW)