UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: June 6, 2014                                              Time in Court: 1 hour 6 minutes

**JUDGE: JEFFREY S. WHITE**                 **Court Reporter**: Kathy Wyatt

Courtroom Deputy: Jennifer Ottolini

**Case No.: C 08-04373 JSW  (Related)**     Carolyn Jewel, et al., v. NSA, et al., ,

**Case No.: C 07-00693 JSW (Related)**      Virginia Shubert et al., v. George W. Bush, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Cindy Cohn (Jewel) | Anthony Coppolino (via telephone) |
| Richard Wiebe (Jewel) | Marcia Berman (via telephone) |
| Kurt Opsahl    (Jewel) | Rodney Patton (via telephone) |
| Andrew Crocker (Jewel) | Julia Berman (via telephone) |
| Thomas Moore (Jewel) | Bryan Dearinger (via telephone) |
| Ilann Maazel (Shubert - via telephone) | |

**PROCEEDINGS:**  Hearing on Application to Enforce Temporary Restraining Order

**RESULTS:**  Hearing held.

For the reasons set forth on the record, The Motion to Enforce is DENIED without prejudice.
The Motion to Stay is deemed moot.

The Court ordered the parties to brief the following issues in their upcoming submissions due to the Court:

(1)   Whether Plaintiffs' claims encompass Section 702 and what is the scope of the collection activities under that provision;
(2)   The appropriateness of an adverse inference for standing based upon the alleged destruction of documents collected pursuant to both Sections 215 and 702.

Defendants brief is due June 27, 2014
Plaintiffs brief is due: July 18, 2014