**FILED**

JUN 13 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | |
| VIRGINIA SHUBERT, ET AL., | No. C 07-00693 JSW |
| Plaintiffs, | **ORDER RE REQUEST** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |



The Court has received an *ex parte, in camera* request from the Government Defendants lodged through Classified Information Security Officer ("CISO") W. Scooter Slade on June 12, 2014. In its request, which is lodged under seal with this Order, the Government asks for an advance copy of the transcript prepared in the emergency telephonic hearing held on Friday, June 6, 2014, on Plaintiff's motion to enforce the Court's temporary restraining order. According to the request, the National Security Agency ("NSA") has indicated that Government counsel, Anthony J. Coppolino, may have inadvertently made a statement during the hearing that the NSA contends is classified.

The NSA has requested that Government counsel be provided with a transcript of the hearing through the Court's CISO in advance of it being provided to any other party or being

made public. The Government could then make a determination whether the transcript contains any classified information and could request an opportunity to remove the classified material.

The Government contends that because its request involves classified information, it should be maintained *ex parte* and *in camera*. However, because the request itself does not disclose any classified material but merely involves the process by which potentially classified information should be treated, the Court shall not permit the procedure regarding the production of the transcript to remain *ex parte* and *in camera*. Accordingly, the Court issues this order under seal alerting Plaintiffs to the Government's request and shall require a response in writing from Plaintiffs that shall be filed under seal by no later than June 20, 2014, indicating Plaintiffs' position on the Government's request for an advance copy of the transcript. In the interim, the Court orders that the transcript from the hearing held on June 6, 2014 shall not be released to any party pending further order of this Court.

**IT IS SO ORDERED.**

Dated: June 13, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL et al,

    Plaintiff,

v.

NATIONAL SECURITY AGENCY et al,

    Defendant.

Case Number: CV08-04373 JSW

VIRGINIA SHUBERT et al,

    Plaintiff,

v.

GEORGE W BUSH et al,

    Defendant.

Case Number: CV07-00693 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Joseph Coppolino
James J. Gilligan
Marcia Berman
U.S. Department of Justice, Civil Divisi
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20530

Cindy Ann Cohn
Andrew Gellis Crocker
Kurt Bradford Opsahl
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Richard R. Wiebe
Law Office Of Richard R. Wiebe
One California Street
Suite 900
San Francisco, CA 94111

Thomas Edward Moore
Royse Law Firm
1717 Embarcadero Road
Palo Alto, CA 94303

Ilann Margalit Maazel
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Kathy Wyatt
Certified Shorthand Reporter
US District Court
(Via Inter-Office Mail)

Dated: June 13, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk