**FILED**
JUN 23 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | |
| Defendants. | |
| | No. C 07-00693 JSW |
| VIRGINIA SHUBERT, ET AL., | |
| Plaintiffs, | **ORDER** |
| v. | |
| BARACK OBAMA, ET AL., | |
| Defendants. | |

On June 12, 2014, the Court received an *ex parte, in camera* request from the Government Defendants lodged through the Classified Information Security Officer requesting an advance copy of the transcript prepared in the hearing held on Friday, June 6, 2014. According to the request, the National Security Agency indicated that Government counsel, Anthony J. Coppolino, may have inadvertently made a statement during the hearing that the NSA contends is classified.

The Court determined that the request itself does not disclose any classified material but merely involves the process by which potentially classified information should be maintained, and issued an order under seal which alerted Plaintiffs to the Government's request and required a response in writing.

Having received Plaintiffs' response, the Court now issues this Order requiring that the Government Defendants file a reply, also under seal, which addresses: (1) whether they can meet their substantial burden to request the redaction; (2) a proposed procedure for the Court to make a determination regarding whether and how the specific portions of the transcript should be redacted; and (3) a response to Plaintiffs' motion to unseal all of the filings regarding Defendants' redaction request. The reply from the Government shall be made in writing and filed and served under seal by no later than June 30, 2014.

**IT IS SO ORDERED.**

Dated:   June 23, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL et al,

    Plaintiff,

v.

NATIONAL SECURITY AGENCY et al,

    Defendant.

Case Number: CV08-04373 JSW

VIRGINIA SHUBERT et al,

    Plaintiff,

v.

GEORGE W BUSH et al,

    Defendant.

Case Number: CV07-00693 JSW

**CERTIFICATE OF SERVICE**



I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Joseph Coppolino
James J. Gilligan
Marcia Berman
U.S. Department of Justice, Civil Divisi
20 Massachusetts Avenue, N.W. Room 6102
Washington, DC 20530

Cindy Ann Cohn
Andrew Gellis Crocker
Kurt Bradford Opsahl
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Richard R. Wiebe
Law Office Of Richard R. Wiebe
One California Street
Suite 900
San Francisco, CA 94111

Thomas Edward Moore
Royse Law Firm
1717 Embarcadero Road
Palo Alto, CA 94303

Ilann Margalit Maazel
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza
20th Floor
New York, NY 10019

Dated: June 23, 2014

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

4