STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 4:08-cv-04373-JSW |
| Plaintiffs, | Case No. 4:07-cv-00693-JSW |
| v. | [~~PROPOSED~~] ORDER |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | |
| VIRGINIA SHUBERT, *et al.*, | |
| Plaintiffs, | The Honorable Jeffrey S. White |
| v. | |
| BARACK OBAMA, *et al.*, | |
| Defendants. | |

Upon consideration of the Government Defendants' Administrative Motion to File under Seal their Response to the Court's Order of June 23, 2014, it is hereby ORDERED that the

Government Defendants' motion is granted.  The Government Defendants' Response to the

Court's Order of June 23, 2014 shall remain under seal in its entirety.


**IT IS SO ORDERED.**


Dated:  July 2, 2014        _____        _____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE