CINDY COHN (SBN 145997)
cindy@eff.org
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
DAVID GREENE (SBN 160107)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  415/436-9333; Fax:  415/436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415/433-3200; Fax: 415/433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@kvn.com
PAULA L. BLIZZARD (SBN 207920)
MICHAEL S. KWUN (SBN 198945)
AUDREY WALTON-HADLOCK (SBN 250574)
BENJAMIN W. BERKOWITZ (SBN 244441)
JUSTINA K. SESSIONS (SBN 270914)
KEKER & VAN NEST, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  415/391-5400; Fax: 415/397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650/813-9700; Fax: 650/813-9777

ARAM ANTARAMIAN (SBN 239070)
aram@eff.org
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Tel.: 510/289-1626

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 08-cv-04373-JSW<br><br>**NOTICE OF WITHDRAWAL OF PAULA L. BLIZZARD AS COUNSEL FOR PLAINTIFFS**<br><br>Judge:      Hon. Jeffrey S. White<br><br>Date Filed: September 18, 2008<br><br>Trial Date:  Not Yet Set |

1    PLEASE TAKE NOTICE that the undersigned counsel, Paula L. Blizzard, hereby

2  withdraws her appearance as one of the counsel for plaintiffs in this matter.

3

4  Dated:  July 16, 2014

5                                         By:   /s/ Paula L. Blizzard
                                               PAULA L. BLIZZARD

6                                         KEKER & VAN NEST LLP
                                          PAULA L. BLIZZARD (SBN 207920)
7                                         633 Battery Street
                                          San Francisco, California  94111
8                                         Telephone:  (415) 391-5400
                                          Facsimile:  (415) 397-7188
9
                                          Attorneys for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28