STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-04373-JSW <br> Case No. 4:07-cv-00693-JSW <br><br> **GOVERNMENT DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO THE COURT'S ORDER OF JULY 11, 2014** |
| VIRGINIA SHUBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARACK OBAMA, *et al.*, <br><br> Defendants. | No hearing scheduled <br> Oakland Courthouse <br> Courtroom 5, 2nd Floor <br> The Honorable Jeffrey S. White |

Pursuant to Local Rule 79-5 and the Court's July 11, 2014 Order ("Order"), the undersigned counsel for the Government Defendants hereby move to file under seal their Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

response to the Court's Order.

As required by Local Rule 79-5, submitted herewith are: a declaration establishing that the document requested to be filed under seal is properly sealable, and a proposed order that identifies the sealable material.  As explained in the Declaration of Marcia Berman submitted herewith, the Government Defendants' response to the Court's Order is properly sealable because the Court's Order required that the document in question be submitted under seal.  *See* Decl. of Marcia Berman, Exhibit 1 hereto, ¶ 3; *see also* Order at 2.

For the foregoing reasons, the Government Defendants respectfully request that the Court grant this administrative motion.

Dated:  July 28, 2014                               Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 */s/Marcia Berman*
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
bryan.dearinger@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)