STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br> Plaintiffs, <br> v. <br> NATIONAL SECURITY AGENCY, *et al.*, <br> Defendants. | Case No. 4:08-cv-04373-JSW <br> Case No. 4:07-cv-00693-JSW <br><br> **DECLARATION OF MARCIA BERMAN, SUBMITTED IN SUPPORT OF GOVERNMENT DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO THE COURT'S ORDER OF JULY 11, 2014** |
| VIRGINIA SHUBERT, *et al.*, <br> Plaintiffs, <br> v. <br> BARACK OBAMA, *et al.*, <br> Defendants. | No hearing scheduled <br> Oakland Courthouse <br> Courtroom 5, 2nd Floor <br> The Honorable Jeffrey S. White |

Declaration of Marcia Berman, Submitted in Support of Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

Pursuant to 28 U.S.C. § 1746, I, Marcia Berman, hereby declare:

1. I serve as Senior Trial Counsel in the United States Department of Justice, Civil Division, Federal Programs Branch. I serve as one of the counsel for the Government Defendants in the above-captioned case.

2. I submit this declaration, pursuant to Local Rule 79-5(d)(1)(A), in support of the Government Defendants' Administrative Motion to File under Seal their Response to the Court's Order of July 11, 2014.

3. The Government Defendants' response to the Court's Order of July 11, 2014 is sealable pursuant to this Court's July 11, 2014 Order ("Order") which requires, *inter alia*, that the Government respond to the Court's Order in a document submitted under seal. *See* Order at 2.

4. The Government Defendants' response to the Court's Order of July 11, 2014, constitutes the sole document that the Government Defendants seek to file under seal in their Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/Marcia Berman
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER

Declaration of Marcia Berman, Submitted in Support of Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

2

Trial Attorney
bryan.dearinger@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

Declaration of Marcia Berman, Submitted in Support of Government Defendants' Administrative Motion to File Under Seal their Response to the Court's Order of July 11, 2014, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

3