STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br> Plaintiffs, <br> v. <br> NATIONAL SECURITY AGENCY, *et al.*, <br> Defendants. | Case No. 4:08-cv-04373-JSW <br> Case No. 4:07-cv-00693-JSW <br><br> **GOVERNMENT DEFENDANTS' NOTICE PURSUANT TO THE COURT'S JULY 11, 2014 ORDER** |
| VIRGINIA SHUBERT, *et al.*, <br> Plaintiffs, <br> v. <br> BARACK OBAMA, *et al.*, <br> Defendants. | No hearing scheduled <br> Oakland Courthouse <br> Courtroom 5, 2nd Floor <br> The Honorable Jeffrey S. White <br><br> **FILED UNDER SEAL** |

Government Defendants' Notice Pursuant to the Court's July 11, 2014 Order, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

Pursuant to the Court's Order entered on July 11, 2014, the Government Defendants hereby notify the Court that the Government has reviewed the transcript from the June 6, 2014 hearing and has determined that there was no disclosure of classified information during that hearing. Accordingly, the Government Defendants do not object to the transcript being filed on the public record. In addition, in light of the Government's determination, the Government Defendants no longer oppose Plaintiffs' request to unseal the filings regarding the Government Defendants' request to conduct a classification review of the transcript.

Dated:  July 28, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/Marcia Berman
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
BRYAN DEARINGER
Trial Attorney
bryan.dearinger@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 7132
Washington, D.C. 20001
Phone: (202) 514-2205
Fax: (202) 616-8470

*Attorneys for the Government Defendants Sued in their Official Capacities*

Government Defendants' Notice Pursuant to the Court's July 11, 2014 Order, *Jewel v. National Security Agency* (4:08-cv-4373-JSW), *Shubert v. Obama* (4:07-cv-693-JSW)

1