| | |
|---|---|
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@kvn.com |
| LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| KURT OPSAHL (SBN 191303) | AUDREY WALTON-HADLOCK (SBN 250574) |
| JAMES S. TYRE (SBN 083117) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| MARK RUMOLD (SBN 279060) | JUSTINA K. SESSIONS (SBN 270914) |
| ANDREW CROCKER (SBN 291596) | PHILIP J. TASSIN (SBN 287787) |
| DAVID GREENE (SBN 160107) | KEKER & VAN NEST, LLP |
| ELECTRONIC FRONTIER FOUNDATION | 633 Battery Street |
| 815 Eddy Street | San Francisco, CA  94111 |
| San Francisco, CA  94109 | Telephone:  415/391-5400; Fax: 415/397-7188 |
| Telephone:  415/436-9333; Fax:  415/436-9993 | |
| | THOMAS E. MOORE III (SBN 115107) |
| RICHARD R. WIEBE (SBN 121156) | tmoore@rroyselaw.com |
| wiebe@pacbell.net | ROYSE LAW FIRM, PC |
| LAW OFFICE OF RICHARD R. WIEBE | 1717 Embarcadero Road |
| One California Street, Suite 900 | Palo Alto, CA 94303 |
| San Francisco, CA 94111 | Telephone: 650/813-9700; Fax: 650/813-9777 |
| Telephone: 415/433-3200; Fax: 415/433-6382 | |
| | ARAM ANTARAMIAN (SBN 239070) |
| | aram@eff.org |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | 1714 Blake Street |
| | Berkeley, CA 94703 |
| | Tel.: 510/289-1626 |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No.: 4:08-cv-4373-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR PARTIAL SUMMARY JUDGMENT MOTION** <br><br> Fed. R. Civ. P. 6(b)(1) & Civil L.R. 6-2 <br><br> Courtroom 5, 2nd Floor <br> The Honorable Jeffrey S. White |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, plaintiffs request and the parties, by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court set the following briefing schedule for the plaintiffs' motion for partial summary judgment (ECF No. 261), filed on July 25, 2014. Because of the significant nature of the issues raised, the parties have agreed, subject to the approval of the Court, to allow each other additional time in excess of the Local Rules, for response and reply. The parties propose the following schedule:

**Government Defendants' Response:** September 19, 2014

**Plaintiffs' Reply:** October 17, 2014.

Plaintiffs have set the hearing date for their motion as October 31, 2014. The Government Defendants object to a hearing date being set at this time, for reasons that will be explained in their response to the motion.

DATE: July 29, 2014                    Respectfully submitted,

        /s/ Cindy Cohn
CINDY COHN
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
DAVID GREENE
MARK RUMOLD
ANDREW CROCKER
ELECTRONIC FRONTIER FOUNDATION

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
ROYSE LAW FIRM, PC

RACHAEL E. MENY
PAULA L. BLIZZARD
MICHAEL S. KWUN
AUDREY WALTON-HADLOCK
BENJAMIN W. BERKOWITZ
PHILIP J. TASSIN
KEKER & VAN NEST LLP

| | |
|---|---|
| | ARAM ANTARAMIAN |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| | |
| | *Counsel for Plaintiffs* |
| Dated:  July 29, 2014 | STUART F. DELERY |
| | Assistant Attorney General |
| | JOSEPH H. HUNT |
| | Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO |
| | Deputy Branch Director |
| | JAMES J. GILLIGAN |
| | Special Litigation Counsel |
| | BRYAN DEARINGER |
| | Trial Attorney |
| | RODNEY PATTON |
| | Trial Attorney |
| | |
| | /s/ Marcia Berman |
| | MARCIA BERMAN |
| | Senior Trial Counsel |
| | U.S. Department of Justice, Civil Division |
| | 20 Massachusetts Avenue, NW, Rm. 7132 |
| | Washington, D.C. 20001 |
| | Phone: (202) 514-2205 |
| | marcia.berman@usdoj.gov |
| | |
| | *Counsel for the Government Defendants* |

\* \* \* \* \* \* \*

### DECLARATION PURSUANT TO LOCAL RULE 5-1

I, Cindy Cohn, hereby declare pursuant to Local Rule 5-1 that I have obtained Defendants' concurrence in the filing of this document from Marcia Berman, Counsel for Defendants.

Executed on July 29, 2014, in San Francisco, California.

/s/ Cindy Cohn
Cindy Cohn

\* \* \* \* \* \* \*

1    PURSUANT TO STIPULATION, it is hereby ORDERED that the briefing schedule on
2    Plaintiffs' Motion for Partial Summary Judgment shall be in accordance with the parties'
3    Stipulation.
4    **IT IS SO ORDERED**.
5
6
7    Dated: _____                    _____
                                                The Hon. Jeffrey S. White
8                                               United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28