| | |
|---|---|
| 1 | |
| 2 | Joshua Koltun (Bar No. 173040)<br>Attorney |
| 3 | joshua@koltunattorney.com<br>One Sansome Street |
| 4 | Suite 3500, No. 500<br>San Francisco, CA 94104 |
| 5 | Telephone: 415.680.3410<br>Facsimile: 866.462.5959 |
| 6 | |
| 7 | Bruce D. Brown (appearing *pro hac vice*) |
| 8 | bbrown@rcfp.org<br>REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS |
| 9 | 1101 Wilson Blvd., Suite 1100<br>Arlington, VA 22209 |
| 10 | Telephone: 703.807.2100<br>Facsimile: 703.807.2109 |
| 11 | |
| 12 | Attorneys for *Amici Curiae*<br>REPORTERS COMMITTEE FOR |
| 13 | FREEDOM OF THE PRESS AND 18<br>OTHER NEWS ORGANIZATIONS |
| 14 | |
| 15 | Additional counsel for *amici* in Appendix A |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| CAROLYN JEWEL, *ET AL.*, | ) | Case No: 08-CV-4373-JSW |
| | ) | |
| Plaintiffs, | ) | **MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 OTHER NEWS ORGANIZATIONS FOR LEAVE TO FILE *CORRECTED* BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | ) | |
| NATIONAL SECURITY AGENCY *ET AL.*, | ) | |
| Defendants. | ) | |
| | ) | Courtroom: 5 – 2nd Floor<br>Hon. Jeffrey S. White |

MOTION FOR LEAVE TO FILE CORRECTED BRIEF *AMICI CURIAE*
CASE NO.  08-cv-4373-JSW

On July 31, 2014, the Reporters Committee for Freedom of the Press and 18 other media organizations respectfully requested this Court's leave to submit an *amici curiae* brief. The (proposed) amici have discovered an error in the table of contents of the brief submitted on that day, and consequently respectfully request this Court's leave to submit the **corrected** *amici curiae* brief attached herewith. There are no changes other than to the table of contents.

Respectfully submitted,

Dated: August 4, 2014                                By:   /s/ Joshua Koltun
                                                                    Joshua Koltun, Attorney

                                                                    Bruce D. Brown, Esq.
                                                                    REPORTERS COMMITTEE FOR
                                                                    FREEDOM OF THE PRESS

                                                                    Attorneys for *Amici Curiae*
                                                                    REPORTERS COMMITTEE FOR
                                                                    FREEDOM OF THE PRESS

**APPENDIX A**

Of counsel for *amici*:
Kevin M. Goldberg
Fletcher, Heald & Hildreth, PLC
1300 N. 17th St., 11th Floor
Arlington, VA 22209
*Counsel for American Society of News Editors*

Rachel Matteo-Boehm
Bryan Cave LLP
560 Mission Street, Suite 2500
San Francisco, CA 94105
*Counsel for Courthouse News Service*

Peter Scheer
First Amendment Coalition
534 Fourth St., Suite B
San Rafael, CA 94901

Lynn Oberlander
General Counsel, Media Operations
First Look Media, Inc.
162 Fifth Avenue
8th Floor
New York, New York 10010

Barbara W. Wall
Vice President/Senior
Associate General Counsel
Gannett Co., Inc.
7950 Jones Branch Drive
McLean, VA 22107

Karole Morgan-Prager
Juan Cornejo
The McClatchy Company
2100 Q Street
Sacramento, CA 95816

David S. Bralow
General Counsel
MediaNews Group
448 Lincoln Highway
Fairless Hills, PA 19030

Charles D. Tobin

2

MOTION FOR LEAVE TO FILE CORRECTED BRIEF *AMICI CURIAE*
CASE NO 08-CV-4373-JSW

| | |
|---|---|
| 1 | Holland & Knight LLP |
| 2 | 800 17th Street, NW<br>Suite 1100 |
| 3 | Washington, DC 20006<br>*Counsel for The National Press Club* |
| 4 | |
| 5 | Mickey H. Osterreicher<br>1100 M&T Center, 3 Fountain Plaza, |
| 6 | Buffalo, NY 14203<br>*Counsel for National Press Photographers Association* |
| 7 | |
| 8 | Greg Lewis<br>Denise Leary |
| 9 | Ashley Messenger<br>National Public Radio, Inc. |
| 10 | 1111 North Capitol St. NE<br>Washington, D.C. 20002 |
| 11 | |
| 12 | Michael Kovaka<br>1299 Pennsylvania Avenue, NW |
| 13 | Suite 700<br>Washington, DC 20004 |
| 14 | *Counsel for Online News Association* |
| 15 | Bruce E. H. Johnson |
| 16 | Davis Wright Tremaine LLP<br>1201 Third Ave., Suite 2200 |
| 17 | Seattle, WA 98101<br>*Counsel for The Seattle Times Co.* |
| 18 | |
| 19 | John B. Kennedy<br>James A. McLaughlin |
| 20 | Kalea S. Clark<br>The Washington Post |
| 21 | 1150 15th Street, N.W.<br>*Washington, D.C. 20071* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |