1   CINDY COHN (SBN 145997)
    cindy@eff.org
2   LEE TIEN (SBN 148216)
    KURT OPSAHL (SBN 191303)
3   JAMES S. TYRE (SBN 083117)
    MARK RUMOLD (SBN 279060)
4   ANDREW CROCKER (SBN 291596)
    DAVID GREENE (SBN 160107)
5   ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
6   San Francisco, CA 94109
    Telephone: 415/436-9333; Fax: 415/436-9993
7
    RICHARD R. WIEBE (SBN 121156)
8   wiebe@pacbell.net
    LAW OFFICE OF RICHARD R. WIEBE
9   One California Street, Suite 900
    San Francisco, CA 94111
10  Telephone: 415/433-3200; Fax: 415/433-6382

11  ILANN M. MAAZEL (*pro hac vice*)
12  MATTHEW D. BRINCKERHOFF (*pro hac vice*)
    EMERY CELLI BRINCKERHOFF & ABADY
13  75 Rockefeller Plaza, 20th Floor
    New York, NY 10019
14  *Counsel for Shubert and Jewel Plaintiffs*

    RACHAEL E. MENY (SBN 178514)
    rmeny@kvn.com
    BENJAMIN W. BERKOWITZ (SBN 244441)
    MICHAEL S. KWUN (SBN 198945)
    AUDREY WALTON-HADLOCK (SBN 250574)
    JUSTINA K. SESSIONS (SBN 270914)
    PHILIP J. TASSIN (SBN 287787)
    KEKER & VAN NEST, LLP
    633 Battery Street
    San Francisco, CA 94111
    Telephone: 415/391-5400/Fax: 415/397-7188

    THOMAS E. MOORE III (SBN 115107)
    tmoore@rroyselaw.com
    ROYSE LAW FIRM, PC
    1717 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: 650/813-9700; Fax: 650/813-9777

    ARAM ANTARAMIAN (SBN 239070)
    aram@eff.org
    LAW OFFICE OF ARAM ANTARAMIAN
    1714 Blake Street
    Berkeley, CA 94703
    Tel.: 510/289-1626

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>　　　　　Defendants. | Case No.: 4:08-cv-04373-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL<br><br>FILED UNDER SEAL PURSUANT TO ORDER OF JUNE 13, 2014 |
| VIRGINIA SHUBERT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BARACK OBAMA, President of the United States, et al.,<br><br>　　　　　Defendants. | Case No. 4:07-cv-00693-JSW<br><br>Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |

Case Nos. 08-cv-4373-JSW
and 07-cv-693-JSW

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL

## ORDER

Having considered the pleadings in this matter, and good cause appearing, Plaintiffs' Administrative Motion to Unseal this Court's Order of June 12, 2014 and all related briefing on that subject is GRANTED. The Clerk of the Court is directed to unseal the following docket entries: In *Jewel v. NSA*, ECF Nos. 248, 249, 250, 251, 252, 257, and 266; and in *Shubert v. Obama*, ECF Nos. 130, 131, 132, 133, 136, 138 and 141.

**IT IS SO ORDERED.**

Dated: AUG 0 5 2014

Hon. Jeffrey S. White
United States District Court Judge

Case Nos. 08-cv-4373-JSW and 07-cv-693-JSW

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL