| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>MARK RUMOLD (SBN 279060)<br>ANDREW CROCKER (SBN 291596)<br>DAVID GREENE (SBN 160107)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: 415/436-9333; Fax: 415/436-9993<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: 415/433-3200; Fax: 415/433-6382<br><br>ILANN M. MAAZEL (*pro hac vice*)<br>MATTHEW D. BRINCKERHOFF (*pro hac vice*)<br>EMERY CELLI BRINCKERHOFF & ABADY<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019<br>*Counsel for Shubert and Jewel Plaintiffs* | RACHAEL E. MENY (SBN 178514)<br>rmeny@kvn.com<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>MICHAEL S. KWUN (SBN 198945)<br>AUDREY WALTON-HADLOCK (SBN 250574)<br>JUSTINA K. SESSIONS (SBN 270914)<br>PHILIP J. TASSIN (SBN 287787)<br>KEKER & VAN NEST, LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: 415/391-5400/Fax: 415/397-7188<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC<br>1717 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650/813-9700; Fax: 650/813-9777<br><br>ARAM ANTARAMIAN (SBN 239070)<br>aram@eff.org<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Tel.: 510/289-1626 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>  Defendants. | Case No.: 4:08-cv-04373-JSW<br><br>[~~PROPOSED~~] **CORRECTED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL** |
| VIRGINIA SHUBERT, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BARACK OBAMA, President of the United States, *et al.*,<br><br>  Defendants. | Case No. 4:07-cv-00693-JSW<br><br>Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |

Case Nos. 08-cv-4373-JSW
and 07-cv-693-JSW
[~~PROPOSED~~] CORRECTED ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL

Plaintiffs submitted a proposed order on their administrative motion to unseal on July 30, 2014, after defendants indicated that they did not oppose plaintiffs' motion. The proposed order submitted by plaintiffs, which was signed by the court on August 5, 2014, inadvertently omitted ECF No. 255 from the *Jewel v. NSA* case. This corrected proposed order is submitted to remedy that error.

**ORDER**

Having considered the pleadings in this matter, and good cause appearing, Plaintiffs' Administrative Motion to Unseal this Court's Order of June 12, 2014 and all related briefing on that subject is GRANTED. The Clerk of the Court is directed to unseal the following docket entries: In *Jewel v. NSA*, ECF Nos. 248, 249, 250, 251, 252, **255,** 257, and 266; and in *Shubert v. Obama*, ECF Nos. 130, 131, 132, 133, 136, 138 and 141.

**IT IS SO ORDERED.**

Dated: August 11, 2014

_____
Hon. Jeffrey S. White
United States District Court Judge

Case Nos. 08-cv-4373-JSW and 07-cv-693-JSW

-1-

[PROPOSED] CORRECTED ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO UNSEAL