JOYCE R. BRANDA
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 616-8480; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 4:08-cv-04373-JSW |
| Plaintiffs, | |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | ~~PROPOSED~~ ORDER |
| Defendants. | |

Upon consideration of the Government Defendants' Unopposed Administrative Motion to Extend the Time for their Response to Plaintiffs' Motion for Partial Summary Judgment until 11 a.m. on Monday, September 29, to Allow for Religious Observance, it is hereby ORDERED that the Government Defendants' motion is granted. The Government Defendants' response to

1  Plaintiffs' motion for partial summary judgment (ECF No. 261) is due on or before 11 a.m. PDT,
2  on Monday, September 29, 2014.

4  **IT IS SO ORDERED.**

6  Dated: September 24, 2014

7  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE