# EXHIBIT E

```
 1  JOYCE R. BRANDA
    Acting Assistant Attorney General
 2  JOSEPH H. HUNT
    Director, Federal Programs Branch
 3  ANTHONY J. COPPOLINO
    Deputy Branch Director
 4  JAMES J. GILLIGAN
    Special Litigation Counsel
 5  MARCIA BERMAN
    Senior Trial Counsel
 6  RODNEY PATTON
    JULIA BERMAN
 7  Trial Attorneys
    U.S. Department of Justice
 8  Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, NW
 9  Washington, D.C. 20001
    Phone: (202) 514-2205
10  Fax: (202) 616-8470
    Attorneys for the United States and Government
11  Defendants Sued in their Official Capacities
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, et al., | Case No. 4:08-cv-4373-JSW |
| Plaintiffs, | **PUBLIC DECLARATION OF JAMES R. CLAPPER, DIRECTOR OF NATIONAL INTELLIGENCE** |
| v. | |
| NATIONAL SECURITY AGENCY, et al., | Hearing: October 31, 2014 |
| Defendants. | The Honorable Jeffrey S. White |

1.  (U) I am the Director of National Intelligence ("DNI") of the United States, a position I have held since August 9, 2010. In my capacity as the DNI, I oversee the U.S. Intelligence Community and serve as the principal intelligence advisor to the President. I submit this declaration to confirm that the classified facts set forth in the Classified Declaration of Miriam P., National Security Agency ("Classified Miriam P. Declaration") (submitted *ex* parte, *in* camera, concurrent with the filing of this declaration), fall within the scope of my assertion of the state secrets privilege already made in this case. The statements made herein are based on my personal knowledge and on information made available to me as the DNI.

Public Declaration of James R. Clapper, Director of National Intelligence, *Jewel. v. NSA* (No. 4:08-cv-4873-JSW)   1

2. (U) I have reviewed the Classified Miriam P. Declaration, which advises the Court of particular operational details of the NSA's "Upstream" collection of communications under Section 702 of the Foreign Intelligence Surveillance Act that are implicated by Plaintiffs' Motion for Partial Summary Judgment (ECF No. 261). I agree with Ms. Miriam P. that, although the Government has publicly released some information about NSA's Upstream collection, the operational details discussed in the Classified Miriam P. Declaration have not been officially disclosed and remain classified.

3. (U) I further agree that the operational details set forth in her declaration fall within my assertion of the state secrets privilege in this case first made in September 2012 and reaffirmed in large part in December 2013. *See* Public Declaration of James R. Clapper, DNI (Sept. 11, 2012) (ECF No. 104) ¶¶ 10.C; Public Declaration of James R. Clapper, DNI (Dec. 20, 2013) (ECF No. 168) ¶¶ 19.C.1.b. These details, if disclosed, would provide our Nation's adversaries, including foreign terrorist organizations, with unparalleled insight into exactly how the Upstream process works, and permit sophisticated adversaries to further refine and advance their capabilities to avoid US government surveillance activities. This is not an academic concern. The Intelligence Community has seen terrorist groups and other foreign intelligence targets adopt or alter their security practices in direct response to public discussions, whether accurate or inaccurate, of the sources and methods U.S. intelligence agencies use to execute their assigned foreign intelligence responsibilities. Therefore, disclosure of specific information regarding Upstream 702 collection, whether for purposes of addressing the allegations in Plaintiffs' partial motion for summary judgment, for litigating the remainder of plaintiff's claims, or for any other purpose, could reasonably be expected to cause exceptionally grave damage to national security.

(U) I declare under penalty of perjury that the foregoing is true and correct.

DATE: September 29, 2014

*[signature]*
JAMES R. CLAPPER
Director of National Intelligence