JOYCE R. BRANDA
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
JULIA BERMAN
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-3358; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacity*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-04373-JSW <br><br> **GOVERNMENT DEFENDANTS' NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: December 5, 2014 <br> Time: 9:00 a.m. <br> Courtroom 5, Second Floor <br> Hon. Jeffrey White |

PLEASE TAKE NOTICE that, on December 5, 2014, at 9:00 a.m., before Judge Jeffrey S. White, the Government Defendants sued in their official capacity in this action will cross-move for partial summary judgment against the Plaintiffs with respect to the Fourth Amendment claim asserted in the Plaintiffs' motion for partial summary judgment, ECF No. 261. The grounds for this motion are as follows:

1.    Plaintiffs have not established their standing, and cannot do so without the risk of grave

damage to national security.

2.     Plaintiffs' claims that a Fourth Amendment seizure and search of their communications occurs as part of Section 702 collection fails as a matter of fact and law, and cannot be litigated without disclosing state secrets.

3.     The seizure and search alleged by Plaintiffs fall within the Fourth Amendment's "special needs" doctrine and are reasonable under the totality of the circumstances.

The grounds for this motion are set forth further in the accompanying Memorandum of Points and Authorities.  Classified materials supporting the Government Defendants' cross-motion, consisting of a classified supplement and the Classified Declaration of Miriam P, NSA, have been lodged with court information security officers and are available upon request solely for the Court's *in camera, ex parte* review.

Dated:  September 29, 2014          Respectfully Submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-3358
Fax: (202) 616-8470

Government Defendants' Notice of Cross-Motion for Partial Summary Judgment, *Jewel v. National Security Agency* (4:08-cv-4373-JSW)

*Attorneys for the Government Defendants
Sued in their Official Capacities*

Government Defendants' Notice of Cross-Motion for Partial Summary Judgment, *Jewel v. National Security Agency* (4:08-cv-4373-JSW)