| | | |
|---|---|---|
| 1 | CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| 2 | cindy@eff.org | rmeny@kvn.com |
|   | LEE TIEN (SBN 148216) | MICHAEL S. KWUN (SBN 198945) |
| 3 | KURT OPSAHL (SBN 191303) | AUDREY WALTON-HADLOCK (SBN 250574) |
|   | JAMES S. TYRE (SBN 083117) | BENJAMIN W. BERKOWITZ (SBN 244441) |
| 4 | MARK RUMOLD (SBN 279060) | JUSTINA K. SESSIONS (SBN 270914) |
|   | ANDREW CROCKER (SBN 291596) | PHILIP J. TASSIN (SBN 287787) |
| 5 | DAVID GREENE (SBN 160107) | KEKER & VAN NEST, LLP |
|   | ELECTRONIC FRONTIER FOUNDATION | 633 Battery Street |
| 6 | 815 Eddy Street | San Francisco, CA  94111 |
| 7 | San Francisco, CA  94109 | Telephone:  415/391-5400; Fax: 415/397-7188 |
|   | Telephone:  415/436-9333; Fax:  415/436-9993 | |
| 8 | | THOMAS E. MOORE III (SBN 115107) |
|   | RICHARD R. WIEBE (SBN 121156) | tmoore@rroyselaw.com |
| 9 | wiebe@pacbell.net | ROYSE LAW FIRM, PC |
|   | LAW OFFICE OF RICHARD R. WIEBE | 1717 Embarcadero Road |
| 10 | One California Street, Suite 900 | Palo Alto, CA 94303 |
| 11 | San Francisco, CA 94111 | Telephone: 650/813-9700; Fax: 650/813-9777 |
|   | Telephone: 415/433-3200; Fax: 415/433-6382 | |
| 12 | | ARAM ANTARAMIAN (SBN 239070) |
|   | | aram@eff.org |
| 13 | | LAW OFFICE OF ARAM ANTARAMIAN |
|   | | 1714 Blake Street |
| 14 | | Berkeley, CA 94703 |
| 15 | | Tel.: 510/289-1626 |
|   | *Counsel for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Case No.: 4:08-cv-4373-JSW |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE REPLY ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO CROSS MOTION** |
| v. | ) ) | |
| NATIONAL SECURITY AGENCY, *et al*., | ) ) | Courtroom 5, 2nd Floor |
| Defendants. | ) | The Honorable Jeffrey S. White |

Case No. 08-cv-4373-JSW
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME

865656.01

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Administrative Motion to Extend Time to File Reply on Motion for Partial Summary Judgment and Opposition to Cross Motion, and Defendants' response thereto, and good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiffs' motion is **GRANTED**. Plaintiffs' time to file a combined Opposition to Defendants' Cross-Motion for Partial Summary Judgment and Reply in Support of Plaintiffs' Motion for Partial Summary Judgment is extended by ~~two~~ one weeks from October 17 to ~~October 31~~ October 24, 2014. Defendants' time to file a reply in support of their cross-motion is extended from October 31 to November ~~14~~ 7, 2014. The hearing date ~~remains~~ shall be December ~~12~~ 19, 2014 at 9:00 a.m. There shall be no further changes to the briefing or hearing schedule, absent extraordinary circumstance or further court order.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE