UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al*.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL SECURITY AGENCY, *et al*.,<br><br>　　　　Defendants. | Case No: 08-CV-4373-JSW<br><br>**[PROPOSED] ORDER GRANTING REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 18 OTHER NEWS ORGANIZATIONS' MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>No Hearing Date Requested<br>Hon. Jeffrey S. White<br>Courtroom 5 – 2nd Floor |

1    Having given full consideration to the parties' papers and good cause appearing, it is

2    **HEREBY ORDERED**:

3    Reporters Committee for Freedom of the Press and 18 other news organizations' motion for

4    leave to file corrected *amici* brief in support of plaintiffs' motion for partial summary judgment is granted.

6    **IT IS SO ORDERED.**

7    DATED: December 9, 2014

8    _____
     HONORABLE JEFFREY S. WHITE
     UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING REPORTERS COMMITTEE FOR FREEDOM OF THE
PRESS' MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 08-CV-4373-JSW