JOYCE R. BRANDA
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 305-7919; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | Case No. 4:08-cv-4373-JSW<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of the Government Defendants, sued in their official capacities:

           RODNEY PATTON
           Trial Attorney
           U.S. Department of Justice
           Civil Division

Notice of Appearance, *Jewel v. National Security Agency* (4:08-cv-4373-JSW)

Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7320
Washington, D.C. 20530
Tel: (202) 305-7919
Fax: (202) 616-8470
Email: rodney.patton@usdoj.gov

Dated:  December 17, 2014            Respectfully Submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ Rodney Patton
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
Trial Attorney
julia.berman@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 7320
Washington, D.C. 20530
Phone: (202) 305-7919
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

Notice of Appearance, *Jewel v. National Security Agency* (4:08-cv-4373-JSW)