JOYCE R. BRANDA
Acting Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov
MARCIA BERMAN
Senior Trial Counsel
marcia.berman@usdoj.gov
RODNEY PATTON
Trial Attorney
rodney.patton@usdoj.gov
JULIA BERMAN
julia.berman@usdoj.gov
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 305-7919; Fax: (202) 616-8470
*Attorneys for the Government Defs. in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>           Plaintiffs,<br><br>           v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>           Defendants. | Case No. 4:08-cv-4373-JSW<br><br>**NOTICE OF LODGING OF CLASSIFIED DECLARATION OF MIRIAM P. FOR *EX PARTE*, *IN CAMERA* REVIEW**<br><br>No hearing scheduled<br>Courtroom 5, 2nd Floor<br>The Honorable Jeffrey S. White |

The Government Defendants hereby provide notice that the classified declaration of Miriam P., the Deputy Chief of Staff for Signals Intelligence Policy and Corporate Issues, Signals Intelligence Directorate, National Security Agency, has been lodged with the United States Department of Justice Litigation Security Group for secure storage. This classified declaration, which can be made available to the Court by a Classified Information Security Officer for its *ex parte*, *in camera* review, provides the Court with Miriam P.'s full name, and

1  confirms her identity as the declarant who executed the three prior classified declarations by
2  Miriam P. in this case, as the Court ordered on December 19, 2014, during the hearing on the
3  parties' cross-motions for partial summary judgment on Plaintiffs' Fourth Amendment claim.

Dated:  December 23, 2014                    Respectfully Submitted,

                                             JOYCE R. BRANDA
                                             Acting Assistant Attorney General

                                             JOSEPH H. HUNT
                                             Director, Federal Programs Branch

                                             ANTHONY J. COPPOLINO
                                             Deputy Branch Director


                                              /s/ Rodney Patton
                                             JAMES J. GILLIGAN
                                             Special Litigation Counsel
                                             james.gilligan@usdoj.gov
                                             MARCIA BERMAN
                                             Senior Trial Counsel
                                             marcia.berman@usdoj.gov
                                             RODNEY PATTON
                                             Trial Attorney
                                             rodney.patton@usdoj.gov
                                             JULIA BERMAN
                                             Trial Attorney
                                             julia.berman@usdoj.gov
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Avenue, N.W.
                                             Washington, D.C. 20530
                                             Phone: (202) 305-7919
                                             Fax: (202) 616-8470

                                             *Attorneys for the Government Defendants*
                                             *Sued in their Official Capacities*

Notice of Lodging of Classified Declaration of Miriam P. for *Ex Parte*, *In Camera* Review, *Jewel v. National Security Agency* (4:08-cv-4373-JSW)