**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW

VIRGINIA SHUBERT, ET AL.,

    Plaintiffs,

v.

BARACK OBAMA, ET AL.,

    Defendants.

No. C 07-00693 JSW

**ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT ON FOURTH AMENDMENT CLAIM**

Pursuant to Federal Rule Civil Procedure 54(b) and to its Order dated February 10, 2014 granting the motion for summary judgment filed by defendants National Security Agency, United States Department of Justice, Barack H. Obama, Michael S. Rogers, Eric H. Holder, Jr., and James R. Clapper, Jr. (in their official capacities) (collectively, "Government Defendants"), the Court HEREBY ENTERS judgment in favor of each of these Government Defendants and against Plaintiffs Carolyn Jewel, Erik Knutzen, and Joice Walton on their claim that the copying and searching of their Internet communications is conducted without a warrant or any individualized suspicion and, accordingly, violates the Fourth Amendment.

The Court finds that its adjudication of this claim is a final determination and that no just reason exists for delay in entering final judgment on this claim. Accordingly, the Clerk is HEREBY ORDERED to enter partial judgment dismissing the claim that Government Defendants are violating the Fourth Amendment rights of Plaintiffs by copying and searching the contents of Plaintiffs' Internet communications.

**IT IS SO ORDERED.**

Dated: May 20, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE