**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

  v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW

---

VIRGINIA SHUBERT, ET AL.,

    Plaintiffs,

  v.

BARACK OBAMA, ET AL.,

    Defendants.

No. C 07-00693 JSW

**JUDGMENT ON FOURTH AMENDMENT CLAIM**

/

    Pursuant to the Court's Order dated May 20, 2015 granting the motion filed by Plaintiffs Carolyn Jewel, Erik Knutzen, and Joice Walton (collectively, "Plaintiffs") for partial judgment pursuant to Federal Rule Civil Procedure 54(b) on their claim that the copying and searching of their Internet communications violates the Fourth Amendment, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants National Security Agency, United States Department of Justice, Barack H. Obama, Michael S. Rogers, Eric H. Holder, Jr., and

//

//

James R. Clapper, Jr. (in their official capacities) and against Plaintiffs on that claim.

**IT IS SO ORDERED.**

Dated: May 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE