BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel
james.gilligan@usdoj.gov

RODNEY PATTON
JULIA A. BERMAN
CAROLINE J. ANDERSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-3358
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br>　　　　　　Defendants. | Case No. 3:08-cv-04373-JSW <br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION TO DISSOLVE DISCOVERY STAY RE:  COUNTS 9, 12, & 15** <br> AS MODIFIED HEREIN <br> Courtroom 5, Second Floor <br> Judge Jeffrey S. White |

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1) & Civil L.R. 6-2, the Government Defendants request, and the parties, through their undersigned counsel, hereby stipulate to and respectfully request the Court (1) to extend by one week the deadline for the Government Defendants' response to Plaintiffs' Motion To Dissolve the Discovery Stay Re:  Counts 9, 12, & 15 (Dkt. No. 334), and (2) to re-schedule the hearing on Plaintiffs' motion from February 5 to February 12, 2016.

1    Plaintiffs filed their motion to lift the discovery stay on January 1, 2016, and noticed a hearing on their motion for February 5, 2016.  Pursuant to Civil L.R. 7-3(a), the Government Defendants' response to Plaintiffs' motion is currently due to be filed on January 15, 2016.  The Government Defendants seek an extension of that deadline due to multiple pre-existing filing deadlines in other matters, all occurring during the first two weeks of January.  The press of business in these other matters has made it impracticable for counsel to prepare the Government Defendants' response to Plaintiffs' motion by January 15.  The Government Defendants therefore seek a one-week extension of that deadline to January 22, 2016.[1]

The Government Defendants also seek an equivalent one-week postponement of the hearing on Plaintiffs' motion, due to the unavailability on February 5 of their lead counsel, James Gilligan.  Mr. Gilligan's son, who recently enlisted in the United States Marine Corps, will return home from boot camp for a short leave beginning January 29, 2016, and must report again for duty on February 8.  Mr. Gilligan does not wish to be away for a two-day trip to the west coast during his son's brief stay.

There have been no prior requests to alter the briefing or hearing schedule on Plaintiffs' motion to lift the discovery stay.  The changes requested herein should not impact the overall schedule of this case.

Dated:  January 13, 2016

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

By:   _/s/ James J. Gilligan_
JAMES J. GILLIGAN
Special Litigation Counsel

---

[1] The extension of the deadline for the Government Defendants' opposition will correspondingly extend the deadline for Plaintiffs to file their reply from January 22 to January 29, 2016.  *See* Civil L.R. 7-3(c).

Stipulation and [Proposed] Order to Modify Briefing Schedule and Hearing Date on Plaintiffs' Motion to Dissolve Discovery Stay, *Jewel v. National Security Agency* (08-cv-4373-JSW)

```
 1                                          RODNEY PATTON
                                            JULIA A. BERMAN
 2                                          CAROLINE J. ANDERSON
                                            Trial Attorneys
 3                                          U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
 4                                          20 Massachusetts Avenue, N.W., Room 6102
                                            Washington, D.C.  20001
 5                                          Phone: (202) 514-3358
                                            Fax: (202) 616-8470
 6                                          james.gilligan@usdoj.gov

 7                                          Attorneys for the Government Defendants
                                            Sued in their Official Capacities
 8

 9                                          By:  /s/ Richard R. Wiebe
                                            JAMES S. TYRE
10                                          CINDY COHN
                                            LEE TIEN
11                                          KURT OPSAHL
                                            JAMES S. TYRE
12                                          MARK RUMOLD
                                            ANDREW CROCKER
13                                          JAMIE L. WILLIAMS
                                            ELECTRONIC FRONTIER FOUNDATION
14                                          454 Shotwell Street
                                            San Francisco, CA  94110
15                                          Telephone:  (415) 436-9333
                                            Fax:  (415) 436-9993
16
                                            RICHARD R. WIEBE (SBN 121156)
17                                          LAW OFFICE OF RICHARD R. WIEBE
                                            One California Street, Suite 900
18                                          San Francisco, CA 94111
                                            Telephone:  (415) 433-3200
19                                          Fax:  (415) 433-6382
                                            wiebe@pacbell.net
20
                                            THOMAS E. MOORE III
21                                          ROYSE LAW FIRM, PC
                                            RACHAEL E. MENY
22                                          MICHAEL S. KWUN
                                            BENJAMIN W. BERKOWITZ
23                                          AUDREY WALTON-HADLOCK
                                            JUSTINA K. SESSIONS
24                                          PHILIP J. TASSIN
                                            KEKER & VAN NEST LLP
25                                          ARAM ANTARAMIAN
                                            LAW OFFICE OF ARAM ANTARAMIAN
26
                                            Attorneys for Plaintiffs
27

28
```

Stipulation and [Proposed] Order to Modify Briefing Schedule and Hearing Date on Plaintiffs' Motion to Dissolve Discovery Stay, *Jewel v. National Security Agency* (08-cv-4373-JSW)

3

**DECLARATION PURSUANT TO CIVIL L.R. 5-1 AND 6-2**

I, James J. Gilligan, hereby declare (1) pursuant to Civil L.R. 5-1, that I have obtained Plaintiffs' concurrence in the filing of this document from Richard R. Wiebe, counsel for Plaintiffs, and (2) pursuant to Civil L.R. 6-2, that the reasons given above for the enlargements of time requested herein are true and correct.

Executed on January 13, 2016, in Washington, D.C.

 */s/ James J. Gilligan*
JAMES J. GILLIGAN

\* \* \* \* \*

The Court grants the stipulation, as modified herein:

~~PURSUANT TO STIPULATION~~, it is ORDERED that (1) the deadline to file the Government Defendants' response to Plaintiffs' Motion To Dissolve the Discovery Stay Re: Counts 9, 12, & 15 (Dkt. No. 334) is extended from January 15 to January 22, 2016, the reply is due on January 29, 2016, and (2) the hearing on Plaintiffs' motion is rescheduled from February 5 to ~~February 12, 2016.~~ February 26, 2016.

**IT IS SO ORDERED.**

Dated: January 14, 2016

_____
The Hon. Jeffrey S. White
United States District Judge

Stipulation and [Proposed] Order to Modify Briefing Schedule and Hearing Date on Plaintiffs' Motion to Dissolve Discovery Stay, *Jewel v. National Security Agency* (08-cv-4373-JSW)

4