CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
AUDREY WALTON-HADLOCK (SBN 250574)
JUSTINA K. SESSIONS (SBN 270914)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Fax:   (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA  94025
Telephone:  (650) 813-9700
Fax:  (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**JOINT REQUEST FOR A CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

**I.     Introduction**

Pursuant to N.D. Cal. Local Rule 16-10(c), plaintiffs and the Government Defendants hereby request that the Court schedule a case management conference, for consideration of a proposed case management order prepared by the parties in accordance with Local Rules 16-9 and 16-10(d).  A case management conference, followed by adoption of a case management order, will establish a framework that ensures the case continues moving forward.[1]

**II.    Status Of The Case**

Plaintiffs filed their complaint on September 18, 2008.  Pursuant to the Court's instruction, *see* ECF Nos. 153, 156, the parties submitted a case management statement and proposed order on September 20, 2013, ECF No. 159, and the Court held a case management conference on September 27, 2013.  *See* ECF Nos. 160, 161.  The Court did not enter a case management order at that time.

Plaintiffs served discovery requests on the Government Defendants on June 17, 2016.  The Government Defendants served their objections and responses to plaintiffs' discovery on September 1, 2016.

In accordance with the Court's Civil Standing Order, ¶ 8, the parties filed a joint letter brief on December 19, 2016, in which they set forth their respective positions on the disputed discovery issues.  ECF No. 341.

The Government Defendants filed their answer to the complaint on February 6, 2017.  ECF No. 343.

To date, no case management order under Federal Rule of Civil Procedure 16(b) has been entered in the case.

**III.   A Case Management Conference, and Entry of a Case Management Order, Will Advance The Progress Of The Litigation**

The utility of regular case management conferences for insuring the timely progress of litigation is well recognized, as reflected in the express provisions of Local Rule 16(c) (providing

---

[1] Counsel for the individual defendants, James Whitman, has been informed of this request and states that the individual defendants do not oppose it.

for "subsequent case management conferences" following the initial conference).  Holding a case management conference for the purpose of considering an updated case management statement and proposed order submitted by the parties will permit the Court and the parties to set a schedule in accordance with Federal Rule of Civil Procedure Rule 16(b).  It will also allow the Court and parties to address the other issues identified in the Northern District's Standing Order on Joint Case Management Statements, and, through adoption of a case management order, to set the case on a path towards final and timely resolution.  *See* Order Granting Motion to Lift Stay of Discovery, ECF No. 340, at 2 (noting the "explicit admonition from the Ninth Circuit Court of Appeals to advance this matter").

Subject to the Court's availability, the parties respectfully suggest the following dates for a further case management conference:  April 21, April 28, May 5, or May 19, 2017.  Pursuant to Local Rule 16-10(d), once a further case management conference is scheduled, the parties will meet and confer and will prepare and file a joint case management statement and proposed order seven days before the date of the case management conference.

DATE:  March 15, 2017                                       Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**                    **COUNSEL FOR THE GOVERNMENT DEFENDANTS:**

*s/ Richard R. Wiebe*                                             *s/ James J. Gilligan*
   Richard R. Wiebe                                                    James J. Gilligan

| | |
|---|---|
| Cindy Cohn (SBN 145997)<br>cindy@eff.org<br>David Greene (SBN 160107)<br>Lee Tien (SBN 148216)<br>Kurt Opsahl (SBN 191303)<br>Mark Rumold (SBN 279060)<br>Andrew Crocker (SBN 291596)<br>Jamie L. Williams (SBN 279046)<br>James S. Tyre (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA  94109<br>Telephone:  (415) 436-9333<br>Fax:  (415) 436-9993<br><br>Richard R. Wiebe (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>44 Montgomery Street, Suite 650<br>San Francisco, CA  94104<br>Telephone:  (415) 433-3200<br>Fax:  (415) 433-6382<br><br>Rachael E. Meny (SBN 178514)<br>rmeny@keker.com<br>Michael S. Kwun (SBN 198945)<br>Benjamin W. Berkowitz (SBN 244441)<br>Audrey Walton-Hadlock (SBN 250574)<br>Justina K. Sessions (SBN 270914)<br>Philip J. Tassin (SBN 287787)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, CA  94111<br>Telephone:  (415) 391-5400<br>Fax:   (415) 397-7188<br><br>Thomas E. Moore III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC<br>149 Commonwealth Drive, Suite 1001<br>Menlo Park, CA  94025<br>Telephone:  (650) 813-9700<br>Fax:  (650) 813-9777<br><br>Aram Antaramian (SBN 239070)<br>antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone:  (510) 289-1626 | Chad A. Readler<br>Acting Assistant Attorney General<br><br>Anthony J. Coppolino<br>Deputy Branch Director<br><br>James J. Gilligan<br>Special Litigation Counsel<br><br>Rodney Patton<br>Senior Counsel<br><br>Julia A. Berman<br>Timothy A. Johnson<br>Caroline J. Anderson<br>Trial Attorneys<br><br>U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION<br>20 Massachusetts Avenue, N.W.,<br>Room 6102<br>Washington, D.C. 20001<br>Telephone: (202) 514-3358<br>Fax: (202) 616-8470<br>james.gilligan@usdoj.gov |

**CIVIL L.R. 5-1 CERTIFICATION**

I attest that I have obtained the concurrence of James Gilligan (counsel for the Government Defendants) in the filing of this document.

*/s/ Richard R. Wiebe*

RICHARD R. WIEBE