UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: May 19, 2017                              Time in Court: 1 hour 54 minutes

JUDGE: JEFFREY S. WHITE                         Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-08-4373  JSW
TITLE: Carolyn Jewel, et al., v. National Security Agency, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Richard Wiebe | James Gilligan |
| Cindy Cohn | Rodney Patton |
| Philip Tassin | Caroline Anderson |
| Thomas Moore | |

PROCEEDINGS:   Further Case Management Conference

RESULTS:   Further Case Management Conference held.

By 6-2-17: Government counsel to inform the Court if, hypothetically, a career law clerk was granted security clearance, would she be able to view all documents, including those already produced in classified submissions.

The Court set the following schedule re Staged Discovery:

- 6-19-17:  Plaintiffs to serve narrowed discovery requests on standing.
- 7-10-17:  Parties shall meet and confer to agree to further limit requests based on Rule 26 with an eye toward significantly narrowing requests.
- 8-9-17:   Defendants' responses due (presumably in public record). All questions need some sort of response - including whether some responses would be classified.

The remainder of discovery responses in dispute to be submitted ex parte and in camera, including but not limited to orally ordered scope of production on Defendants to marshal all evidence pertaining to statutory discovery issues.

Briefing and hearing on omnibus motions shall be set in the Order on Discovery.