[Counsel listed on following page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' EVIDENCE PRESERVATION 2017 UPDATE BRIEF REPLY**<br><br>No hearing scheduled<br><br>Courtroom 5, Second Floor<br>The Honorable Jeffrey S. White |

CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
MICHAEL S. KWUN (SBN 198945)
BENJAMIN W. BERKOWITZ (SBN 244441)
JUSTINA K. SESSIONS (SBN 270914)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Fax:   (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA  94025
Telephone:  (650) 813-9700
Fax:  (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

*Counsel for Plaintiffs*

1. Pursuant to Civil L.R. 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request the Court to extend by one business day the deadline for the Plaintiffs' response submission regarding evidence preservation.

## RECITALS

2. On June 12, 2017 this Court approved a briefing schedule different from the one originally ordered by the Court, adjusted to provide for staggered, rather than simultaneous briefing, with a two business day extension for the due date of the Government defendants' opening brief.

3. The parties have conferred regarding this matter, and, with the exception of the Plaintiffs' response submission, the modification proposed by the parties would not otherwise affect the schedule for this case.

4. The parties stipulate that the Plaintiffs' response submission due date be extended by one business day, to account for Plaintiffs' counsel EFF's office closure on July 3, 2017, due to the federal holiday.

## STIPULATION

Pursuant to Local Rule 6-2 the parties hereby respectfully request that the briefing schedule be adjusted with a one business day extension for the due date of the Plaintiffs' response submission. Specifically, the parties stipulate that the Plaintiffs' response submission will be due July 5, 2017.

DATE: June 30, 2017

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

By: /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Counsel

Respectfully submitted,

 *s/ Cindy Cohn*

CINDY COHN
DAVID GREENE
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
MARK RUMOLD
ANDREW CROCKER
JAMIE L. WILLIAMS
ELECTRONIC FRONTIER FOUNDATION

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

| | |
|---|---|
| JULIA A. BERMAN<br>TIMOTHY A. JOHNSON<br>CAROLINE J. ANDERSON<br>Trial Attorneys<br><br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Room 7320<br>Washington, D.C. 20001<br>E-mail: james.gilligan@usdoj.gov<br>Phone:  (202) 514-3358<br>Fax:      (202) 616-8470<br><br>*Attorneys for the Government Defendants Sued in their Official Capacities* | THOMAS E. MOORE III<br>ROYSE LAW FIRM, PC<br><br>RACHAEL E. MENY<br>MICHAEL S. KWUN<br>BENJAMIN W. BERKOWITZ<br>PHILIP J. TASSIN<br>KEKER & VAN NEST LLP<br><br>ARAM ANTARAMIAN<br>LAW OFFICE OF ARAM ANTARAMIAN<br><br>*Attorneys for Plaintiffs* |

# DECLARATION PURSUANT TO CIVIL L.R. 5-1 AND 6-2

I, Cindy Cohn, hereby declare pursuant to Local Rule 5-1 that I have obtained Defendants' concurrence in the filing of this document from James J. Gilligan, counsel for the Government Defendants, and (2) pursuant to Civil L.R. 6-2, that the reasons given above for the enlargement of time requested herein are true and correct.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 30, 2017, in San Francisco, California.

By:  */s/ Cindy Cohn*
       CINDY COHN

*Counsel for Plaintiffs*

\*     \*     \*     \*     \*     \*     \*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that (1) the deadline to file the Plaintiffs' response regarding Evidence Preservation is extended from July 3 to July 5, 2017.

Date: June 30, 2017

_____
The Hon. Jeffrey S. White
United States District Judge