CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
MICHAEL S. KWUN (SBN 198945)
mkwun@keker.com
BENJAMIN BERKOWITZ (SBN 244441)
bberkowitz@keker.com
PHILIP J. TASSIN (SBN 287787)
ptassin@keker.com
633 Battery Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM
149 Commonweath Drive, Suite 1001
Menlo Park, CA  94025
Telephone:  (650) 813-9700
Facsimile:  (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
Antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA  94703
Telephone:  (510) 289-1626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>             Defendants. | Case No. 08-cv-04373-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING AN EXTENSION OF TIME**<br><br>Judge:     Hon. Jeffrey S. White<br><br>Date Filed: September 18, 2008<br><br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rule 6-2, Plaintiffs request and the parties hereby stipulate that Plaintiffs' deadline to respond to the Government Defendants'[1] Administrative Motion for a Second Extension of Time to Respond to Plaintiffs' Discovery Requests on Standing, ECF No. 379, be extended from October 10, 2017 to October 12, 2017.

## RECITALS

1. At the May 19, 2017 case management conference, the Court ordered the Government Defendants to respond to Plaintiffs' discovery requests regarding standing, and to produce all standing-related information in the Government' possession, by August 9, 2017. *See* Civil Min. Order, ECF No. 356. On August 9, 2017, the parties stipulated to extend the Government Defendants' deadline to Friday, October 6, 2017. ECF No. 377. Pursuant to that stipulation, the Court extended the Government Defendants' deadline to October 6, 2017. ECF No. 378.

2. On October 4, 2017, the Government Defendants filed an administrative motion and proposed order requesting that the Court vacate the Government Defendants' deadline to respond to Plaintiffs' discovery requests and the Court's order to produce all standing-related information. ECF No. 379. The Government Defendants further requested that, in lieu of a discovery deadline, they be required to file a status report within 60 days setting forth (i) their progress in responding to Plaintiffs' discovery requests and in assembling evidence relevant to standing, (ii) an estimate, if reasonably calculable, of the additional time needed to complete their responses, (iii) an update on the National Security Agency's ("NSA's") efforts to recover deleted data containing the contents of online communications acquired under the President's Surveillance Program, and (iv) an update on the NSA's inquiries into the circumstances surrounding the deletion of the data, and the basis for the NSA's representations to this Court concerning the preservation of the now-deleted data.

---

[1] The Government Defendants are the National Security Agency (NSA); the Department of Justice; the United States of America; Donald J. Trump, in his official capacity as President of the United States; Daniel Coats, in his official capacity as Director of National Intelligence; Admiral Michael S. Rogers, in his official capacity as Director of the NSA; and Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States.

3. Under Civil Local Rule 7-11(b), Plaintiffs' response to the Government Defendants' administrative motion is currently due on Tuesday, October 10, 2017.

4. Counsel for Plaintiffs and counsel for the Government Defendants have conferred and agreed that, in light of the number and importance of the issues raised in the Government Defendants' administrative motion, Plaintiffs may have an additional two days in which to respond to the motion, until Thursday, October 12, 2017.

5. Although the Court has made a number of time modifications in this case before now, neither party has previously requested to extend this particular deadline. Given that the Government Defendants have advised the Court that they are unable to respond to Plaintiffs' discovery requests and the Court's order to assemble and produce all standing-related information by October 6, 2017, Plaintiffs' brief requested extension of time in which to respond to the Government Defendants' administrative motion should not further impact the Court's case schedule.

## STIPULATION

Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby stipulate and agree that Plaintiffs' deadline to respond to the Government Defendants' Administrative Motion for a Second Extension of Time to Respond to Plaintiffs' Discovery Requests on Standing, ECF No. 379, should be extended from October 10, 2017 to October 12, 2017.

//
//
//
//
//
//
//
//
//

DATED:  October 9, 2017                    Respectfully submitted,

| **COUNSEL FOR PLAINTIFFS:** | **COUNSEL FOR THE GOVERNMENT DEFENDANTS** |
|---|---|
| */s/ Philip J. Tassin* | */s/ Rodney Patton* |
| CINDY COHN (SBN 145997) | RODNEY PATTON |
| DAVID GREENE (SBN 160107) | |
| LEE TIEN (SBN 148216) | Chad A. Readler |
| KURT OPSAHL (SBN 191303) | Acting Assistant Attorney General |
| JAMES S. TYRE (SBN 083117) | |
| MARK RUMOLD (SBN 279060) | Anthony J. Coppolino |
| ANDREW CROCKER (SBN 291596) | Deputy Branch Director |
| JAMIE L. WILLIAMS (SBN 279046) | |
| ELECTRONIC FRONTIER FOUNDATION | James J. Gilligan |
| 815 Eddy Street | Special Litigation Counsel |
| San Francisco, California 94109 | |
| Telephone: (415) 436-9333 | Rodney Patton |
| Facsimile:  (415) 436-9993 | Senior Counsel |
| | |
| KEKER, VAN NEST & PETERS LLP | Julia A. Berman |
| RACHAEL E. MENY (SBN 178514) | Timothy A. Johnson |
| MICHAEL S. KWUN (SBN 198945) | Caroline J. Anderson |
| BENJAMIN BERKOWITZ (SBN 244441) | Trial Attorneys |
| PHILIP J. TASSIN (SBN 287787) | |
| 633 Battery Street | U.S. DEPARTMENT OF JUSTICE |
| San Francisco, California  94111 | CIVIL DIVISION |
| Telephone:  (415) 391-5400 | 20 Massachusetts Avenue, N.W. |
| Facsimile:  (415) 397-7188 | Room 6102 |
| | Washington, D.C.  20001 |
| RICHARD R. WIEBE (SBN 121156) | Telephone: (202) 514-3358 |
| LAW OFFICE OF RICHARD R. WIEBE | Facsimile: (202) 616-8470 |
| 44 Montgomery St., Ste 650 | james.gilligan@usdoj.gov |
| San Francisco, California 94104 | |
| Telephone: (415) 433-3200 | |
| Facsimile: (415) 433-6382 | |
| | |
| THOMAS E. MOORE III (SBN 115107) | |
| THE MOORE LAW GROUP | |
| 149 Commonweath Dr., Ste. 1001 | |
| Menlo Park, California 94025 | |
| Telephone: (650) 813-9700 | |
| Facsimile: (650) 813-9777 | |
| | |
| Attorneys for Plaintiffs | |

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby extends Plaintiffs' deadline to respond to the Government Defendants' Administrative Motion for a Second Extension of Time to Respond to Plaintiffs' Discovery Requests on Standing, ECF No. 379, from October 10, 2017 to October 12, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 10, 2017

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE