IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW

**ORDER RE DEFENDANTS' REQUEST FOR EXTENSION OF TIME**

At the case management conference held in this matter on May 19, 2017, the Court ordered the Government Defendants to marshal all of their evidence relating to Plaintiffs' standing and to present that evidence to the Court, making as much of it public as possible. The Court also ordered Plaintiffs to serve and the Government Defendants to respond to discovery focused on standing. The Court set a deadline for August 9, 2017 for completion of these tasks.

The Government Defendants sought an extension of the deadline to October 9, 2017, to which the Plaintiffs stipulated, and the Court approved.

Now before the Court is the Government Defendants' request for another, indefinite extension of time to conduct the discovery related to standing. Plaintiffs have opposed to request and request an extension, if any, only to January 22, 2018.

The Court, having considered the administrative motion for an indefinite extension of time to respond to Plaintiffs' discovery requests, and Plaintiffs' opposition thereto, as well as the history of this case, the extension already granted, and the appellate court's admonition to address the parties' substantive claims in a comprehensive fashion, does HEREBY ORDER that by January 22, 2018, the Government Defendants shall marshal all of the evidence responsive

to Plaintiffs' requests regarding their standing to pursue the matter, and present it in the manner ordered by the Court during the case management conference on May 19, 2017.

**IT IS SO ORDERED.**

Dated: October 23, 2017



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE