CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
Trial Attorney

TIMOTHY A. JOHNSON
Trial Attorney

CAROLINE J. ANDERSON
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7220
Washington, D.C. 20001

E-mail: Caroline.J.Anderson@usdoj.gov
Phone: (202) 305-8645
Fax: (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-04373-JSW <br><br><br><br><br><br> **[~~PROPOSED~~] ORDER** <br><br> Hon. Jeffrey S. White <br> Courtroom 5, 2nd Floor <br> Oakland Courthouse |

1 | Upon consideration of the Government Defendants' Administrative Motion to File under
2 | Seal Portions of the Declaration of Elizabeth B., it is hereby ORDERED that the Government
3 | Defendants' motion is granted.  The redacted Portions of the Declaration of Elizabeth B. shall
4 | remain under seal.

6 | **AND IT IS SO ORDERED**.

Dated:  October 31, 2017

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] Order,
*Jewel v. National Security Agency* (4:08-cv-04373-JSW)