CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
TIMOTHY A. JOHNSON
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6102
Washington, D.C.  20001
E-mail:  james.gilligan@usdoj.gov
Phone:   (202) 514-3358
Fax:     (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-04373-JSW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO DISCOVERY** <br><br> Hon. Jeffrey S. White <br> Courtroom 5, 2nd Floor <br> Oakland Courthouse |

Pursuant to Civil Local Rule 6-2, the Government Defendants[1] request and the parties hereby stipulate that the Government Defendants' deadline to respond to Plaintiffs' discovery requests served on June 19, 2017, be extended for a final time from January 22, 2018, to February 16, 2018, with a supplemental response based on any remaining searches of preserved communications data to be provided to the Court by April 1, 2018.

**RECITALS**

1.  The reasons for the Government Defendants' requested extension are set forth in the accompanying declaration of the Government's counsel of record pursuant to Civil Local Rule 6-2(a).  *See* Decl. of James J. Gilligan dated January 18, 2018 (filed herewith).  In sum, the Government Defendants represent that they have made major strides in their efforts to prepare discovery responses in accordance with the Court's mandate to "marshal all evidence" pertinent to the standing issue in this case.  Specifically, they have completed their search for information responsive to Plaintiffs' discovery requests on standing and to the Court's order to produce for its *in camera*, *ex parte*, review classified evidence related to the standing issue.  As yet the Government Defendants have not been able to fully reduce the body of information they have collected to appropriate written answers and an orderly set of documents responsive to Plaintiffs' requests that can be presented to the Court *in camera* and *ex parte*.  With one exception set forth below, the Government Defendants believe that they can complete this task by February 16, 2018, and they therefore seek a final enlargement of time until then to allow them to finish assembling the information they have located into a form appropriate for review by this Court.

2.  In addition, as further described in the attached declaration, the Government Defendants cannot respond to a number of Plaintiffs' discovery requests until they complete searches of preserved communications data using identifiers (such as email addresses and telephone numbers) associated with Plaintiffs' communications.  Since the parties began

---

[1] The Government Defendants are the National Security Agency (NSA); the Department of Justice; the United States of America; Donald J. Trump, in his official capacity as President of the United States; Daniel Coats, in his official capacity as Director of National Intelligence; Admiral Michael S. Rogers, in his official capacity as Director of the NSA; and Jefferson B. Sessions, III, in his official capacity as Attorney General of the United States.

Stipulation and ~~Proposed~~ Order to Extend Time to Respond to Discovery,
*Jewel v. National Security Agency* (4:08-cv-04373-JSW)

1

negotiations regarding appropriate identifiers on which to base searches of the data they have resolved numerous disagreements without Court intervention, and the Government Defendants have resolved a variety of logistical problems inherent in conducting the queries of data that date back more than a decade. As a result, a number of the necessary searches have already been completed, and most (but not all) of the remaining searches can be completed by February 16. The Government Defendants anticipate that the searches not completed by that date will be completed by April 1, 2018.

3. Plaintiffs agree to this extension of time only on the understanding that the Government Defendants will not be seeking any further extensions of time to respond to their discovery requests and the Court's Order to produce standing-related information and that the Government Defendants will complete all remaining searches using Plaintiffs' identifiers on or before April 1, 2018.

**STIPULATION**

Pursuant to Civil Local Rule 6-2, the parties, though their undersigned counsel, hereby stipulate and agree that the Government Defendants' deadline to respond to Plaintiffs' discovery requests and the Court's Order to produce standing-related information should be extended one final time until February 16, 2018. The Government Defendants also must supplement their response with the results of any remaining searches of preserved communication data for Plaintiffs' identifiers by April 1, 2018. A proposed order is attached.

DATE: January 18, 2018

Respectfully submitted,

Stipulation and ~~Proposed~~ Order to Extend Time to Respond to Discovery,
*Jewel v. National Security Agency* (4:08-cv-04373-JSW)

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR THE GOVERNMENT DEFENDANTS: |
|---|---|
| *s/ Philip J. Tassin*<br>  PHILIP J. TASSIN (SBN 287787) | CHAD A. READLER<br>Acting Assistant Attorney General |
| Cindy Cohn (SBN 145997)<br>cindy@eff.org<br>David Greene (SBN 160107)<br>Lee Tien (SBN 148216)<br>Kurt Opsahl (SBN 191303)<br>Mark Rumold (SBN 279060)<br>Andrew Crocker (SBN 291596)<br>Jamie L. Williams (SBN 279046)<br>James S. Tyre (SBN 083117)<br>ELECTRONIC FRONTIER FOUNDATION | ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br> */s/ James J. Gilligan*<br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>Rodney Patton<br>Senior Trial Counsel |
| Richard R. Wiebe (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE | Julia A. Berman<br>Timothy A. Johnson<br>Trial Attorneys<br>U.S. DEPARTMENT OF JUSTICE,<br>CIVIL DIVISION<br>20 Massachusetts Avenue, N.W.,<br>Room 6102<br>Washington, D.C. 20530<br>Telephone: (202) 514-3358<br>Fax: (202) 616-8470<br>james.gilligan@usdoj.gov |
| Rachael E. Meny (SBN 178514)<br>rmeny@keker.com<br>Michael S. Kwun (SBN 198945)<br>Benjamin W. Berkowitz (SBN 244441)<br>Audrey Walton-Hadlock (SBN 250574)<br>Justina K. Sessions (SBN 270914)<br>Philip J. Tassin (SBN 287787)<br>KEKER, VAN NEST & PETERS, LLP | |
| Thomas E. Moore III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC | |
| Aram Antaramian (SBN 239070)<br>antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN | |

### CIVIL L.R. 5-1(i)(3) CERTIFICATION

I attest that I have obtained the concurrence of Philip J. Tassin (counsel for the Plaintiffs) in the filing of this document.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James J. Gilligan*
　　　　　　　　　　　　　　　　　　　　　　　　JAMES J. GILLIGAN

Stipulation and ~~Proposed~~ Order to Extend Time to Respond to Discovery,
*Jewel v. National Security Agency* (4:08-cv-04373-JSW)

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby extends one final time the Government Defendants' deadline for responding to Plaintiffs' discovery requests and the Court's Order to produce standing-related information until February 16, 2018.  The Government Defendants must supplement this response with the results of any remaining searches of preserved communication data for Plaintiffs' identifiers by April 1, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January  19 , 2018

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE