CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
TIMOTHY A. JOHNSON
OLIVIA SCOTT HUSSEY
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7320
Washington, D.C. 20001
E-mail: rodney.patton@usdoj.gov
Phone:  (202) 305-7919
Fax:      (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:08-cv-04373-JSW<br><br>**NOTICE OF FILING OF REDACTED VERSION OF THE CLASSIFIED DECLARATION THE GOVERNMENT DEFENDANTS LODGED WITH THE COURT *IN CAMERA* AND *EX PARTE* ON FEBRUARY 16, 2018**<br><br>Hon. Jeffrey S. White<br>Courtroom 5, 2nd Floor<br>Oakland Courthouse |

　　　　Defendants National Security Agency (NSA), the Department of Justice, the United States of America, Donald J. Trump, in his official capacity as President of the United States; Daniel Coats, in his official capacity as Director of National Intelligence; Admiral Michael S. Rogers, in his official capacity as Director of the NSA; and Jefferson B. Sessions, III, in his

official capacity as Attorney General of the United States (collectively, the "Government Defendants"), hereby give notice that they are filing, as an attachment hereto, a redacted, unclassified version of the Classified Declaration of Michael S. Rogers, Director of the National Security Agency, which was lodged with the Court Information Security Officer on February 16, 2018, for the Court's *in camera*, *ex parte* consideration.  See Government Defendants' Notice of Submission of Their Classified and Unclassified Responses to the Court's May 22, 2017 Order, ECF No. 388.

Dated:  March 30, 2018

                                              Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Rodney Patton*
RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
TIMOTHY A. JOHNSON
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7320
Washington, D.C.  20001
E-mail:  rodney.patton@usdoj.gov
Phone:   (202) 305-7919
Fax:        (202) 616-8470

*Attorneys for the Government Defendants*
*Sued in their Official Capacities*