CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
MARK RUMOLD (SBN 279060)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Fax: (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Fax: (415) 433-6382

Attorneys for Plaintiffs

RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
BENJAMIN W. BERKOWITZ (SBN 244441)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone: (415) 391-5400
Fax: (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA  94025
Telephone: (650) 813-9700
Fax: (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone: (510) 289-1626

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | CASE NO. 08-CV-4373-JSW <br><br> **ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON PLAINTIFFS' MOTION FOR ACCESS TO CLASSIFIED DISCOVERY MATERIALS PURSUANT TO 18 U.S.C. § 2712(b)(4)** <br><br> **Before:** The Honorable Jeffrey S. White |

/ / /

**ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON PLAINTIFFS'**

**MOTION FOR ACCESS TO CLASSIFIED DISCOVERY MATERIALS PURSUANT TO**

**18 U.S.C. § 2712(b)(4)**

Plaintiffs Carolyn Jewel, Tash Hepting, Young Boon Hicks, as executrix of the estate of Gregory Hicks, Erik Knutzen, and Joice Walton (collectively "plaintiffs") on May 7, 2018, filed a noticed motion to give their counsel access to the classified discovery materials under 18 U.S.C. section 2712(b)(4).  ECF Nos. 393, 393-1.

Plaintiffs noticed their motion for hearing on July 6, 2018, the earliest available date on the Court's website calendar for cases with case numbers ending in the numeral "3."

Plaintiffs hereby request the Court to advance the hearing date to June 8, 2018.  Counsel for the government have informed plaintiffs they are available for a hearing on June 8, 2018, although they intend to oppose this administrative motion.  Good cause exists to advance the hearing date given the delays that have already occurred in the discovery process ordered by this Court and the need to decide this motion before further proceedings on the issue of standing can occur.

The Court seeks to determine, as the Ninth Circuit has indicated it should: "whether in fact the plaintiffs have standing under the standard for standing that is appropriate in this case."  *See e.g.* Reporter's Transcript of Proceedings of May 19, 2017 Further Case Management Conference at 47:9-22, 48:7-19.  This case is ten years old.  The Court originally ordered discovery to go forward in February 2016.  At the CMC one year ago, this Court required the government to provide it with the necessary evidence to allow the Court to make a determination of plaintiffs' standing.  The Court ordered the government to provide this evidence both in response to the Court's own demand and in response to specifically-narrowed discovery requests that it allowed plaintiffs to propound.

Since that time: (i) the government asked for and received an extension from August 9, 2017 to October 6, 2017; (ii) the government sought an open-ended extension which plaintiffs opposed, and the Court ordered compliance with plaintiffs' discovery by January 22, 2018; and (iii) the government then asked for a further extension to February 16, 2018, to which the plaintiffs

assented.  While the government filed written objections and responses to plaintiffs' discovery on that date, the government did not file the actual answers to plaintiffs' discovery until it filed the a 193-page classified declaration by National Security Agency Director Admiral Michael S. Rogers on March 30, 2018.

The government's discovery responses appear to be voluminous, factually complex and technically sophisticated.  They also fail to respond to interrogatories and requests for admissions directly but instead respond to groups of interrogatories and requests for admissions in a narrative fashion.  Under the relevant statutes, the Court may order that plaintiffs be given access to the classified discovery materials, under appropriate security procedures and protective orders, where necessary in order for the Court to make an accurate determination of the issues before it.  18 U.S.C. § 2712(b)(4);  50 U.S.C. § 1806(f); *see* ECF Nos. 347 at 1-2; 340 at 2; 153 at 2, 11-13, 15, 24.  Plaintiffs' motion asserts that this one of rare cases in which the Court should grant access to the plaintiffs under appropriate security procedures.  ECF Nos. 393, 393-1.

Plaintiffs believe that its motion should be heard before the Court begins the process of standing-related briefing and is faced with determining standing based on its own unaided analysis of the government's voluminous discovery responses.    To advance expeditiously the progress of

*/ / /*

1 this lawsuit, plaintiffs urge the Court to specially set plaintiffs' motion for June 8, 2018.

2

3

4 DATE:  May 10, 2018                    Respectfully submitted,

5                                        _____/s/_____
                                              Thomas E. Moore III
6

7                                        CINDY COHN
                                         DAVID GREENE
8                                        LEE TIEN
                                         KURT OPSAHL
9                                        JAMES S. TYRE
                                         MARK RUMOLD
10                                       ANDREW CROCKER
                                         JAMIE L. WILLIAMS
11                                       ELECTRONIC FRONTIER FOUNDATION

12                                       RICHARD R. WIEBE
                                         LAW OFFICE OF RICHARD R. WIEBE
13
                                         THOMAS E. MOORE III
14                                       ROYSE LAW FIRM, PC

15                                       RACHAEL E. MENY
                                         MICHAEL S. KWUN
16                                       BENJAMIN W. BERKOWITZ
                                         PHILIP J. TASSIN
17                                       KEKER, VAN NEST & PETERS LLP

18                                       ARAM ANTARAMIAN
                                         LAW OFFICE OF ARAM ANTARAMIAN
19
                                         Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28