CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
TIMOTHY A. JOHNSON
OLIVIA HUSSEY-SCOTT
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6102
Washington, D.C.  20001

E-mail:  james.gilligan@usdoj.gov
Phone:   (202) 514-3358
Fax:     (202) 616-8470

*Attorneys for the Government Defendants
Sued in their official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NATIONAL SECURITY AGENCY,<br>　*et al.*,<br><br>　　　　　　　Defendants. | Case No. 4:08-cv-04373-JSW<br><br>**[~~PROPOSED~~] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON PLAINTIFFS' MOTION FOR ACCESS TO CLASSIFIED DISCOVERY MATERIALS PURSUANT TO 18 U.S.C. § 2712(b)(4)**<br><br>Hon. Jeffrey S. White |

　　　This case comes before the Court on Plaintiffs' Administrative Motion to Advance Hearing Date on Plaintiffs' Motion for Access to Classified Discovery Materials Pursuant to 18 U.S.C. § 2712(b)(4) (ECF No. 394).  The Government Defendants oppose Plaintiffs' request.

1  The Court having considered the parties' respective submissions in support of and in
2  opposition to Plaintiffs' administrative motion,

3
4  IT IS HEREBY ORDERED THAT:

5  Plaintiffs' Administrative Motion to Advance Hearing Date on Plaintiffs' Motion for
6  Access to Classified Discovery Materials Pursuant to 18 U.S.C. § 2712(b)(4) is DENIED.

7
8  So ORDERED this __16th__ day of May, 2018.

9
10
11
12
13  _____
    HON. JEFFREY S. WHITE
14  UNITED STATES DISTRICT JUDGE