IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLYN JEWEL, ET AL.,

    Plaintiffs,

v.

NATIONAL SECURITY AGENCY, ET AL.,

    Defendants.

No. C 08-04373 JSW

**ORDER REGARDING DISCOVERY DISPUTE**

    The Court has reviewed the parties' discovery dispute submitted on August 24, 2018. Plaintiffs contend that the Government has circumvented the federal rules governing discovery by failing to provide separate and individual responses to each of Plaintiffs' Requests for Admission.

    The Court has diligently reviewed the materials submitted in response to all of Plaintiffs' discovery requests. In addition to the delineated objections in the public record and the redacted versions of the Government's declarations, the form of the Government's classified responses satisfies the Court's instructions. Although the Government's substantive responses to the Requests for Admission are organized thematically and by category, the Court finds that, in this unique procedural posture, the Government has fully and fairly complied with the Court's instructions to marshal the evidence relevant to the standing issue.

Accordingly, Plaintiffs' request for an order to require the Government to respond separately and individually to each of Plaintiffs' Requests for Admission is DENIED and the briefing schedule on dispositive motions remains as currently set.

**IT IS SO ORDERED.**

Dated: August 28, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE