JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN, Bar No. 241415
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11200
Washington, D.C. 20005
Phone: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　Defendants. | Case No. 4:08-cv-04373-JSW<br><br>**GOVERNMENT DEFENDANTS' OUT-OF-TIME ADMINISTRATIVE MOTION FOR AN EXTENSION OF 3 HOURS AND 23 MINUTES TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION TO PROCEED**<br><br>[No hearing date]<br>Courtroom 5, 2d Floor<br>Hon. Jeffrey S. White |

Gov't Defs.' Out-of-Time Administrative Mot. for an Extension of 3 Hours and 23 Minutes to
File the Reply in Support of their Mot. for Summ. Judg. & Opp. to Pls.' Mot. to Proceed
*Jewel v. National Security Agency*, No. 08-cv-4373-JSW

Pursuant to Local Rule 7-11, the Government Defendants hereby move out-of-time for an extension of 3 hours and 23 minutes, *nunc pro tunc*, of their deadline to submit their Reply Brief in Support of the Motion for Summary Judgment as to Plaintiffs' Statutory Claims and Opposition to Plaintiffs' Motion to Proceed to Resolution on the Merits (the Government Defendants' "Reply and Opposition"). In support of this motion, the Government Defendants submit:

1. The Government Defendants' Reply and Opposition was due to be filed by midnight on October 17, 2018. *See* ECF No. 420.

2. Also on October 17, 2018, the Government Defendants submitted, through United States Department of Justice Litigation Security Group, a Classified Supplement to their Reply in Support of their Motion for Summary Judgment, pursuant to the Court's Order Requiring Dispositive Motions Briefing, *see* ECF No. 410 at 2, as well as four classified declarations. *See* Notice of Lodging of Classified Submissions for *In Camera*, *Ex Parte* Review, submitted concurrently herewith.

3. Due to the high volume of sensitive materials requiring finalization on October 17, 2018, despite the Government Defendants' best efforts, they were not able to complete the finalization of their Reply and Opposition by the midnight deadline.

4. The Government Defendants submitted their Reply and Opposition as quickly as practicable, 3 hours and 23 minutes after midnight.

5. The Government Defendants regret any inconvenience this delay may have caused to the Court and Plaintiffs, and respectfully request an extension of 3 hours and 23 minutes, *nunc pro tunc*, to submit their Reply and Opposition.

6. The deadline for this submission was extended by the Court once before, on October 12, 2018, and the requested extension would not otherwise affect the deadlines on the calendar in this matter.

Dated: October 18, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 */s/ Julia A. Heiman*
JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA HEIMAN, Bar No. 241415
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 11200
Washington, D.C. 20005

Phone: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

*Attorneys for the Government Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 18, 2018         */s/ Julia A. Heiman*
                                JULIA A. HEIMAN
                                Senior Counsel

Gov't Defs.' Out-of-Time Administrative Mot. for an Extension of 3 Hours and 23 Minutes to
File the Reply in Support of their Mot. for Summ. Judg. & Opp. to Pls.' Mot. to Proceed
*Jewel v. National Security Agency*, No. 08-cv-4373-JSW