JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN, Bar No. 241415
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11200
Washington, D.C. 20005
Phone: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

*Attorneys for the Government Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, | Case No. 4:08-cv-04373-JSW |
| Plaintiffs, | |
| v. | |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| Defendants. | [~~PROPOSED~~] **ORDER** |
| | [No hearing date] |
| | Courtroom 5, 2d Floor |
| | Hon. Jeffrey S. White |

[~~PROPOSED~~] ORDER
*Jewel v. National Security Agency*, No. 08-cv-4373-JSW

1  Before the Court is the Government Defendants' Out-of-Time Administrative Motion for
2  an Extension of 3 hours and 23 minutes to file their Reply Brief in Support of the Government
3  Defendants' Motion for Summary Judgment as to Plaintiffs' Statutory Claims, and Opposition to
4  Plaintiffs' Motion to Proceed to Resolution on the Merits.  Based on the Government
5  Defendants' ^unopposed administrative motion, ~~and any opposition thereto~~, IT IS HEREBY ORDERED that
6  the motion is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

DATED:  October 25     , 2018

_____
Hon. Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER
*Jewel v. National Security Agency*, No. 08-cv-4373-JSW