CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
BENJAMIN W. BERKOWITZ (SBN 244441)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Fax:   (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA  94025
Telephone:  (650) 813-9700
Fax:  (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY RE: THE GOVERNMENT'S SUMMARY JUDGMENT MOTION AND PLAINTIFFS' MOTION TO PROCEED TO RESOLUTION ON THE MERITS USING THE PROCEDURES OF SECTION 1806(f)**<br><br>Courtroom 5, Second Floor<br>The Honorable Jeffrey S. White |

1   Pursuant to Local Rule 79-5, plaintiffs seek leave to file under seal an unredacted version of their Reply Re: The Government's Summary Judgment Motion And Plaintiffs' Motion To Proceed To Resolution On The Merits Using The Procedures Of Section 1806(F) ("Reply"), while filing a redacted version in the public record.  Plaintiffs' Reply contains passages quoting from the James Russell Declaration, which the Court has previously filed under seal.  *See* ECF Nos. 84, 122.  The Court has previously filed under seal an earlier brief of plaintiffs quoting the Russell Declaration.  ECF Nos. 294, 306.

In truth, it does not appear to plaintiffs that anything in the Russell Declaration merits sealing, or that the limited portions they quote in their Reply merit sealing of that document.  The Russell Declaration was originally filed in 2006 by AT&T in the related *Hepting v. AT&T* action, No. 06-cv-0672.  The Russell Declaration describes in general terms the contents of the Klein and Marcus Declarations and the exhibits to the Klein Declaration, which describe AT&T's Folsom Street Facility, and verifies the accuracy of statements made in the declarations and the exhibits.  The ground for sealing the Russell Declaration in the *Hepting* action was that it revealed information about the contents of the Klein and Marcus Declarations and the exhibits to the Klein Declaration, all of which at that time were themselves under seal.  *See* ECF No. 294, Ex. A (attaching ECF Nos. 38, 39 in *Hepting v. AT&T*, No. 06-cv-0672).  The Klein and Marcus Declarations are no longer under seal, and portions of the exhibits to the Klein Declaration are no longer under seal.  ECF Nos. 85, 89.  Nonetheless, plaintiffs do not at this time press the issue of unsealing the Russell declaration and are willing to file their unredacted Reply under seal.

DATE:  November 2, 2018

Respectfully submitted,

 *s/ Richard R. Wiebe*
   RICHARD R. WIEBE

CINDY COHN
DAVID GREENE
LEE TIEN
KURT OPSAHL
JAMES S. TYRE
ANDREW CROCKER
JAMIE L. WILLIAMS

AARON MACKEY
ELECTRONIC FRONTIER FOUNDATION

RICHARD R. WIEBE
LAW OFFICE OF RICHARD R. WIEBE

THOMAS E. MOORE III
ROYSE LAW FIRM, PC

RACHAEL E. MENY
BENJAMIN W. BERKOWITZ
PHILIP J. TASSIN
KEKER, VAN NEST & PETERS LLP

ARAM ANTARAMIAN
LAW OFFICE OF ARAM ANTARAMIAN

Attorneys for Plaintiffs