CINDY COHN (SBN 145997)
cindy@eff.org
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
AARON MACKEY (SBN 286647)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

RICHARD R. WIEBE (SBN 121156)
wiebe@pacbell.net
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone:  (415) 433-3200
Fax:  (415) 433-6382

RACHAEL E. MENY (SBN 178514)
rmeny@keker.com
BENJAMIN W. BERKOWITZ (SBN 244441)
PHILIP J. TASSIN (SBN 287787)
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Fax:  (415) 397-7188

THOMAS E. MOORE III (SBN 115107)
tmoore@rroyselaw.com
ROYSE LAW FIRM, PC
149 Commonwealth Drive, Suite 1001
Menlo Park, CA  94025
Telephone:  (650) 813-9700
Fax:  (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
antaramian@sonic.net
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA 94703
Telephone:  (510) 289-1626

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**Declaration of David E. McCraw**<br><br>Courtroom 5, Second Floor<br>The Honorable Jeffrey S. White |

## DECLARATION OF DAVID E. McCRAW

(*Jewel v. National Security Agency*, 08-CV-4373-JSW (N.D. Cal.)

I, David E. McCraw, do hereby declare:

1.      I am a member in good standing of the Bar of the State of New York and the bar of the United States District Court for the Southern District of New York.  I am Vice President and Deputy General Counsel of The New York Times Company.  If called as a witness, I could and would testify competently to the following.

2.      I represented plaintiffs The New York Times Company and its reporter Charlie Savage in a Freedom of Information Act ("FOIA") lawsuit against the National Security Agency ("NSA") in the Southern District of New York titled *The New York Times Company v. National Security Agency*, No. 15-cv-2383 (S.D.N.Y., filed Mar. 31, 2015) (the "NSA FOIA Action").

3.      In the NSA FOIA Action, the plaintiffs sought disclosure under FOIA of certain NSA Inspector General Reports (the "Reports"). No. 15-cv-2383 (S.D.N.Y. Mar. 31, 2015), Complaint (ECF No. 1), ¶ 9.

4.      The plaintiffs and defendant NSA agreed on a schedule by which defendant NSA would disclose the requested Reports, subject to redactions and withholdings pursuant to exemptions contained in FOIA. The Court entered a Scheduling Order pursuant to this agreement.  No. 15-cv-2383 (S.D.N.Y. May 15, 2015), Scheduling Order (ECF No. 10).

5.      On August 11, 2015, in accordance with the Scheduling Order, the NSA, through its counsel at the Department of Justice ("DOJ"), produced to plaintiffs via email one tranche of the Reports (the "August 2015 Tranche").

6.      I have examined Exhibit B to the September 28, 2018, Declaration of Richard R. Wiebe (the "Wiebe Declaration"). ECF No. 417-4. Exhibit B to the Wiebe Declaration is a true and correct copy of a redacted excerpt from the August 2015 Tranche titled "Audit Report of NSA Controls to Comply with the Foreign Intelligence Surveillance Court Order Regarding Business Records—Control Weaknesses (ST-1.0-0004C)" (the "Audit Report"), together with the cover letter from the U.S. Attorney's Office for the Southern District of New York addressed to me.  The letter accompanied the NSA's production of the August 2015 Tranche.

7.      Subsequent to the production of the August 2015 Tranche, the NSA's attorneys at DOJ notified plaintiffs that a document contained within the Audit Report had been inadvertently produced and asked for its return.  The document, a letter to Judge John Bates, dated August 2, 2010 (the "Bates Document"), appears at pages 53 and 54 in Exhibit B to the Wiebe Declaration.

8.      Plaintiffs declined to return the Bates Document.

9.      The Bates Document was the subject of an article by Mr. Savage in the New York Times. *N.S.A. Used Phone Records Program to Seek Iran Operatives*, New York Times, Aug. 12, 2015, *available at* https://www.nytimes.com/2015/08/13/us/nsa-used-phone-records-program-to-seek-iran-operatives.html.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 29, 2018.

D P E L·c

David E. McCraw