JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11022
Washington, D.C. 20005
E-mail:  rodney.patton@usdoj.gov
Phone:   (202) 305-7919
Fax:     (202) 616-8470

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 4:08-cv-04373-JSW<br><br>**NOTICE OF FILING OF REDACTED VERSION OF CLASSIFIED DECLARATION OF JONATHAN L. DARBY THE GOVERNMENT DEFENDANTS LODGED WITH THE COURT** *IN CAMERA* **AND** *EX PARTE* **ON OCTOBER 18, 2018**<br><br>Hon. Jeffrey S. White<br>Courtroom 5, 2nd Floor<br>Oakland Courthouse |

Defendants National Security Agency ("NSA"), the Department of Justice, the United States of America, Donald J. Trump, in his official capacity as President of the United States, Daniel Coats, in his official capacity as Director of National Intelligence, General Paul S. Nakasone, in his official capacity as Director of the NSA, and Matthew G. Whitaker, in his

Notice of Filing of Redacted Version of Classified Declaration of Jonathan L. Darby, the Government Defendants Lodged With the Court, *Jewel v. National Security Agency* (4:08-cv-04373-JSW)

official capacity as Acting Attorney General of the United States (collectively, the "Government Defendants"), hereby give notice that they are filing, as an attachment hereto, a redacted, unclassified version of the Classified Declaration of Jonathan L. Darby lodged with the Court *in camera* and *ex parte* on October 18, 2018.

Dated:  November 30, 2018

                                                          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Rodney Patton*
RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11022
Washington, D.C. 20005
E-mail:  rodney.patton@usdoj.gov
Phone:   (202) 305-7919
Fax:     (202) 616-8470

*Attorneys for the Government Defendants Sued in their Official Capacities*