JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11200
Washington, D.C. 20005

Phone: (202) 514-3358
Fax: (202) 616-8470
Email: james.gilligan@usdoj.gov

*Attorneys for the Government Defendants
Sued in their Official Capacities*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>  Defendants. | Case No. 4:08-cv-04373-JSW<br><br>**GOVERNMENT DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>Hon. Jeffrey S. White<br>Courtroom 5, 2nd Floor<br>Oakland Courthouse<br><br>No hearing scheduled |

Pursuant to Local Rules 6-1(b) and 7-11, the Government Defendants respectfully request a stay of proceedings, including of the scheduled February 1, 2019, motions hearing, in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, the Department of Justice attorneys assigned as trial counsel for the Government Defendants in this case are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The Government Defendants therefore request a stay of proceedings in this case – including of the upcoming February 1, 2019, hearing on the Government Defendants' Motion for Summary Judgment and Plaintiffs' Motion to Proceed to Resolution on the Merits, see ECF No. 440—until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, the Government Defendants will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines and events in the case be extended commensurate with the duration of the lapse in appropriations.

5. Undersigned counsel contacted counsel for Plaintiffs to obtain Plaintiffs' position on this motion, and was advised that Plaintiffs object to the stay of proceedings requested herein. Plaintiffs requested that the Government include the following statement of their position in this motion:

> Plaintiffs oppose any motion to stay proceedings at this time or to postpone the February 1, 2019 hearing. This lawsuit has been subject to numerous stays, delays, and requests for extensions by the government, and is now over a decade old. The only matter currently on calendar is the February 1, 2019 motion hearing. It appears that under the Department of Justice's shutdown plan, if the Court denies a stay, government counsel will be authorized to continuing work on the case, including participating in the February 1, 2019 hearing: "If a court denies such a request [for a stay] and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue." U.S. Department of Justice FY 2019 Contingency Plan, at p. 3, available at https://www.justice.gov/jmd/page/file/1015676/download."

The Government Defendants observe that the same Department contingency plan cited by Plaintiffs also provides that, "Litigators will continue to approach the courts and request that active cases, except for those in which postponement would compromise to a significant degree the safety of human life or the protection of property, be postponed until funding is available." This motion is filed in accordance with that directive.

6. Therefore, although Government Defendants greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case, including of the upcoming February 1, 2019, motions hearing, until the Department of Justice trial attorneys assigned as counsel for the Government Defendants are permitted to resume their usual civil litigation functions.

Dated: January 16, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11200
Washington, D.C. 20005
Phone: (202) 514-3358
Fax: (202) 616-8470
Email:  james.gilligan@usdoj.gov

*Attorneys for the Government Defendants*
*Sued in their Official Capacities*