| | |
|---|---|
| CINDY COHN (SBN 145997)<br>cindy@eff.org<br>DAVID GREENE (SBN 160107)<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>ANDREW CROCKER (SBN 291596)<br>JAMIE L. WILLIAMS (SBN 279046)<br>AARON MACKEY (SBN 286647)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA  94109<br>Telephone:  (415) 436-9333<br>Fax:  (415) 436-9993<br><br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>44 Montgomery Street, Suite 650<br>San Francisco, CA  94104<br>Telephone:  (415) 433-3200<br>Fax:  (415) 433-6382 | RACHAEL E. MENY (SBN 178514)<br>rmeny@keker.com<br>BENJAMIN W. BERKOWITZ (SBN 244441)<br>PHILIP J. TASSIN (SBN 287787)<br>KEKER, VAN NEST & PETERS, LLP<br>633 Battery Street<br>San Francisco, CA  94111<br>Telephone:  (415) 391-5400<br>Fax:   (415) 397-7188<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM, PC<br>149 Commonwealth Drive, Suite 1001<br>Menlo Park, CA  94025<br>Telephone:  (650) 813-9700<br>Fax:  (650) 813-9777<br><br>ARAM ANTARAMIAN (SBN 239070)<br>antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone:  (510) 289-1626 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>                Defendants. | CASE NO. 08-CV-4373-JSW<br><br>**PLAINTIFFS' OPPOSITION TO THE GOVERNMENT'S STAY MOTION**<br><br>Courtroom 5, Second Floor<br>The Honorable Jeffrey S. White |

1  Plaintiffs hereby oppose the government's motion to stay proceedings because of the
2  government shutdown.
3  Plaintiffs oppose any stay of proceedings at this time or any postponement of the February
4  1, 2019 hearing.  This lawsuit, now one of the very oldest in this District, has been subject to
5  numerous stays, delays, and requests for extensions by the government, and is now over a decade
6  old.  The only matter currently on calendar is the February 1, 2019 motion hearing.  Under the
7  Department of Justice's shutdown plan, if the Court denies a stay, government counsel will be
8  authorized to continuing work on the case, including participating in the February 1, 2019 hearing:
9  "If a court denies such a request [for a stay] and orders a case to continue, the Government will
10 comply with the court's order, which would constitute express legal authorization for the activity to
11 continue."   U.S. Department of Justice FY 2019 Contingency Plan, at p. 3, *available at*
12 https://www.justice.gov/jmd/page/file/1015676/download.
13 The February 1, 2019 hearing is the culmination of the process of discovery and briefing on
14 the issue of standing that began at the May 2017 case management conference, and that the Court
15 originally envisaged would be completed by the end of 2017.  Because of numerous extensions of
16 the Court's discovery deadlines sought by the government, and because of the government's earlier
17 refusal to provide any substantive discovery responses between the Court's lifting of the discovery
18 stay in February 2016 and the Court's order that the government do so at May 2017 CMC, the
19 threshold issue of standing is only now being addressed in 2019.  Had the government acted with
20 more diligence earlier in fulfilling its discovery responsibilities, hearing of the standing motion
21 would have occurred months, if not a year or more, before now.  Further delay is unconscionable
22 and is highly prejudicial to plaintiffs, who have waited many years to have their claims resolved.

DATE:  January 18, 2019

Respectfully submitted,

 *s/ Richard R. Wiebe*
      Richard R. Wiebe

CINDY COHN
DAVID GREENE
LEE TIEN

Case No. 08-CV-4373-JSW           -1-
PLAINTIFFS' OPPOSITION TO THE GOVERNMENT'S STAY MOTION

1  KURT OPSAHL
   JAMES S. TYRE
2  ANDREW CROCKER
   JAMIE L. WILLIAMS
3  AARON MACKEY
   ELECTRONIC FRONTIER FOUNDATION
4
   RICHARD R. WIEBE
5  LAW OFFICE OF RICHARD R. WIEBE

6  THOMAS E. MOORE III
   ROYSE LAW FIRM, PC
7
   RACHAEL E. MENY
8  BENJAMIN W. BERKOWITZ
   PHILIP J. TASSIN
9  KEKER, VAN NEST & PETERS LLP

10 ARAM ANTARAMIAN
   LAW OFFICE OF ARAM ANTARAMIAN
11
            Attorneys for Plaintiffs