JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11022
Washington, D.C. 20005

Phone: (202) 305 7919
Fax: (202) 616 8470
Email: rodney.patton@usdoj.gov

*Attorneys for the Government Defendants Sued in their Official Capacities*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:08-cv-04373-JSW <br><br> **NOTICE TO THE COURT OF THE RESTORATION OF APPROPRIATIONS** <br><br> Hon. Jeffrey S. White <br> Courtroom 5, 2nd Floor <br> Oakland Courthouse <br><br> No hearing scheduled |

Gov't Defs.' Notice to the Court of the Restoration of Appropriations, *Jewel v. National Security Agency* (4:08-cv-04373-JSW)

On January 22, 2019, in response to the Government Defendants' administrative motion to stay all proceedings in the above-captioned case due to the lapse of appropriations for the Department of Justice, the Court granted a "temporary short stay of the hearing" on the parties' pending motions then-scheduled for February 1, 2019.  *See* ECF No. 448.  In the same order, the Court continued that hearing date to March 29, 2019.  *See id.*

In their administrative motion, the Government Defendants represented that they would notify the Court as soon as Congress had appropriated funds for the Department of Justice.  As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions.

Dated:  January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Rodney Patton*
RODNEY PATTON
Senior Trial Counsel

JULIA A. HEIMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11022
Washington, D.C. 20005
Phone: (202) 305 7919
Fax: (202) 616-8470
Email:  rodney.patton@usdoj.gov

*Attorneys for the Government Defendants Sued in their Official Capacities*

Gov't Defs.' Notice to the Court of the Restoration of Appropriations, *Jewel v. National Security Agency* (4:08-cv-04373-JSW)