UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 08-cv-04373-JSW<br><br>**ORDER DIRECTING PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING** |

The parties are HEREBY ORDERED to submit simultaneous supplemental briefing, no longer than five pages per party, discussing the applicability and effect of *Fazaga v. Fed. Bureau of Investigation*, No. 12-56867, 2019 WL 961953 (9th Cir. Feb. 28, 2019) on the above-captioned matter. The parties must submit their supplemental briefing no later than March 11, 2019. No party will be permitted to submit responsive briefing unless specifically ordered by the Court.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
JEFFREY S. WHITE
United States District Judge