UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>          Defendants. | Case No. 4:08-cv-04373-JSW |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the March 29, 2019 Motion for Summary Judgment in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( X )  All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.
Defendants have reserved the right to request, within 10 days following the hearing, that a classification review be completed of the video recording prior to any public release to be sure that there were no inadvertent disclosures of classified information during the hearing

( )  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 3/25/2019

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*

Signature of Clerk or Deputy Clerk