1    JOSEPH H. HUNT
     Assistant Attorney General
2
     ANTHONY J. COPPOLINO
3    Deputy Branch Director

4    JAMES J. GILLIGAN
     Special Litigation Counsel
5
     RODNEY PATTON
6    Senior Trial Counsel

7    JULIA A. HEIMAN
     Senior Counsel
8
     OLIVIA HUSSEY SCOTT
9    Trial Attorney

10   U.S. Department of Justice, Civil Division
     1100 L Street, N.W., Room 11022
11   Washington, D.C. 20005
     Phone: (202) 305-7919
12   Fax: (202) 616-8470
     Email:  rodney.patton@usdoj.gov
13
     *Attorneys for the Government Defendants*
14

15              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                         OAKLAND DIVISION
17

18   CAROLYN JEWEL, *et al.*,              ) Case No. 4:08-cv-4373-JSW
                                           )
19                                         ) **THE GOVERNMENT DEFENDANTS'**
                            Plaintiffs,    ) **NOTICE OF ADDITIONAL**
20                                         ) **AUTHORITIES FOR MARCH 29, 2019**
                                           ) **HEARING**
21                      v.                 )
                                           )
22   NATIONAL SECURITY AGENCY, *et al.*,   ) Hearing date:  March 29, 2019
                                           ) Courtroom 5, 2nd Floor
23                                         )
                            Defendants.    ) Hon. Jeffrey S. White
24                                         )

25

26

27

28

Gov't Defs.' Resp. to Notice of Questions for Hearing, ECF No. 455, *Jewel v. National Security Agency*, No. 08-cv-4373-JSW

1    Pursuant to the Court's Notice of Questions for Hearing (ECF No. 455), the Government

2  Defendants respectfully submit the following attached additional authorities, not cited in their

3  briefing on their motion for summary judgment and replies thereto, on which the Government

4  may rely at the March 29, 2019 hearing:

5        Exhibit A:     *Sterling v. Tenet*, 416 F.3d 338, 348 (4th Cir. 2005)

6        Exhibit B:     *Military Audit Project v. Casey*, 656 F.2d 724, 744 (D.C. Cir. 1981)

7

8  Dated:  March 25, 2019

9
                                              Respectfully submitted,
10

11                                            JOSEPH H. HUNT
                                              Assistant Attorney General
12
                                              ANTHONY J. COPPOLINO
13                                            Deputy Branch Director

14                                            JAMES J. GILLIGAN
                                              Special Litigation Counsel
15
                                              */s/  Rodney Patton*
16                                            RODNEY PATTON
                                              Senior Trial Counsel
17
                                              JULIA A. HEIMAN
18                                            Senior Counsel

19                                            OLIVIA HUSSEY SCOTT
                                              Trial Attorney
20
                                              U.S. Department of Justice,
21                                            Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
22                                            Room 11022
                                              Washington, D.C.  20005
23
                                              Phone: (202) 305-7919
24                                            Fax: (202) 616-8470
                                              Email:  rodney.patton@usdoj.gov
25
                                              *Attorneys for the Government Defendants*
26

27

28