IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, ET AL.,<br><br>    Defendants. | No. C 08-04373 JSW<br><br>**NOTICE OF FILING OF CLASSIFIED ORDER** |

The Court hereby provides notice that the Supplemental Classified Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Cross-Motion, dated April 25, 2019, is being filed *ex parte* under seal with the Court's Classified Information Security Officer and shall be preserved in the Court's sealed record pending any further proceeding.

**IT IS SO ORDERED.**

Dated: April 25, 2019

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE