**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEWEL, ET AL., | |
| Plaintiffs, | No. C 08-04373 JSW |
| v. | |
| NATIONAL SECURITY AGENCY, ET AL., | **JUDGMENT** |
| Defendants. | |

Pursuant to the Court's Order granting the motion for summary judgment filed by Defendants National Security Agency, United States, Department of Justice, Paul M. Nakasone, Donald J. Trump, William Barr, and Daniel Coats, in their official capacities (collectively, "Defendants") and DENYING the cross-motion to proceed to resolution on the merits filed by Plaintiffs Carolyn Jewel, Tash Hapting, Young Boon Hicks, as executrix of the estate of Gregory Hicks, Erik Knutzen, and Joice Walton, on behalf of themselves and all other individuals similarly situated ("Plaintiffs") it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 25, 2019

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE