| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION | KEKER, VAN NEST & PETERS LLP |
| CINDY COHN (SBN 145997) | RACHAEL E. MENY (SBN 178514) |
| cindy@eff.org | rmeny@keker.com |
| DAVID GREENE (SBN 160107) | BENJAMIN BERKOWITZ (SBN 244441) |
| LEE TIEN (SBN 148216) | bberkowitz@keker.com |
| KURT OPSAHL (SBN 191303) | PHILIP J. TASSIN (SBN 287787) |
| JAMES S. TYRE (SBN 083117) | ptassin@keker.com |
| ANDREW CROCKER (SBN 291596) | 633 Battery Street |
| JAMIE L. WILLIAMS (SBN 279046) | San Francisco, California 94111 |
| AARON MACKEY (SBN 286647) | Telephone: (415) 391-5400 |
| 815 Eddy Street | Facsimile: (415) 397-7188 |
| San Francisco, California 94109 | |
| Telephone: (415) 436-9333 | LAW OFFICE OF RICHARD R. WIEBE |
| Facsimile:  (415) 436-9993 | RICHARD R. WIEBE (SBN 121156) |
| | wiebe@pacbell.net |
| THOMAS E. MOORE III (SBN 115107) | 44 Montgomery St., Ste. 650 |
| tmoore@rroyselaw.com | San Francisco, California 94104 |
| ROYSE LAW FIRM | Telephone: (415) 433-3200 |
| 149 Commonwealth Dr., Ste 1001 | Facsimile: (415) 433-6382 |
| Menlo Park, CA  94025 | |
| Telephone: (650) 813-9700 | ARAM ANTARAMIAN (SBN 239070) |
| Facsimile: (650) 813-9777 | Antaramian@sonic.net |
| | LAW OFFICE OF ARAM ANTARAMIAN |
| Attorneys for Plaintiffs | 1714 Blake Street |
| | Berkeley, CA  94703 |
| | Telephone: (510) 289-1626 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 08-cv-04373-JSW<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

PLEASE TAKE NOTICE that all Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on April 25, 2019 (Dkt. No. 464) and all orders subsumed therein, including but not limited to: the Court's February 10, 2015 Order Granting Defendants' Motion for Partial Summary Judgment (Dkt. No. 321), the Court's June 13, 2018 Order Denying Plaintiffs' Motion for Access to Classified Discovery Materials (Dkt. No. 404), the Court's August 28, 2018 Order Regarding Parties' Joint Discovery Letter Brief (Dkt. No. 412), the Court's April 25, 2019 Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Cross-Motion to Proceed to the Merits (Dkt. No. 462), and the Court's April 25, 2019 Classified Order (Dkt. No. 463).

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: May 20, 2019                By: *s/ Aaron Mackey*
                                       Aaron Mackey

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
AARON MACKEY (SBN 286647)
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY (SBN 178514)
BENJAMIN BERKOWITZ (SBN 244441)
PHILIP J. TASSIN (SBN 287787)
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery St., Ste 650
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

THOMAS E. MOORE III (SBN 115107)
THE MOORE LAW GROUP
149 Commonwealth Dr., Ste. 1001
Menlo Park, California 94025
Telephone: (650) 813-9700
Facsimile: (650) 813-9777

ARAM ANTARAMIAN (SBN 239070)
LAW OFFICE OF ARAM ANTARAMIAN
1714 Blake Street
Berkeley, CA  94703
Telephone: (510) 289-1626

Attorneys for Plaintiffs

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants Carolyn Jewel, Tash Hepting, Young Boon Hicks (as executrix of the Estate of Gregory Hicks), Erik Knutzen, and Joice Walton and submits this Representation Statement pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b). The following list identifies all parties to the action, and it identifies their respective counsel by name, address, telephone number, and email address where appropriate.

Dated: May 20, 2019           By: *s/ Aaron Mackey*
                                   Aaron Mackey

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-appellants Carolyn Jewel, Tash Hepting, Young Boon Hicks (as executrix of the estate of Gregory Hicks), Erik Knutzen, and Joice Walton. | CINDY COHN cindy@eff.org<br>DAVID GREENE davidg@eff.org<br>LEE TIEN tien@eff.org<br>KURT OPSAHL kurt@eff.org<br>JAMES S. TYRE jstyre@eff.org<br>ANDREW CROCKER andrew@eff.org<br>JAMIE L. WILLIAMS jamie@eff.org<br>AARON MACKEY amackey@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Fax: (415) 436-9993<br><br>RICHARD R. WIEBE wiebe@pacbell.net<br>LAW OFFICE OF RICHARD R. WIEBE<br>44 Montgomery St., Ste. 650<br>San Francisco, California 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br><br>RACHAEL E. MENY rmeny@kvn.com<br>BENJAMIN W. BERKOWITZ bberkowitz@kvn.com<br>PHILIP J. TASSIN ptassin@kvn.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Fax: (415) 397-7188 |

| | |
|---|---|
| | THOMAS E. MOORE III<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM<br>149 Commonweath Dr., Ste 1001<br>Menlo Park, CA 94025<br>Telephone: (650) 813-9700<br>Facsimile: (650) 813-9777<br><br>ARAM ANTARAMIAN<br>Antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA 94703<br>Telephone: (510) 289-1626 |
| Attorneys for Defendants-Appellees Government Entities and Official-Capacity Individuals: National Security Agency, Department of Justice, United States of America, President Donald J. Trump, Director of National Intelligence Daniel Coats, NSA Director Paul M. Nakasone, Attorney General William Barr. | JOSEPH H. HUNT<br>Assistant Attorney General<br>ANTHONY J. COPPOLINO<br>tony.coppolino@usdoj.gov<br>Deputy Branch Director<br>JAMES J. GILLIGAN<br>james.gilligan@usdoj.gov<br>Special Litigation Counsel<br>RODNEY PATTON<br>rodney.patton@usdoj.gov<br>Senior Trial Counsel<br>JULIA HEIMAN<br>julia.heiman@usdoj.gov<br>Senior Counsel<br>OLIVIA HUSSEY SCOTT<br>olivia.hussey.scott@usdoj.gov<br>Trial Attorney<br><br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, N.W.,<br>Room 11200<br>Washington, 20005<br>Tel: (202) 305-7919<br>Fax: (202) 616-8470 |
| Attorneys for Personal-Capacity Defendants-Appellees: Keith B. Alexander, Michael V. Hayden, George W. Bush, Richard B. Cheney, David S. Addington, Alberto R. Gonzales, John D. Ashcroft, John M. McConnell, John D. Negroponte, Michael Mukasey | JAMES R. WHITMAN<br>U.S. Department of Justice<br>1425 New York Ave., N.W.<br>Washington, DC 20005<br>Tel: 202-616-4169<br>Fax: 202-416-4314<br>Email: james.whitman@usdoj.gov |