

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

May 21, 2019

No.:        19-16066
D.C. No.:   4:08-cv-04373-JSW
Short Title: Carolyn Jewel, et al v. NSA, et al

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

FILED

MAY 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CAROLYN JEWEL; TASH HEPTING;
YOUNG BOON HICKS, as Executrix
of The Estate of Gregory Hicks; ERIK
KNUTZEN; JOICE WALTON, on
behalf of themselves and all others
similarly situated,

              Plaintiffs - Appellants,

  v.

NATIONAL SECURITY AGENCY;
MICHAEL V. HAYDEN, in his
personal capacity; UNITED STATES
OF AMERICA; RICHARD B.
CHENEY, in his personal capacity;
DAVID S. ADDINGTON, in his
personal capacity; UNITED STATES
DEPARTMENT OF JUSTICE,

              Defendants - Appellees.

No. 19-16066

D.C. No. 4:08-cv-04373-JSW
U.S. District Court for Northern
California, Oakland

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-
designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported
hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., May 28, 2019** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., June 19, 2019** | Transcript shall be ordered. |
| **Fri., July 19, 2019** | Transcript shall be filed by court reporter. |
| **Wed., August 28, 2019** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., September 30, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellants' reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7