| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br>CINDY COHN (SBN 145997)<br>cindy@eff.org<br>DAVID GREENE (SBN 160107)<br>LEE TIEN (SBN 148216)<br>KURT OPSAHL (SBN 191303)<br>JAMES S. TYRE (SBN 083117)<br>ANDREW CROCKER (SBN 291596)<br>JAMIE L. WILLIAMS (SBN 279046)<br>AARON MACKEY (SBN 286647)<br>815 Eddy Street<br>San Francisco, California 94109<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>THOMAS E. MOORE III (SBN 115107)<br>tmoore@rroyselaw.com<br>ROYSE LAW FIRM<br>149 Commonweath Dr., Ste 1001<br>Menlo Park, CA  94025<br>Telephone:  (650) 813-9700<br>Facsimile:  (650) 813-9777<br><br>Attorneys for Plaintiffs | KEKER, VAN NEST & PETERS LLP<br>RACHAEL E. MENY (SBN 178514)<br>rmeny@keker.com<br>BENJAMIN BERKOWITZ (SBN 244441)<br>bberkowitz@keker.com<br>JUSTINA K. SESSIONS (SBN 270914)<br>jsessions@keker.com<br>633 Battery Street<br>San Francisco, California  94111<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>LAW OFFICE OF RICHARD R. WIEBE<br>RICHARD R. WIEBE (SBN 121156)<br>wiebe@pacbell.net<br>44 Montgomery St., Ste. 650<br>San Francisco, California 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br><br>ARAM ANTARAMIAN (SBN 239070)<br>Antaramian@sonic.net<br>LAW OFFICE OF ARAM ANTARAMIAN<br>1714 Blake Street<br>Berkeley, CA  94703<br>Telephone:  (510) 289-1626 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN JEWEL, TASH HEPTING, YOUNG BOON HICKS, as executrix of the estate of GREGORY HICKS, ERIK KNUTZEN and JOICE WALTON, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>Defendants. | Case No. 08-cv-04373-JSW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:       Hon. Jeffrey S. White<br><br>Date Filed: September 18, 2008<br><br>Trial Date: Not Yet Set |

PLEASE TAKE NOTICE that the undersigned is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and hereby withdraws his appearance as counsel for Plaintiffs.

Rachael E. Meny, Benjamin Berkowitz and Justina K. Sessions of Keker, Van Nest & Peters LLP remain as counsel of record for Plaintiffs.

Dated:  May 1, 2020

By:  */s/ Philip J. Tassin*
PHILIP J. TASSIN

ELECTRONIC FRONTIER FOUNDATION
CINDY COHN (SBN 145997)
DAVID GREENE (SBN 160107)
LEE TIEN (SBN 148216)
KURT OPSAHL (SBN 191303)
JAMES S. TYRE (SBN 083117)
ANDREW CROCKER (SBN 291596)
JAMIE L. WILLIAMS (SBN 279046)
AARON MACKEY (SBN 286647)
815 Eddy Street
San Francisco, California 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY (SBN 178514)
BENJAMIN BERKOWITZ (SBN 244441)
JUSTINA K. SESSIONS (SBN 270914)
633 Battery Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

RICHARD R. WIEBE (SBN 121156)
LAW OFFICE OF RICHARD R. WIEBE
44 Montgomery St., Ste 650
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

THOMAS E. MOORE III (SBN 115107)
THE MOORE LAW GROUP
149 Commonweath Dr., Ste. 1001
Menlo Park, California 94025
Telephone: (650) 813-9700
Facsimile: (650) 813-9777

Attorneys for Plaintiffs