| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 26 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CAROLYN JEWEL; TASH HEPTING; YOUNG BOON HICKS, as Executrix of The Estate of Gregory Hicks; ERIK KNUTZEN; JOICE WALTON, on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellants,

 v.

NATIONAL SECURITY AGENCY; MICHAEL V. HAYDEN, in his personal capacity; UNITED STATES OF AMERICA; RICHARD B. CHENEY, in his personal capacity; DAVID S. ADDINGTON, in his personal capacity; UNITED STATES DEPARTMENT OF JUSTICE,

        Defendants-Appellees.

No.   19-16066

D.C. No. 4:08-cv-04373-JSW
Northern District of California, Oakland

ORDER

Before:  McKEOWN, GOULD, and BEA, Circuit Judges.

      The panel has voted to deny the petition for panel rehearing.

      The full court has been advised of the petition for rehearing and rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

      The petition for panel rehearing and the petition for rehearing en banc are denied.