# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 19, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Carolyn Jewel, et al.
            v. National Security Agency, et al.
           No. 21-1017
           (Your No. 19-16066)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 14, 2022 and placed on the docket January 19, 2022 as No. 21-1017.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst